---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **David** First Name | **Jessica** First Name |
|  | Middle Name | Middle Name |
|  | **McLennan** Last Name | **McLennan** Last Name |
|  | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name | First Name |
|  | Middle Name | Middle Name |
|  | Last Name | Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 2 9 6 OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – 2 0 3 5 OR 9xx – xx – ____ ____ ____ ____ |

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

About Debtor 2 (Spouse Only in a Joint Case):

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5.** **Where you live**

**8031 Cooper Mill**
Number    Street

_____

_____

**San Antonio**        **TX**    **78255**
City                State    ZIP Code

**BEXAR**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:    Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____  When _____ Case number _____
                                        MM / DD / YYYY

District _____  When _____ Case number _____
                                        MM / DD / YYYY

District _____  When _____ Case number _____
                                        MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____  Relationship to you _____

District _____  When _____ Case number, _____
                                        MM / DD / YYYY  if known

Debtor _____  Relationship to you _____

District _____  When _____ Case number, _____
                                        MM / DD / YYYY  if known

**11.   Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan** _____    Case number (if known) _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____    _____    _____
City                            State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

    For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

    If immediate attention is needed, why is it needed? _____

    Where is the property? _____
    Number     Street

    _____

    _____    _____    _____
    City                            State     ZIP Code

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**                                             Case number (if known) _____

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                            Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No.  Go to line 16b.
        ☐ Yes.  Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No.  Go to line 16c.
        ☑ Yes.  Go to line 17.

    16c. State the type of debts you owe that are not consumer or business debts.

    _____

**17.** **Are you filing under Chapter 7?**

    ☐ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☑ No
        ☐ Yes

**18.** **How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**           Case number (if known) _____

---

**Part 7:**    **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ David McLennan** _____     **X** **/s/ Jessica McLennan** _____
     David McLennan, Debtor 1                      Jessica McLennan, Debtor 2

     Executed on **10/29/2021**                 Executed on **10/29/2021**
             MM / DD / YYYY                       MM / DD / YYYY

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ MICHAEL G. COLVARD** _____     Date **10/29/2021** _____
Signature of Attorney for Debtor                                          MM / DD / YYYY

**MICHAEL G. COLVARD** _____
Printed name

**Martin & Drought, P.C.** _____
Firm Name

**Weston Centre** _____
Number          Street

**112 East Pecan Street** _____

**Suite 1616** _____

**San Antonio** _____  **TX**      **78205** _____
City                                                    State      ZIP Code

Contact phone  **(210) 227-7591** _____     Email address **mcolvard@mdtlaw.com** _____

**04629200** _____  _____
Bar number                                        State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**8031 Cooper Mill**
Street address, if available, or other description

_____

**San Antonio          TX     78255**
City                         State      ZIP Code

**BEXAR**
County

**8031 Cooper Mill, San Antonio, TX 78255**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   NCB 16390 Blk 28

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$211,950.00                      $211,950.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**COMMUNITY PROPERTY**

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................→** | $211,950.00 |

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | |
| Model: | **Pilot** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2005** | ☑ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $2,450.00 / $2,450.00 |

Other information:
**2005 Honda Pilot**

☑ Check if this is community property
(see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | |
| Model: | **Odyssey Minnivan** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2014** | ☑ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **183,588** | ☐ At least one of the debtors and another | $14,425.00 / $14,425.00 |

Other information:
**2014 Honda Odyssey Minnivan
(approx. 183,588 miles)**

☑ Check if this is community property
(see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2.  Write that number here.........................................** ➔   $16,875.00

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes.  Describe.....  **See continuation page(s).**   $2,333.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes.  Describe.....  **See continuation page(s).**   $874.00

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe..... | **Books (50)** | $200.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe..... | **Keyboard** | $109.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe..... | **See continuation page(s).** | $2,107.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe..... | **See continuation page(s).** | $1,100.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe..... | **See continuation page(s).** | $4,712.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................................................ → | $11,435.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes..................................................................................................... Cash: ......................... | $300.00

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

**17. Deposits of money**
*Examples:* Checking, savings, or other similar financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................    Institution name:

    17.1.    Checking account:    **Checking account - ****0024**                    $3,163.01

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................    Institution or issuer name:

    **40 Shares - Cleveland-Cliffs Inc. - 17.88 - Preferred Stock**        $715.00

    **Other financial account - Money Market Account ****4902**        $544.59

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them.........................    Name of entity:        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:    Institution name:

    IRA:    **IRA - Municipal Golf Association - SA**            $69,094.47

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them    _____

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them

---

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

| **Federal: 2021 Joint Tax Return - Unknown.  Amt: Unknown** |

Federal:    **Unknown**

State:    **$0.00**

Local:    **$0.00**

---

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

---

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value...............

Company name:          Beneficiary:          Surrender or refund value:

---

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........    [                              ]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........    [                              ]    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information     [                              ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here................................................................................** ➔    **$73,817.07**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Go to line 38.

                                                                              **Current value of the portion you own?**
                                                                              Do not deduct secured
                                                                              claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe..    [                              ]    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
                desks, chairs, electronic devices

    ☐ No
    ☑ Yes.  Describe..    [ **Office Desk**                    ]    **$700.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe..    [                              ]    _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe..    [                              ]    _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 6

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**42.  Interests in partnerships or joint ventures**

☐ No

☑ Yes. Describe.....

| Name of entity: | % of ownership: | |
|---|---|---|
| **Vidstaff LLC** | **50%** | **$0.00** |
| **Node, LLC** | **50%** | **$0.00** |
| **SUURV Technologies** | **23%** | **$0.00** |
| **Vita Pharmacy LLC** | **100%** | **$0.00** |

**43.  Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ☐ No

  ☐ Yes. Describe.... _____

**44.  Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................** ➔  | **$700.00** |

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes.... _____  _____

**48.  Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific information............... _____  _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes.... _____  _____

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.... _____  _____

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information................

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...........................................................................➔ | **$0.00** |

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

☐ No

☑ Yes.  Give specific information.

| **Lawn Mower** | **$100.00** |
| **Weedeater** | **$50.00** |

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**...............................➔ | **$150.00** |

---

## Part 8:    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**.........................................................................................................➔   $211,950.00

56.  **Part 2: Total vehicles, line 5**                             $16,875.00

57.  **Part 3: Total personal and household items, line 15**            $11,435.00

58.  **Part 4: Total financial assets, line 36**                  $73,817.07

59.  **Part 5: Total business-related property, line 45**            $700.00

60.  **Part 6: Total farm- and fishing-related property, line 52**         $0.00

61.  **Part 7: Total other property not listed, line 54**        +    $150.00

62.  **Total personal property.**   Add lines 56 through 61................. | $102,977.07 |   Copy personal property total   ➔  +  $102,977.07

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................. | **$314,927.07** |

---

**Schedule A/B: Property**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

6.    **Household goods and furnishings (details):**

    **DVD Player**                                                                  **$15.00**

    **Speakers**                                                                    **$39.00**

    **Recliners (2)**                                                               **$150.00**

    **Lamps (3)**                                                                   **$85.00**

    **Dinner Table**                                                                **$500.00**

    **Dining Chairs**                                                               **$150.00**

    **Stove/Oven**                                                                  **$150.00**

    **Dishwasher**                                                                  **$200.00**

    **Microwave**                                                                   **$30.00**

    **Refrigerator**                                                                **$450.00**

    **Freezer**                                                                     **$89.00**

    **Dresser (2)**                                                                 **$150.00**

    **Freezer**                                                                     **$89.00**

    **Nightstand**                                                                  **$15.00**

    **Mirror**                                                                      **$15.00**

    **Mattress/headboard**                                                          **$206.00**

7.    **Electronics (details):**

    **Television**                                                                  **$124.00**

    **Computers - Desktop and Laptop**                                              **$750.00**

10.   **Firearms (details):**

    **Sig P365**                                                                    **$459.00**

    **Smith & Wesson 686 Plus**                                                     **$999.00**

    **Cora Rifle .223**                                                             **$649.00**

11.   **Clothes (details):**

    **Adults' and Kids' Clothes (70)**                                              **$700.00**

    **Adults' & Kids' pairs of shoes (23)**                                         **$400.00**

12.   **Jewelry (details):**

    **Wedding Rings**                                                               **$4,424.00**

    **David's Ring**                                                                **$50.00**

    **Apple Wtches (2)**                                                            **$238.00**

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **8031 Cooper Mill, San Antonio, TX 78255 Parcel: NCB 16390 Blk 28** Line from *Schedule A/B*: **1.1** | $211,950.00 | ☑ $104,324.47 ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2005 Honda Pilot** Line from *Schedule A/B*: **3.1** | $2,450.00 | ☑ $2,450.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2014 Honda Odyssey Minnivan (approx. 183,588 miles)** <br> Line from *Schedule A/B*: __3.2__ | $14,425.00 | ☑ $8,480.61 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **DVD Player** <br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Speakers** <br> Line from *Schedule A/B*: __6__ | $39.00 | ☑ $39.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Recliners (2)** <br> Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lamps (3)** <br> Line from *Schedule A/B*: __6__ | $85.00 | ☑ $85.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dinner Table** <br> Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dining Chairs** <br> Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Stove/Oven** <br> Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishwasher** <br> Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Microwave** <br> Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator** <br> Line from *Schedule A/B*: __6__ | $450.00 | ☑ $450.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Freezer** <br> Line from *Schedule A/B*: __6__ | $89.00 | ☑ $89.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dresser (2)** <br> Line from *Schedule A/B*: __6__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Freezer** <br> Line from *Schedule A/B*: __6__ | $89.00 | ☑ $89.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Nightstand** <br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Mirror** <br> Line from *Schedule A/B*: __6__ | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Mattress/headboard** <br> Line from *Schedule A/B*: __6__ | $206.00 | ☑ $206.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Television** <br> Line from *Schedule A/B*: __7__ | $124.00 | ☑ $124.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Computers - Desktop and Laptop** <br> Line from *Schedule A/B*: __7__ | $750.00 | ☑ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Books (50)** <br> Line from *Schedule A/B*: __8__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Keyboard** <br> Line from *Schedule A/B*: __9__ | $109.00 | ☑ $109.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Sig P365** <br> Line from *Schedule A/B*: __10__ | $459.00 | ☑ $459.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Smith & Wesson 686 Plus** <br> Line from *Schedule A/B*: __10__ | $999.00 | ☑ $999.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Cora Rifle .223** <br> Line from *Schedule A/B*: __10__ | $649.00 | ☑ $649.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Adults' and Kids' Clothes (70)** <br> Line from *Schedule A/B*: __11__ | $700.00 | ☑ $700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Adults' & Kids' pairs of shoes (23)** <br> Line from *Schedule A/B*: __11__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Wedding Rings** <br> Line from *Schedule A/B*: __12__ | $4,424.00 | ☑ $4,424.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**David's Ring**<br><br>Line from *Schedule A/B*:  __12__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Apple Wtches (2)**<br><br>Line from *Schedule A/B*:  __12__ | **$238.00** | ☑ **$238.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**IRA - Municipal Golf Association - SA**<br><br>Line from *Schedule A/B*:  __21__ | **$69,094.47** | ☑ **$69,094.47**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Office Desk**<br><br>Line from *Schedule A/B*:  __39__ | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**Vidstaff LLC**<br><br>Line from *Schedule A/B*:  __42__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 101.112** |
| Brief description:<br>**Node, LLC**<br><br>Line from *Schedule A/B*:  __42__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 101.112** |
| Brief description:<br>**SUURV Technologies**<br><br>Line from *Schedule A/B*:  __42__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 101.112** |
| Brief description:<br>**Vita Pharmacy LLC**<br><br>Line from *Schedule A/B*:  __42__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 101.112** |
| Brief description:<br>**Lawn Mower**<br><br>Line from *Schedule A/B*:  __53__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Weedeater**<br><br>Line from *Schedule A/B*:  __53__ | **$50.00** | ☑  **$50.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

| **2.1** | | | | |
|---|---|---|---|---|
| **Jeremiah Jason Huff** Creditor's name **2859 Burning Rock St.** Number   Street | Describe the property that secures the claim: **equipment, accounts receivables, inventory** | **$200,000.00** | **$0.00** | **$200,000.00** |

**San Antonio      TX    78247**
City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$200,000.00** |
|---|

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.2**

**Louis Wenzel**
Creditor's name
**1218 Wood Fern**
Number      Street

_____

_____

**San Antonio      TX    78232**
City             State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **12/10/2018**

Describe the property that secures the claim:

**equipment, accounts receivables, inventory**

| | | |
|---|---|---|
| $200,000.00 | $0.00 | $200,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Security Agreement**

Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**RANDOLPH BROOKS FEDERAL CRE**
Creditor's name
**P.O. Box 2247**
Number      Street

_____

_____

**Universal City      TX    78148**
City             State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred   _____

Describe the property that secures the claim:

**2014 Honda Odyssey Minnivan (approx. 183,588 miles**

| | | |
|---|---|---|
| $5,944.39 | $16,875.00 | |

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Car Loan**

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $205,944.39 |
|---|

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**

**REGIONS BANK**
Creditor's name
**P.O. Box 110**
Number     Street

_____

**Hattiesburg     MS     39403**
City          State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**8031 Cooper Mill, San Antonio, TX 78255**

| $107,625.53 | $211,950.00 | |

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **ACCOUNT BALANCE**

Last 4 digits of account number   **4   7   1   2**

---

**2.5**

**S&S&S, Inc.**
Creditor's name
**Wilson Shepard**
Number     Street
**2950 Thousand Oaks Dr., Ste. 7**

_____

**San Antonio     TX     78247**
City          State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**equipment, accounts receivables, inventory**

| $318,881.58 | $0.00 | $318,881.58 |

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **2nd Lien Holder - Promissory Note**

Last 4 digits of account number   ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$426,507.11** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| **$832,451.50** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

Priority Creditor's Name
_____

Number     Street
_____

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑  Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |

---

**4.1**                                                                             **Unknown**

**46 Crossing LLC**                          Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**Pat Bollinger**                            **When was the debt incurred?**  _____
Number       Street
**725 Breeze Way**                           **As of the date you file, the claim is:** Check all that apply.
                                             ☑ Contingent
                                             ☑ Unliquidated
_____          ☑ Disputed
**Boerne**            **TX**   **78006**
City                  State  ZIP Code        **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.       ☐ Student loans
☐ Debtor 1 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ At least one of the debtors and another    ☑ Other.  Specify
☐ Check if this claim is for a community debt    **Contract/Lease**
**Is the claim subject to offset?**
☑ No
☐ Yes
**Business Lease for Vita Pharmacy, LLC - Boerne location**

---

**4.2**                                                                             **$100.00**

**AARON JENSEN**                             Last 4 digits of account number  **5   4   1   1**
Nonpriority Creditor's Name
**7230 SIERRA VISTA WAY**                    **When was the debt incurred?**  **08/25/2021**
Number       Street
                                             **As of the date you file, the claim is:** Check all that apply.
                                             ☑ Contingent
_____          ☑ Unliquidated
**RENO**              **NV**   **89511**      ☑ Disputed
City                  State  ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
**Is the claim subject to offset?**              **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.3 | | **$100.00** |

**ABIGAIL BENGE**
Nonpriority Creditor's Name
**7215 ADDICKS CLODINE RD**
Number          Street
_____

**HOUSTON          TX     77083**
City                           State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9   8   1   1**
**When was the debt incurred?**   **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.4 | | **$100.00** |

**ADAM CAVAZOS**
Nonpriority Creditor's Name
**230 E. BEATZ BLVD**
Number          Street
_____

**SAN ANTONIO      TX     78221**
City                           State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   8   8   7**
**When was the debt incurred?**   **09/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

### 4.5
**$100.00**

**ADAM HAYS**
Nonpriority Creditor's Name
**218 LABURNUM DR**
Number       Street

_____

**SAN ANTONIO          TX     78209**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   0   9   2
**When was the debt incurred?**   06/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.6
**$100.00**

**ADRIANA GARNICA**
Nonpriority Creditor's Name
**10910 GULF FREEWAY APT 572**
Number       Street

_____

**HOUSTON              TX     77034**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   2   0   2
**When was the debt incurred?**   07/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.7

**$100.00**

**ADRIANNA PONCE**
Nonpriority Creditor's Name

**5873 CEYLON ST**
Number       Street

_____

**DENVER            CO     80249**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9   1   8   2**

**When was the debt incurred?**   **04/02/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

### 4.8

**$100.00**

**AILA POWER**
Nonpriority Creditor's Name

**6322 GRAND DRIFT CT**
Number       Street

_____

**KATY            TX     77494**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   0   0   8**

**When was the debt incurred?**   **06/04/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.                                                                    **Total claim**

| 4.9 | | **$100.00** |

**AISLING SPIES**
Nonpriority Creditor's Name
**4010 GLENN OAKS DR**
Number      Street

_____

**BRYAN**                    **TX**    **77802**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **6   6   3   1**
When was the debt incurred?   **04/20/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.10 | | **$100.00** |

**AKASH SUD**
Nonpriority Creditor's Name
**9521 E CALEY CIRCLE**
Number      Street

_____

**ENGLEWOOD**                **CO**    **80111**
City                         State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **6   3   3   8**
When was the debt incurred?   **06/24/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**
_____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.11

$100.00

**AL EMBY**
Nonpriority Creditor's Name

**24018 GRAN PALACIO**
Number     Street
_____

_____

**SAN ANTONIO          TX      78261**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number     7   3   6   3**

**When was the debt incurred?     05/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.12

$100.00

**ALAN ARROYO**
Nonpriority Creditor's Name

**2205 RIDGEVIEW DR**
Number     Street
_____

_____

**RENO          NV      89519**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number     8   8   0   4**

**When was the debt incurred?     07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.13 | | $100.00 |

**ALAN GREEN**
Nonpriority Creditor's Name
**1357 DEWFROST PLACE**
Number          Street
_____

**CASTLE ROCK          CO      80104**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**      2    5    3    8
**When was the debt incurred?**      07/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.14 | | $100.00 |

**ALAN LEMLEY**
Nonpriority Creditor's Name
**1624 MITCHELL ST APT 2A**
Number          Street
_____

**MELBOURNE          FL      32901**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**      8    1    5    0
**When was the debt incurred?**      07/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.15 | $100.00 |

**ALAN MASTERS**
Nonpriority Creditor's Name
**272 CHIMNEY ROCK ROAD**
Number    Street
_____

**STATELINE        NV    89449**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0  7  2  7**
When was the debt incurred?   **05/05/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.16 | $100.00 |

**ALBERT MARTINEZ**
Nonpriority Creditor's Name
**2220 CARTER DR**
Number    Street
_____

**RENO            NV    89509**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0  9  6  7**
When was the debt incurred?   **05/11/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.17**

$100.00

**ALBERT PERALES**
Nonpriority Creditor's Name
**4926 VILLAGE WAY**
Number        Street
_____

| **SAN ANTONIO** | **TX** | **78217** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**  **6  9  1  0**
**When was the debt incurred?**  **09/24/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.18**

$100.00

**ALBERT RUIZ**
Nonpriority Creditor's Name
**13780 SEABISCUIT DR**
Number        Street
_____

| **RENO** | **NV** | **89521** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**  **7  3  9  3**
**When was the debt incurred?**  **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.19 | | **$100.00** |

**ALEJANDRO GAMBOA**
Nonpriority Creditor's Name

**4418 LOVING PARK**
Number          Street

_____

**CONVERSE          TX        78109**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   5   6   6   1

When was the debt incurred?   08/30/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.20 | | **$100.00** |

**ALESSANDREA BOATRIGHT**
Nonpriority Creditor's Name

**5402 FARM TO MARKET RD 1488 APT.336**
Number          Street

_____

**MAGNOLIA          TX        77354**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   2   9   4   7

When was the debt incurred?   06/25/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.21 | | **$100.00** |
|---|---|---|

**ALEX DONOVAN**
Nonpriority Creditor's Name
**1701 NICHOLS AVE**
Number        Street

**BAY CITY            TX      77414**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   5   4   8
**When was the debt incurred?**   06/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.22 | | **$100.00** |
|---|---|---|

**ALEX SMITH**
Nonpriority Creditor's Name
**24300 # 98TH STREET**
Number        Street

**BROKEN ARROW       OK      74014**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   5   5   0
**When was the debt incurred?**   06/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.23 | | $100.00 |

**ALEX STRICKLAND**
Nonpriority Creditor's Name
**4811 ORCHID STAR**
Number      Street
_____
_____

**SAN ANTONIO**     **TX**    **78218**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    2    2    7
**When was the debt incurred?**    08/26/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Prescription Recall**

| 4.24 | | $100.00 |

**ALEXANDER DEGRENIA**
Nonpriority Creditor's Name
**9323 MANCHACA RD APT 124**
Number      Street
_____
_____

**AUSTIN**     **TX**    **78748**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    5    5    3    1
**When was the debt incurred?**    08/26/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

4.25                                                                          **$100.00**

**ALEXANDER GARZA**
Nonpriority Creditor's Name
**2719 WALLINGFORD PINES**
Number          Street
_____

**HOUSTON**          **TX**    **77042**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9**  **8**  **0**  **7**
**When was the debt incurred?**   **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

4.26                                                                          **$100.00**

**ALEXANDRIA RAMIREZ**
Nonpriority Creditor's Name
**1212 SINGLETON BOULEVARD**
Number          Street
**APT 2015**
_____
**DALLAS, TX 752125367**
_____
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9**  **5**  **2**  **5**
**When was the debt incurred?**   **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.27

**$100.00**

**ALEXANDRIA ZAMBRANO**
Nonpriority Creditor's Name

**1211 NORTH AVE B**
Number        Street

_____

**BEEVILLE        TX      78102**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   8   7   6

**When was the debt incurred?**   05/10/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

---

4.28

**$100.00**

**ALFRED ORTIZ**
Nonpriority Creditor's Name

**1615 E HIGHLAND BLVD**
Number        Street

_____

**SAN ANTONIO      TX      78210**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   7   8   4

**When was the debt incurred?**   07/16/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.29

**$100.00**

**ALICE MIDDENTS**
Nonpriority Creditor's Name
**603 SOUTH J ST #305**
Number        Street
_____

_____

**TACOMA**                    **WA    98405**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7  9  8  5**
**When was the debt incurred?**   **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

4.30

**$100.00**

**ALISSA SMIDT**
Nonpriority Creditor's Name
**578 CORDOVA CT**
Number        Street
_____

_____

**LAFAYETTE**                 **CO    80026**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3  5  3  0**
**When was the debt incurred?**   **07/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.31 | | $100.00 |

**ALLEN FORD**
Nonpriority Creditor's Name
**2236 CR 408**
Number      Street

_____

**BEEVILLE        TX      78102**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **3    5    6    8**
When was the debt incurred?    **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.32 | | $100.00 |

**ALONZO BERMEA**
Nonpriority Creditor's Name
**10919 LAZY OAKS AVE**
Number      Street

_____

**SAN ANTONIO     TX      78217**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4    2    3    6**
When was the debt incurred?    **08/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.33 | | **$100.00** |
|---|---|---|

**ALTON ""KAY"" BERNSTON**
Nonpriority Creditor's Name
**255 JAMES AVE**
Number       Street

_____

**DAYTON**          **NV**    **89403**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   7   1   8**
**When was the debt incurred?**    **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| 4.34 | | **$100.00** |
|---|---|---|

**ALYSSA KHAN**
Nonpriority Creditor's Name
**16604 DYER WAY**
Number       Street

_____

**BROOMFIELD**       **CO**    **80020**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   7   8   1**
**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.35 | | $100.00 |

**ALYSSA RIOS**
Nonpriority Creditor's Name
**772 FALLING LEAVES DR.**
Number        Street
_____

**ADKINS                    TX        78101**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3  2  3  2
**When was the debt incurred?**    07/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.36 | | $100.00 |

**AMBER FOYIL**
Nonpriority Creditor's Name
**25455 BORUGH PARK DR**
Number        Street
_____

**THE WOODLANDS        TX        77380**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4  6  6  6
**When was the debt incurred?**    09/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.37 | | **$100.00** |

**AMBER MCGUIRE**
Nonpriority Creditor's Name

**2501 DELANO ST APT#2**
Number        Street

_____

**HOUSTON                TX        77004**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   6   4   0

**When was the debt incurred?**   05/03/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.38 | | **$100.00** |

**AMELIA MILLER**
Nonpriority Creditor's Name

**11402 KATY FREEWAY**
Number        Street

**APT.211**

**HOUSTON                TX        77043**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   9   0   6

**When was the debt incurred?**   05/19/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.39 | | **$100.00** |
|---|---|---|

**AMY SCHLICHER**
Nonpriority Creditor's Name
**15887 PECAN DR**
Number        Street

_____

**MONTGOMERY          TX     77356**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   3   4   9
**When was the debt incurred?**    05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.40 | | **$100.00** |
|---|---|---|

**ANASTASIA MARSH**
Nonpriority Creditor's Name
**39 EVERGREEN ST**
Number        Street

_____

**BROOMFIELD          CO     80020**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   9   2   6
**When was the debt incurred?**    03/30/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.41 | | $100.00 |
|---|---|---|

**ANDREA HAGA**
Nonpriority Creditor's Name
**8300 SHERIDAN BLVD #31E**
Number        Street
_____

_____

| **ARVADA** | **CO** | **80003** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   2   7
**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.42 | | $100.00 |
|---|---|---|

**ANDREW LUDEL**
Nonpriority Creditor's Name
**1202 LAWTON CT**
Number        Street
_____

_____

| **SPARKS** | **NV** | **89434** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   5   3
**When was the debt incurred?**   07/08/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.43 | | | | $100.00 |

**ANDREW MCKENNIE**
Nonpriority Creditor's Name
**2250 EAGLE BEND CT**
Number          Street
_____

_____

**RENO**                    **NV**      **89523**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5  8  3  3**
**When was the debt incurred?**    **09/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.44 | | | | $100.00 |

**ANDREW PLUMMER**
Nonpriority Creditor's Name
**20 ROCKEFELLER BLVD**
Number          Street
_____

_____

**RENSSELAER**              **NY**      **12144**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **8  8  2  0**
**When was the debt incurred?**    **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.45**

$100.00

**ANDREW PRATT**
Nonpriority Creditor's Name
**421 WEST 3RD ST #513**
Number        Street
_____

**AUSTIN**            **TX**    **78701**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4    8    4    5**
**When was the debt incurred?**    **08/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

**4.46**

$100.00

**ANDREW SMART**
Nonpriority Creditor's Name
**3965 LONDAN LANE**
Number        Street
_____

**SANTA CLARA**        **UT**    **84765**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    1    9    9**
**When was the debt incurred?**    **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.47 | | $100.00 |

**ANDREW WIRTH**
Nonpriority Creditor's Name
**1000 VILLAGE RD**
Number        Street
_____

**GRANBY                CO      80446**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   4   4   1
**When was the debt incurred?**   07/01/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.48 | | $100.00 |

**ANDY BURNETT**
Nonpriority Creditor's Name
**5305 WEDEKIND RD**
Number        Street
_____

**SPARKS                NV      89431**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   7   2   9   4
**When was the debt incurred?**   07/09/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.49 | | $100.00 |

**ANITA HUNT**
Nonpriority Creditor's Name
**3527 S. MARION ST**
Number       Street
_____

**ENGLEWOOD         CO     80113**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5  5  0  0**
**When was the debt incurred?**    **08/26/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.50 | | $100.00 |

**ANNA DUDLEY**
Nonpriority Creditor's Name
**700 HICKORY DR #H1**
Number       Street
_____

**HUNTSVILLE          TX     77320**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1  3  8  3**
**When was the debt incurred?**    **05/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.51 | | **$100.00** |
|---|---|---|

**ANNA EVANS**
Nonpriority Creditor's Name

**15455 POINT NORTHWEST #W1609**
Number     Street

_____

**HOUSTON          TX     77095**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   7   9   5

**When was the debt incurred?**   05/07/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.52 | | **$100.00** |
|---|---|---|

**ANNA GRIGSBY**
Nonpriority Creditor's Name

**11000 GATESDEN DRIVE APT 1702**
Number     Street

_____

**TOMBALL          TX     77377**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   1   8   4

**When was the debt incurred?**   06/18/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.53 | | **$100.00** |
|---|---|---|

**ANTHONY BADARACCO**
Nonpriority Creditor's Name
**715 BURWOOD**
Number        Street
_____

| **SAN ANTONIO** | **TX** | **78213** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** __1__ __9__ __8__ __3__
**When was the debt incurred?** 06/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.54 | | **$100.00** |
|---|---|---|

**ANTHONY DICESARO**
Nonpriority Creditor's Name
**210 PEACH DR**
Number        Street
_____

| **PITTSBURGH** | **PA** | **15236** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** __6__ __4__ __2__ __6__
**When was the debt incurred?** 09/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.55 | | **$100.00** |
|---|---|---|

**ANTHONY GUMMERT**
Nonpriority Creditor's Name
**1917 JITNEY DR**
Number        Street
_____

**SPARKS                    NV       89434**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   8   0   7**
**When was the debt incurred?**   **06/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.56 | | **$100.00** |
|---|---|---|

**ANTHONY KNIGHT**
Nonpriority Creditor's Name
**9514 HANOVER COVE**
Number        Street
_____

**CONVERSE              TX       78109**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   5   5   6**
**When was the debt incurred?**   **08/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.57 | | $100.00 |
|---|---|---|

**ANTHONY NANNINI**
Nonpriority Creditor's Name

**3435 ROLLING RIDGE RD**
Number      Street

_____

**RENO**                          **NV**    **89506**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5**  **3**  **5**  **9**

**When was the debt incurred?**    **08/12/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

| 4.58 | | $100.00 |
|---|---|---|

**ANTONIO GOMEZ**
Nonpriority Creditor's Name

**PO BOX 576 703**
Number      Street

_____

**SALEM**                          **NM**    **87941**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0**  **8**  **6**  **5**

**When was the debt incurred?**    **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.59 | | $100.00 |

**ANTONIO PEDRAZA**
Nonpriority Creditor's Name
**6769 MELISSA ANN**
Number      Street

_____

**SAN ANTONIO      TX      78249**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **5    1    7    9**
When was the debt incurred?    **08/18/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

| 4.60 | | $100.00 |

**APRIL HOUSTON**
Nonpriority Creditor's Name
**930 GREEN MTN DR**
Number      Street

_____

**ERIE      CO      80516**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4    7    8    5**
When was the debt incurred?    **08/06/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.61 | | $100.00 |

**ARIEL MULLIS**
Nonpriority Creditor's Name

**8220 TUMPIKE DR**
Number        Street

_____

**WESTMINSTER        CO        80031**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

Last 4 digits of account number   **8   9   2   3**

**When was the debt incurred?**   **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.62 | | $100.00 |

**ARIEL WATSON**
Nonpriority Creditor's Name

**8414 SE CR 3260**
Number        Street

_____

**KERENS        TX        75144**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

Last 4 digits of account number   **9   2   5   0**

**When was the debt incurred?**   **04/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| **Total claim** |
|---|

| 4.63 | | **$100.00** |
|---|---|---|

**ARTHUR BENNERT**
Nonpriority Creditor's Name
**8 CHELSEA**
Number          Street
_____

| **SAN ANTONIO** | **TX** | **78209** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   6   7   1
**When was the debt incurred?**   09/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.64 | | **$100.00** |
|---|---|---|

**ASHLEY JACKSON**
Nonpriority Creditor's Name
**12082 CHERRY PL**
Number          Street
_____

| **THORTON** | **CO** | **80233** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   2   3
**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.65

**$100.00**

**ASHLEY NELSON**
Nonpriority Creditor's Name
**311 SIERRA DR**
Number     Street

**ROYSE CITY      TX     75189**
City             State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **7**    **8**    **8**    **6**

**When was the debt incurred?**    **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.66

**$100.00**

**AUBREE GURULE-RYAN**
Nonpriority Creditor's Name
**734 LOCUST AVE**
Number     Street

**BRIGHTON      CO     80603**
City             State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4**    **7**    **8**    **2**

**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.67**                                                                         **$100.00**

**AUDREY WELLER**
Nonpriority Creditor's Name
**1205 ANNE AVE**
Number        Street
_____

**HUMBLE**                **TX**    **77338**
City                                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1   3   3   6**
**When was the debt incurred?**    **05/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.68**                                                                         **$100.00**

**AUSTIN COLLER**
Nonpriority Creditor's Name
**58 CALIENTE ST**
Number        Street
_____

**RENO**                  **NV**    **89509**
City                                  State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5   0   5   8**
**When was the debt incurred?**    **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.69

**AUTUMN SKYE LAUENER**
Nonpriority Creditor's Name

**17231 BLACKHAWK BLVD APT 509**
Number          Street

_____

**FRIENDSWOOD          TX      77546**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   1   5   2   4
**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.70

**AVIANNA REIGN**
Nonpriority Creditor's Name

**2420 YORKTOWN ST APT# 479**
Number          Street

_____

**HOUSTON          TX      77056**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   5   4   4   9
**When was the debt incurred?**   09/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.71
**$100.00**

**BAILEY BARNER**
Nonpriority Creditor's Name
**1608 SUNSET DRIVE**
Number          Street
_____

**LOUISVILLE          CO     80027**
City                       State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   7   8   6**
**When was the debt incurred?**   **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.72
**$100.00**

**BARNEY SEGURA**
Nonpriority Creditor's Name
**125 LEBANON ST**
Number          Street
_____

**SAN ANTONIO          TX     78223**
City                       State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   5   5   7**
**When was the debt incurred?**   **09/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.73

**$100.00**

**BARRY GRESHAM**
Nonpriority Creditor's Name
**451 CR 441**
Number          Street
_____
_____

**STOCKDALE          TX      78160**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **2   9   3   4**
**When was the debt incurred?**    **07/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

### 4.74

**$100.00**

**BART HUSCHER**
Nonpriority Creditor's Name
**3417 S LONE PINE AVE**
Number          Street
_____
_____

**SPRINGFIELD          MO      65804**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **2   9   3   8**
**When was the debt incurred?**    **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.75**

**$100.00**

**BART KOONTZ**
Nonpriority Creditor's Name
**903 BASSE ROAD**
Number        Street
_____

**SAN ANTONIO**        **TX**    **78212**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   6   0   5**
**When was the debt incurred?**    **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.76**

**$100.00**

**BEALQUIN GOMEZ**
Nonpriority Creditor's Name
**400 DAWSON RD**
Number        Street
_____

**LA MESA**        **NM**    **88044**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   1   1   2**
**When was the debt incurred?**    **08/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.77 | | $100.00 |

**BEATRYCE BRITT**
Nonpriority Creditor's Name

**12800 WOODFOREST BOULEVARD APT#211**
Number          Street

_____

**HOUSTON          TX     77015**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    7    2    7    6
**When was the debt incurred?**    04/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.78 | | $100.00 |

**BEAU TITTENSOR**
Nonpriority Creditor's Name

**531 COULEE MEADOW**
Number          Street

_____

**SPARKS          NV     89441**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0    7    9    2
**When was the debt incurred?**    05/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.79 | | **$100.00** |

**BECKY MARTINELLI**
Nonpriority Creditor's Name

**405 CORTONO DRIVE**
Number     Street

_____

**RENO**                    **NV**        **89521**
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2  4  0  9**

**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

| 4.80 | | **$100.00** |

**BELVIS PINKNEY**
Nonpriority Creditor's Name

**6501 ANGELS ORCHARD DR**
Number     Street

_____

**SPARKS**                  **NV**        **89436**
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5  7  2  3**

**When was the debt incurred?**   **09/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.81**

**$100.00**

**BEN MCLELLAN**
Nonpriority Creditor's Name
**340 SPEARS RANCH RD.**
Number        Street
_____

**JARRELL          TX      76537**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **7   9   6   7**
**When was the debt incurred?**    **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.82**

**$100.00**

**BENJAMIN WRIGHT**
Nonpriority Creditor's Name
**1720 BILLOW DR**
Number        Street
_____

**SPARKS          NV      89441**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6   7   4   9**
**When was the debt incurred?**    **09/23/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.83

$100.00

**BERNARD PIENIAZEK**
Nonpriority Creditor's Name
**5530 FM 1628**
Number      Street
**PO BOX 15**

_____

**ADKINS            TX    78101**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   7   9   6**
**When was the debt incurred?**   **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.84

$100.00

**BERNARD STEFEK**
Nonpriority Creditor's Name
**16534 WILLOW RUN**
Number      Street

_____

**SAN ANTONIO      TX    78247**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   0   3**
**When was the debt incurred?**   **07/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1　**David McLennan**
Debtor 2　**Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.85**

**$100.00**

**BILLY COLLARD**
Nonpriority Creditor's Name
**170 SAN TOMAS RD**
Number　　　Street

_____

| **SAN LORENZO** | **NM** | **88041** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**　3　4　6　2
**When was the debt incurred?**　07/08/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

---

**4.86**

**$100.00**

**BLAINE SMITH**
Nonpriority Creditor's Name
**3805 LOMITA ST**
Number　　　Street

_____

| **SAN ANTONIO** | **TX** | **78230** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**　0　6　2　4
**When was the debt incurred?**　05/03/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.87

$100.00

**BOB HECK**
Nonpriority Creditor's Name

**104 COMINO ROBLES**
Number          Street

_____

**GUN BARREL          TX     75156**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   1   6   3

**When was the debt incurred?**    05/14/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

4.88

$100.00

**BOBBY ARMS**
Nonpriority Creditor's Name

**13350 DAMONTE VIEW LANE**
Number          Street

_____

**RENO          NV     89511**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4   6   5   9

**When was the debt incurred?**    08/04/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.89 | | **$100.00** |

**BOBBY JONES**
Nonpriority Creditor's Name

**12406 GUY GUISBORNE**
Number       Street

_____

**SCHERTZ        TX        78154**
City             State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6    8    6    4**

**When was the debt incurred?**    **09/23/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.90 | | **$100.00** |

**BOBBY MCQUEEN**
Nonpriority Creditor's Name

**9809 SAVANNAH AVENUE**
Number       Street

_____

**LUBBOCK        TX        79424**
City             State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3    2    4    9**

**When was the debt incurred?**    **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.91**    $100.00

**BONNIE SUPINE**
Nonpriority Creditor's Name
**378 TAWNY OAK CIRCLE**
Number        Street
_____

**BANDERA**        **TX**    **78003**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **3**  **7**  **9**
**When was the debt incurred?**    **07/29/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.92**    $100.00

**BOYD WEAVER**
Nonpriority Creditor's Name
**1405 WEST ILLIONOIS**
Number        Street
_____

**HOBBS**        **NM**    **88242**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **7**  **7**  **5**  **9**
**When was the debt incurred?**    **08/17/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.93 | | $100.00 |
| --- | --- | --- |

**BRAD JEROME**
Nonpriority Creditor's Name
**156 MAXWELL CIRCLE**
Number        Street

_____

**ERIE**                **CO**      **80516**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __3__ __9__ __0__ __5__
**When was the debt incurred?**   __07/20/2021__

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

| 4.94 | | $100.00 |
| --- | --- | --- |

**BRANDI KENNEDY**
Nonpriority Creditor's Name
**40 MORNING MIST CT**
Number        Street

_____

**SPARKS**              **NV**      **89441**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __6__ __0__ __2__ __5__
**When was the debt incurred?**   __06/02/2021__

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

4.95                                                                              **$100.00**

**BRANDON CARLSON**
Nonpriority Creditor's Name
**1740 PEAVINE RD**
Number       Street

_____

**RENO**              **NV**    **89503**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1**   **4**   **6**   **4**
**When was the debt incurred?**    **08/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

4.96                                                                              **$100.00**

**BRANDON LALMANSINGH**
Nonpriority Creditor's Name
**3206 SE 45TH AVE**
Number       Street

_____

**OCALA**            **FL**    **34480**
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1**   **7**   **3**   **1**
**When was the debt incurred?**    **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.97**

**$100.00**

**BRANDON SPRY**
Nonpriority Creditor's Name
**20 BAKER LANE**
Number          Street

_____

**YERINGTON          NV     89447**
City                    State   ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   7   1   2
**When was the debt incurred?**   07/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.98**

**$100.00**

**BRANDON TAYLOR**
Nonpriority Creditor's Name
**1663 SHANGRI LA DR**
Number          Street

_____

**RENO          NV     89509**
City                    State   ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   7   3   4
**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.99**

|  | $100.00 |

**BRANDON VACCA**
Nonpriority Creditor's Name
**8147 DORNOCH DR**
Number          Street

_____

**VERDI**                     **NV**       **89439**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1  2  6  2**
**When was the debt incurred?**    **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.100**

|  | $100.00 |

**BRANDT KENNEDY**
Nonpriority Creditor's Name
**860 MAESTRO DR STE A**
Number          Street

_____

**RENO**                      **NV**       **89511**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2  3  9  2**
**When was the debt incurred?**    **09/01/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.101** | | **$100.00**

**BRENT ASHTON**
Nonpriority Creditor's Name
**2941 COMMODORE DR**
Number        Street

_____

**CARROLLTON        TX        75007**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    7    9    4**
**When was the debt incurred?**    **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.102** | | **$100.00**

**BRENT CORBRIDGE**
Nonpriority Creditor's Name
**6363 REY DEL SIERRA DR**
Number        Street

_____

**SPARKS        NV        89436**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5    4    0    0**
**When was the debt incurred?**    **08/24/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.103 | | **$100.00** |
|---|---|---|

**BRETT BAKER**
Nonpriority Creditor's Name

**27313 TIMBERLINE DRIVE**
Number          Street

_____

**SAN ANTONIO          TX          78260**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   9   5   0**

**When was the debt incurred?**    **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.104 | | **$100.00** |
|---|---|---|

**BRETT BENARDINO**
Nonpriority Creditor's Name

**12 ESCENA CT**
Number          Street

_____

**BOERNE          TX          78006**
City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3   9   2   5**

**When was the debt incurred?**    **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
                                                        Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.105 | | | $100.00 |

**BRIAN BURSON**
Nonpriority Creditor's Name
**5404 GRISSOM DR**
Number      Street
_____

**ARLINGTON          TX      76016**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5  1  8  5**
**When was the debt incurred?**    **08/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

---

| 4.106 | | | $100.00 |

**BRIAN LESSINGER**
Nonpriority Creditor's Name
**2201 QUAILWOOD DR**
Number      Street
_____

**RENO               NV      89521**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4  4  2  6**
**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.107**

$100.00

**BRIAN SWIERC**
Nonpriority Creditor's Name
**217 DAWSON**
Number          Street
_____

**SAN ANTONIO          TX      78202**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  3  1  6  6
**When was the debt incurred?**  07/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

**4.108**

$100.00

**BRIANNA DOLAN**
Nonpriority Creditor's Name
**68 GARDEN CENTER**
Number          Street
**UNIT 211**
_____

**BROOMFIELD          CO      80020**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  8  9  1  7
**When was the debt incurred?**  03/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.109 | | $100.00 |
|---|---|---|

**BRIDENA DICKINSON**
Nonpriority Creditor's Name
**2182 S TRENTON WAY #16-105**
Number      Street
_____

**DENVER              CO       80221**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    9    2    5
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.110 | | $100.00 |
|---|---|---|

**BRIDGET BROWN**
Nonpriority Creditor's Name
**636 GARFIELD AVE**
Number      Street
_____

**LOUISVILLE           CO       80027**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    7    4    9
**When was the debt incurred?**    07/16/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.111**                                                                               **$100.00**

**BRIGHAM CASH**
Nonpriority Creditor's Name
**9918 PINE LAKE DR**
Number        Street
_____

**HOUSTON**              **TX**    **77055**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9   5   2   9**
**When was the debt incurred?**    **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**4.112**                                                                               **$100.00**

**BRITTANY BOWIES**
Nonpriority Creditor's Name
**3712 E 114TH DR**
Number        Street
_____

**THORTON**              **CO**    **80233**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3   9   2   2**
**When was the debt incurred?**    **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.113 | | | $100.00 |

**BRITTANY MAHAN**
Nonpriority Creditor's Name
**401 S OLD ROBINSON RD**
Number          Street
_____

**WACO**          **TX**     **76707**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    2   4   1   8
**When was the debt incurred?**    06/14/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.114 | | | $100.00 |

**BROOKLYN WILES**
Nonpriority Creditor's Name
**3010 N SADDLEBROOK LANE**
Number          Street
_____

**KATY**          **TX**     **77494**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1   7   3   0
**When was the debt incurred?**    05/27/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1　**David McLennan**

Debtor 2　**Jessica McLennan**　　　　　　　　　　　　　　Case number (if known) _____

## Part 2:　Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.115**

| | $100.00 |
|---|---|

**BRUCE BAKER**
Nonpriority Creditor's Name
**860 LANDA #1422**
Number　　　Street

_____

**NEW BRAUNFELS　　TX　　78130**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**　　**4　9　7　6**

**When was the debt incurred?**　　**08/12/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.116**

| | $100.00 |
|---|---|

**BRUCE BRESLOW**
Nonpriority Creditor's Name
**2055 BLUE BOY LANE**
Number　　　Street

_____

**RENO　　　　　　NV　　89521**
City　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**　　**7　7　6　7**

**When was the debt incurred?**　　**06/23/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.117**

$100.00

**BRUCE HICKS**
Nonpriority Creditor's Name

**7455 BALDWIN WAY**
Number          Street

_____

_____

**SPARKS**                  **NV**      **89436**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __0__  __7__  __4__  __3__

**When was the debt incurred?**   **05/05/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

---

**4.118**

$100.00

**BRUCE SALOMON**
Nonpriority Creditor's Name

**4911 ELIZABETH JANE CT.**
Number          Street

_____

_____

**AUSTIN**                  **TX**      **78730**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __7__  __9__  __7__  __3__

**When was the debt incurred?**   **09/02/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.119**

**$100.00**

**BRUCE ST. JOHN**
Nonpriority Creditor's Name

**5503 LAKEMOOR DR**
Number        Street

_____

**AUSTIN**            **TX**    **78731**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **5**  **2**  **4**  **7**
When was the debt incurred?    **08/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.120**

**$100.00**

**BRUCE THAMES**
Nonpriority Creditor's Name

**6450 SPANISH OAKS CLUB BLVD**
Number        Street

_____

**AUSTIN**            **TX**    **78738**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **9**  **2**  **3**  **8**
When was the debt incurred?    **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.121 | | $100.00 |

**BRUCE ZARNOCH**
Nonpriority Creditor's Name
**50 HARTWOOD RD**
Number       Street
**LEE, MA 1238**

_____

_____
City                                State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    8    4    9

**When was the debt incurred?**    06/01/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.122 | | $100.00 |

**BRYAN MEJIA TURCIOS**
Nonpriority Creditor's Name
**9200 WEST BELLFORT AVENUE**
Number       Street
**APT 20**

_____

**HOUSTON          TX      77031**
City                                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1    7    3    4

**When was the debt incurred?**    05/27/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| | |
|---|---|
| 4.123 | $100.00 |

**BRYAN RALEY**
Nonpriority Creditor's Name

**243 WESTGUARD PASS**
Number        Street

_____

_____

**SAN ANTONIO        TX      78234**
City                State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number   4   0   9   9**

**When was the debt incurred?    07/23/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| | |
|---|---|
| 4.124 | $100.00 |

**BRYAN TIDWELL**
Nonpriority Creditor's Name

**167 ELIZABETH**
Number        Street

_____

_____

**SAN ANTONIO        TX      78209**
City                State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number   2   4   9   6**

**When was the debt incurred?    06/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.125 | | $100.00 |
|---|---|---|

**BRYAN YEE**
Nonpriority Creditor's Name
**255 SUNSET SPRINGS LN**
Number        Street
_____

**SPARKS**              **NV**    **89441**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   7   1   1
**When was the debt incurred?**   07/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.126 | | $100.00 |
|---|---|---|

**BURNS WAGGENER**
Nonpriority Creditor's Name
**10941 DEDEKE**
Number        Street
_____

**NEW BRAUNFELS**      **TX**    **78132**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   8   9   1
**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.127 | | **Unknown** |
|---|---|---|

**Byco, Inc.**
Nonpriority Creditor's Name
**2025 Newport Boulevard**
Number        Street
**Suite 200**

**Costa Mesa, CA**

City                    State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Contract/Lease**

**Business Lease for Vita Pharmacy, LLC - San Antonio Location**

| 4.128 | | **$100.00** |
|---|---|---|

**BYRON CRAGG**
Nonpriority Creditor's Name
**6090 TORRINGTON DR**
Number        Street

**RENO**                    **NV**      **89511**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**  9  0  0  6

**When was the debt incurred?**  08/25/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.129** | | **$100.00**

**CAELAN TEAGUE**
Nonpriority Creditor's Name
**78 OAK STREET**
Number          Street

_____

**MAXWELL          TX      78656**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   7   4   6**

**When was the debt incurred?**   **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.130** | | **$100.00**

**CAMERON BARTL**
Nonpriority Creditor's Name
**609 STANFORD LANE**
Number          Street

_____

**SPARKS          NV      89431**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   4   5   2**

**When was the debt incurred?**   **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.131 | | $100.00 |
|---|---|---|

**CAMERON PEEK**
Nonpriority Creditor's Name
**520 LONGRIDER DR**
Number      Street

_____

**SPARKS**              **NV**      **89441**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   3   3   8**

**When was the debt incurred?**    **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.132 | | $100.00 |
|---|---|---|

**CAMERON ZINK**
Nonpriority Creditor's Name
**4589 LYNNFIELD CT**
Number      Street

_____

**RENO**                 **NV**      **89519**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **7   3   8   9**

**When was the debt incurred?**    **08/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                           Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.133 | | $100.00 |

**CAMMIE WATKINS**
Nonpriority Creditor's Name
**12420 MILLRIDGE PINES CT**
Number        Street
_____

**HOUSTON**            **TX**    **77070**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6**  **0**  **4**  **0**
**When was the debt incurred?**   **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

| 4.134 | | $100.00 |

**CARL JORGENSEN**
Nonpriority Creditor's Name
**1722 UNION ST**
Number        Street
_____

**SPARKS**             **NV**    **89434**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1**  **9**  **1**  **2**
**When was the debt incurred?**   **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.135 | | $100.00 |

**CARLOS ROBLES**
Nonpriority Creditor's Name
**335 S. MEADOW DR.**
Number        Street
_____

**LYTLE            TX        78052**
City              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5    5    8    1**

**When was the debt incurred?**    **08/27/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.136 | | $100.00 |

**CARLOS SALAZAR**
Nonpriority Creditor's Name
**302 PAISANO**
Number        Street
_____

**NEW BRAUNFELS    TX        78130**
City              State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4    4    3    1**

**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.137**                                                                                      **$100.00**

**CARLOS SOLIS**
Nonpriority Creditor's Name
**3926 TOREY MESQUITE**
Number          Street
_____

**SAN ANTONIO         TX      78261**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   4   8   2
**When was the debt incurred?**   04/29/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.138**                                                                                      **$100.00**

**CARLY PETERSON**
Nonpriority Creditor's Name
**406 APPLEWOOD DR**
Number          Street
_____

**PFLUGERVILLE         TX      78660**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   0   5   7
**When was the debt incurred?**   05/17/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.139 | |
|---|---|

**$100.00**

**CAROL  JACKSON**
Nonpriority Creditor's Name
**2043 ADOBE TRAIL**
Number          Street
_____

| **SAN ANTONIO** | **TX** | **78232** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   8   2   1
**When was the debt incurred?**   07/19/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.140 | |
|---|---|

**$100.00**

**CAROLE HASHIMOTO**
Nonpriority Creditor's Name
**PO BOX 17110**
Number          Street
_____

| **RENO** | **NV** | **89511** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   2   3   9
**When was the debt incurred?**   07/13/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.141**

$100.00

**CARSYN WILLIAMS**
Nonpriority Creditor's Name
**248 MASTERS TRL**
Number      Street
_____

**CLEVELAND            TX     77327**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   0   4   8**
**When was the debt incurred?**   **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.142**

$100.00

**CASEY FITCH**
Nonpriority Creditor's Name
**6790 VIA EMMA**
Number      Street
_____

**LAS CRUCES            NM     88007**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   4   9   2**
**When was the debt incurred?**   **08/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.143 | | **$100.00** |

**CASEY OTTO**
Nonpriority Creditor's Name
**700 LANDER DR**
Number        Street

_____

**CARSON CITY        NV      89701**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   8   3   8**
**When was the debt incurred?**    **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

| 4.144 | | **$100.00** |

**CASEY QUINLAN**
Nonpriority Creditor's Name
**1735 SOMERSET PLACE**
Number        Street

_____

**RENO        NV      89509**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9   4   5   3**
**When was the debt incurred?**    **04/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.145**                                                                                                          **$100.00**

**CATHERINE WINTERS**
Nonpriority Creditor's Name
**7160 NIMBUS ROAD**
Number        Street
_____
_____
**LONGMONT        CO      80503**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    4    0    0    4**
**When was the debt incurred?    07/23/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.146**                                                                                                          **$100.00**

**CATIE WEAVER**
Nonpriority Creditor's Name
**9827 SAGEDOWNE LN**
Number        Street
_____
_____
**HOUSTON        TX      77089**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    5    5    3    3**
**When was the debt incurred?    09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.147**                                                                     **$100.00**

**CECILIA HERNANDEZ**
Nonpriority Creditor's Name
**7463 E 157TH AVE**
Number      Street
_____

_____

**THORNTON**          **CO**     **80602**
City                      State    ZIP Code

**Last 4 digits of account number**   **4   7   8   7**
**When was the debt incurred?**   **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**4.148**                                                                     **$100.00**

**CESAR ROMERO**
Nonpriority Creditor's Name
**555 FM 646 WEST 621**
Number      Street
_____

_____

**DICKINSON**          **TX**     **77539**
City                      State    ZIP Code

**Last 4 digits of account number**   **9   9   9   1**
**When was the debt incurred?**   **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.149**                                                                            **$100.00**

**CHARLES BECK**
Nonpriority Creditor's Name
**438 E HATHAWAY DR**
Number        Street
_____

**SAN ANTONIO          TX      78209**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    8    1    9    5**
**When was the debt incurred?     06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.150**                                                                            **$100.00**

**CHARLES BERTRAND**
Nonpriority Creditor's Name
**601 GREY HAWK CT**
Number        Street
_____

**DAYTON               NV      89403**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    3    0    6    2**
**When was the debt incurred?     06/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| | | |
|---|---|---|
| **4.151** | | **$100.00** |

**CHARLES DIAZ**
Nonpriority Creditor's Name
**1555 MARSH AVE**
Number        Street
_____

**RENO                NV      89509**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5    0    0    8**
**When was the debt incurred?**    **05/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Prescription Recall**

| | | |
|---|---|---|
| **4.152** | | **$100.00** |

**CHARLES HIGGINS**
Nonpriority Creditor's Name
**13600 SHADY WALK DRIVE**
Number        Street
_____

**SAN ANTONIO        TX      78231**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4    4    1    0**
**When was the debt incurred?**    **05/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

4.153

$100.00

**CHARLES MARTIN**
Nonpriority Creditor's Name
**417 LOCH LOMOND DR**
Number        Street
_____

**CIBOLO            TX      78108**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    9    3    3
**When was the debt incurred?**    04/12/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

4.154

$100.00

**CHARLES OWSLEY**
Nonpriority Creditor's Name
**7814 PINEBROOK**
Number        Street
_____

**SAN ANTONIO        TX      78247**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    9    6    4
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

<strong>Total claim</strong>

---

**4.155**

**$100.00**

**CHARLES RATTRAY**
Nonpriority Creditor's Name
**13246 TRENTWOOD**
Number       Street

_____

**SAN ANTONIO**       **TX**       **78231**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**  **4**  **8**  **4**
**When was the debt incurred?**   **06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.156**

**$100.00**

**CHARLES WILLIAMS**
Nonpriority Creditor's Name
**6007 VICKERY BLVD**
Number       Street

_____

**DALLAS**       **TX**       **75206**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**  **6**  **9**  **5**
**When was the debt incurred?**   **08/31/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.157**

**CHARLIE RODRIGUEZ**
Nonpriority Creditor's Name
**16703 SIDONIE DR**
Number        Street
_____

**HOUSTON**              **TX**    **77053**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1**  **1**  **5**  **5**
**When was the debt incurred?**    **05/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

**$100.00**

---

**4.158**

**CHARLIE WALSH**
Nonpriority Creditor's Name
**25722 COREY COVE LANE**
Number        Street
_____

**KATY**              **TX**    **77494**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9**  **2**  **2**  **4**
**When was the debt incurred?**    **07/12/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

**$100.00**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td></td><td></td><td>**Total claim**</td></tr>
</table>

| 4.159 | | **$100.00** |
|---|---|---|

**CHLOE WENDT**
Nonpriority Creditor's Name
**20711 BLUE FLAGSTONE LN**
Number       Street
_____

_____

**RICHMOND**          **TX**    **77407**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **2    7    5    9**
**When was the debt incurred?**    **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.160 | | **$100.00** |
|---|---|---|

**CHRIS BROCE**
Nonpriority Creditor's Name
**10854 OAKHAVEN DR**
Number       Street
_____

_____

**RENO**              **NV**    **89521**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **7    0    9    3**
**When was the debt incurred?**    **07/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.161 | | **$100.00** |

**CHRIS CLARK**
Nonpriority Creditor's Name
**1445 BRONZE CANYON DR**
Number        Street

**RENO**              **NV**     **89521**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9   1   9   2**
**When was the debt incurred?**   **04/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.162 | | **$100.00** |

**CHRIS HEINRICH**
Nonpriority Creditor's Name
**6670 BROADRIDGE CT**
Number        Street

**RENO**              **NV**     **89523**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   2   7**
**When was the debt incurred?**   **07/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.163 | | $100.00 |

**CHRIS MACDONALD**
Nonpriority Creditor's Name

**8 SUMMERTON PLACE**
Number        Street

_____

**COHOES**                    **NY**      **12047**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   5   3   7**
**When was the debt incurred?**    **04/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.164 | | $100.00 |

**CHRIS MICHAEL**
Nonpriority Creditor's Name

**17235 SNOWBERRY DR**
Number        Street

_____

**RENO**                      **NV**      **89511**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   5   7   9**
**When was the debt incurred?**    **06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.165**                                                                        **$100.00**

**CHRIS MOSER**
Nonpriority Creditor's Name
**3711 85TH ST**
Number      Street
_____

**LUBBOCK          TX      79423**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   3   4   2**
**When was the debt incurred?**    **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

---

**4.166**                                                                        **$100.00**

**CHRIS O'BRIEN**
Nonpriority Creditor's Name
**18543 SPICER LAKE CT.**
Number      Street
_____

**RENO             NV      89508**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   5   1   3**
**When was the debt incurred?**    **04/16/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.167 | | $100.00 |

**CHRIS SHANKS**
Nonpriority Creditor's Name
**2282 RAINWOOD COURT**
Number      Street
_____

**RENO**                    **NV**      **89509**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4    4    8    4**
When was the debt incurred?    **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.168 | | $100.00 |

**CHRISTIAN SALINAS**
Nonpriority Creditor's Name
**307 PLEASANTON SPRING**
Number      Street
_____

**SAN ANTONIO**            **TX**      **78221**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **0    7    3    4**
When was the debt incurred?    **05/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.169**                                                                                              **$100.00**

**CHRISTIAN STEPHENSON**
Nonpriority Creditor's Name
**8929 HARVARD DR**
Number        Street

_____

**LUMBERTON          TX      77657**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3   6   2   1**
**When was the debt incurred?**    **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

---

**4.170**                                                                                              **$100.00**

**CHRISTINE HASSLER**
Nonpriority Creditor's Name
**4306 FLAMELEAF SUMAC DR**
Number        Street

_____

**AUSTIN              TX      78738**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3   1   7   3**
**When was the debt incurred?**    **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.171**

|  | | **$100.00** |

**CHRISTOPHER ARCE**
Nonpriority Creditor's Name

**1657 REDWOOD ST.**
Number       Street

_____

**SEGUIN**            **TX**    **78155**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0    5    9    0**

**When was the debt incurred?**    **06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Prescription Recall**

---

**4.172**

|  | | **$100.00** |

**CHRISTOPHER BRANNICK**
Nonpriority Creditor's Name

**1613 CAT MTN TRAIL**
Number       Street

_____

**KELLER**            **TX**    **76248**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    2    3    7**

**When was the debt incurred?**    **05/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.173

**$100.00**

**CHRISTOPHER DEGRAFF**
Nonpriority Creditor's Name
**5610 LAUREL RD**
Number        Street
_____

**CARSON CITY        NV    89701**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    0  4  3  4
**When was the debt incurred?**    04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.174

**$100.00**

**CHRISTOPHER MORRIS**
Nonpriority Creditor's Name
**4319 FIRST VIEW DR.**
Number        Street
_____

**SAN ANTONIO        TX    78217**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    4  5  8  7
**When was the debt incurred?**    08/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.175**

$100.00

**CHRISTOPHER STUDDERT**
Nonpriority Creditor's Name
**1930 S. ELK VIEW CIR**
Number        Street
_____

**MAPLETON        UT    84664**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7  9  4  2**
**When was the debt incurred?**   **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.176**

$100.00

**CLAIRE JOHNSON**
Nonpriority Creditor's Name
**3 RIP VAN WINKLE LANE**
Number        Street
**HOUSTON, TX 770245008**
_____

City                     State    ZIP Code
**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2  8  0  0**
**When was the debt incurred?**   **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.177 | | **$100.00** |

**CLAYTON HANSEN**
Nonpriority Creditor's Name
**24039 LA TAPICERA**
Number        Street
_____

**SAN ANTONIO        TX        78261**
City                 State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    6    9    8    1**
**When was the debt incurred?    06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.178 | | **$100.00** |

**CLAYTON TODD HAMBY**
Nonpriority Creditor's Name
**1132 E. 6 1/2 STREET**
Number        Street
_____

**HOUSTON        TX        77009**
City                 State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    7    3    4    5**
**When was the debt incurred?    05/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.179**                                                                              **$100.00**

**CLEMENTE CASTILLO**
Nonpriority Creditor's Name
**2523 NORTHERN DRIVE**
Number        Street
_____

**LEAGUE CITY          TX      77573**
City                           State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2    3    4    0**
**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

**4.180**                                                                              **$100.00**

**CLINTON WELCH**
Nonpriority Creditor's Name
**816 TRADEWINDS CT**
Number        Street
_____

**SUN VALLEY          NV      89433**
City                           State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7    6    7    4**
**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.181

**$100.00**

**COBEY CROW**
Nonpriority Creditor's Name
**2930 STILL MEADOW RD**
Number          Street
_____

**SEGUIN**          **TX**     **78155**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __9__  __9__  __9__  __8__
When was the debt incurred?   05/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

### 4.182

**$100.00**

**CODY BROWN**
Nonpriority Creditor's Name
**9719 MEADOW BRANCH**
Number          Street
_____

**CONVERSE**          **TX**     **78109**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __6__  __8__  __8__  __1__
When was the debt incurred?   09/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.183 | | **$100.00** |
|---|---|---|

**CODY BURKE**
Nonpriority Creditor's Name
**PO BOX 2247**
Number        Street
_____

**HAWTHORNE        NV      89415**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    8    4    7    9
**When was the debt incurred?**    05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.184 | | **$100.00** |
|---|---|---|

**CODY SKILES**
Nonpriority Creditor's Name
**1931 SHADOW FOREST DR**
Number        Street
_____

**KATY        TX      77494**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    1    2    2
**When was the debt incurred?**    06/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan** _____    Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| | **Total claim** |

| 4.185 | | $100.00 |
|---|---|---|

**COLE TRIPP**
Nonpriority Creditor's Name
**5585 E HIDDENVALLEY DR**
Number         Street

_____

**RENO**                    **NV**    **89502**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0    9    5    6**
**When was the debt incurred?**    **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.186 | | $100.00 |
|---|---|---|

**COLE WOOLSEY**
Nonpriority Creditor's Name
**11120 E BAJADA DR**
Number         Street

_____

**SCOTTSDALE**                **AZ**    **85262**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    0    0    2**
**When was the debt incurred?**    **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

| 4.187 | | **$100.00** |
| --- | --- | --- |

**CONRAD STITSER**
Nonpriority Creditor's Name

**9009 TIMOTHY COURT**
Number        Street

_____

**RENO**                    **NV**      **89511**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number** __7__ __7__ __6__ __4__

**When was the debt incurred?** __06/16/2021__

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.188 | | **$100.00** |
| --- | --- | --- |

**COREY MATHEWS**
Nonpriority Creditor's Name

**57 PIN OAK CT**
Number        Street

_____

**LAKE JACKSON**        **TX**      **77566**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number** __0__ __4__ __1__ __2__

**When was the debt incurred?** __04/30/2021__

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.189 | | **$100.00** |

**CORNELIUS WIEBE**
Nonpriority Creditor's Name
**301 SW AVE J**
Number        Street

_____

**SEMINOLE          TX      79360**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    6    1    7
**When was the debt incurred?**    07/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.190 | | **$100.00** |

**CORY AUTREY**
Nonpriority Creditor's Name
**2306 ELEKTRA CT**
Number        Street

_____

**SPARKS            NV      89441**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    5    1    9    8
**When was the debt incurred?**    08/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.191**

$100.00

**CORY HENDERSON**
Nonpriority Creditor's Name
**5355 KIETZ LANE SUITE 200**
Number        Street
_____

**RENO**                    **NV**    **89511**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8  3  2  2**
**When was the debt incurred?**   **07/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.192**

$100.00

**CORY PETTY**
Nonpriority Creditor's Name
**7610 BADELONA CT**
Number        Street
_____

**SPARKS**                  **NV**    **89436**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7  6  7  3**
**When was the debt incurred?**   **06/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.193 | | **$100.00** |

**COURTNEY ISOM**
Nonpriority Creditor's Name
**165 BODIE STREET**
Number          Street

_____

**HAWTHORNE          NV     89415**
City                               State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6    4    7    8**
**When was the debt incurred?**    **09/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.194 | | **$100.00** |

**COURTNEY LANI**
Nonpriority Creditor's Name
**118 E POST OFFICE ST**
Number          Street

_____

**WEIMAR          TX     78962**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    9    0    8**
**When was the debt incurred?**    **05/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.195 | | $100.00 |
|---|---|---|

**CRAIG COLFER**
Nonpriority Creditor's Name

**6155 PLUMAS ST UNIT 121**
Number        Street

_____

| **RENO** | **NV** | **89519** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   2   3   8

**When was the debt incurred?**    07/02/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Prescription Recall**

| 4.196 | | $100.00 |
|---|---|---|

**CRAIG LEE**
Nonpriority Creditor's Name

**913 CORDELL RD**
Number        Street

_____

| **SADLER** | **TX** | **76264** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0   9   3   8

**When was the debt incurred?**    05/11/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.197

**$100.00**

**CRAIG MILLER**
Nonpriority Creditor's Name
**1700 SEASPRAY CT**
Number        Street
**2142**

_____

**HOUSTON          TX     77008**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   9   0   7
**When was the debt incurred?**   05/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

4.198

**$100.00**

**CRAIG MITCHELL**
Nonpriority Creditor's Name
**224 VIA D'ESTE UNIT 1210**
Number        Street

_____

**DELRAY BEACH       FL     33445**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   0   0   0
**When was the debt incurred?**   07/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.199 | | **$100.00** |

**CRAIG TODLOCK**
Nonpriority Creditor's Name

**8358 RUNION RD**
Number      Street

_____

**SAN ANGELO          TX      76905**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1  6  8  6
**When was the debt incurred?**    05/26/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.200 | | **$100.00** |

**CRISARA SERPA**
Nonpriority Creditor's Name

**1682 CROWNE WAY**
Number      Street

_____

**MINDEN              NV      89423**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4  6  2  7
**When was the debt incurred?**    08/04/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.201**

$100.00

**CRYSTAL LOVATO**
Nonpriority Creditor's Name
**3039 W 38TH AVE**
Number          Street

_____

| **DENVER** | **CO** | **80211** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   9   3   4
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.202**

$100.00

**CURTIS BAKER**
Nonpriority Creditor's Name
**1045 TAPADERO TRAIL**
Number          Street

_____

| **RENO** | **NV** | **89521** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    5   8   2   2
**When was the debt incurred?**    04/28/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.203

**$100.00**

**CURTIS BROADDUS**
Nonpriority Creditor's Name

**2600 SEMINOLE DRIVE**
Number        Street

_____

**PAMPA**            **TX**     **79065**
City                        State     ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **8**   **2**   **1**   **5**

**When was the debt incurred?**    **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.204

**$100.00**

**CYNDI LEWIS**
Nonpriority Creditor's Name

**455 UTICA AVE**
Number        Street

_____

**BOULDER**          **CO**     **80304**
City                        State     ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6**   **4**   **9**   **8**

**When was the debt incurred?**    **09/17/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.205 | | $100.00 |

**CYNTHIA LEWIS**
Nonpriority Creditor's Name
**614 C SOUTH BUS HWY 35**
Number        Street
_____

**NEW BRAUNFELS        TX        78130**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   5   2   0
**When was the debt incurred?**   09/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.206 | | $100.00 |

**D.J. STACEY**
Nonpriority Creditor's Name
**144 S. RING DOVE DR**
Number        Street
_____

**LAS VEGAS                NV        89144**
City                        State        ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7   7   5   7
**When was the debt incurred?**   06/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.207

**$100.00**

**DALE CLEM**
Nonpriority Creditor's Name

**105 SMITH AVENUE**
Number        Street

_____

**NEW HOME**        **TX**    **79383**
City                State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   0   2   3**

**When was the debt incurred?**    **09/08/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

### 4.208

**$100.00**

**DAN BOWEN**
Nonpriority Creditor's Name

**2327 DIAMOND J PLACE**
Number        Street

_____

**RENO**        **NV**    **89511**
City                State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   7   7   9**

**When was the debt incurred?**    **05/07/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.209

**$100.00**

**DAN DAVIS**
Nonpriority Creditor's Name

**26103 AMBER SKY**
Number          Street

_____

**SAN ANTONIO          TX     78260**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0    4    7    9

**When was the debt incurred?**    04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

4.210

**$100.00**

**DAN TAPIA**
Nonpriority Creditor's Name

**595 LUCIANA DR**
Number          Street

_____

**RENO                  NV     89521**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    3    8    1

**When was the debt incurred?**    06/17/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.211

$100.00

**DANELLE HAAS**
Nonpriority Creditor's Name

**389 SUNWOOD DR**
Number          Street

_____

**CARSON CITY          NV      89701**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   7   9   8   0

**When was the debt incurred?**   08/25/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Prescription Recall**

4.212

$100.00

**DANI TUMBUSCH**
Nonpriority Creditor's Name

**7512 DOWNRIDGE DR**
Number          Street

_____

**AUSTIN          TX      78731**
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   9   2   5

**When was the debt incurred?**   06/25/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.213 | | | **$100.00** |

**DANIEL BERG**
Nonpriority Creditor's Name
**3489 EAGLE RIDGE CT**
Number          Street
_____

_____

**RENO**                    **NV**    **89509**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7   9   9   0**
**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.214 | | | **$100.00** |

**DANIEL KNAPP**
Nonpriority Creditor's Name
**825 CALIFORNIA AVE**
Number          Street
_____

_____

**RENO**                    **NV**    **89509**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   5   2   7**
**When was the debt incurred?**   **07/12/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.215 | | **$100.00** |
|---|---|---|

**DANIEL MAY**
Nonpriority Creditor's Name
**3738 TWISTED OAKS DR.**
Number        Street
_____

**SAN ANTONIO        TX        78217**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   1   3   0
**When was the debt incurred?**   05/13/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.216 | | **$100.00** |
|---|---|---|

**DANIEL STEINMETZ**
Nonpriority Creditor's Name
**318 THOMA ST**
Number        Street
_____

**RENO        NV        89502**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   9   0   9
**When was the debt incurred?**   06/08/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.217**                                                                                           **$100.00**

**DANIEL TOVAR**
Nonpriority Creditor's Name
**12714 CLEARWATER COVE**
Number       Street
_____

**SAN ANTONIO**          **TX**    **78254**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    4    7    0**
**When was the debt incurred?**    **06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

**4.218**                                                                                           **$100.00**

**DANIEL TRIPOLI**
Nonpriority Creditor's Name
**39 SWEET BRIER DR**
Number       Street
_____

**BALLSTON LAKE**          **NY**    **12019**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4    0    1    7**
**When was the debt incurred?**    **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.219 | | $100.00 |
|---|---|---|

**DANIEL TRUEBA**
Nonpriority Creditor's Name
**9722 HORSESHOE PASS**
Number        Street

_____

**SAN ANTONIO          TX      78254**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   9   1   1
**When was the debt incurred?**    08/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.220 | | $100.00 |
|---|---|---|

**DANIELA MEDRANO**
Nonpriority Creditor's Name
**101 N BROOKSIDE DR**
Number        Street

_____

**DALLAS               TX      75223**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   7   9   8
**When was the debt incurred?**    05/07/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.221**

$100.00

**DANIELLE WATSON**
Nonpriority Creditor's Name

**2800 HIRSCHFIELD RD APT#6**
Number      Street

_____

**SPRING          TX      77373**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   9   6   4**

**When was the debt incurred?**   **05/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.222**

$100.00

**DAREL JARAMILLO**
Nonpriority Creditor's Name

**6119 DESERT SUN ST.**
Number      Street

_____

**SAN ANTONIO      TX      78238**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   2   3   5**

**When was the debt incurred?**   **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

| 4.223 | | $100.00 |

**DARIEL JOHNSON**
Nonpriority Creditor's Name
**7019 DAYBREAK**
Number        Street

_____

**CONVERSE          TX      78109**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6    6    4    9
**When was the debt incurred?**    09/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.224 | | $100.00 |

**DARRELL ABBOTT**
Nonpriority Creditor's Name
**1157 OAK LANE**
Number        Street

_____

**MONTGOMERY          TX      77316**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    5    2    8
**When was the debt incurred?**    04/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.225

**DARRELL KELLER**
Nonpriority Creditor's Name
**1206 BROOK BLUFF**
Number         Street
_____

**SAN ANTONIO          TX      78248**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**    **7   5   7   0**
**When was the debt incurred?**    **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.226

**DARRELL KING**
Nonpriority Creditor's Name
**2045 BAXTER VILLAGE DR**
Number         Street
_____

**RENO          NV      89521**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**    **5   8   4   5**
**When was the debt incurred?**    **09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.227 | | **$100.00** |
|---|---|---|

**DARRELL SCRONCE**
Nonpriority Creditor's Name
**2282 PENGUIN DR**
Number          Street

_____

**SPARKS                NV      89441**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   9   5   1

**When was the debt incurred?**   07/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.228 | | **$100.00** |
|---|---|---|

**DARYL HOLLENBACK**
Nonpriority Creditor's Name
**4141 BOOTES CT**
Number          Street

_____

**SPARKS                NV      89436**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   4   9   6

**When was the debt incurred?**   04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.229 | | $100.00 |

**DAVID ROBERTS**
_____
Nonpriority Creditor's Name
**49 FAULKNER CANYON ROAD**
_____
Number        Street
_____

**RADIUM SPRINGS        NM      88054**
_____
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4    7    0    2**
**When was the debt incurred?**   **08/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.230 | | $100.00 |

**DAVID ADKINS**
_____
Nonpriority Creditor's Name
**6449 BROOKVIEW CIRCLE**
_____
Number        Street
_____

**RENO                        NV      89519**
_____
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4    7    2    0**
**When was the debt incurred?**   **05/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.231 | | $100.00 |
|---|---|---|

**DAVID ANDREWS**
Nonpriority Creditor's Name

**400 FAIRVIEW BLVD #75**
Number      Street

_____

**INCLINE VILLAGE          NV      89451**
City                                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   1   9   2**

**When was the debt incurred?**   **09/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.232 | | $100.00 |
|---|---|---|

**DAVID DANIEL**
Nonpriority Creditor's Name

**5501 TENTH ST**
Number      Street

_____

**LUBBOCK          TX      79416**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **6   5   1   2**

**When was the debt incurred?**   **09/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.233**

$100.00

**DAVID DICKIE**
Nonpriority Creditor's Name
**129 E AGARITA AVE**
Number        Street

_____

**SAN ANTONIO        TX        78212**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   2   1   7
**When was the debt incurred?**   07/08/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.234**

$100.00

**DAVID ESPOSITO**
Nonpriority Creditor's Name
**109 SHERMAN AVE**
Number        Street

_____

**TROY        NY        12180**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7   8   9   0
**When was the debt incurred?**   09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.235**

$100.00

**DAVID GLORIA**
Nonpriority Creditor's Name
**9975 NORTH VALLEY**
Number      Street
_____

**LAS CRUCES        NM    88007**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    9    2    5
**When was the debt incurred?**    08/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.236**

$100.00

**DAVID GONZALEZ**
Nonpriority Creditor's Name
**8354 SIERRA HERMOSA**
Number      Street
_____

**SAN ANTONIO        TX    78255**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    3    3    3
**When was the debt incurred?**    05/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

**4.237**                                                                                                    **$100.00**

**DAVID MICHAEL GENEY**
Nonpriority Creditor's Name
**5521 WEST  4TH STREET**
Number      Street
_____

**RENO**                        **NV      89523**
City                               State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **2    6    4    3**
When was the debt incurred?    **06/18/2021**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Prescription Recall**

**4.238**                                                                                                    **$100.00**

**DAVID REEVES**
Nonpriority Creditor's Name
**5420 KIETZKIE SUITE 100**
Number      Street
_____

**RENO**                        **NV      89511**
City                               State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **6    8    2    7**
When was the debt incurred?    **06/10/2021**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.239 | | $100.00 |

**DAVID ROGAN**
Nonpriority Creditor's Name
**3202 NW 87TH LANE**
Number        Street
_____

**ANKENY               IA      50023**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   5   0   6
**When was the debt incurred?**   08/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.240 | | $100.00 |

**DAVID SCHNABEL**
Nonpriority Creditor's Name
**400 WESTERN RD.**
Number        Street
_____

**RENO                  NV      89506**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   7   4   7
**When was the debt incurred?**   09/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.241 | | **$100.00** |

**DAWN MESHRAM**
Nonpriority Creditor's Name
**2525 ST CHRISTOPHER AVE #1122**
Number        Street
_____

**LEAGUE CITY          TX      77573**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    3    5    7
**When was the debt incurred?**    08/17/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.242 | | **Unknown** |

**De Lage Landon Financial Services, Inc.**
Nonpriority Creditor's Name
**P.O. Box 41602**
Number        Street
_____

**Philadelphia          PA      19101-1602**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Printer Leases for Vita Pharmacy, LLC - San Antonio and Boerne locations**

**Last 4 digits of account number**    __  __  __  __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contract/Lease**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.243**                                                                                              **$100.00**

**DEAN ALLMAN**
Nonpriority Creditor's Name
**6180 SIERRA MESA ST**
Number        Street
_____

**RENO**                    **NV**    **89511**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3**  **1**  **2**  **9**
**When was the debt incurred?**    **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

**4.244**                                                                                              **$100.00**

**DEAN MCCLAIN**
Nonpriority Creditor's Name
**7336 HIGHLAND RANCH RD**
Number        Street
_____

**CALDWELL**                **TX**    **77836**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2**  **6**  **5**  **1**
**When was the debt incurred?**    **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.245**

**$100.00**

**DEANDRA ROMERO**
Nonpriority Creditor's Name
**9100 TEJON ST #81**
Number       Street

_____

**DENVER**          **CO**    **80260**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   9   2   0**

**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.246**

**$100.00**

**DEBORAH ABBOTT**
Nonpriority Creditor's Name
**1450 CR 36330**
Number       Street

_____

**SUMNER**          **TX**    **75486**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7   9   0   5**

**When was the debt incurred?**   **05/24/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.247**

**DEBORAH WILSON**                              Last 4 digits of account number    **4    0    2    7**          **$100.00**
Nonpriority Creditor's Name
**4834 6TH ST**                                 When was the debt incurred?   **07/23/2021**
Number      Street
                                                As of the date you file, the claim is: Check all that apply.
_____                   ☑ Contingent
                                                ☑ Unliquidated
**BOULDER            CO    80304**              ☑ Disputed
City                 State   ZIP Code
Who incurred the debt?   Check one.             Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
Is the claim subject to offset?                    **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

**4.248**                                                                                                      **$100.00**

**DEE HORACE**                                  Last 4 digits of account number    **5    4    5    5**
Nonpriority Creditor's Name
**201 BOWIE ST  APT 7**                         When was the debt incurred?   **05/25/2021**
Number      Street
                                                As of the date you file, the claim is: Check all that apply.
_____                   ☑ Contingent
                                                ☑ Unliquidated
**NACOGDOCHES        TX    75965**              ☑ Disputed
City                 State   ZIP Code
Who incurred the debt?   Check one.             Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
Is the claim subject to offset?                    **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.249**

$100.00

**DENA KNOLL**
Nonpriority Creditor's Name

**1679 VALLEY VIEW DR**
Number        Street

_____

**CARSON CITY          NV      89701**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   2   3   5**

**When was the debt incurred?**   **05/19/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

**4.250**

$100.00

**DENISE TITTLE**
Nonpriority Creditor's Name

**2341 CYPRESS CREEK PKWY APT 3505**
Number        Street

_____

**HOUSTON          TX      77068**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   9   2**

**When was the debt incurred?**   **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.251**                                                                     $100.00

**DENNIS DAVIS**
Nonpriority Creditor's Name
**1800 WENDY WAY**
Number        Street

_____

**RENO**                    **NV**      **89509**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   7   9   8**
**When was the debt incurred?**   **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**4.252**                                                                     $100.00

**DENNIS LEE**
Nonpriority Creditor's Name
**2705 TESTOLIN RD**
Number        Street

_____

**FALLON**                  **NV**      **89406**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7   1   1   0**
**When was the debt incurred?**   **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.253                                                                                                    **$100.00**

**DENNIS PORTER**                           Last 4 digits of account number    **4   0   9   8**
Nonpriority Creditor's Name
**701 NE 1500**                             When was the debt incurred?    **07/29/2021**
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
_____                ☑ Contingent
                                           ☑ Unliquidated
**ANDREWS          TX    79714**            ☑ Disputed
City               State   ZIP Code
Who incurred the debt?    Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
Is the claim subject to offset?               **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

4.254                                                                                                    **$100.00**

**DEOJARAE JACKSON**                        Last 4 digits of account number    **3   6   4   5**
Nonpriority Creditor's Name
**10025 E GIRARD AVE**                      When was the debt incurred?    **07/14/2021**
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
_____                ☑ Contingent
                                           ☑ Unliquidated
**DENVER           CO    80231**            ☑ Disputed
City               State   ZIP Code
Who incurred the debt?    Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other.  Specify
Is the claim subject to offset?               **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.255**

$100.00

**DEREK BEENFELDT**
Nonpriority Creditor's Name

**4595 MOUNTAIN GATE DR**
Number      Street

_____

**RENO**                    **NV**      **89519**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    7    7    7**

**When was the debt incurred?**    **06/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

**4.256**

$100.00

**DEREK BOYDEN**
Nonpriority Creditor's Name

**15701 42ND AVE CT EAST**
Number      Street

_____

**TACOMA**                  **WA**      **98446**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9    4    6    2**

**When was the debt incurred?**    **04/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.257 | | $100.00 |

**DEREK SEGLE**
Nonpriority Creditor's Name
**1223 N. WALTERS ST. #301**
Number          Street
_____

**SAN ANTONIO          TX      78202**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    6    6    0    7
**When was the debt incurred?**   09/17/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.258 | | $100.00 |

**DERRELL DUDLEY**
Nonpriority Creditor's Name
**978 ENCINO DR**
Number          Street
_____

**NEW BRAUNFELS      TX      78130**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    6    9    6
**When was the debt incurred?**   05/12/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.259**

$100.00

**DIANA SIMS**
Nonpriority Creditor's Name
**3355 MAMBE DR**
Number    Street
**RENO, 89511 89521**

_____
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5  0  6  9**
**When was the debt incurred?**   **08/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.260**

$100.00

**DICK (RICHARD) NAGAO**
Nonpriority Creditor's Name
**9807 SELBOURNE LN**
Number    Street

_____

**SAN ANTONIO        TX     78251**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6  8  9  9**
**When was the debt incurred?**   **09/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.261 | | $100.00 |

**DIEGO ARAMBURU**
Nonpriority Creditor's Name
**11050 BONDSHIRE DR.**
Number        Street
_____

**RENO**            **NV**    **89511**
City                State   ZIP Code

**Last 4 digits of account number**    **1    1    2    4**
**When was the debt incurred?**    **05/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

| 4.262 | | $100.00 |

**DOMINIC DEPEW-LEON**
Nonpriority Creditor's Name
**1030 FERDINAND DR**
Number        Street
_____

**SAN ANTONIO**      **TX**    **78245**
City                State   ZIP Code

**Last 4 digits of account number**    **2    1    5    1**
**When was the debt incurred?**    **07/23/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.263**

**$100.00**

**DON COLLINS**
Nonpriority Creditor's Name
**3531 W STATE RD 1585**
Number        Street
_____

**LEVELLAND        TX        79336**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4    4    0    4
**When was the debt incurred?**    07/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

---

**4.264**

**$100.00**

**DON MCCARTY**
Nonpriority Creditor's Name
**1501 FM 54**
Number        Street
_____

**LITTLEFIELD        TX        79339**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    0    4    5
**When was the debt incurred?**    07/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.265

**$100.00**

**DON PLAYER**
Nonpriority Creditor's Name
**1741 EMERALD BAY DR**
Number       Street
_____

**RENO**                    **NV**      **89521**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   9   0   7**
**When was the debt incurred?**   **06/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.266

**$100.00**

**DON TAYLOR**
Nonpriority Creditor's Name
**1301 E 76TH ST**
Number       Street
_____

**LUBBOCK**                 **TX**      **79404**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   6   9**
**When was the debt incurred?**   **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.267**

$100.00

**DONALD KRUMWIEDE**
Nonpriority Creditor's Name
**9903 UTICA AVE**
Number        Street

_____

**LUBBOCK**          **TX**      **79424**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9   7   9   6**
**When was the debt incurred?**   **04/22/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.268**

$100.00

**DONALD PARMELLY**
Nonpriority Creditor's Name
**15441 YERBY RD**
Number        Street

_____

**IOLA**          **TX**      **77861**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   2   2   0**
**When was the debt incurred?**   **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.269**

$100.00

**DONNIE PACHECO**
Nonpriority Creditor's Name
**1017 CANTRELL AVE**
Number        Street

_____

**JOURDANTON        TX        78026**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **1**  **2**  **6**  **1**
**When was the debt incurred?**    **08/17/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Prescription Recall**

---

**4.270**

$100.00

**DOUG HONEYFORD**
Nonpriority Creditor's Name
**2920 OLD RANCH ROAD**
Number        Street

_____

**GARDNERVILLE        NV        89410**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7**  **9**  **3**  **4**
**When was the debt incurred?**    **06/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.271**                                                                                          **$100.00**

**DOUG KORNBRUST**
Nonpriority Creditor's Name
**7245 LINGFIELD DRIVE**
Number       Street
_____

**RENO**              **NV**     **89502**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   3   5   2**
**When was the debt incurred?**    **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.272**                                                                                          **$100.00**

**DOUGLAS CHRISTENSEN**
Nonpriority Creditor's Name
**2265 COLD CREEK TRAIL**
Number       Street
_____

**RENO**              **NV**     **89523**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5   6   9   6**
**When was the debt incurred?**    **06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.273**

$100.00

**DOUGLAS HAMMOND**
Nonpriority Creditor's Name
**6400 VIA AVENTURA DR**
Number      Street

_____

**EL PASO                    TX        79912**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   7   7   2**
**When was the debt incurred?**   **09/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.274**

$100.00

**DOUGLAS WARD**
Nonpriority Creditor's Name
**6626 PINNACLE VIEW RD**
Number      Street

_____

**CASHMERE              WA      98815**
City                            State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   0   2**
**When was the debt incurred?**   **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.275**                                                                    **$100.00**

**DOYCE LEMLEY**
Nonpriority Creditor's Name
**7358 CR 1050**
Number        Street
_____

**CELESTE**          **TX**    **75423**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   4   4   4**
**When was the debt incurred?**    **09/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.276**                                                                    **$100.00**

**DOYLE MARRS**
Nonpriority Creditor's Name
**4502 ASHLEY STONE  CT**
Number        Street
_____

**COLLEGE STATION**   **TX**    **77845**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   0   3   2**
**When was the debt incurred?**    **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.277

**$1,500.00**

**Dr. Amanda Nylund**
Nonpriority Creditor's Name

**9391 GROGANS MILLS RD. STE A4**
Number        Street

_____

**THE WOODLANDS       TX       77380**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   O   U   N   T

**When was the debt incurred?**   02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

4.278

**$13,100.00**

**Dr. Amir Nasseri**
Nonpriority Creditor's Name

**1155 W CENTRAL AVE #214**
Number        Street

_____

**SANTA ANA           CA       82707**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   O   U   N   T

**When was the debt incurred?**   02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.279**

**$13,100.00**

**Dr. Amir Nasseri**
Nonpriority Creditor's Name
**129 TESORO DR.**
Number        Street

_____

**LAS VEGAS**          **NV**    **89144**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **O   U   N   T**

**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

**4.280**

**$11,200.00**

**Dr. Andrew Kibert**
Nonpriority Creditor's Name
**406 SIXTH AVE #2**
Number        Street

_____

**NEW YORK**          **NY**    **10011**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **O   U   N   T**

**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.281**

**$800.00**

**Dr. Brian Griffin**
Nonpriority Creditor's Name
**5508 PARKCREST DR. #101**
Number        Street
**SUITE 304**

**AUSTIN**          **TX**    **78731**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.282**

**$500.00**

**Dr. Christopher Keroack**
Nonpriority Creditor's Name
**2 MEDICAL CENTER DRIVE SUITE 202**
Number        Street
**SPRINGFIELD, MA 1107**

City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.283**                                                                                                   **$700.00**

**Dr. Dayna Monterrey**
Nonpriority Creditor's Name
**4701 S. LAKESHORE DR**
Number      Street
**STE 3**

**TEMPE**            **AZ**      **85282**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.284**                                                                                                   **$200.00**

**Dr. Edwin Sasin**
Nonpriority Creditor's Name
**1524 KINGWOOD DR**
Number      Street

**KINGWOOD**          **TX**      **77345**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.285 | | **$1,300.00** |

**Dr. Eleanor Hethcox**
Nonpriority Creditor's Name
**121 W. PARKWOOD AVENUE**
Number        Street

_____

**FRIENDSWOOD          TX      77546**
City                                  State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    O   U   N   T
**When was the debt incurred?**    02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.286 | | **$200.00** |

**Dr. George Ibrahim**
Nonpriority Creditor's Name
**1 VANDERBILT PARK DR.**
Number        Street
**STE. 230**

_____

**ASHEVILLE          NC      28803**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    O   U   N   T
**When was the debt incurred?**    02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                               Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.287**                                                                                              **$800.00**

**Dr. James Andry**                          Last 4 digits of account number    **O   U   N   T**
Nonpriority Creditor's Name
**451 SOUTH PARK RIDGE RD STE 101**          When was the debt incurred?    **02/01/2021 to 09/30/2021**
Number         Street
                                             As of the date you file, the claim is: Check all that apply.

_____            ☑ Contingent
                                             ☑ Unliquidated
**BLOOMINGTON         IN      47401**         ☑ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.        **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**              **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

**4.288**                                                                                              **$1,000.00**

**Dr. Jennifer Linhorst**                    Last 4 digits of account number    **O   U   N   T**
Nonpriority Creditor's Name
**425 S CHERRY STREET STE 300**              When was the debt incurred?    **02/01/2021 to 09/30/2021**
Number         Street
                                             As of the date you file, the claim is: Check all that apply.

_____            ☑ Contingent
                                             ☑ Unliquidated
**DENVER              CO      80246**         ☑ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.        **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                      that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**              **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.289**
$100.00

**Dr. Joe Feste**
Nonpriority Creditor's Name
**211 RR 620 S STE 120**
Number        Street

_____

**AUSTIN**            **TX**      **78734**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  __O__  __U__  __N__  __T__
**When was the debt incurred?**  __02/01/2021 to 09/30/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.290**
$600.00

**Dr. Joel Pena**
Nonpriority Creditor's Name
**1207 BROOKLYN AVE**
Number        Street

_____

**SAN ANTONIO**     **TX**      **78212**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  __O__  __U__  __N__  __T__
**When was the debt incurred?**  __02/01/2021 to 09/30/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.291 | | **$13,400.00** |
|---|---|---|

**Dr. John Dybis**
Nonpriority Creditor's Name

**1347 N. WELLS STREET**
Number          Street

_____

**CHICAGO**          **IL**     **60610**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**

**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.292 | | **$700.00** |
|---|---|---|

**Dr. Jose Rodriguez**
Nonpriority Creditor's Name

**4500 N. 10TH ST. #220**
Number          Street

_____

**MCALLEN**          **TX**     **78504**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**

**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.293 | | | **$700.00** |

**Dr. Jose Rodriguez**
Nonpriority Creditor's Name
**801 EAST NOLANA STE#4**
Number        Street

_____

**MCALLEN**              **TX**    **78504**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**

**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.294 | | | **$400.00** |

**Dr. Kenneth McWilliams**
Nonpriority Creditor's Name
**4917 S. ALMA SCHOOL RD. #STE1**
Number        Street

_____

**CHANDLER**              **AZ**    **85248**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**

**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.295 | | **$14,600.00** |
|---|---|---|

**Dr. Kevin Hoffarth**
Nonpriority Creditor's Name
**3813 JUNIPER TRACE STE 102**
Number       Street
_____

_____

**AUSTIN**          **TX**      **78738**
City                    State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.296 | | **$14,600.00** |
|---|---|---|

**Dr. Kevin Hoffarth**
Nonpriority Creditor's Name
**2009 MAIN STREET #200**
Number       Street
_____

_____

**LAKEWAY**          **TX**      **78734**
City                    State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.297 | | **$31,500.00** |

**Dr. Marco Uribe**
Nonpriority Creditor's Name

**200 E 24TH ST**

Number        Street

_____

**BRYAN                     TX         77803**

City                                State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**

**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

| 4.298 | | **$31,500.00** |

**Dr. Marco Uribe**
Nonpriority Creditor's Name

**952 ECHO LN**

Number        Street

**SUITE 331**

_____

**HOUSTON                   TX         77024**

City                                State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**

**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.299**

**$500.00**

**Dr. Melissa Miskell**
Nonpriority Creditor's Name
**1202 E. SONTERRA BLVD**
Number      Street
**STE 101**

**SAN ANTONIO          TX      78258**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.300**

**$500.00**

**Dr. Melissa Miskell**
Nonpriority Creditor's Name
**31007 IH 10**
Number      Street

**BOERNE          TX      78006**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.301

**$500.00**

**Dr. Melissa Miskell**
Nonpriority Creditor's Name
**598 N UNION #300**
Number        Street

_____

**NEW BRAUNFELS        TX        78130**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   O   U   N   T
**When was the debt incurred?**   02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.302

**$4,200.00**

**Dr. Okey Okoli**
Nonpriority Creditor's Name
**133035 NACODOCHES RD STE.2**
Number        Street

_____

**SAN ANTONIO        TX        78217**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   O   U   N   T
**When was the debt incurred?**   02/01/2021 to 09/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.303 |
|---|

$900.00

**Dr. Owen Miller**
Nonpriority Creditor's Name
**1530 S. UNION AVE**
Number        Street
**STE 4**

**TACOMA**              **WA**    **98405**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.304 |
|---|

$200.00

**Dr. Pedro Quiles**
Nonpriority Creditor's Name
**AVE. JUAN HERNANDEZ #3106**
Number        Street
**ISABELA, PR 662**

City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **O   U   N   T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |

**4.305**                                                                                         **$7,100.00**

**Dr. Russell Skinner**
Nonpriority Creditor's Name
**1922 SUNRISE TRAIL**
Number        Street
_____

**LEWISVILLE**        **TX**    **75067**
City                       State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **O    U    N    T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.306**                                                                                         **$2,000.00**

**Dr. Sherri Micone**
Nonpriority Creditor's Name
**142 BELL STREET**
Number        Street
_____

**RENO**            **NV**    **89503**
City                       State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **O    U    N    T**
**When was the debt incurred?**    **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.307

**$2,000.00**

**Dr. Sherri Micone**
Nonpriority Creditor's Name
**6170 RIDGEVIEW CRT #C**
Number      Street

_____

**RENO**            **NV**    **89519**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Prescription Recall**

### 4.308

**$1,900.00**

**Dr. Stanley Heckrodt**
Nonpriority Creditor's Name
**4646 CORONA DR. SUITE 280**
Number      Street

_____

**CORPUS CHRISTI**    **TX**    **78414**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **O   U   N   T**
**When was the debt incurred?**   **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.309**

$400.00

**Dr. Victor Fuselier**
Nonpriority Creditor's Name

**1725 SOUTH I35 SUITE 102**
Number     Street

_____

**DENTON          TX     76205**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**     **O   U   N   T**
**When was the debt incurred?**     **02/01/2021 to 09/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

**4.310**

$100.00

**DREW JENKINS**
Nonpriority Creditor's Name

**3127 GREAT BASIN AVE**
Number     Street

_____

**WINNEMUCCA          NV     89445**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**     **1   7   8   3**
**When was the debt incurred?**     **09/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| | |
|---|---|
| 4.311 | **$100.00** |

**DUSK BLANKENSHIP**
Nonpriority Creditor's Name
**5010 WOODWAY DR**
Number     Street
**APT 246**

**HOUSTON          TX      77056**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   0   0   6**
**When was the debt incurred?**   **06/04/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

| | |
|---|---|
| 4.312 | **$100.00** |

**DWAYNE SHIRLEY**
Nonpriority Creditor's Name
**13118 VISTA DEL MUNDO**
Number     Street

**SAN ANTONIO     TX      78216**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   1   6   1**
**When was the debt incurred?**   **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.313

**$100.00**

**DYLAN CLUNIE**
Nonpriority Creditor's Name
**2160 MANZANITA DR**
Number        Street

_____

**RENO**                          **NV**      **89509**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2  2  4  2**
**When was the debt incurred?**    **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.314

**$100.00**

**EARL OSTRANDER**
Nonpriority Creditor's Name
**208 CANYON VISTA**
Number        Street

_____

**CIBOLO**                        **TX**      **78108**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4  5  8  8**
**When was the debt incurred?**    **08/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.315

**$100.00**

**EDDIE NAJERA SR**
Nonpriority Creditor's Name
**1022 NW 27TH ST**
Number        Street

_____

**SAN ANTONIO          TX      78228**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   1   4   6
**When was the debt incurred?**   06/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

### 4.316

**$100.00**

**EDWARD ALLAN**
Nonpriority Creditor's Name
**7632 AVERY RD.**
Number        Street

_____

**SAN ANTONIO          TX      78233**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0   6   7   5
**When was the debt incurred?**   05/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.317**

| | **$100.00** |
|---|---|

**EDWARD HESTER**
Nonpriority Creditor's Name

**9550 NORTHRIDGE DRVE**
Number        Street

_____

**CONROE**          **TX**    **77303**
City                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **8**  **4**  **9**

**When was the debt incurred?**    **08/10/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.318**

| | **$100.00** |
|---|---|

**EDWARD KURTH**
Nonpriority Creditor's Name

**607 BLUFF CLIFF**
Number        Street

_____

**SAN ANTONIO**       **TX**    **70946**
City                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9**  **1**  **1**  **7**

**When was the debt incurred?**    **09/10/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                                    | **Total claim** |

| 4.319 |                                                                                              **$100.00**

**EDWARD LEE**                          **Last 4 digits of account number**    2   5   8   5
Nonpriority Creditor's Name
**PO BOX 986**                          **When was the debt incurred?**    06/17/2021
Number        Street
                                        **As of the date you file, the claim is:** Check all that apply.
_____            ☑ Contingent
                                        ☑ Unliquidated
**POTEET**          **TX**    **78065**    ☑ Disputed
City             State    ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim?**
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

| 4.320 |                                                                                              **$100.00**

**EDWARD LEIGHTON**                     **Last 4 digits of account number**    7   5   7   1
Nonpriority Creditor's Name
**37 ALVA RD**                          **When was the debt incurred?**    06/08/2021
Number        Street
                                        **As of the date you file, the claim is:** Check all that apply.
_____            ☑ Contingent
                                        ☑ Unliquidated
**NISKAYUNA**       **NY**    **12309**    ☑ Disputed
City             State    ZIP Code
**Who incurred the debt?**  Check one.    **Type of NONPRIORITY unsecured claim?**
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.321 | | $100.00 |
|---|---|---|

**EDWARD NAVA**
Nonpriority Creditor's Name
**510 SAN DIEGO**
Number        Street

_____

**SAN ANTONIO       TX      78232**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   7   1   5
**When was the debt incurred?**   04/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.322 | | $100.00 |
|---|---|---|

**ELAINE BIANCO**
Nonpriority Creditor's Name
**12440 OVERBROOK COURT**
Number        Street

_____

**RENO       NV      89511**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   4   8   0
**When was the debt incurred?**   09/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| | |
|---|---|
| 4.323 | **$100.00** |

**ELENA RAINN**
Nonpriority Creditor's Name
**19707 AUBURN PARK LANE**
Number     Street

_____

**SPRING             TX     77379**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    7   7   8   5

**When was the debt incurred?**    05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| | |
|---|---|
| 4.324 | **$100.00** |

**ELISE HATCHETT**
Nonpriority Creditor's Name
**2215 CROSSCOACH LANE**
Number     Street

_____

**KATY             TX     77449**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   5   1   9

**When was the debt incurred?**    05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.325**

**$100.00**

**ELISE LUNA**
Nonpriority Creditor's Name

**6300 W LOOP S STE 333**
Number      Street

_____

**BELLAIRE          TX      77401**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   4   2   7**

**When was the debt incurred?**   **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**4.326**

**$100.00**

**ELIZA PETERSEN**
Nonpriority Creditor's Name

**10914 VILLAGE TRAIL DRIVE**
Number      Street

**HOUSTON, TX 770653512**

_____

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   5   4   5**

**When was the debt incurred?**   **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.327**

**$100.00**

**ELIZABETH ENGELHARDT**
Nonpriority Creditor's Name
**3013 OAK LANE**
Number          Street
_____

**BROOKSHIRE          TX      77423**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0   6   3   7**
When was the debt incurred?   **05/03/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.328**

**$100.00**

**ELIZABETH PORTILLO**
Nonpriority Creditor's Name
**8115 LOOP 540**
Number          Street
_____

**BEASLEY          TX      77417**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0   9   0   2**
When was the debt incurred?   **05/10/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.329**                                                                                    **$100.00**

**ELLEN ROEHL**
Nonpriority Creditor's Name
**28207 KAILEES CT**
Number        Street
_____

**SPRING            TX      77386**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    8   9   1   9**
**When was the debt incurred?    07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.330**                                                                                    **$100.00**

**ELLIE RAMON**
Nonpriority Creditor's Name
**3214 HUTCHINS ST., APT 1**
Number        Street
_____

**HOUSTON           TX      77004**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    9   0   7   4**
**When was the debt incurred?    07/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.331 | | **$100.00** |
|---|---|---|

**ELLIE TRAVITZ**
Nonpriority Creditor's Name
**7315 MUIRFIELD VALLEY LANE**
Number        Street
**HOUSTON, TX 770953526**

_____

City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** _9_ _7_ _9_ _7_
**When was the debt incurred?** 04/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.332 | | **$100.00** |
|---|---|---|

**ELVIN ALLEN**
Nonpriority Creditor's Name
**4802 PRAIRE BLVD**
Number        Street

_____

**SAN ANTONIO          TX     78244**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** _5_ _2_ _2_ _9_
**When was the debt incurred?** 08/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.333**

$100.00

**EMERSON NELSON**
Nonpriority Creditor's Name
**31650 BECK RD.**
Number        Street
_____

_____

**BULVERDE          TX      78163**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **8    6    0    9**
**When was the debt incurred?**    **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.334**

$100.00

**EMIL YANKOV**
Nonpriority Creditor's Name
**200 W 2ND ST**
Number        Street
**APT 1009**
_____

**RENO              NV      89501**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9    7    5    3**
**When was the debt incurred?**    **04/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.335 | | $100.00 |

**EMMA CORNBOWER**
Nonpriority Creditor's Name

**19607 LAKE BOSQUE DR.**
Number       Street

_____

**CYPRESS**          **TX**      **77433**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5   7   0   3**

**When was the debt incurred?**    **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.336 | | $100.00 |

**EMMA ERNST**
Nonpriority Creditor's Name

**5143 AVONDALE DR**
Number       Street

_____

**SUGAR LAND**       **TX**      **77479**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   9   9   1**

**When was the debt incurred?**    **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| ███ **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.337**

| | **$100.00** |
|---|---|

**EMMITT HOLLINGSHEAD**
Nonpriority Creditor's Name

**8406 COPPERSTONE**
Number          Street

_____

**CONVERSE          TX     78109**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   0   4   9**

**When was the debt incurred?**   **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.338**

| | **$350.00** |
|---|---|

**Empire Pharmacy Consultants**
Nonpriority Creditor's Name

**936 SW 1st Ave.**
Number          Street

_____

**Miami          FL     33130**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **ACCOUNT BALANCE**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.339**

$100.00

**ERIA MILLER**
Nonpriority Creditor's Name
**2411 S. COORS ST.**
Number          Street
_____

**DENVER              CO      80228**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8  8  4  5
**When was the debt incurred?**    03/30/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

**4.340**

$100.00

**ERIC BEELAR**
Nonpriority Creditor's Name
**PO BOX 507**
Number          Street
_____

**GLENBROOK          NV      89413**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4  9  8  4
**When was the debt incurred?**    08/13/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                             Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

| 4.341 |                                                                                          **$100.00**

**ERIC DEAN**                             **Last 4 digits of account number**   **7**   **6**   **5**   **2**
Nonpriority Creditor's Name
**8300 CINNAMON RIDGE LANE**              **When was the debt incurred?**   **08/04/2021**
Number        Street
                                         **As of the date you file, the claim is:** Check all that apply.

                                         ☑ Contingent
                                         ☑ Unliquidated
**RENO**                  **NV**   **89523**   ☑ Disputed
City                      State    ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim?**

☐ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

| 4.342 |                                                                                          **$100.00**

**ERIKA UBIAS**                           **Last 4 digits of account number**   **5**   **4**   **8**   **8**
Nonpriority Creditor's Name
**16515 MANDATE DR**                      **When was the debt incurred?**   **08/25/2021**
Number        Street
                                         **As of the date you file, the claim is:** Check all that apply.

                                         ☑ Contingent
                                         ☑ Unliquidated
**HOUSTON**               **TX**   **77049**   ☑ Disputed
City                      State    ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim?**

☐ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.343**

**$100.00**

**ERIKA VELA**
Nonpriority Creditor's Name

**1023 WOOD DR,.**
Number         Street

_____

**CANYON LAKE        TX      78130**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   5   1   8

**When was the debt incurred?**   09/16/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.344**

**$100.00**

**ERLINDA MARTINEZ**
Nonpriority Creditor's Name

**1610 BOSTON ST**
Number         Street

_____

**AURORA             CO      80010**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   1   7   7

**When was the debt incurred?**   04/02/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.345**                                                                                                    **$100.00**

**ERNESTO GONZALES**
Nonpriority Creditor's Name

**243 WEST VILLARET DR**
Number          Street

_____

**SAN ANTONIO          TX      78221**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9   6   1   6**

**When was the debt incurred?**   **04/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.346**                                                                                                    **$100.00**

**ERNESTO GONZALEZ**
Nonpriority Creditor's Name

**243 W. VILLARET**
Number          Street

_____

**SAN ANTONIO          TX      78221**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   7   7   2**

**When was the debt incurred?**   **09/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | |
|---|---|
| | **Total claim** |

---

| 4.347 | | | | | | **$100.00** |
|---|---|---|---|---|---|---|

**ERNESTO LARA**
Nonpriority Creditor's Name
**9210 TYLER OAKS**
Number        Street

_____

_____

**HELOTES**              **TX**    **78023**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **8**  **9**  **0**  **3**
**When was the debt incurred?**    **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Prescription Recall**

---

| 4.348 | | | | | | **$100.00** |
|---|---|---|---|---|---|---|

**EVAN BRUCE**
Nonpriority Creditor's Name
**1245 CENTERVILLE LANE UNIT E**
Number        Street

_____

_____

**GARDNERVILLE**        **NV**    **89460**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3**  **6**  **0**  **4**
**When was the debt incurred?**    **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.349 | | **$100.00** |
|---|---|---|

**EVAN KIRKWOOD**
Nonpriority Creditor's Name
**15 ALYSSUM CT**
Number          Street
_____

**RENO**                    **NV**      **89511**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**     **8   4   2   2**
**When was the debt incurred?**     **09/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.350 | | **$100.00** |
|---|---|---|

**EVERLY HEARD**
Nonpriority Creditor's Name
**1619 OPAL FIELD LN**
Number          Street
_____

**RICHMOND**            **TX**      **77469**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**     **7   6   7   9**
**When was the debt incurred?**     **05/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.351 | | $100.00 |
|---|---|---|

**FELI OLAVERRIA**
Nonpriority Creditor's Name

**1118 TIMBERGROVE LN**
Number     Street

_____

**HOUSTON          TX     77008**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   2   2   0

**When was the debt incurred?**   04/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.352 | | $100.00 |
|---|---|---|

**FENIX BUDD**
Nonpriority Creditor's Name

**102 BECKHAM AVE**
Number     Street

_____

**ALICE            TX     78332**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   0   8   4

**When was the debt incurred?**   05/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.353**                                                                                          **$100.00**

**FERGYL ESTIOCO**
Nonpriority Creditor's Name
**7030 THISELWOOD PARK CT**
Number     Street
_____

**KATY**                          **TX**        **77494**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0    6    3    8
**When was the debt incurred?**    05/03/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

**4.354**                                                                                          **$100.00**

**FERNANDO  CRUZ JR**
Nonpriority Creditor's Name
**419 GLAMIS AVE**
Number     Street
_____

**SAN ANTONIO**              **TX**        **78223**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    4    4    7
**When was the debt incurred?**    06/10/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.355

$100.00

**FERNANDO MATIAS**
Nonpriority Creditor's Name
**8427 FAVERO**
Number          Street

_____

**CONVERSE          TX      78109**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   2   5   0**

**When was the debt incurred?**   **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.356

$100.00

**FERNANDO ORTEGA**
Nonpriority Creditor's Name
**230 WALTON AVE**
Number          Street

_____

**SAN ANTONIO        TX      78225**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   0   6   1**

**When was the debt incurred?**   **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.357**
| | **$100.00** |
|---|---|

**FIDEL FELIX**
Nonpriority Creditor's Name
**2507 HERITAGE COLONY DRIVE**
Number        Street

_____

**WEBSTER            TX      77598-3205**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0    0    0    2
**When was the debt incurred?**    **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

**4.358**
| | **$100.00** |
|---|---|

**FRANCIS PAWLOWS**
Nonpriority Creditor's Name
**27 KARA LANE**
Number        Street

_____

**CLIFTON PARK          NY      12065**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    1    8    8
**When was the debt incurred?**    **04/16/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.359**                                                                                    **$100.00**

**FRANK COX**                        Last 4 digits of account number    __3__ __4__ __8__ __8__
Nonpriority Creditor's Name
**2001 PEBBLE BEACH**                When was the debt incurred?    **07/09/2021**
Number        Street
_____        As of the date you file, the claim is: Check all that apply.
_____        ☑ Contingent
                                     ☑ Unliquidated
**SAN ANGELO        TX    76904**     ☑ Disputed
City               State   ZIP Code
Who incurred the debt?  Check one.   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?         **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

**4.360**                                                                                    **$100.00**

**FRANK GRANIER**                    Last 4 digits of account number    __5__ __6__ __7__ __9__
Nonpriority Creditor's Name
**6245 VISTA MONTAGNA**              When was the debt incurred?    **06/16/2021**
Number        Street
_____        As of the date you file, the claim is: Check all that apply.
_____        ☑ Contingent
                                     ☑ Unliquidated
**RENO              NV    89519**     ☑ Disputed
City               State   ZIP Code
Who incurred the debt?  Check one.   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?         **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.361                                                                                      **$100.00**

**FRANK HAYES**
Nonpriority Creditor's Name
**658 NORTH 3RD ST**
Number      Street
_____

**SPOFFORD          TX      78877**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   8   2   6
**When was the debt incurred?**  **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

4.362                                                                                      **$100.00**

**FRANK LANNI**
Nonpriority Creditor's Name
**20 STARBUCK DR,  APT #201**
Number      Street
_____

**GREEN ISLAND          NY      12183**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   8   2   8
**When was the debt incurred?**  **08/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.363**

**$100.00**

**FRANK LAWRENCE**
Nonpriority Creditor's Name
**129 W RESACA RD**
Number     Street

_____

**BAYVIEW            TX      78566**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   7   6   4**
**When was the debt incurred?**   **08/09/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.364**

**$100.00**

**FRANK PICKUS**
Nonpriority Creditor's Name
**139 OAK BROOK COMMONS**
Number     Street

_____

**CLIFTON PARK         NY      12065**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   2   4**
**When was the debt incurred?**   **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.365

**FRANK ROLLO**
Nonpriority Creditor's Name
**14102 BUTLER BEND**
Number        Street

**SAN ANTONIO        TX        78232**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   4   2   6   8
**When was the debt incurred?**   07/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.366

**FRANK VINCENT BEAULLIEU**
Nonpriority Creditor's Name
**318 W. MAGNOLIA**
Number        Street

**SAN ANTONIO        TX        78212**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   1   7   0   0
**When was the debt incurred?**   05/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.367 | | **$100.00** |
|---|---|---|

**FRANKIE ROBERTS**
Nonpriority Creditor's Name

**28237 DOS CERROS LOOP E**
Number        Street

_____

**BOERNE            TX      78006**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number  __4__  __6__  __4__  __2__

When was the debt incurred?     **08/12/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.368 | | **$100.00** |
|---|---|---|

**FRED ALEJO**
Nonpriority Creditor's Name

**485 TERAMO COURT**
Number        Street

_____

**RENO              NV      89521**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number  __5__  __2__  __5__  __5__

When was the debt incurred?     **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**4.369**

**FRED BATES**
Nonpriority Creditor's Name
**9460 DOUBLE R BLVD STE#103**
Number      Street
_____

_____

**RENO**                    **NV**    **89521**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Total claim**

**$100.00**

**Last 4 digits of account number**    **7   7   5   8**

**When was the debt incurred?**    **06/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.370**

**FRED GIRODAT**
Nonpriority Creditor's Name
**23007 S. BREEZE**
Number      Street
_____

_____

**SAN ANTONIO**            **TX**    **78258**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**    **2   8   1   6**

**When was the debt incurred?**    **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.371**

**$100.00**

**GABRIEL HERNANDEZ**
Nonpriority Creditor's Name
**11201 VETERANS MEMORIAL DR APT#1110**
Number       Street
_____

**HOUSTON**              **TX**      **77067**
City                              State       ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0   4   0   9**
**When was the debt incurred?**   **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

**4.372**

**$100.00**

**GABRIEL RODRIGUEZ**
Nonpriority Creditor's Name
**5647 BUENA VISTA DR**
Number       Street
_____

**FRISCO**              **TX**      **75034**
City                              State       ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   4   5   3**
**When was the debt incurred?**   **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.373 |

**$100.00**

**GABRIELA VALENZUELA**
Nonpriority Creditor's Name
**4773 DURHAM CT**
Number        Street
_____

**DENVER**              **CO**      **80239**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3**  **9**  **4**  **3**
**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.374 |

**$100.00**

**GABRIELLA GOVEA**
Nonpriority Creditor's Name
**6427 BURGOYNE RD.**
Number        Street
_____

**HOUSTON**              **TX**      **77057**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7**  **3**  **4**  **3**
**When was the debt incurred?**   **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

4.375                                                                                              **$100.00**

**GALDY MORA**
_____
Nonpriority Creditor's Name
**13313 CUTTEN RD APT #3107**
_____
Number        Street
_____

_____

**HOUSTON**              **TX**      **77069**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **8**  **1**  **4**
**When was the debt incurred?**    08/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

4.376                                                                                              **$100.00**

**GARRETT GLASS**
_____
Nonpriority Creditor's Name
**134 BRITTANY**
_____
Number        Street
_____

_____

**SAN ANTONIO**          **TX**      **78212**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2**  **9**  **3**  **9**
**When was the debt incurred?**    06/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.377

$100.00

**GARRETT JACKSON**
Nonpriority Creditor's Name
**2595 PEAVINE VALLEY RD**
Number       Street

_____

**RENO**                    **NV**      **89523**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   5   7   4**
**When was the debt incurred?**   **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

4.378

$100.00

**GARRETT STARK**
Nonpriority Creditor's Name
**1762 E. RIDGEVIEW TERRACE**
Number       Street

_____

**MUSTANG**              **OK**      **73064**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0   3   6   4**
**When was the debt incurred?**   **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.379 | | $100.00 |
|---|---|---|

**GARY ANDERSON**
Nonpriority Creditor's Name
**16917 BROOKWOOD**
Number        Street
_____

**SAN ANTONIO        TX        78248**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   5   5   9   3
**When was the debt incurred?**   06/21/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

| 4.380 | | $100.00 |
|---|---|---|

**GARY BAKER**
Nonpriority Creditor's Name
**314 ROCKHILL DR**
Number        Street
_____

**SAN ANTONIO        TX        78209**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   7   9   7
**When was the debt incurred?**   05/06/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.381 |
|---|

$100.00

**GARY BELL**
Nonpriority Creditor's Name
**12015 STONEY CROWN**
Number        Street

_____

**SAN ANTONIO**        **TX**    **78217**
City                                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1  3  3  5**
**When was the debt incurred?**    **05/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.382 |
|---|

$100.00

**GARY BETHEL**
Nonpriority Creditor's Name
**1024 E. COLLEGE**
Number        Street

_____

**SEGUIN**        **TX**    **78155**
City                                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **8  3  8  2**
**When was the debt incurred?**    **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.383**

$100.00

**GARY BOUTON**
Nonpriority Creditor's Name
**PO BOX 466**
Number        Street
_____

**ANSON          TX     79501**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   7   5   6**
**When was the debt incurred?**   **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

**4.384**

$100.00

**GARY GANSERT**
Nonpriority Creditor's Name
**5175 CYPRESS POINT**
Number        Street
_____

**RENO          NV     89502**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   3   5   8**
**When was the debt incurred?**   **07/07/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.385 | |
|---|---|

**$100.00**

**GARY MEYER**
Nonpriority Creditor's Name

**18302 MONTECITO BLVD**
Number        Street

_____

**DRIPPING SPRINGS    TX    78620**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9   8   1   5**

**When was the debt incurred?**   **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.386 | |
|---|---|

**$100.00**

**GARY MILLER**
Nonpriority Creditor's Name

**21111 TREE TOP COVE**
Number        Street

_____

**GARDEN RIDGE    TX    78266**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   1   4   9**

**When was the debt incurred?**   **09/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.387**

$100.00

**GARY ORSAK**
Nonpriority Creditor's Name

**411 E. VISTA RIDGE**
Number        Street

_____

**SAN ANTONIO        TX      78260**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   0   1   1**

**When was the debt incurred?**   **06/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.388**

$100.00

**GARY VAUGHN**
Nonpriority Creditor's Name

**902 WOFFORD DR**
Number        Street

_____

**BURNET        TX      78611**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   9   7   7**

**When was the debt incurred?**   **09/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |
|---|---|---|

**4.389**                                                                                  **$100.00**

**GAVIN RUBIN**
Nonpriority Creditor's Name
**6025 ROYAL LN #217**
Number        Street
_____

**DALLAS**                          **TX**      **75230**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **1    4    7    9**
When was the debt incurred?    **05/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

---

**4.390**                                                                                  **$100.00**

**GENE SMITH**
Nonpriority Creditor's Name
**23 SUNRISE LN**
Number        Street
_____

**RANSOM CANYON**      **TX**      **79366**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **4    6    4    7**
When was the debt incurred?    **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

| 4.391 | | **$100.00** |

**GENI LEWIS**
Nonpriority Creditor's Name
**5319 BELL STREET**
Number        Street
_____

_____

| **HOUSTON** | **TX** | **77023** |

City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   8   6   7
**When was the debt incurred?**    06/17/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

| 4.392 | | **$100.00** |

**GEOFFREY ROSS**
Nonpriority Creditor's Name
**1970 DAYLIN CT**
Number        Street
_____

_____

| **RENO** | **NV** | **89523** |

City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   9   4   2
**When was the debt incurred?**    09/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.393**

**$100.00**

**GEORGE BARON**
Nonpriority Creditor's Name
**74 EAST MAIN ST**
Number        Street
_____

**MOHAWK          NY    13407**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4    6    6    9**
**When was the debt incurred?**    **08/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

**4.394**

**$100.00**

**GEORGE BEST**
Nonpriority Creditor's Name
**3526 HUNTER SOUND**
Number        Street
_____

**SAN ANTONIO     TX    78230**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    1    0    0**
**When was the debt incurred?**    **04/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|--------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.395**

**$100.00**

**GEORGE GREENE**
Nonpriority Creditor's Name

**12010 THOREAU DR**
Number        Street

_____

**MONTGOMERY        TX      77356**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   5   2   2

**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

**4.396**

**$100.00**

**GEORGE GUYNN**
Nonpriority Creditor's Name

**4531 PASEO AZUL**
Number        Street

_____

**LAS CRUCES        NM      88001**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   9   1   1

**When was the debt incurred?**   09/07/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.397                                                                                      **$100.00**

**GEORGE HENDREN**
Nonpriority Creditor's Name
**5918 WINDY COVE**
Number          Street
_____

**SAN ANTONIO          TX     78239**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    6   8   7   8
**When was the debt incurred?**    09/23/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

4.398                                                                                      **$100.00**

**GEORGE JOSSELL**
Nonpriority Creditor's Name
**4119 KERRVILE AVENUE**
Number          Street
_____

**SNYDER          TX     79549**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4   3   3   5
**When was the debt incurred?**    06/28/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.399 | | **$100.00** |

**GEORGE LAMBROS**
Nonpriority Creditor's Name
**8 OAK GROVE LANE**
Number      Street
**BREWSTER, MA 2631**

_____

City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **3   1   4   1**

When was the debt incurred?   **07/09/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.400 | | **$100.00** |

**GEORGE RODARTE**
Nonpriority Creditor's Name
**4315 EAGLE NEST DR**
Number      Street

_____

**SAN ANTONIO          TX      78233**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **1   3   3   8**

When was the debt incurred?   **07/30/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.401

**$100.00**

**GEORGE SCHOELZEL**
Nonpriority Creditor's Name
**1044 CURTISS AVE**
Number        Street
_____

**SCHERTZ            TX        78154**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6   4   9   7
**When was the debt incurred?**    09/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

4.402

**$100.00**

**GEORGE SHELDON**
Nonpriority Creditor's Name
**22 EASTSIDE DR**
Number        Street
**BALLSTON LAKE, NY 120192112**
_____

City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4   0   8   8
**When was the debt incurred?**    07/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.403 | | **$100.00** |

**GERALD DORN**
Nonpriority Creditor's Name
**1502 BIG VALLEY WAY**
Number       Street
**STE 860**

_____

**RENO**              **NV**      **89521**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **0  5  0  1**
**When was the debt incurred?**  **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.404 | | **$100.00** |

**GERALD HEUMAN**
Nonpriority Creditor's Name
**4423 45TH AVENUE SW**
Number       Street

_____

**SEATTLE**          **WA**      **98116**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **3  6  2  3**
**When was the debt incurred?**  **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                                  **Total claim**

| 4.405 |                                                                                        **$100.00**

**GERALD LARSON**                          Last 4 digits of account number   __0_ __7_ __6_ __5_
Nonpriority Creditor's Name
**15319 SPRING MIST**                       When was the debt incurred?   **07/07/2021**
Number       Street
_____           **As of the date you file, the claim is:** Check all that apply.
_____
                                            ☑ Contingent
                                            ☑ Unliquidated
**SAN ANTONIO**        **TX**   **78247**        ☑ Disputed
City                  State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**            **Prescription Recall**

☑ No
☐ Yes

**Prescriptions**

| 4.406 |                                                                                        **$100.00**

**GERALD MITCHELL**                         Last 4 digits of account number   __9_ __7_ __6_ __1_
Nonpriority Creditor's Name
**661 MARSH AVE.**                          When was the debt incurred?   **04/14/2021**
Number       Street
_____           **As of the date you file, the claim is:** Check all that apply.
_____
                                            ☑ Contingent
                                            ☑ Unliquidated
**RENO**               **NV**   **89509**        ☑ Disputed
City                  State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**            **Prescription Recall**

☑ No
☐ Yes

**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.407 | | $100.00 |
|---|---|---|

**GERARD MALDONADO**
Nonpriority Creditor's Name
**6818 BROOKVALE**
Number        Street
_____

**SAN ANTONIO        TX        78238**
City                                    State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    3    4    0    1**
**When was the debt incurred?    07/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| 4.408 | | $100.00 |
|---|---|---|

**GIA OROSCO**
Nonpriority Creditor's Name
**7337 MOLINE ST**
Number        Street
_____

**HOUSTON        TX        77087**
City                                    State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    0    9    0    5**
**When was the debt incurred?    07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.409**

**$100.00**

**GIANNA RAMIREZ**
Nonpriority Creditor's Name
**12802 BONNYWOOD LANE**
Number        Street
_____

**CYPRESS          TX      77429**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   1   8   2**
**When was the debt incurred?**   **06/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.410**

**$100.00**

**GILBERT MARTINEZ**
Nonpriority Creditor's Name
**145 GAZELLE CT.**
Number        Street
_____

**SAN ANTONIO      TX      78259**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   8   5   8**
**When was the debt incurred?**   **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.411 | | $100.00 |

**GINA BEAUDETTE**
Nonpriority Creditor's Name

**3918 167TH STREET**
Number        Street

_____

**STANWOOD          WA     98292**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **5   2   9   1**

When was the debt incurred?    **08/25/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

| 4.412 | | $100.00 |

**GLENN CUNNINGHAM**
Nonpriority Creditor's Name

**1575 MEDADOW GLEN**
Number        Street

_____

**ADKINS          TX     78101**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **5   2   7   5**

When was the debt incurred?    **04/12/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.413 |

$100.00

**GLENN DEEMER**
Nonpriority Creditor's Name
**7532 E. WOLF CANYON CIRCLE**
Number        Street
_____

| **MESA**          | **AZ** | **85207** |
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    4    5    1
**When was the debt incurred?**    09/08/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

| 4.414 |

$100.00

**GLENN HOWELL**
Nonpriority Creditor's Name
**1825 MANZNITA CIR**
Number        Street
_____

| **RENO**          | **NV** | **89509** |
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    5    2    1    6
**When was the debt incurred?**    08/20/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.415 | | $100.00 |

**GORDON MCCLEARY**
Nonpriority Creditor's Name

**705 W 45TH AVE**
Number        Street

_____

**KENNEWICK          WA      99337**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7   9   7   6

**When was the debt incurred?**   09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.416 | | $100.00 |

**GREG SAWYER**
Nonpriority Creditor's Name

**5105 RINCON CT**
Number        Street

_____

**SPARKS              NV      89436**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   7   0   3

**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.417**                                                                                                  **$100.00**

**GREG SCOTT**
Nonpriority Creditor's Name
**7115 BANBURY CT**
Number        Street
_____

**RENO**                    **NV**      **89523**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9**  **8**  **5**  **9**
**When was the debt incurred?**    **04/26/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Prescription Recall**

---

**4.418**                                                                                                  **$100.00**

**GREGORY HUGHES**
Nonpriority Creditor's Name
**7965 MEADOW VISTA DR.**
Number        Street
_____

**RENO**                    **NV**      **89511**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0**  **9**  **9**  **9**
**When was the debt incurred?**    **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.419 | | | **$100.00** |

**GREGORY LEDER**
Nonpriority Creditor's Name
**525 OLD PIKE RD**
Number        Street
_____

_____

**HEAVENER        OK      74937**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**  __5_ _4_ _1_ _2_
**When was the debt incurred?**    **08/24/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.420 | | | **$100.00** |

**GREGORY TRIMBLE**
Nonpriority Creditor's Name
**6080 DERBY WAY**
Number        Street
_____

_____

**BULVERDE        TX      78163**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**  __3_ _2_ _4_ _5_
**When was the debt incurred?**    **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.421 | | **$100.00** |

**GUILLERMO TORRES**
Nonpriority Creditor's Name

**8900 RESEARCH PARK DR**
Number    Street

**724**

**SPRING          TX      77381**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5   0   0   2**

**When was the debt incurred?**    **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.422 | | **$100.00** |

**GUILLERMO ZAVALA**
Nonpriority Creditor's Name

**10707 W I10 APT#325**
Number    Street

**SAN ANTONIO     TX      78230**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1   8   4   6**

**When was the debt incurred?**    **06/07/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.423                                                                                                        **$100.00**

**GUY GANSERT**
Nonpriority Creditor's Name
**1775 HUNTER CREEK RD**
Number          Street
_____

**RENO**                    **NV**    **89519**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   4   7   6**
**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

---

4.424                                                                                                        **$100.00**

**HALEY MOSES**
Nonpriority Creditor's Name
**27427 SEDGELAND TRAIL LANE**
Number          Street
_____

**KATY**                    **TX**    **77494**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **8   3   9   1**
**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.425                                                                                                              **$100.00**

**HAROLD MOORE**
Nonpriority Creditor's Name
**1470 AMMANN RD EAST**
Number        Street
_____

**BULVERDE           TX      78163**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   1   8   2
**When was the debt incurred?**    07/01/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

4.426                                                                                                              **$100.00**

**HAROLD WATKINS**
Nonpriority Creditor's Name
**64 STRADA PRINCIPALE UNIT #205**
Number        Street
_____

**HENDERSON           NV      89011**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   4   5   7
**When was the debt incurred?**    07/09/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.427

**$100.00**

**HARRELL BANKS**
Nonpriority Creditor's Name

**28022 ELM GROVE**

Number        Street

_____

**SAN ANTONIO        TX        78261**
City        State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4    4    9    3

**When was the debt incurred?**    08/02/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Prescription Recall**

---

4.428

**$100.00**

**HENRY BEVIL**
Nonpriority Creditor's Name

**8423 NOELLA WAY**

Number        Street

_____

**SAN ANTONIO        TX        78240**
City        State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    5    6    9    4

**When was the debt incurred?**    08/31/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.429                                                                                                          **$100.00**

**HENRY KOSTER**
Nonpriority Creditor's Name
**20735 NE 112TH ST**
Number        Street

_____

**REDMOND          WA    98053**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   7   0   1**

**When was the debt incurred?**   **08/31/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

4.430                                                                                                          **$100.00**

**HILARIO GURROLA**
Nonpriority Creditor's Name
**1414 BARNEY AVE**
Number        Street

_____

**SAN ANTONIO      TX    78237**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   9   3**

**When was the debt incurred?**   **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.431**

$100.00

**HOLLIE ENDSLEIGH**
Nonpriority Creditor's Name
**3501 LIN LANE**
Number          Street
_____

**SPICEWOOD          TX      78669**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0   7   8   1**
**When was the debt incurred?**    **05/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

**4.432**

$100.00

**HOWARD GOINGS**
Nonpriority Creditor's Name
**5706 COUNTRY SUN**
Number          Street
_____

**SAN ANTONIO          TX      78244**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   2   4   5**
**When was the debt incurred?**    **09/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

| 4.433 | | | **$100.00** |
|---|---|---|---|

**HUMBERTO NAPOLES**
Nonpriority Creditor's Name
**103 DACUS ST**
Number        Street
_____
_____

**SAN ANTONIO**          **TX**      **78211**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1**  **7**  **8**  **4**
**When was the debt incurred?**    **05/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.434 | | | **$100.00** |
|---|---|---|---|

**HUMBERTO SANCHEZ**
Nonpriority Creditor's Name
**501 BELLA MONTEGRA CIRCLE**
Number        Street
_____
_____

**AUSTIN**          **TX**      **78734**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0**  **3**  **2**  **7**
**When was the debt incurred?**    **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.435 | | $100.00 |

**IAN HUDSPETH**
Nonpriority Creditor's Name
**6575 MAHOGANY RIDGE DR**
Number       Street
_____

**RENO**              **NV**    **89523**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2**   **8**   **3**   **9**
**When was the debt incurred?**   **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.436 | | $100.00 |

**IAN SATTERFIELD**
Nonpriority Creditor's Name
**747 STERLING HILLS CT**
Number       Street
_____

**RENO**              **NV**    **89521**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9**   **8**   **2**   **8**
**When was the debt incurred?**   **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

---

| 4.437 | | **$100.00** |

**ISAAC GOMEZ**
Nonpriority Creditor's Name
**22102 SIXPENCE LANE**
Number        Street
_____

**HOUSTON**          **TX**      **77073**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3  2  3  0**
**When was the debt incurred?**    **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.438 | | **$100.00** |

**IZZY CERVANTES**
Nonpriority Creditor's Name
**6739 GLEN ROCK**
Number        Street
_____

**HOUSTON**          **TX**      **77087**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1  5  2  0**
**When was the debt incurred?**    **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.439

**$100.00**

**JACK FIELDER**
Nonpriority Creditor's Name
**900 ADOBE RD**
Number          Street

_____

**FALLON          NV     89406**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    8    0    5
**When was the debt incurred?**    05/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

---

4.440

**$100.00**

**JACK FREEMAN**
Nonpriority Creditor's Name
**12 TRAIL RIDGE RD**
Number          Street

_____

**KERRVILLE          TX     78028**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    7    3
**When was the debt incurred?**    07/09/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.441

**$100.00**

**JACK PETERSON**
Nonpriority Creditor's Name
**305 ARMY BLVD**
Number        Street

_____

| **SAN ANTONIO** | **TX** | **78215** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **8  1  8  7**

**When was the debt incurred?**  **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

---

4.442

**$100.00**

**JACQUELINE SOSA**
Nonpriority Creditor's Name
**7780 S WELLINGTON ST**
Number        Street

_____

| **LITTLETON** | **CO** | **80122** |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **9  1  7  8**

**When was the debt incurred?**  **04/02/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.443 | | $100.00 |
| --- | --- | --- |

**JADE KHAN**
Nonpriority Creditor's Name

**2 HANCOCK ST**
Number        Street

_____

**CONROE                 TX      77301**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __0__  __5__  __9__  __9__

**When was the debt incurred?**   05/03/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

| 4.444 | | $100.00 |
| --- | --- | --- |

**JAIME SALAZAR**
Nonpriority Creditor's Name

**9425 COMET ST.**
Number        Street

_____

**LAS CRUCES            NM     88012**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __5__  __1__  __4__  __9__

**When was the debt incurred?**   08/18/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.445 | | $100.00 |

**JAMES ALBRECHT**
Nonpriority Creditor's Name

**11418 WATERSTONE LOOP DR**
Number          Street

_____

**WINDERMERE          FL     34786**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   6   9   8   5

**When was the debt incurred?**   07/29/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

| 4.446 | | $100.00 |

**JAMES COLATORTI**
Nonpriority Creditor's Name

**1267 U.S. HWY 395 N**
Number          Street
**STE L UNIT#3023**

_____

**GARDNERVILLE          NV     89410**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   5   2   4   8

**When was the debt incurred?**   06/24/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.447**

$100.00

**JAMES DIRKS**
Nonpriority Creditor's Name
**5727 71ST STREET**
Number      Street

_____

**LUBBOCK          TX      79424**
City                      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **8   2   9   5**

When was the debt incurred?    **08/09/2021**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

**4.448**

$100.00

**JAMES FIELDS**
Nonpriority Creditor's Name
**106 COLETTE LANE**
Number      Street

_____

**MARION          TX      78124**
City                      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **5   8   7   0**

When was the debt incurred?    **09/07/2021**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.449                                                                                            **$100.00**

**JAMES LUFFMAN JR.**
Nonpriority Creditor's Name
**141 OAKFIELDS DR.**
Number        Street
_____

**FLORESVILLE**        **TX**    **78114**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    6    7
**When was the debt incurred?**    **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

4.450                                                                                            **$100.00**

**JAMES MARTIN**
Nonpriority Creditor's Name
**4616 87TH ST**
Number        Street
_____

**LUBBOCK**        **TX**    **79424**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    7    9    7    1
**When was the debt incurred?**    **08/17/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.451**

$100.00

**JAMES MCCONOGHY**
Nonpriority Creditor's Name
**113 BENT TREE DR**
Number      Street

**BOERNE**      **TX**      **78006**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2**   **4**   **1**   **8**
**When was the debt incurred?**    **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

---

**4.452**

$100.00

**JAMES NISBETT**
Nonpriority Creditor's Name
**4919 BLUETOP**
Number      Street

**SAN ANTONIO**      **TX**      **78217**
City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4**   **6**   **8**   **2**
**When was the debt incurred?**    **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.453**

$100.00

**JAMES NOLAND**
Nonpriority Creditor's Name
**3595 AIRWAY DR**
Number       Street
**STE 410**
_____

**RENO                    NV       89511**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3   0   6   4**
**When was the debt incurred?**    **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

---

**4.454**

$100.00

**JAMES OBENSHAIN**
Nonpriority Creditor's Name
**4147 TROPICAL DR**
Number       Street
_____

**SAN ANTONIO          TX       78218**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   7   9   7**
**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.455 | | **$100.00** |

**JAMES SALLEY**
Nonpriority Creditor's Name

**1531 DELUCCHI LN,  UNIT-D**
Number        Street

_____

| **RENO** | **NV** | **89502** |

City        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **0  5  1  7**

**When was the debt incurred?**  **04/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

| 4.456 | | **$100.00** |

**JAMES STILWELL**
Nonpriority Creditor's Name

**533 CLUB DR**
Number        Street

_____

| **PALM BEACH GARDEN** | **FL** | **33418** |

City        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **5  7  0  5**

**When was the debt incurred?**  **08/03/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.457**

| | $100.00 |
|---|---|

**JAMES VAN LANDINGHAM**
Nonpriority Creditor's Name
**9603 BANDERA RD APT 717**
Number    Street

_____

**SAN ANTONIO**   **TX**   **78250**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**   **2**   **6**   **0**
**When was the debt incurred?**   **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.458**

| | $100.00 |
|---|---|

**JAMES VANDERVERT**
Nonpriority Creditor's Name
**403 E EASTVIEW DR**
Number    Street

_____

**SPOKANE**   **WA**   **99208**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**   **2**   **8**   **3**
**When was the debt incurred?**   **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.459** | | **$100.00**

**JAMES WOESNER**
Nonpriority Creditor's Name
**16 SHADOW RIDGE CT.**
Number          Street
_____

**FRISCO              TX      75034**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  __6__ __2__ __0__ __1__
**When was the debt incurred?**  __04/20/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.460** | | **$100.00**

**JAMEY NALEZINEK**
Nonpriority Creditor's Name
**PO BOX 33562**
Number          Street
_____

**NORTHGLENN          CO      80233**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  __3__ __9__ __3__ __6__
**When was the debt incurred?**  __07/21/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.461 | | $100.00 |

**JAMI COX**
Nonpriority Creditor's Name

**13874 OAK MANOR DR**
Number          Street

_____

**WILLIS           TX     77318**
City               State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   6   5   9   4
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Prescription Recall**

| 4.462 | | $100.00 |

**JAMIE LAUGHTON**
Nonpriority Creditor's Name

**2265 HEDGEWOOD DR**
Number          Street

_____

**RENO           NV     89509**
City               State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   7   9
**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.463 | | $100.00 |
|---|---|---|

**JANICE LIVINGSTON**
Nonpriority Creditor's Name

**1 WOLFETON WAY**
Number        Street

_____

_____

**SAN ANTONIO          TX      78218**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    2    7    3

**When was the debt incurred?**    05/18/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.464 | | $100.00 |
|---|---|---|

**JARED HARMON**
Nonpriority Creditor's Name

**9625 SOUTHMEADOW DR**
Number        Street

_____

**BEAUMONT          TX      77706**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    6    9    0

**When was the debt incurred?**    04/13/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.465 | | $100.00 |

**JARIEL CASTILLO**
Nonpriority Creditor's Name

**21311 LIGURIA DR**
Number        Street

_____

**SAN ANTONIO          TX      78266**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   1   1

**When was the debt incurred?**   07/07/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

| 4.466 | | $100.00 |

**JARRED TREVINO**
Nonpriority Creditor's Name

**6403 STONEY CREEK DR**
Number        Street

_____

**PASADENA          TX      77503**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   0   9   3

**When was the debt incurred?**   06/10/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.467 | | **$100.00** |
|---|---|---|

**JASON GURR**
Nonpriority Creditor's Name
**114 N. 850 W.**
Number          Street

_____

**PAROWAN**          **UT**      **84761**
City                           State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   8   9   6**
**When was the debt incurred?**   **06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

| 4.468 | | **$100.00** |
|---|---|---|

**JASON JOHNSTON**
Nonpriority Creditor's Name
**999 MARIANNE WAY**
Number          Street

_____

**GARDNERVILLE**          **NV**      **89460**
City                           State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   2   4   0**
**When was the debt incurred?**   **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.469 | | $100.00 |

**JASON MILLER**
Nonpriority Creditor's Name
**45 RIDGECLIFF DR**
Number          Street

_____

**RICHLAND**              **WA**    **99352**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    _1_  _8_  _3_  _5_
**When was the debt incurred?**    06/25/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.470 | | $100.00 |

**JASON SAMBRANO**
Nonpriority Creditor's Name
**5442 ENERGYSTONE DR**
Number          Street

_____

**SPARKS**                **NV**    **89436**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    _2_  _7_  _0_  _0_
**When was the debt incurred?**    06/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.471 | | **$100.00** |
|---|---|---|

**JASON WINTERTON**
Nonpriority Creditor's Name

**550 N MCCARRAN BLVD**
Number      Street

_____

**SPARKS          NV     89431**
City               State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   9   5   7**

**When was the debt incurred?**   **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.472 | | **$100.00** |
|---|---|---|

**JAY FORSYTHE**
Nonpriority Creditor's Name

**4820 ROCK WREN**
Number      Street

_____

**RENO          NV     89509**
City               State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   8   1   4**

**When was the debt incurred?**   **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

4.473

$100.00

**JAY LEVINE**
Nonpriority Creditor's Name

**2255 EAGLE BEND CT**
Number        Street

_____

**RENO**                    **NV**    **89523**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    1    7    7    6

When was the debt incurred?    08/31/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

4.474

$100.00

**JD DRAKULICH**
Nonpriority Creditor's Name

**230 BRET HARTE AVE**
Number        Street

_____

**RENO**                    **NV**    **89509**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    4    6    0    0

When was the debt incurred?    08/03/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.475 | | $100.00 |

**JEANETTE LEWIS-MAXEY**
Nonpriority Creditor's Name
**110 RIVER VIEW**
Number        Street

_____

**BOERNE          TX      78006**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6   2   4   4
**When was the debt incurred?**    09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.476 | | $100.00 |

**JEANNINE PASSAS**
Nonpriority Creditor's Name
**1311 SANDEN LN**
Number        Street

_____

**MINDEN          NV      89423**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   9   6   4
**When was the debt incurred?**    06/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.477

**$100.00**

**JEFF BAIR**
Nonpriority Creditor's Name
**25839 WHITE EAGLE DR**
Number        Street

_____

**SAN ANTONIO        TX        78260**
City                            State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   8   1   3
**When was the debt incurred?**   07/08/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

4.478

**$100.00**

**JEFF CARR**
Nonpriority Creditor's Name
**1440 34TH CIRCLE**
Number        Street

_____

**RIO RANCHO        NM        87124**
City                            State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   9   7   4
**When was the debt incurred?**   08/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.479 | | $100.00 |

**JEFF DINTELMAN**
Nonpriority Creditor's Name
**9327 S STANLEY PLACE**
Number        Street
_____

**TEMPE**            **AZ**    **85284**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3**  **9**  **8**  **4**
**When was the debt incurred?**    **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

---

| 4.480 | | $100.00 |

**JEFF HERRICK**
Nonpriority Creditor's Name
**2863 NYE DR.**
Number        Street
_____

**MINDEN**            **NV**    **89423**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9**  **8**  **0**  **5**
**When was the debt incurred?**    **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.481**

$100.00

**JEFF ORNBURG**
Nonpriority Creditor's Name

**933 NORTHWOOD BLVD UNIT 17**
Number        Street

_____

**INCLINE VILLAGE          NV        89451**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   6   5   8**

**When was the debt incurred?** **09/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

**4.482**

$100.00

**JEFF TUPA**
Nonpriority Creditor's Name

**1214 HAISTAR CT**
Number        Street

_____

**SPARKS          NV        89441**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0   4   2   7**

**When was the debt incurred?** **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | | **Total claim** |
| --- | --- | --- |

---

**4.483**

**$100.00**

**JEFF WARD**
Nonpriority Creditor's Name

**996 RINGNECK WAY**

Number          Street

_____

**SPARKS**              **NV**    **89441**

City                          State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3**  **6**  **2**  **9**

**When was the debt incurred?**   **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.484**

**$100.00**

**JEFF WILLIAMS**
Nonpriority Creditor's Name

**3917 ARROYO DORADO**

Number          Street

_____

**SCHERTZ**            **TX**    **78154**

City                          State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**  **6**  **0**  **6**

**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.485 | | $100.00 |

**JEFFERY BICKLEY**
Nonpriority Creditor's Name

**3016 FEATHERTOP DR**
Number          Street

_____

_____

**RENO**                **NV**        **89521**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    2    6    7**

**When was the debt incurred?**    **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.486 | | $100.00 |

**JEFFERY GORDON**
Nonpriority Creditor's Name

**7774 CR 8980**
Number          Street

_____

_____

**WEST PLAINS**        **MO**        **65775**
City                      State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9    2    1    7**

**When was the debt incurred?**    **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.487**

$100.00

**JEFFREY BORDOK**
Nonpriority Creditor's Name

**1033 RANCH DR**
Number          Street

_____

**GARDNERVILLE          NV          89460**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1   0   3   4**

**When was the debt incurred?**    **05/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

**4.488**

$100.00

**JEFFREY DAVENPORT**
Nonpriority Creditor's Name

**8719 SHADY MTN**
Number          Street

_____

**SAN ANTONIO          TX          78254**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   4   6   2**

**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.489**                                                                                      **$100.00**

**JEFFREY GARNER**
Nonpriority Creditor's Name
**147 KENTUCKY ST**
Number          Street

_____

**LAREDO**              **TX**      **78041**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **6  5  0  9**
**When was the debt incurred?**   **09/16/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**4.490**                                                                                      **$100.00**

**JEFFREY HAGEDORN**
Nonpriority Creditor's Name
**9702 CHEAT MOUNTAIN COURT**
Number          Street

_____

**ROSENBERG**          **TX**      **77469**
City                         State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9  9  9  0**
**When was the debt incurred?**   **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.491

**JENILEE LUJAN**
Nonpriority Creditor's Name
**12310 BANNOCK ST**
Number     Street
**APT #16202**

_____

**WESTMINSTER        CO     80234**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number** __4__ __3__ __5__ __8__
**When was the debt incurred?** __07/29/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.492

**JENNIFER GONZALES**
Nonpriority Creditor's Name
**10655 KALISPELL ST**
Number     Street

_____

**HENDERSON        CO     80640**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number** __3__ __9__ __3__ __1__
**When was the debt incurred?** __07/21/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.493**                                                                                                    **$100.00**

**JENNIFER NAGELE**
Nonpriority Creditor's Name
**346 BAKER ST**
Number      Street
_____

_____

**LONGMONT          CO      80501**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   2   6   9**
**When was the debt incurred?**    **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

**4.494**                                                                                                    **$100.00**

**JEREMY BROWN**
Nonpriority Creditor's Name
**6611 INWOOD WEST DR**
Number      Street
_____

_____

**HOUSTON          TX      77088**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0   4   1   0**
**When was the debt incurred?**    **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.495**                                                                                             **$100.00**

**JEREMY BURRITT**
Nonpriority Creditor's Name
**1150 SARAH BELLE LANE**
Number          Street
_____

**FALLON                    NV        89406**
City                             State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   9   3   7**
**When was the debt incurred?**    **04/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

---

**4.496**                                                                                             **$100.00**

**JEREMY RHODES**
Nonpriority Creditor's Name
**539 WILLOW CREEK CT**
Number          Street
_____

**CLARENDON HILLS      IL       60514**
City                             State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1   1   2   9**
**When was the debt incurred?**    **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.497 | | $100.00 |

**JERRY DIMAGGIO**
Nonpriority Creditor's Name

**9009 IRON SKY TRAIL**
Number        Street

_____

**RENO                NV      89523**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1   0   0   8**

**When was the debt incurred?**    **05/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Prescription Recall**

| 4.498 | | $100.00 |

**JERRY ESTRADA**
Nonpriority Creditor's Name

**152 PEBBLE DR**
Number        Street

_____

**DAYTON              NV      89403**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1   4   6   2**

**When was the debt incurred?**    **05/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.499

$100.00

**JERRY JONES**
Nonpriority Creditor's Name

**5052 HALLGARTEN DR**
Number        Street

_____

**SPARKS                    NV        89436**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   7   1   9

**When was the debt incurred?**   05/12/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.500

$100.00

**JERRY WILLIAMS**
Nonpriority Creditor's Name

**2771 SKYHORSE TRAIL**
Number        Street

_____

**RENO                    NV        89511**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   9   6   8

**When was the debt incurred?**   08/26/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.501 | | **$100.00** |

**JESS JOHNSON**
Nonpriority Creditor's Name
**26527 FOREST LINK**
Number        Street
_____

**NEW BRAUNFELS      TX      78132**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    3   1   3   4**
**When was the debt incurred?    06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.502 | | **$100.00** |

**JESSALYN JANSEN**
Nonpriority Creditor's Name
**315 VALLEY WOOD DR. #816**
Number        Street
**APARTMENT #816**
_____

**SPRING            TX      77380**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number    2   1   1   9**
**When was the debt incurred?    06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.503**

**$100.00**

**JESSE AVALOS JR**
Nonpriority Creditor's Name

**14200 VANCE JACKSON**
Number        Street
_____

**SAN ANTONIO        TX      78249**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1   0   9   7**

**When was the debt incurred?**   **05/13/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

**4.504**

**$100.00**

**JESSE MARTIN**
Nonpriority Creditor's Name

**2705 TESTOLIN RD**
Number        Street
_____

**FALLON        NV      89406**
City                  State      ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   6   0   3**

**When was the debt incurred?**   **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.505**

$100.00

**JESSE VANCROMPHAUT**
Nonpriority Creditor's Name
**2443 FM RD 1488 #3106**
Number        Street

_____

**CONROE                    TX      77384**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   2   5   5
**When was the debt incurred?**    07/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.506**

$100.00

**JESSICA COLPITT**
Nonpriority Creditor's Name
**821 INCA ST**
Number        Street

_____

**DENVER                    CO      80204**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9   1   7   6
**When was the debt incurred?**    04/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.507**

$100.00

**JESSICA COOPER**
Nonpriority Creditor's Name
**333 DOMINION DR. 111A**
Number        Street

_____

**KATY                    TX      77450**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   2   4   8
**When was the debt incurred?**    07/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.508**

$100.00

**JESSICA HAWKINS-KIMMEL**
Nonpriority Creditor's Name
**5791 PELICAN SHORES CT**
Number        Street

_____

**LONGMONT              CO      80504**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   9   3   0
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.509**

| | **$100.00** |

**JESSICA HERNANDEZ**
Nonpriority Creditor's Name
**5252 E.108 TH PLACE**
Number        Street
_____

_____

**DENVER              CO      80233**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   _3_  _9_  _2_  _6_
**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.510**

| | **$100.00** |

**JESSICA NOWLIN**
Nonpriority Creditor's Name
**4212 MEDICAL DR #1009**
Number        Street
_____

_____

**SAN ANTONIO        TX      78229**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   _1_  _7_  _3_  _7_
**When was the debt incurred?**   **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.511 | | $100.00 |
|---|---|---|

**JESSICA SMART**
Nonpriority Creditor's Name
**3965 LONDAN LANE**
Number          Street
_____

**SANTA CLARA          UT     84765**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   1   9   8
**When was the debt incurred?**   06/09/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.512 | | $100.00 |
|---|---|---|

**JESSICA ZHIVOTOVSKY**
Nonpriority Creditor's Name
**4507 CASTLE LN**
Number          Street
_____

**BROOMFIELD          CO     80023**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   2   9
**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.513 | | | $100.00 |

**JESSIE WALKER**
Nonpriority Creditor's Name

**510 PELHAM ST**
Number         Street

_____

**FORT WALTON BEACH  FL    32547**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  6  5  0  5

**When was the debt incurred?**  07/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.514 | | | $100.00 |

**JESUS JURADO**
Nonpriority Creditor's Name

**633 JOHN FREEMONT DRIVE**
Number         Street

_____

**RENO**                  **NV**    **89509**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  5  0  9  2

**When was the debt incurred?**  05/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.515 | | $100.00 |

**JESUS TARANGO**
Nonpriority Creditor's Name

**8519 FOXBORO ST**
Number          Street

_____

**SAN ANTONIO          TX          78254**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   8   6   7

**When was the debt incurred?**   09/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.516 | | $100.00 |

**JEWELS GOMEZ**
Nonpriority Creditor's Name

**3122 HARTWICK RD**
Number          Street

_____

**HOUSTON          TX          77093**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   6   7

**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.517 | | **$100.00** |

**JIM GRAY**
Nonpriority Creditor's Name
**PO BOX 616**
Number        Street

_____

**PLAINS**          **TX**      **79355**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** 5 7 0 8
**When was the debt incurred?** 09/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.518 | | **$100.00** |

**JIM LAUGHTON**
Nonpriority Creditor's Name
**2265 HEDGEWOOD DR**
Number        Street

_____

**RENO**          **NV**      **89509**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** 0 8 1 1
**When was the debt incurred?** 05/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$100.00**

| 4.519 | | |
|---|---|---|

**JIM ROWE**
Nonpriority Creditor's Name
**508 PALM VALLEY DR**
Number        Street
**STE 49**

**HARLINGEN          TX      78552**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   8   8   6
**When was the debt incurred?**    08/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**$100.00**

| 4.520 | | |
|---|---|---|

**JIMMY GORDON**
Nonpriority Creditor's Name
**106 BUENA SUERTA**
Number        Street

**HOBBS          NM      88242**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   7   0   8
**When was the debt incurred?**    05/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.521 | | $100.00 |

**JIMMY KELLY**
Nonpriority Creditor's Name
**2205 W 12TH ST**
Number      Street
_____

**PLAINVIEW        TX      79072**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    7    7    6    1
**When was the debt incurred?**    08/20/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.522 | | $100.00 |

**JOAN TAYLOR**
Nonpriority Creditor's Name
**209 E. ESPARADA DR**
Number      Street
_____

**GEORGETOWN        TX      78628**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    2    9    7
**When was the debt incurred?**    06/22/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.523**

$100.00

**JOE ANZIANO**
Nonpriority Creditor's Name
**3095 RIVIERA DR**
Number          Street

_____

**SARASOTA          FL     34232**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   5   8   7
**When was the debt incurred?**   06/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.524**

$100.00

**JOE CARDINALE**
Nonpriority Creditor's Name
**6950 WEST SAHARA AVE**
Number          Street

_____

**LAS VEGAS          NV     89117**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   1   9   8
**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.525**                                                                                            **$100.00**

**JOE CHOTE**
Nonpriority Creditor's Name
**1004 DOGWOOD**
Number        Street
_____

**IDALOU**          **TX**    **75329**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **7**  **9**  **6**  **2**
**When was the debt incurred?**    **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.526**                                                                                            **$100.00**

**JOE DEGEROLAMI**
Nonpriority Creditor's Name
**13503 ADOBE CROSSING**
Number        Street
_____

**SAN ANTONIO**      **TX**    **78232**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **8**  **7**  **7**
**When was the debt incurred?**    **08/10/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.527 | | **$100.00** |

**JOE HESTER**
Nonpriority Creditor's Name
**7202 BELLA ROSE**
Number    Street

_____

**SAN ANTONIO**    **TX**    **78254**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   6   3
**When was the debt incurred?**   07/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

| 4.528 | | **$100.00** |

**JOE MARTIN**
Nonpriority Creditor's Name
**4901 HWY 183 N**
Number    Street

_____

**EARLY**    **TX**    **76802**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   3   1   2
**When was the debt incurred?**   08/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.529 | | | $100.00 |

**JOE SARRATT**
Nonpriority Creditor's Name
**6504 QUAKER AVE APT 404-A**
Number        Street
_____

**LUBBOCK**          **TX**      **79413**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number  __4__ __6__ __3__ __3__
When was the debt incurred?    **08/10/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

| 4.530 | | | $100.00 |

**JOEL MARTINEZ**
Nonpriority Creditor's Name
**1167 WATER IRIS WAY**
Number        Street
_____

**ORLANDO**          **FL**      **32828**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number  __0__ __3__ __1__ __3__
When was the debt incurred?    **04/26/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.531 | | **$100.00** |
|---|---|---|

**JOELLE  SALATERSKI**
Nonpriority Creditor's Name
**4509 MOUNT VERNON ST APT#30**
Number        Street

_____

**HOUSTON**          **TX**      **77006**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1   6   8   7**
**When was the debt incurred?**   **04/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.532 | | **$100.00** |
|---|---|---|

**JOHN ""WALT"" OWENS**
Nonpriority Creditor's Name
**2650 ANZAC CIRCLE**
Number        Street

_____

**CARSON CITY**          **NV**      **89701**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   5   8   2**
**When was the debt incurred?**   **06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.533

$100.00

**JOHN ANTORINO**
Nonpriority Creditor's Name
**367 SWANAGE DR**
Number        Street
_____

**BROOMALL          PA      19008**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0    6    3    1
**When was the debt incurred?**    05/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.534

$100.00

**JOHN DONOGHUE**
Nonpriority Creditor's Name
**34 RIESLING RD**
Number        Street
**NISKAYUNA, NY 123093242**
_____

City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    3    2    5
**When was the debt incurred?**    09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.535 | | **$100.00** |

**JOHN EUBANKS**
Nonpriority Creditor's Name
**513 JEANETTE DR.**
Number          Street

_____

**CONVERSE          TX    78109**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    3    3    9
**When was the debt incurred?**    05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.536 | | **$100.00** |

**JOHN GRAVES**
Nonpriority Creditor's Name
**22155 WILDWOOD PARK RD**
Number          Street
**APT. #232**

_____

**RICHMOND          TX    77469**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    8    3    6    3
**When was the debt incurred?**    06/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.537**

**$100.00**

**JOHN GRUCHACZ**
Nonpriority Creditor's Name
**4229 FOXTAIL COURT**
Number        Street

_____

**BRYAN                    TX      77808**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   5   3   0
**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.538**

**$100.00**

**JOHN HOLLINSHEAD**
Nonpriority Creditor's Name
**396 ESTANCIE LANE**
Number        Street

_____

**BOERNE                  TX      78006**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9   8   1   4
**When was the debt incurred?**   06/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.539 | | **$100.00** |
|---|---|---|

**JOHN LUELLEN**
Nonpriority Creditor's Name
**7929 MOUNT BALDY DRIVE**
Number          Street

_____

| **RYE** | **CO** | **81069** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   8   4   6**

**When was the debt incurred?**   **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

---

| 4.540 | | **$100.00** |
|---|---|---|

**JOHN MASON**
Nonpriority Creditor's Name
**9885 GAINSBOURGH LN**
Number          Street

_____

| **RENO** | **NV** | **89521** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   8   6   4**

**When was the debt incurred?**   **09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                        Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

---

| 4.541 | | $100.00 |
|---|---|---|

**JOHN NICHOLS**
Nonpriority Creditor's Name
**10400 SILVER SPUR DR**
Number        Street
_____

_____

| **RENO** | **NV** | **89508** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __0__  __4__  __4__  __8__
**When was the debt incurred?**   **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

| 4.542 | | $100.00 |
|---|---|---|

**JOHN NORTON**
Nonpriority Creditor's Name
**22203 NE 128 CIRCLE**
Number        Street
_____

_____

| **BRUSH PRAIRIE** | **WA** | **98606** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __4__  __6__  __2__  __5__
**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number *(if known)* _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

### 4.543

**JOHN POUTRA**
Nonpriority Creditor's Name

**102 RIO SECO**
Number        Street

_____

**SAN ANTONIO          TX      78232**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   3   1   6   8

**When was the debt incurred?**   07/01/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

### 4.544

**JOHN RENKER**
Nonpriority Creditor's Name

**3330 QUAKERTOWN DR**
Number        Street

_____

**SAN ANTONIO          TX      78230**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   3   4   4   1

**When was the debt incurred?**   05/07/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.545**

$100.00

**JOHN SACIA**
Nonpriority Creditor's Name

**10040 E HAPPY VALLEY RD #2030**
Number        Street

_____

**SCOTTSDALE          AZ      85255**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   8   3   5

**When was the debt incurred?**   04/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.546**

$100.00

**JOHN SANTOR**
Nonpriority Creditor's Name

**3514 ELK CLIFF PASS**
Number        Street

_____

**SAN ANTONIO          TX      78247**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   1   2   8

**When was the debt incurred?**   06/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.547 | | $100.00 |

**JOHN SILVAROLI**
Nonpriority Creditor's Name
**835 W SHERIDAN AVE APT#516**
Number        Street

_____

**OKLAHOMA CITY          OK        73106**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3    0    0    9**
**When was the debt incurred?**    **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Prescription Recall**

---

| 4.548 | | $100.00 |

**JOHN SMITH**
Nonpriority Creditor's Name
**5 MORGAN WAY**
Number        Street

_____

**LATHAM                  NY        12110**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3    7    4    7**
**When was the debt incurred?**    **07/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.549

**JOHN SOLARI**
Nonpriority Creditor's Name
**5310 KIETZKE LANE**
Number        Street
_____

**RENO**              **NV**    **89511**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

Last 4 digits of account number    **9    4    3    5**
When was the debt incurred?    **04/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.550

**JOHN STANKO**
Nonpriority Creditor's Name
**1265 SPRINGER COURT**
Number        Street
_____

**RENO**              **NV**    **89511**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

Last 4 digits of account number    **1    0    5    3**
When was the debt incurred?    **05/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**               Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.551**

                                  **$100.00**

**JOHN STIEBER**
Nonpriority Creditor's Name

**14349 172ND AVE NE**
Number     Street

_____

_____

**REDMOND**       **WA**    **98052**
City               State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5**   **1**   **9**   **7**

**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Prescription Recall**

---

**4.552**

                                  **$100.00**

**JOHN WILLIAMS**
Nonpriority Creditor's Name

**243 BROOKHOLLOW**
Number     Street

_____

_____

**NEW BRAUNFELS**    **TX**    **78132**
City               State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3**   **1**   **3**   **2**

**When was the debt incurred?**    **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.553 | | **$100.00** |

**JOHN WOESSNER**
Nonpriority Creditor's Name
**1200 THATAWAY**
Number        Street
_____

**HORSEHOE BAY        TX        78657**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    5   7   7   2
**When was the debt incurred?**    09/02/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.554 | | **$100.00** |

**JOHNNY POWERS**
Nonpriority Creditor's Name
**500 SW 22ND ST**
Number        Street
_____

**SEMINOLE        TX        79360**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    5   1   7   8
**When was the debt incurred?**    08/18/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.555

$100.00

**JOHNNY TURNER**
Nonpriority Creditor's Name
**18607 CR 1640**
Number        Street

_____

**WOLFFORTH            TX      79382**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    5   6   9   9**

**When was the debt incurred?    09/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.556

$100.00

**JON YAPLE**
Nonpriority Creditor's Name
**2038 DESERT PEACH DR**
Number        Street

_____

**CARSON CITY           NV      89703**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    4   6   6   1**

**When was the debt incurred?    08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                           Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.557 | | $100.00 |
|---|---|---|

**JONATHAN HURST**
Nonpriority Creditor's Name
**1425 ELI DR.**
Number          Street

_____

**RENO**                **NV**      **89511**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   7   5   2**
**When was the debt incurred?**   **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.558 | | $100.00 |
|---|---|---|

**JONATHAN JOSEPH**
Nonpriority Creditor's Name
**14916 COPPER RIDGE LANE**
Number          Street

_____

**AUSTIN**                **TX**      **78734**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0   2   5   0**
**When was the debt incurred?**   **04/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.559**

$100.00

**JONATHAN KENNEDY**
Nonpriority Creditor's Name
**71 LAKEWAY DR**
Number          Street

_____

**COLDSPRING          TX     77331**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** __1__ __1__ __5__ __3__
**When was the debt incurred?** __05/20/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

---

**4.560**

$100.00

**JORDAN VERA**
Nonpriority Creditor's Name
**13955 GLENCOE ST**
Number          Street

_____

**THORNTON          CO     80602**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** __3__ __9__ __2__ __1__
**When was the debt incurred?** __07/21/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.561 | | **$100.00** |
|---|---|---|

**JORGE ROJAS**
Nonpriority Creditor's Name
**525 MOGUL MOUNTAIN DR**
Number        Street

_____

**RENO**                    **NV**      **89523**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7**  **6**  **7**  **5**
**When was the debt incurred?**   **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.562 | | **$100.00** |
|---|---|---|

**JOSE ALVAREZ**
Nonpriority Creditor's Name
**101 N BROOKSIDE DR**
Number        Street

_____

**DALLAS**                   **TX**      **75223**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**  **9**  **9**  **4**
**When was the debt incurred?**   **08/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.563**                                                                              **$100.00**

**JOSE SALAZAR**
Nonpriority Creditor's Name
**511 LEGACY RIDGE**
Number        Street
_____

**SAN ANTONIO**        **TX**    **78260**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **1   9   0   5**
**When was the debt incurred?**   **09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**4.564**                                                                              **$100.00**

**JOSEPH  EDWARDS**
Nonpriority Creditor's Name
**1240 RYLAND ST**
Number        Street
_____

**RENO**              **NV**    **89502**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **8   3   7   8**
**When was the debt incurred?**   **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.565**

**$100.00**

**JOSEPH ANDING**
Nonpriority Creditor's Name
**186 YOUNGBLOOD RD**
Number     Street

_____

**HUNTINGTON          TX     75949**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   1   5   4
**When was the debt incurred?**   05/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.566**

**$100.00**

**JOSEPH BECK**
Nonpriority Creditor's Name
**18237 W MINNEZONA AVE**
Number     Street

_____

**GOODYEAR          AZ     85395**
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   3   8   3
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.567 | | **$100.00** |

**JOSEPH BOYLE**
Nonpriority Creditor's Name
**635 CEDARDALE LOOP**
Number        Street
_____

**LAS CRUCES**         **NM**    **88005**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   8   5   2**
**When was the debt incurred?**   **09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| 4.568 | | **$100.00** |

**JOSEPH PERRY**
Nonpriority Creditor's Name
**1518 HASKIN DR**
Number        Street
_____

**SAN ANTONIO**         **TX**    **78209**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   2   5   7**
**When was the debt incurred?**   **07/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

### Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| Total claim |
|---|

**4.569**

**$100.00**

**JOSEPH POLLARD**
Nonpriority Creditor's Name
**4706 GRAY FOX DR**
Number        Street
_____

**AUSTIN**          **TX**      **78759**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    3    5    0**
**When was the debt incurred?**    **06/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

**4.570**

**$100.00**

**JOSEPH TORTORELLO**
Nonpriority Creditor's Name
**7811 CHAMBER RD**
Number        Street
_____

**SAN ANTONIO**      **TX**      **78229**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    8    4    5**
**When was the debt incurred?**    **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.571**

**JOSH LUBLINER**
Nonpriority Creditor's Name

**2989 FOX TRAIL DR**
Number          Street

_____

**RENO**                    **NV**      **89523**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4    4    1    3**

When was the debt incurred?    **07/30/2021**

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**$100.00**

---

**4.572**

**JOSHUA GINDELE**
Nonpriority Creditor's Name

**8709 COBBLESTONE**
Number          Street

_____

**AUSTIN**                  **TX**      **78735**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **3    6    2    2**

When was the debt incurred?    **07/14/2021**

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**$100.00**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**                                               Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.573**                                                                                      **$100.00**

**JOSHUA NIXON**
Nonpriority Creditor's Name
**6223 CRYSTAL FOREST TRAIL**
Number     Street
_____

**KATY**             **TX**    **77493**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **9**  **4**  **7**  **5**
When was the debt incurred?   **04/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.574**                                                                                      **$100.00**

**JOSHUA THOMSON**
Nonpriority Creditor's Name
**9565 COMANCHE MOON DR**
Number     Street
_____

**RENO**             **NV**    **89521**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **1**  **7**  **7**  **4**
When was the debt incurred?   **05/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.575** | **$100.00**

**JOURNEY DAVIS**
Nonpriority Creditor's Name
**23010 BURCAN CT**
Number       Street

_____

**SPRING          TX     77373**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **2    3    3    0**
**When was the debt incurred?**    **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.576** | **$100.00**

**JUAN GONZALEZ**
Nonpriority Creditor's Name
**6105 N KARLOV AVE**
Number       Street

_____

**CHICAGO          IL     60646**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **0    1    7    7**
**When was the debt incurred?**    **08/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.577 | | $100.00 |

**JULEE HUFF**
Nonpriority Creditor's Name
**11506 ELM WAY**
Number       Street

_____

**THORTON          CO      80233**
City                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   9   2   0**

**When was the debt incurred?**   **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

| 4.578 | | $100.00 |

**JULIAN LARRY**
Nonpriority Creditor's Name
**3210 LOUISIANA STREET**
Number       Street

_____

**HOUSTON          TX      77006**
City                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   6   9   0**

**When was the debt incurred?**   **09/27/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.579**                                                                                          **$100.00**

**JULIE MUNCY**
Nonpriority Creditor's Name
**8801 NORTH FM 620 #1018**
Number       Street
_____

**AUSTIN                    TX      78726**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **3   7   4   8**
When was the debt incurred?    **08/10/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.580**                                                                                          **$100.00**

**JULIE TALBERT**
Nonpriority Creditor's Name
**12800 BRIAR FOREST DR #65**
Number       Street
**#65**

**HOUSTON                  TX      77077**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **2   7   7   9**
When was the debt incurred?    **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1     **David McLennan**

Debtor 2     **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.581 | | **$100.00** |
|---|---|---|

**JUNE STENZEL**
Nonpriority Creditor's Name

**12606 EGRET HILL COURT**
Number        Street

_____

**HOUSTON**            **TX**    **77089**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5**  **3**  **3**  **4**

**When was the debt incurred?**    **08/31/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.582 | | **$100.00** |
|---|---|---|

**JUSTIN BRADLEY**
Nonpriority Creditor's Name

**7620 ORANGE PLAINS DR**
Number        Street

_____

**SPARKS**            **NV**    **89436**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **7**  **7**  **8**

**When was the debt incurred?**    **05/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.583 | | **$100.00** |

**JUSTIN ROPER**
Nonpriority Creditor's Name

**85 WEBFOOT CT**
Number    Street

_____

**SPARKS            NV      89441**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   3   4   3
**When was the debt incurred?**   05/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.584 | | **$100.00** |

**JUVENTINO GUERRA**
Nonpriority Creditor's Name

**14811 TURKEY TRAIL**
Number    Street

_____

**SAN ANTONIO       TX      78232**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   8   6   7
**When was the debt incurred?**   06/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.585

**$100.00**

**KAIA PALESE WESTERLIND**
Nonpriority Creditor's Name

**20525 CYPRESSWOOD DR**
Number    Street

_____

**CYPRESS        TX    77433**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5  4  8  5

**When was the debt incurred?**   08/25/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.586

**$100.00**

**KARA ZOR EL FIELDS**
Nonpriority Creditor's Name

**12700 STAFFORD ROAD APT 837**
Number    Street

_____

**STAFFORD        TX    77477**
City              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1  5  2  3

**When was the debt incurred?**   08/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.587**

$100.00

**KAREN HUNSTABLE**
Nonpriority Creditor's Name
**22155 WILDWOOD PARK RD.**
Number    Street
**APT 232**

**RICHMOND**          **TX**    **77469**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **7**  **4**  **5**  **2**
**When was the debt incurred?**  **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Prescription Recall**

---

**4.588**

$100.00

**KARLA TELLEZ**
Nonpriority Creditor's Name
**2246 ASHBERRY AVE**
Number    Street

**NEW BRAUNFELS**     **TX**    **78130**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **6**  **5**  **1**  **6**
**When was the debt incurred?**  **09/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Prescription Recall**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.589 | | $100.00 |

**KARLIE BOBIAN**
Nonpriority Creditor's Name

**7901 CRESTVIEW LN**
Number        Street

_____

_____

**DENVER**                    **CO**      **80221**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   7   8   8**

**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

   **Prescription Recall**

| 4.590 | | $100.00 |

**KASEY JOHNSON**
Nonpriority Creditor's Name

**2010 LENTICULAR DR**
Number        Street

_____

_____

**SPARKS**                    **NV**      **89441**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9   2   8   2**

**When was the debt incurred?**    **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

   **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.591**

| | **$100.00** |

**KATHERINE REGIS**
Nonpriority Creditor's Name

**426 OLEANDER ST**
Number        Street

_____

**LAKE JACKSON        TX        77566**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   4   7   8

**When was the debt incurred?**   06/15/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

**4.592**

| | **$100.00** |

**KATHY CLARK**
Nonpriority Creditor's Name

**690 FM 253**
Number        Street

_____

**BUNA        TX        77612**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   6   6   3   0

**When was the debt incurred?**   05/18/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
|---|

**4.593**

**$100.00**

**KATIE DEHOYOS**
Nonpriority Creditor's Name
**7810 MAVERICK TRACE LN**
Number    Street

**CYPRESS**     **TX**    **77433**
City       State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3**   **8**   **1**   **9**
**When was the debt incurred?**   **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.594**

**$100.00**

**KATIE LOCKHART**
Nonpriority Creditor's Name
**24151 BELLA DOLCE LN**
Number    Street
**APT 804**

**KATY**     **TX**    **77494**
City       State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**   **3**   **1**   **8**
**When was the debt incurred?**   **04/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.595 | | $100.00 |

**KAY FERGUSON**
Nonpriority Creditor's Name

**1039 BRISTOL LN**
Number        Street

_____

**MISSOURI CITY        TX        77459**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   0   2
**When was the debt incurred?**   07/07/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.596 | | $100.00 |

**KAYLEE SENN**
Nonpriority Creditor's Name

**15650 FERN BASIN DRIVE**
Number        Street

_____

**HOUSTON        TX        77084**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   1   4   0
**When was the debt incurred?**   04/30/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.597 | | $100.00 |
|---|---|---|

**KELLI LINES**
Nonpriority Creditor's Name

**114 HEIGHTS BOULEVARD UNIT H**
Number          Street

_____

**HOUSTON                    TX      77007**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**     6   9   4   0

**When was the debt incurred?**     05/17/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Prescription Recall**

| 4.598 | | $100.00 |
|---|---|---|

**KELLY GUPTON**
Nonpriority Creditor's Name

**646 OXFORD ST**
Number          Street

_____

**HOUSTON                    TX      77007**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**     2   1   4   1

**When was the debt incurred?**     06/18/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.599**

**$100.00**

**KELLY NELSON**
Nonpriority Creditor's Name
**13042 HUNTLEIGH WAY**
Number        Street
_____

**SUGAR LAND        TX      77478**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **3   0   0   2**
When was the debt incurred?   **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.600**

**$100.00**

**KELLY WISNER**
Nonpriority Creditor's Name
**55 ED ANZA DR**
Number        Street
_____

**RENO        NV      89511**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **1   9   7   4**
When was the debt incurred?   **06/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.601

$100.00

**KEN BRAGG**
Nonpriority Creditor's Name

**12911 VIDORRA CIRCLE DR**
Number     Street

_____

**SAN ANTONIO      TX      78216**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    4    1    0

**When was the debt incurred?**    08/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

4.602

$100.00

**KENDRA DAVIS**
Nonpriority Creditor's Name

**151 STONE CANYON DR**
Number     Street

_____

**LYONS      CO      80540**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    5    4    7    3

**When was the debt incurred?**    09/09/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|----|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.603 | | **$100.00** |

**KENNETH BRUCE**
Nonpriority Creditor's Name
**8727 BLOSSOM LN**
Number          Street

_____

**DALLAS                    TX       75227**
City                                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    9    6    0
**When was the debt incurred?**    06/07/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

| 4.604 | | **$100.00** |

**KENNETH CARTWRIGHT**
Nonpriority Creditor's Name
**302 E HWY 62 #1074**
Number          Street
**PO BOX 1074**

_____

**WOLFFORTH              TX       79382**
City                                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    6    8
**When was the debt incurred?**    07/08/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.605**

**KENNETH CHILDRESS**
Nonpriority Creditor's Name

**3010 CR. L**
Number        Street

**ODONNELL          TX      79351**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   6   5**

**When was the debt incurred?**   **07/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**$100.00**

---

**4.606**

**KENNETH GARRISON**
Nonpriority Creditor's Name

**1985 HELDERBERG AVE**
Number        Street

**SCHENECTADY          NY      12306**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   9   2   2**

**When was the debt incurred?**   **08/11/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**$100.00**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.607 | | **$100.00** |

**KENNETH KLANICA**
Nonpriority Creditor's Name
**2106 STONEHAVEN**
Number        Street
_____
_____

**NEW BRAUNFELS      TX      78130**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3    3    4    7**
**When was the debt incurred?**    **07/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.608 | | **$100.00** |

**KENNETH STARK**
Nonpriority Creditor's Name
**4281 MUIRWOOD CT**
Number        Street
_____
_____

**RENO                      NV      89509**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    8    8    1**
**When was the debt incurred?**    **06/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.609 | | **$100.00** |
|---|---|---|

**KENT ASHERFELTER**
Nonpriority Creditor's Name
**12802 LAQUINTA**
Number        Street

_____

**LIVE OAK**            **TX**      **78233**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   8   0   3
**When was the debt incurred?**   05/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.610 | | **$100.00** |
|---|---|---|

**KENT SADLER**
Nonpriority Creditor's Name
**139 B ELIZABETH**
Number        Street

_____

**SAN ANTONIO**        **TX**      **78229**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   2   7   7
**When was the debt incurred?**   05/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.611 | | **$100.00** |

**KERRY KUKLEWSKI**
Nonpriority Creditor's Name

**115 HASKIN DR.**
Number        Street

_____

**SAN ANTONIO          TX      78209**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1   9   2   7
**When was the debt incurred?**    06/02/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.612 | | **$100.00** |

**KEVIN BERTONNEAU**
Nonpriority Creditor's Name

**1875 FLEDGE CREEK DRIVE**
Number        Street

**UNIT B**

**RENO                     NV      89521**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   8   1   5
**When was the debt incurred?**    07/19/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.613 | | $100.00 |

**KEVIN CLOONAN**
Nonpriority Creditor's Name
**4007 MCCULLOGH STE 219**
Number        Street

_____

**SAN ANTONIO**          **TX**    **78212**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6** **1** **3** **9**
**When was the debt incurred?**   **09/09/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.614 | | $100.00 |

**KEVIN DARBY**
Nonpriority Creditor's Name
**3410 SAN JUAN DRIVE**
Number        Street

_____

**RENO**                  **NV**    **89509**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3** **8** **1** **4**
**When was the debt incurred?**   **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.615

**$100.00**

**KEVIN GUSTAFSON**
Nonpriority Creditor's Name
**3550 BARRON WAY STE 5A**
Number     Street

_____

**RENO**                        **NV**     **89511**
City                             State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**     0   5   1   9
**When was the debt incurred?**     04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

4.616

**$100.00**

**KEVIN HENDRIX**
Nonpriority Creditor's Name
**568 N DOWNS LN**
Number     Street

_____

**FALLON**                      **NV**     **89406**
City                             State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**     7   7   4   7
**When was the debt incurred?**     06/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.617**

$100.00

**KEVIN HENSCHEID**
Nonpriority Creditor's Name
**3020 N. MANSFIELD CT**
Number        Street

_____

**LITCHFIELD PARK        AZ        85340**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** _2_ _6_ _7_ _3_
**When was the debt incurred?** _06/21/2021_

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.618**

$100.00

**KEVIN JOHNSON**
Nonpriority Creditor's Name
**5925 LAKE GENEVA CT**
Number        Street

_____

**RENO                        NV        89511**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number** _0_ _7_ _2_ _5_
**When was the debt incurred?** _05/05/2021_

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.619**

**$100.00**

**KEVIN MILES**
Nonpriority Creditor's Name
**4030 TWIN FALLS DRIVE**
Number         Street
_____

**RENO**              **NV**     **89511**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9** **4** **3** **4**
**When was the debt incurred?**   **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

**4.620**

**$100.00**

**KEVIN MORRISON**
Nonpriority Creditor's Name
**83 ST. CROIX DR.**
Number         Street
_____

**EAGLE BRIDGE**       **NY**     **12057**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7** **2** **3** **4**
**When was the debt incurred?**   **07/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.621 | | $100.00 |

**KEVIN PINKNEY**
Nonpriority Creditor's Name

**1607 H ST**
Number       Street

_____

**SPARKS                NV      89431**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number  3  8  8  8

When was the debt incurred?     **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.622 | | $100.00 |

**KIAN HAGHGOO**
Nonpriority Creditor's Name

**2829 TIMMONS LANE**
Number       Street
**UNIT 153**

_____

**HOUSTON              TX      77027**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number  5  1  2  8

When was the debt incurred?     **05/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.623 | | $100.00 |

**KIM BELLAH**
Nonpriority Creditor's Name

**1517 SAN FRANCISCO AVE**
Number       Street

_____

**MIDLAND              TX      79705**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   8   0   0   7

**When was the debt incurred?**   05/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| 4.624 | | $100.00 |

**KIMBERLY HERNANDEZ**
Nonpriority Creditor's Name

**1560 ROBERTS ST**
Number       Street

_____

**BEAUMONT             TX      77701**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   1   2   1

**When was the debt incurred?**   06/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.625 | | $100.00 |

**KIMBERLY MAUCH**
Nonpriority Creditor's Name
**10617 BEDFORD ST**
Number        Street

_____

**FIRESTONE        CO    80504**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   9   2   4
**When was the debt incurred?**   03/30/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| 4.626 | | $100.00 |

**KIMBERLY OSHEA**
Nonpriority Creditor's Name
**24799 EAST APPLEWOOD DR**
Number        Street

_____

**AURORA        CO    80016**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   6   4   3
**When was the debt incurred?**   07/14/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.627 | | $100.00 |

**KIRK FRANKE**
Nonpriority Creditor's Name
**904 W LONG ST**
Number          Street

_____

**CARSON CITY          NV     89703**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4   7   7   6
**When was the debt incurred?**    08/06/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.628 | | $100.00 |

**KOKO BEAUDION**
Nonpriority Creditor's Name
**21339 CYPRESS LIVE OAK DR**
Number          Street

_____

**CYPRESS          TX     77433**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0   7   7   2
**When was the debt incurred?**    05/07/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 315

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.629**

$100.00

**KRAIG KNOLL**
Nonpriority Creditor's Name
**1580 ROBB DR**
Number        Street
_____

**CARSON CITY        NV        89703**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5  2  3  7**
**When was the debt incurred?**   **05/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.630**

$100.00

**KRISTIN HESTDALEN**
Nonpriority Creditor's Name
**1880 TOLTEC TRAIL**
Number        Street
_____

**RENO        NV        89521**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3  9  7  8**
**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.631

$100.00

**KRYSTIN GARZA**
Nonpriority Creditor's Name
**2562 LONESOME CREEK TRAIL**
Number        Street
_____

**NEW BRAUNFELS        TX        78130**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   5   2   2
**When was the debt incurred?**   09/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

4.632

$100.00

**KRYTHE ELAINE BRYAN ARENSMAN**
Nonpriority Creditor's Name
**10556 HAMMERLY BLVD #0328**
Number        Street
_____

**HOUSTON        TX        77043**
City                        State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   0   1   3
**When was the debt incurred?**   06/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

| 4.633 | | $100.00 |

**KURT JENSEN**
Nonpriority Creditor's Name
**623 BERGIN WAY**
Number          Street
_____

**SPARKS              NV      89431**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   0   0   6
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| 4.634 | | $100.00 |

**KURTIS OAKLEY**
Nonpriority Creditor's Name
**1702 HARDING BLVD**
Number          Street
_____

**NORRISTOWN          PA      19401**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   6   3   5
**When was the debt incurred?**   05/03/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.635 | | $100.00 |

**KYLE BRIGGS**
Nonpriority Creditor's Name
**2388 SILVER RIDGE DR**
Number     Street
_____

| **RENO** | **NV** | **89509** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   0   7   3

**When was the debt incurred?**   07/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.636 | | $100.00 |

**KYLE DIXON**
Nonpriority Creditor's Name
**40 CHAPPARAL COURT**
Number     Street
_____

| **MISSOURI CITY** | **TX** | **77459** |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   9   3

**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.637 | | **$100.00** |

**KYLE GARDELLA**
Nonpriority Creditor's Name
**15040 CHATEAU AVE**
Number          Street

_____

**RENO**                    **NV**      **89511**
City                              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**  **8**  **7**  **3**
**When was the debt incurred?**   **04/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.638 | | **$100.00** |

**KYLE JONES**
Nonpriority Creditor's Name
**4375 DEL PASO DR**
Number          Street

_____

**RENO**                    **NV**      **89521**
City                              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2**  **7**  **1**  **1**
**When was the debt incurred?**   **06/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.639

**$100.00**

**KYM KOCH-THOMPSON**
Nonpriority Creditor's Name
**14508 LONGFORD WAY**
Number        Street

_____

**EDMOND            OK    73013**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   8   8   7

**When was the debt incurred?**   08/11/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.640

**$100.00**

**LANA FOLTZ**
Nonpriority Creditor's Name
**12020 N GESSNER RD**
Number        Street
**APT #13308**

_____

**HOUSTON            TX    77064**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   5   4   4

**When was the debt incurred?**   06/16/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.641 | | $100.00 |

**LARRY CHASTAIN**
Nonpriority Creditor's Name
**2605 WASHINGTON**
Number        Street
_____

**COMMERCE          TX      75428**
City                       State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4    7    0    5**
**When was the debt incurred?**    **08/05/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.642 | | $100.00 |

**LARRY GILBERT**
Nonpriority Creditor's Name
**PO BOX 607**
Number        Street
_____

**MILES          TX      76861**
City                       State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    4    6    3**
**When was the debt incurred?**    **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.643 | | $100.00 |

**LARRY MCCLISH**
Nonpriority Creditor's Name

**2560 LAKE RIDGE SHORES WEST**
Number        Street

_____

**RENO**                    **NV**        **89519**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5**  **9**  **2**  **7**

**When was the debt incurred?**   **09/07/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

---

| 4.644 | | $100.00 |

**LARRY WOLTER**
Nonpriority Creditor's Name

**132 VILLAGE PATH**
Number        Street

_____

**CASTROVILLE**         **TX**        **78009**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2**  **3**  **9**  **1**

**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.645

**$100.00**

**LAUREN GORE**
Nonpriority Creditor's Name
**12020 NORTH GESSNER DR APT#13203**
Number          Street
_____

**HOUSTON                TX        77064**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   1   2   4
**When was the debt incurred?**   06/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.646

**$100.00**

**LAUREN JOSEPH**
Nonpriority Creditor's Name
**2215 S NILE CT**
Number          Street
_____

**AURORA                CO        80014**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   1   7   9
**When was the debt incurred?**   04/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | |
|---|---|
| | **Total claim** |

---

**4.647**

                                                    **$100.00**

**LAUREN THOMAS-BREWATER**
Nonpriority Creditor's Name
**16019 HAMILTON WAY #3219**
Number      Street

**BROOMFIELD**     **CO**     **80023**
City                 State     ZIP Code

**Last 4 digits of account number**    **8**   **9**   **2**   **1**
**When was the debt incurred?**    **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Prescription Recall**

---

**4.648**

                                                    **$100.00**

**LAWRENCE HARVAZINSKI**
Nonpriority Creditor's Name
**420 PINKSTER LANE**
Number      Street

**SLINGERLANDS**     **NY**     **12159**
City                 State     ZIP Code

**Last 4 digits of account number**    **3**   **0**   **2**   **0**
**When was the debt incurred?**    **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.649**

$100.00

**LAWRENCE JORDAN**
Nonpriority Creditor's Name

**2814 RIO BRAZOS**
Number        Street

_____

**SAN ANTONIO        TX        78259**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   9   0   1

**When was the debt incurred?**   09/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.650**

$100.00

**LEANN SCHMIDT**
Nonpriority Creditor's Name

**11435 VERAZAE DR**
Number        Street

_____

**RENO        NV        89521**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   8   3   6

**When was the debt incurred?**   06/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.651**

| | **$100.00** |
|---|---|

**LEANNE MASTERS**
Nonpriority Creditor's Name
**272 CHIMNEY ROCK RD**
Number        Street

_____

**STATELINE          NV      89449**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6   9   2   9
**When was the debt incurred?**    09/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.652**

| | **$100.00** |
|---|---|

**LEE NIICHEL**
Nonpriority Creditor's Name
**6791 QUANTUM DR**
Number        Street

_____

**SPARKS              NV      89436**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6   7   5   2
**When was the debt incurred?**    09/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| | |
|---|---|
| 4.653 | **$100.00** |

**LEONARD DEAL**
Nonpriority Creditor's Name
**7 FOUNTAIN DR**
Number      Street
_____

**SAN ANTONIO        TX      78248**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   4   6   8
**When was the debt incurred?**   07/30/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

| | |
|---|---|
| 4.654 | **$100.00** |

**LEONARDO CORTEZ**
Nonpriority Creditor's Name
**7912 BELLAIRE BLVD  APT # 801**
Number      Street
_____

**HOUSTON        TX      77036**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   7   1   6
**When was the debt incurred?**   09/13/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.655 | | $100.00 |

**LEWIS HEYE**
Nonpriority Creditor's Name

**755 CR 304**
Number        Street

_____

**JOURDANTON          TX      78026**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0    9    1    4

**When was the debt incurred?**    05/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.656 | | $100.00 |

**LIBERTY EAVES**
Nonpriority Creditor's Name

**2501 LAKE RD,  APT 269**
Number        Street

_____

**HUNTSVILLE          TX      77340**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    3    8    6

**When was the debt incurred?**    05/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.657**

**$100.00**

**LILITH COSTO**
Nonpriority Creditor's Name

**2686 MURWORTH DRIVE APT 409**
Number       Street

_____

**HOUSTON            TX      77054**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   3   1   9
**When was the debt incurred?**   05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

**4.658**

**$100.00**

**LILITH LILITH**
Nonpriority Creditor's Name

**14555 PHILIPPINE STREET #113**
Number       Street

_____

**HOUSTON            TX      77040**
City                          State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   5   0   0
**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.659 | | $100.00 |

**LILITH SAVELL**
Nonpriority Creditor's Name

**13518 SPLINTERED OAK DR.**
Number        Street

_____

**HOUSTON          TX      77065**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   1   6   1**

**When was the debt incurred?**   **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.660 | | $100.00 |

**LILY NIETO**
Nonpriority Creditor's Name

**2904 OLD GALVESTON APT#1**
Number        Street

_____

**HUNTSVILLE      TX      77340**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   6   4   6**

**When was the debt incurred?**   **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.661 | | **$100.00** |

**LINDA HANSEN**
Nonpriority Creditor's Name

**10538 EAGLE FALLS WAY**
Number        Street

_____

**RENO**          **NV**    **89521**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   5   9   9**

**When was the debt incurred?**   **08/03/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| 4.662 | | **$100.00** |

**LINDSEY HARMON**
Nonpriority Creditor's Name

**241 W ARROYO ST**
Number        Street

_____

**RENO**          **NV**    **89509**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   7   1   6**

**When was the debt incurred?**   **06/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.663**

**$100.00**

**LISA MUELLER**
Nonpriority Creditor's Name

**6125 N. DEER MEADOW CT**
Number     Street

_____

**RENO**      **NV**    **89519**
City          State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   0   8   9

**When was the debt incurred?**   08/13/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.664**

**$100.00**

**LISSA VILLONE**
Nonpriority Creditor's Name

**1180 SKINNER DRIVE**
Number     Street

_____

**WASHOE VALLEY**      **NV**    **89704**
City          State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   7   3   2

**When was the debt incurred?**   09/21/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.665 | | **$1.00** |

**Live Oak Bank**
Nonpriority Creditor's Name
**1741 Tiburon Drive**
Number        Street

_____

_____

**Wilmington        NC    28403**
City        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **5  0  0  5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **SBA LOAN**

| 4.666 | | **$100.00** |

**LLOYD LITTLE**
Nonpriority Creditor's Name
**4931 BAYLISS**
Number        Street

_____

**SAN ANTONIO        TX    78233**
City        State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9  9  5  4**
**When was the debt incurred?**    **09/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                          **Total claim**

| 4.667 | | $100.00 |

**LOGAN JARAMILLO**
Nonpriority Creditor's Name
**555 BARRINGER LANE APT B**
Number        Street
_____

**WEBSTER           TX      77598**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   0   9   7
**When was the debt incurred?**   06/10/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.668 | | $100.00 |

**LONI MAYO**
Nonpriority Creditor's Name
**800 SOUTH MEADOWS PKWY**
Number        Street
**STE 400 STUDIO #2**

**RENO              NV      89521**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   5   1   8   7
**When was the debt incurred?**   08/18/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.669 | | $100.00 |
|---|---|---|

**LONNIE MASON**
Nonpriority Creditor's Name
**2442 GENOA MEADOWS CIRCLE**
Number        Street
_____

**GENOA**                    **NV**    **89411**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   1   2   1
**When was the debt incurred?**    06/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.670 | | $100.00 |
|---|---|---|

**LORENZO MARTINEZ**
Nonpriority Creditor's Name
**815 CEDARDALE DR**
Number        Street
_____

**LAS CRUCES**               **NM**    **88005**
City                                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   9   9   9
**When was the debt incurred?**    08/05/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.671 | | $100.00 |

**LORIE GREEN**
Nonpriority Creditor's Name
**1357 DEWFROST PL**
Number        Street

_____

**CASTLE ROCK        CO      80104**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   5   3   7
**When was the debt incurred?**   07/06/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.672 | | $100.00 |

**LORRAINE HOWARD**
Nonpriority Creditor's Name
**4971 FOX CREEK TRAIL**
Number        Street

_____

**RENO              NV      89519**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   5   8   4
**When was the debt incurred?**   06/17/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|--------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:** Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.673** | | $100.00

**LOUIS GREUBEL**
Nonpriority Creditor's Name
**325 SILVERADO TRAIL**
Number        Street
**VICTORIA, TX 779012713**

_____

City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   3   8   2
**When was the debt incurred?**   05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

**4.674** | | $100.00

**LUCAS ARCINIEGA**
Nonpriority Creditor's Name
**1279 COACHMAN DR**
Number        Street

_____

**SPARKS                NV      89434**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   5   6
**When was the debt incurred?**   08/04/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.675 | | **$100.00** |

**LUCY DIAZ**
Nonpriority Creditor's Name
**3318 MARYLAND ST**
Number        Street
_____

**FRESNO**                    **TX**    **77545**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **1   1   2   8**
**When was the debt incurred?**   **05/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Prescription Recall**

| 4.676 | | **$100.00** |

**LUCY ORGERON**
Nonpriority Creditor's Name
**5907 KLAMATH FALLS CT**
Number        Street
_____

**HOUSTON**                    **TX**    **77041**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **1   0   6   8**
**When was the debt incurred?**   **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.677 | | **$100.00** |
|---|---|---|

**LUKAS KRAFT**
Nonpriority Creditor's Name

**438 ALVIE LANE**
Number          Street

_____

**LUFKIN                    TX      75904**
City                                 State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   2   4   7

**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.678 | | **$100.00** |
|---|---|---|

**LUKE RILEY**
Nonpriority Creditor's Name

**200 BALCORTA DR**
Number          Street

_____

**VERDI                     NV      89439**
City                                 State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   5   6

**When was the debt incurred?**   07/08/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.679 | | $100.00 |

**LUNA  WHITELAW**
Nonpriority Creditor's Name
**19655 EAST COUNTRY CLUB BLD 6 #108**
Number          Street

_____

**AVENTURA**          **FL**     **33180**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __1__ __2__ __8__ __8__
**When was the debt incurred?**   05/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| 4.680 | | $100.00 |

**LYNNE PUNDT**
Nonpriority Creditor's Name
**3210  TREE GROVE**
Number          Street

_____

**SAN ANTONIO**          **TX**     **78247**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __2__ __5__ __1__ __4__
**When was the debt incurred?**   06/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.681**

$100.00

**MADISON CAMPOS**
Nonpriority Creditor's Name

**3614 MARQUITA LANE**
Number       Street

_____

_____

**HOUSTON**          **TX**    **77039**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0   3   5   1**

**When was the debt incurred?**   **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

---

**4.682**

$87.00

**MAHMOUD ABO ELENEN**
Nonpriority Creditor's Name

**37 LAKESHORE DR APT 2D**
Number       Street

_____

_____

**WATERVLIET**          **NY**    **12189**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   8   5   9**

**When was the debt incurred?**   **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |

| 4.683 |

**MALORIE FENNELL**
Nonpriority Creditor's Name

**1211 EVERSHAM WAY**
Number        Street

_____

_____

**KINGWOOD          TX     77339**
City                              State    ZIP Code

**$100.00**

**Last 4 digits of account number    2    4    6    9**

**When was the debt incurred?    06/15/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify    **Prescription Recall**

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

| 4.684 |

**MARCOS RIVERA**
Nonpriority Creditor's Name

**1010 W AVE**
Number        Street

_____

_____

**LOVINGTON          NM     88260**
City                              State    ZIP Code

**$100.00**

**Last 4 digits of account number    3    1    3    7**

**When was the debt incurred?    06/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify    **Prescription Recall**

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.685 | | $100.00 |
|---|---|---|

**MARCOS SANTIAGO**
Nonpriority Creditor's Name

**2410 CINCO WOODS**
Number       Street

_____

**SAN ANTONIO         TX      78259**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   4   9   1

**When was the debt incurred?**   05/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| 4.686 | | $100.00 |
|---|---|---|

**MAREN SPEAKMAN**
Nonpriority Creditor's Name

**76 OVERLOOK LN**
Number       Street

_____

**BOULDER         CO      80302**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   3   5

**When was the debt incurred?**   04/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.687**                                                                                                  **$100.00**

**MARIA GLANZMANN**
Nonpriority Creditor's Name

**4421 DESERT HILLS CT**
Number        Street

_____

**SPARKS                    NV      89436**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __5__ __4__ __4__ __1__

When was the debt incurred?   **08/24/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.688**                                                                                                  **$100.00**

**MARIA PADILLA**
Nonpriority Creditor's Name

**1725 OSWEGO ST**
Number        Street

_____

**AURORA                    CO      80010**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __3__ __9__ __2__ __4__

When was the debt incurred?   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.689                                                                                          **$100.00**

**MARIA RAMOS**
Nonpriority Creditor's Name
**7658 UMATILLA ST**
Number        Street

_____

**WESTMINSTER        CO      80021**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   9   3   3
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

4.690                                                                                          **$100.00**

**MARIA STOUPAS**
Nonpriority Creditor's Name
**3338 S ONEDIA WAY**
Number        Street

_____

**DENVER        CO      80224**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   9   4   2
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.691

$100.00

**MARIAH MARTINEZ**
Nonpriority Creditor's Name
**2215 AVENIDA LA QUINTA ST**
Number        Street
**APT 1016**

**HOUSTON**            **TX    77077**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    9   7   9   4
**When was the debt incurred?**    04/15/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

### 4.692

$100.00

**MARIALICE GALT**
Nonpriority Creditor's Name
**1555 MARSH AVE**
Number        Street

**RENO**            **NV    89509**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    7   9   6   6
**When was the debt incurred?**    07/22/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.693 | | **$100.00** |

**MARICELA TREVINO**
Nonpriority Creditor's Name

**21303 ENCINO COMMONS**
Number    Street

**SAN ANTONIO    TX    78259**
City    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1  7  3  8

**When was the debt incurred?**   05/27/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

| 4.694 | | **$100.00** |

**MARIO QUINTANA**
Nonpriority Creditor's Name

**7410 CASTLE WOOD**
Number    Street

**SAN ANTONIO    TX    78218**
City    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6  4  3  0

**When was the debt incurred?**   09/16/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.695 | | $100.00 |

**MARISOL LIBKE**
Nonpriority Creditor's Name
**1035 RICCO DR.**
Number       Street
_____

**SPARKS**                **NV**    **89434**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**   **4**   **9**   **4**
**When was the debt incurred?**   **08/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.696 | | $100.00 |

**MARK BRENNER**
Nonpriority Creditor's Name
**303 BERYL**
Number       Street
_____

**SAN ANTONIO**           **TX**    **78213**
City                      State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7**   **7**   **6**   **2**
**When was the debt incurred?**   **04/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.697 | | $100.00 |

**MARK BROWN**
Nonpriority Creditor's Name
**4111 CALL FIELD**
Number        Street

_____

**WICHITA FALLS        TX        76308**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   5   5   0
**When was the debt incurred?**   05/20/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| 4.698 | | $100.00 |

**MARK DEGUTIS**
Nonpriority Creditor's Name
**6864 GREEEN VALLEY RD**
Number        Street

_____

**CIBOLO        TX        78108**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   1   6
**When was the debt incurred?**   08/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.699

**$100.00**

**MARK EIDSON**
Nonpriority Creditor's Name
**6520 MONTICELLO CT**
Number        Street

_____

**RENO**               **NV**      **89519**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5  2  5  1**
**When was the debt incurred?**   **05/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

### 4.700

**$100.00**

**MARK EVANSON**
Nonpriority Creditor's Name
**10331 RED IRON CREEK**
Number        Street

_____

**CONVERSE**           **TX**      **78109**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2  0  9  4**
**When was the debt incurred?**   **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.701 | | **$100.00** |

**MARK MOLLENKOPF**
Nonpriority Creditor's Name

**5321 TIMBER COURT**
Number          Street

_____

_____

**FLOWER MOUND     TX     75028**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   8   8   8   7

When was the debt incurred?   **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.702 | | **$100.00** |

**MARK SCHUMACHER**
Nonpriority Creditor's Name

**4405 SHARPS RD**
Number          Street

_____

_____

**RENO                NV     89509**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   9   4   5   5

When was the debt incurred?   **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.703**                                                                                    **$100.00**

**MARK STOKES**
Nonpriority Creditor's Name
**2160 THOMAS JEFFERSON DR**
Number          Street
_____

_____

**RENO**                    **NV**      **89509**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   4   9**
**When was the debt incurred?**   **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

**4.704**                                                                                    **$100.00**

**MARK STRAUTZ**
Nonpriority Creditor's Name
**5606 SPURFLOWER DR**
Number          Street
_____

_____

**AUSTIN**                  **TX**      **78759**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   0   8   8**
**When was the debt incurred?**   **06/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                             Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.705 | | **$100.00** |
|---|---|---|

**MARK SUSEN**
Nonpriority Creditor's Name

**16422 CALICO CREEK DR**
Number        Street

_____

**SAN ANTONIO            TX      78247**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4   1   4   2

**When was the debt incurred?**    07/26/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| 4.706 | | **$100.00** |
|---|---|---|

**MARK TERRY**
Nonpriority Creditor's Name

**3 CROSS CANYON**
Number        Street

_____

**SAN ANTONIO            TX      78247**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   3   8   7

**When was the debt incurred?**    08/02/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.707 | | | | **$100.00** |

**MARK THIERMAN**
Nonpriority Creditor's Name
**7287 LAKESIDE DR**
Number        Street
_____

**RENO**                 **NV**   **89511**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0**  **7**  **8**  **7**
**When was the debt incurred?**   **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| 4.708 | | | | **$100.00** |

**MARTHA ZAMUDIO**
Nonpriority Creditor's Name
**15586 E 118TH AVE**
Number        Street
_____

**DENVER**               **CO**   **80022**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3**  **9**  **3**  **5**
**When was the debt incurred?**   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.709 | | $100.00 |
|---|---|---|

**MARY ANN PRATHER**
Nonpriority Creditor's Name
**2435 220TH PLACE NE**
Number          Street


**SAMMAMISH          WA    98074**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7    5    8    7**
**When was the debt incurred?**   **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.710 | | $100.00 |
|---|---|---|

**MARY DUFFY**
Nonpriority Creditor's Name
**758B FOREST ST. STE B**
Number          Street


**RENO                      NV    89509**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2    3    9    6**
**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.711 | | **$100.00** |
|---|---|---|

**MARY NELSON**
Nonpriority Creditor's Name
**2290 RENZO WAY**
Number        Street

_____

| **RENO** | **NV** | **89521** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    0    4    9**
**When was the debt incurred?**    **06/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

| 4.712 | | **$100.00** |
|---|---|---|

**MATHEW MARTIN**
Nonpriority Creditor's Name
**5555 BRIDGER PEAK**
Number        Street

_____

| **SPARKS** | **NV** | **89436** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **7    7    2    9**
**When was the debt incurred?**    **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.713 | | | $100.00 |

**MATT ADDISON**
Nonpriority Creditor's Name
**201 CR 288**
Number        Street
_____

_____

**BALLINGER            TX      76821**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   7   1   0**
**When was the debt incurred?**   **06/21/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.714 | | | $100.00 |

**MATT HAMILTON**
Nonpriority Creditor's Name
**2923 OLD RANCH RD**
Number        Street
_____

_____

**SAN ANTONIO          TX      78217**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   2   8   0**
**When was the debt incurred?**   **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

### 4.715

| | **$100.00** |

**MATT TURVILLE**
Nonpriority Creditor's Name
**8310 FAIRWAY RIDGE CT**
Number      Street
_____
_____

**RENO**              **NV**    **89523**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   5   6**
**When was the debt incurred?**   **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

### 4.716

| | **$100.00** |

**MATTHEW KRUSE**
Nonpriority Creditor's Name
**15180 BAILEY CANYON DR**
Number      Street
_____
_____

**RENO**              **NV**    **89521**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   5   0**
**When was the debt incurred?**   **09/17/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| | |
|---|---|
| 4.717 | **$100.00** |

**MATTHEW LINDELL**
Nonpriority Creditor's Name

**5636 WEST EAGLES VALLEY DR.**
Number     Street

_____

**HOUSE SPRINGS     MO     63051**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    5   4   7   0**

**When was the debt incurred?    08/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| | |
|---|---|
| 4.718 | **$100.00** |

**MATTHEW MCAULIFFE**
Nonpriority Creditor's Name

**6509 EAST GREY THRON DR**
Number     Street

_____

**SCOTTSDALE        AZ     85266**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number    1   1   2   2**

**When was the debt incurred?    05/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.719 | | **$100.00** |

**MATTHEW SMITH**
Nonpriority Creditor's Name
**10587 DOUBLE R BLVD #101**
Number          Street
_____

**RENO**                    **NV**      **89512**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **3    4    6    0**

When was the debt incurred?    **07/09/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.720 | | **$100.00** |

**MATTHEW TETREAULT**
Nonpriority Creditor's Name
**225 TRUDY LN**
Number          Street
_____

**UNIVERSAL CITY**          **TX**      **78148**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4    5    5    7**

When was the debt incurred?    **08/03/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.721 | | **$100.00** |

**MATTHEW THOMAS**
Nonpriority Creditor's Name

**17470 EGRET LN**
Number        Street

_____

_____

**RENO**                        **NV**      **89508**
City                           State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4    4    0    7**

**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.722 | | **$100.00** |

**MAX PETERS**
Nonpriority Creditor's Name

**1406 AZELEA LN**
Number        Street

_____

_____

**NEW BRAUNFEL**            **TX**      **78130**
City                           State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6    0    1    3**

**When was the debt incurred?**    **09/08/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.723** | | **$100.00**

**MCCORMICK BRUBAKER**
Nonpriority Creditor's Name

**5 NORWOOD DR**
Number       Street

_____

_____

**ALBANY             NY    12204**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   4   4   1

**When was the debt incurred?**   07/02/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.724** | | **$100.00**

**MEDERDO PEREZ**
Nonpriority Creditor's Name

**8315 BALLANTRAE**
Number       Street

_____

_____

**SAN ANTONIO       TX    78239**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   2   8

**When was the debt incurred?**   08/04/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
                                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.725 | | $100.00 |

**MEGHAN FAIRBANKS**
Nonpriority Creditor's Name
**5719 WINDSONG TRAIL**
Number      Street
_____

**HOUSTON          TX      77084**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    9   8   0   9
**When was the debt incurred?**    04/15/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.726 | | $100.00 |

**MELISSA BRUCE**
Nonpriority Creditor's Name
**2662 FM 336**
Number      Street
**ROCKPORT, TX**
_____

City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4   3   6   5
**When was the debt incurred?**    07/29/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.727 | | **$100.00** |
|---|---|---|

**MERCEDES AGUILAR**
Nonpriority Creditor's Name
**10175 VINE CT**
Number          Street
_____

**THORTON             CO      80229**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   3   9   3   2
When was the debt incurred?   **07/21/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.728 | | **$100.00** |
|---|---|---|

**MEREDITH BANASIAK**
Nonpriority Creditor's Name
**14604 MARIPOSA CT**
Number          Street
_____

**BROOMFIELD          CO      80023**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   5   8   0   9
When was the debt incurred?   **09/02/2021**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.729**

**MIA WYTH**
Nonpriority Creditor's Name
**7750 S GLENCOE WAY**
Number         Street

**$100.00**

**LITTLETON          CO     80122**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   5   0   2**
**When was the debt incurred?**   **08/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

**4.730**

**MICAH HORTON**
Nonpriority Creditor's Name
**350 TERAMO DR**
Number         Street

**$100.00**

**RENO                NV     89521**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   5   8   4**
**When was the debt incurred?**   **04/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.731 | | **$100.00** |
|---|---|---|

**MICAH LEWIS**
Nonpriority Creditor's Name
**3125 CRESTDALE DR APT 1506**
Number       Street

_____

**HOUSTON**          **TX      77080**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1   7   6   8**
**When was the debt incurred?**   **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

| 4.732 | | **$100.00** |
|---|---|---|

**MICAH YEATES**
Nonpriority Creditor's Name
**10118 N WHIMBREL CIR**
Number       Street

_____

**CONROE**          **TX      77385**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9   0   7   2**
**When was the debt incurred?**   **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.733 | | **$100.00** |

**MICHAEL BEGGS**
Nonpriority Creditor's Name
**20111 HOYA LANE**
Number        Street

_____

**SAN ANTONIO        TX        78266**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    8    9    9
**When was the debt incurred?**    08/11/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

| 4.734 | | **$100.00** |

**MICHAEL BELISLE**
Nonpriority Creditor's Name
**119 ROBINHOOD**
Number        Street

_____

**SAN ANTONIO        TX        78209**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    5    3    6
**When was the debt incurred?**    08/02/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.735**

**$100.00**

**MICHAEL BEUTEL JR**
Nonpriority Creditor's Name
**76 COTTAGE ST**
Number        Street

_____

**BUFFALO**              **NY**    **14201**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   0   7   0**
**When was the debt incurred?**   **07/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

---

**4.736**

**$100.00**

**MICHAEL CANNON**
Nonpriority Creditor's Name
**100 ROUNDUP DR**
Number        Street

_____

**SAN ANTONIO**        **TX**    **78213**
City                           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   9   2   6**
**When was the debt incurred?**   **05/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                                            **Total claim**

| 4.737 |                                                                                               **$100.00**

**MICHAEL FOLIN**                              **Last 4 digits of account number**    9    3    4    1
Nonpriority Creditor's Name
**3870 EAST FLAMINGO ROAD STE A2-104**         **When was the debt incurred?**    09/24/2021
Number        Street
_____        **As of the date you file, the claim is:** Check all that apply.
_____        ☑ Contingent
                                                ☑ Unliquidated
**LAS VEGAS**          **NV**    **89121**       ☑ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.         **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**                **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

| 4.738 |                                                                                               **$100.00**

**MICHAEL GRETSCHEL**                           **Last 4 digits of account number**    2    6    2    5
Nonpriority Creditor's Name
**1638 STAGECAOCH**                             **When was the debt incurred?**    09/22/2021
Number        Street
_____        **As of the date you file, the claim is:** Check all that apply.
_____        ☑ Contingent
                                                ☑ Unliquidated
**CANYON LAKE**        **TX**    **78133**       ☑ Disputed
City                   State    ZIP Code
**Who incurred the debt?**   Check one.         **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                       that you did not report as priority claims
☑ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other.  Specify
**Is the claim subject to offset?**                **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.739 | | $100.00 |
|---|---|---|

**MICHAEL GUIDARA**
Nonpriority Creditor's Name

**1055 MONTE VISTA**
Number        Street

_____

**RENO**                           **NV**       **89511**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    9    8    9

**When was the debt incurred?**    07/22/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.740 | | $100.00 |
|---|---|---|

**MICHAEL HAYES**
Nonpriority Creditor's Name

**5451 DAYBREAK DR**
Number        Street

_____

**RENO**                           **NV**       **89523**
City                            State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    5    2    2

**When was the debt incurred?**    04/12/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.741**

$100.00

**MICHAEL HOY**
Nonpriority Creditor's Name
**2340 SKYLINE BLVD**
Number        Street

_____

**RENO**                 **NV**      **89509**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1   8   0   6**
**When was the debt incurred?**   **06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.742**

$100.00

**MICHAEL JAURON**
Nonpriority Creditor's Name
**7045 ASPEN GLEN RD**
Number        Street

_____

**RENO**                 **NV**      **89519**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   9   4   7**
**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.743

$100.00

**MICHAEL KEIFE**
Nonpriority Creditor's Name
**4900 GALLUP RD**
Number        Street

_____

| **RENO** | **NV** | **89511** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   7   4   5
**When was the debt incurred?**   04/16/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

4.744

$100.00

**MICHAEL KUCHAREK**
Nonpriority Creditor's Name
**10560 BLOCKADE DR**
Number        Street

_____

| **RENO** | **NV** | **89521** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   7   7   5
**When was the debt incurred?**   05/28/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1     **David McLennan**

Debtor 2     **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.745**

| | **$100.00** |
|---|---|

**MICHAEL MENDENHALL**
Nonpriority Creditor's Name
**3323 33RD LOOP SE**
Number          Street

_____

| **LACEY** | **WA** | **98503** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   4   5   8

**When was the debt incurred?**   **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.746**

| | **$100.00** |
|---|---|

**MICHAEL NEVIS**
Nonpriority Creditor's Name
**7651 AUTUMN RIDGE CIRCLE**
Number          Street

_____

| **RENO** | **NV** | **89523** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   0   2   1

**When was the debt incurred?**   **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.747 | | **$100.00** |

**MICHAEL OLIVAS**
Nonpriority Creditor's Name
**2572 RAMPART TERRACE**
_____
Number        Street
_____

**RENO**              **NV**    **89519**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   5   9   9**
**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.748 | | **$100.00** |

**MICHAEL PARKER**
Nonpriority Creditor's Name
**125 E PINE ST,   APT 1419**
_____
Number        Street
_____

**ORLANDO**           **FL**    **32801**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   6   6   9**
**When was the debt incurred?**   **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                                                    **Total claim**

---

**4.749**                                                                                                 **$100.00**

**MICHAEL PENA**                                    Last 4 digits of account number   **4   0   9   7**
Nonpriority Creditor's Name
**812 EAST BRAZOS ST**                              When was the debt incurred?   **07/23/2021**
Number        Street
_____                    As of the date you file, the claim is: Check all that apply.
_____                    ☑ Contingent
                                                    ☑ Unliquidated
**PORTALES**          **NM**    **88130**           ☑ Disputed
City                  State   ZIP Code
**Who incurred the debt?**  Check one.              **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                    **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

---

**4.750**                                                                                                 **$100.00**

**MICHAEL RAYBURN**                                 Last 4 digits of account number   **3   4   5   0**
Nonpriority Creditor's Name
**2800 SNOW PARTRIDGE DR**                          When was the debt incurred?   **07/15/2021**
Number        Street
_____                    As of the date you file, the claim is: Check all that apply.
_____                    ☑ Contingent
                                                    ☑ Unliquidated
**RENO**              **NV**    **89523**           ☑ Disputed
City                  State   ZIP Code
**Who incurred the debt?**  Check one.              **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**   ☑ Other.  Specify
**Is the claim subject to offset?**                    **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.751 | | **$100.00** |
|-------|--|-------------|

**MICHAEL RORICK**
Nonpriority Creditor's Name
**18303 LONGMOOR DR.**
Number          Street
_____

**HOUSTON**          **TX**    **77084**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1   9   0   7**
**When was the debt incurred?**    **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Prescription Recall**

| 4.752 | | **$100.00** |
|-------|--|-------------|

**MICHAEL SAWTELL**
Nonpriority Creditor's Name
**106 TYROL PLACE**
Number          Street
_____

**SAN ANTONIO**          **TX**    **78209**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0   0   3   4**
**When was the debt incurred?**    **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:**    Your NONPRIORITY Unsecured Claims -- Continuation Page

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.753

**$100.00**

**MICHAEL SCHUMACHER**
Nonpriority Creditor's Name
**1139 WEST HUFFAKER LANE**
Number    Street

_____

**RENO**      **NV**    **89511**
City      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0**   **9**   **7**   **4**
**When was the debt incurred?**   **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.754

**$100.00**

**MICHAEL SMITH**
Nonpriority Creditor's Name
**2234 STORY AVE**
Number    Street

_____

**NISKAYUNA**      **NY**    **12309**
City      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2**   **8**   **2**   **7**
**When was the debt incurred?**   **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.755 | | $100.00 |

**MICHAEL STRAIT**
Nonpriority Creditor's Name
**13927 BELLA DONNA**
Number        Street
_____

**SAN ANTONIO        TX        78253**
City                State        ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   0   7   2   6
**When was the debt incurred?**   08/02/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

| 4.756 | | $100.00 |

**MICHAEL WHITNEY**
Nonpriority Creditor's Name
**816 FOXBROOK WAY**
Number        Street
_____

**CIBOLO        TX        78108**
City                State        ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   8   4
**When was the debt incurred?**   08/04/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
                                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.757 | | | $100.00 |

**MICHAEL WIBLE**
Nonpriority Creditor's Name
**9 S. 204 CUMNOR RD**
Number        Street
_____
_____

**DOWNERS GROVE      IL      60516**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   4   5   6**
**When was the debt incurred?**   **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.758 | | | $100.00 |

**MICHEAL SENA**
Nonpriority Creditor's Name
**1610 ANGOLO**
Number        Street
_____
_____

**NEW BRAUNFELS      TX      78132**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0   3   9   9**
**When was the debt incurred?**   **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.759 | | $100.00 |
|---|---|---|

**MICHELLE JACOBS**
Nonpriority Creditor's Name

**1801 NW 42ND ST**
Number        Street

_____

**RIVERSIDE          MO      64150**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4    1    0    5**

**When was the debt incurred?**    **07/26/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| 4.760 | | $100.00 |
|---|---|---|

**MICHELLE MILLER**
Nonpriority Creditor's Name

**702 NORTH SAM HOUSTON PKWY EAST #41**
Number        Street

_____

**HOUSTON          TX      77060**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    6    3    6**

**When was the debt incurred?**    **05/04/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

---

**Part 2:**     Your NONPRIORITY Unsecured Claims -- Continuation Page

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.761

$100.00

**MIGUEL RAMIREZ**
Nonpriority Creditor's Name
**1196 RIVER OAKS DR**
Number    Street

**POTEET**      **TX**    **78065**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   9   7   9
**When was the debt incurred?**   06/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

4.762

$100.00

**MIKE BLARICOM**
Nonpriority Creditor's Name
**1800 BRAEMORE DR**
Number    Street

**RENO**      **NV**    **89521**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   0   0   2
**When was the debt incurred?**   07/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.763                                                                                          **$100.00**

**MIKE COOK**
Nonpriority Creditor's Name
**1425 ANTELOPE VALLEY RD**
Number        Street
_____

**RENO**              **NV**    **89506**
City                  State   ZIP Code

**Last 4 digits of account number**    **0**  **7**  **4**  **1**
**When was the debt incurred?**    **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

4.764                                                                                          **$100.00**

**MIKE HARRIS**
Nonpriority Creditor's Name
**625 LAKEVIEW DR**
Number        Street
_____

**ZEPHYR COVE**       **NV**    **89448**
City                  State   ZIP Code

**Last 4 digits of account number**    **1**  **9**  **1**  **3**
**When was the debt incurred?**    **06/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

| 4.765 | | | $100.00 |
|---|---|---|---|

**MIKE MANIT**
Nonpriority Creditor's Name

**1700 DAKOTA RIDGE COURT**
Number      Street

_____

| **RENO** | **NV** | **89523** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    9    1    2    2

**When was the debt incurred?**   04/26/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

| 4.766 | | | $100.00 |
|---|---|---|---|

**MIKE MCCLOUD**
Nonpriority Creditor's Name

**9611 FRENCH STONE**
Number      Street

_____

| **HELOTES** | **TX** | **78023** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    0    5    2

**When was the debt incurred?**   05/13/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.767**

$100.00

**MIKE POPEJOY**
Nonpriority Creditor's Name
**310 RIVERBEND DR**
Number          Street

_____

**RENO**               **NV**      **89523**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   6   2   1**

**When was the debt incurred?**   **06/08/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.768**

$100.00

**MIKE SHARPE**
Nonpriority Creditor's Name
**1635 MELARKEY ST**
Number          Street

_____

**WINNEMUCCA**        **NV**      **89445**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   9   0   7**

**When was the debt incurred?**   **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.769**

$100.00

**MIKE THOMPSON**
Nonpriority Creditor's Name
**1180 CAROL WAY**
Number       Street
_____

**FERNLEY**           **NV**      **89408**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**   **4**   **2**   **4**
**When was the debt incurred?**     **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.770**

$100.00

**MIKE VAN BLARICOM**
Nonpriority Creditor's Name
**1800 BRAEMORE DR**
Number       Street
_____

**RENO**              **NV**      **89521**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **9**   **1**   **0**   **6**
**When was the debt incurred?**     **04/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.771 | | $100.00 |

**MILLARD (NEIL) DUXBURY**
Nonpriority Creditor's Name
**3780 FROST LANE**
Number      Street
_____

_____

**RENO**              **NV**    **89511**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   3   6   6
**When was the debt incurred?**   04/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.772 | | $100.00 |

**MILO MURRAY**
Nonpriority Creditor's Name
**16919 COUNTRY BRIDGE RD**
Number      Street
_____

_____

**HOUSTON**           **TX**    **77095**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   3   6   8
**When was the debt incurred?**   08/17/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.773**

**MIRANDA MILLER**
Nonpriority Creditor's Name
**8222 KINGSBROOK RD APT#507**
Number       Street
_____
_____

**HOUSTON            TX      77024**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   0   7   7   0
**When was the debt incurred?**    05/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

---

**4.774**

**MITCHELL EDMONDS**
Nonpriority Creditor's Name
**27726 TIMBERLINE DR**
Number       Street
_____
_____

**SAN ANTONIO         TX      78260**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   6   5   4   8
**When was the debt incurred?**    09/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.775**

**MOISES HERNANDEZ**
Nonpriority Creditor's Name
**3401 TREASURE HILLS**
Number        Street
_____
_____
**HARLINGEN            TX      78550**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   9   6   1
**When was the debt incurred?**    06/25/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

**$100.00**

---

**4.776**

**MONIKA COULSON**
Nonpriority Creditor's Name
**601 LUTHER ST WEST APT#1923-C**
Number        Street
_____
_____
**COLLEGE STATION    TX      77840**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   7   5   8
**When was the debt incurred?**    06/22/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

**$100.00**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.777 | | $100.00 |

**MONROE ""JON"" BIBB**
Nonpriority Creditor's Name
**17170 JORDAN STE 403**
Number         Street
_____

**SELMA                    TX      78154**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   5   2   7
**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.778 | | $100.00 |

**MONTEGOMERY BREWER**
Nonpriority Creditor's Name
**1321 ROUGE RIVER RD**
Number         Street
_____

**FERNLEY                  NV      89408**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   7   3   3
**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                             Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.779 | | $100.00 |

**MORGAN GROVES**
Nonpriority Creditor's Name
**602 WASHINGTON AVE**
Number        Street

_____

**MC GREGOR        TX      76657**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   4   1   7**
**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

| 4.780 | | $100.00 |

**MORGEN MARTIN**
Nonpriority Creditor's Name
**4111 DANIEL MCCALL DR.**
Number        Street

_____

**LUFKIN        TX      75904**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1   0   9   2**
**When was the debt incurred?**   05/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.781 | | $100.00 |

**MUZIBAR KHAN**
Nonpriority Creditor's Name

**2185 HORSE PRAIRIE RD**
Number          Street

_____

**RENO**                **NV**    **89521**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2   3   6   9**
**When was the debt incurred?**    **08/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.782 | | $100.00 |

**MYLES FOUTZ**
Nonpriority Creditor's Name

**2573 CARTWRIGHT RD.**
Number          Street

_____

**RENO**                **NV**    **89521**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   4   0   6**
**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.783 | | $100.00 |

**MYRA MURILLO**
Nonpriority Creditor's Name
**4210 E 100TH AVE #584**
Number          Street
_____

**THORTON              CO      80229**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   3   8
**When was the debt incurred?**    07/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

| 4.784 | | $100.00 |

**NADINE CLARK**
Nonpriority Creditor's Name
**1537 CHAPPARAL RD.**
Number          Street
_____

**MONTGOMERY          TX      77316**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   2   0   4
**When was the debt incurred?**    08/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |

Case number (if known) _____

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.785**

**$100.00**

**NAIF KANAN**
Nonpriority Creditor's Name
**5355 W. NEWBORT**
Number    Street

**CHICAGO**    **IL**    **60640**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **4**   **3**   **4**   **7**
When was the debt incurred?   **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.786**

**$100.00**

**NANCY STOLTZ**
Nonpriority Creditor's Name
**36 HEATH CIRCLE**
Number    Street

**RENO**    **NV**    **89509**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **7**   **6**   **5**   **8**
When was the debt incurred?   **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.787 | | $100.00 |

**NATALIE DREW**
Nonpriority Creditor's Name

**925 CRYSTAL DOVE AVE**
Number          Street

_____

| **COLLEGE STATION** | **TX** | **77845** |
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **5   4   1   2**

When was the debt incurred?   **06/01/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

| 4.788 | | $100.00 |

**NATHAN LEWIS**
Nonpriority Creditor's Name

**7445 PEBBLE BEACH DR**
Number          Street

_____

| **RENO** | **NV** | **89502** |
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **9   3   9   8**

When was the debt incurred?   **09/24/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.789**                                                                                     **$100.00**

**NATHAN MACHA**                          Last 4 digits of account number   **2   7   2   5**
Nonpriority Creditor's Name
**813 8TH ST.**                           When was the debt incurred?   **06/21/2021**
Number        Street
                                          As of the date you file, the claim is: Check all that apply.
_____
                                          ☑ Contingent
**LEVELLAND        TX      79336**        ☑ Unliquidated
City               State    ZIP Code      ☑ Disputed
**Who incurred the debt?**  Check one.
☐ Debtor 1 only                           **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                           ☐ Student loans
☐ Debtor 1 and Debtor 2 only              ☐ Obligations arising out of a separation agreement or divorce
☑ At least one of the debtors and another     that you did not report as priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ☑ Other. Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

**4.790**                                                                                     **$100.00**

**NEEMAN ELCHURAFA**                       Last 4 digits of account number   **3   4   4   4**
Nonpriority Creditor's Name
**20407 LINDEN TREE DRIVE**                When was the debt incurred?   **07/08/2021**
Number        Street
**KATY, TX 774495642**                     As of the date you file, the claim is: Check all that apply.
                                          ☑ Contingent
_____           ☑ Unliquidated
                                          ☑ Disputed
City               State    ZIP Code
**Who incurred the debt?**  Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**          **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                          **Total claim**

| 4.791 | | $100.00 |

**NEIL PARMER**
Nonpriority Creditor's Name
**10114 VIA PNTE**
Number        Street
_____

**RENO**                    **NV**    **89511**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    0    5    1    8
When was the debt incurred?    **05/05/2021**
As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

| 4.792 | | $100.00 |

**NICHOLAS KEA**
Nonpriority Creditor's Name
**1600 SANTAVY ST APT 2308**
Number        Street
_____

**BAYTOWN**                  **TX**    **77521**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    1    7    3    3
When was the debt incurred?    **05/27/2021**
As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.793 | | **$100.00** |

**NICHOLAS VILLARREAL**
Nonpriority Creditor's Name
**15407 PRESTON PASS DR**
Number        Street

_____

**SAN ANTONIO        TX        78247**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   2   2   0**
**When was the debt incurred?**   **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.794 | | **$100.00** |

**NICHOLE SMITH**
Nonpriority Creditor's Name
**26819 SPARROW RIDGE**
Number        Street

_____

**SAN ANTONIO        TX        78261**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0   8   9   0**
**When was the debt incurred?**   **08/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.795

**NICHOLE WALLACE**
Nonpriority Creditor's Name
**5705 RICHMOND AVENUE**
Number          Street
_____

**HOUSTON               TX      77057**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   0   1   2   6
**When was the debt incurred?**   04/22/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

### 4.796

**NICK ARTAM**
Nonpriority Creditor's Name
**1899 SORREL LANE**
Number          Street
_____

**GARDNERVILLE          NV      89410**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   0   9   6   2
**When was the debt incurred?**   05/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.797**                                                                $100.00

**NICK DOWNEY**
Nonpriority Creditor's Name
**7630 STERRETTANIA RD**
Number          Street
_____

**GIRARD              PA      16417**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    0    3    6
**When was the debt incurred?**    05/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.798**                                                                $100.00

**NICK SOWDERS**
Nonpriority Creditor's Name
**1355 RANCH PARKWAY APT #435**
Number          Street
_____

**NEW BRAUNFELS    TX    78130**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6    1    8    9
**When was the debt incurred?**    09/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.799 | | **$100.00** |
|---|---|---|

**NICKIE GARCIA**
Nonpriority Creditor's Name

**2024 W 76TH AVE**
Number      Street

_____

_____

**DENVER            CO      80221**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   6   4   4

**When was the debt incurred?**   07/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.800 | | **$100.00** |
|---|---|---|

**NICKY PHIPPS**
Nonpriority Creditor's Name

**4709 YELLOWSTONE TRAIL**
Number      Street

_____

_____

**ABILENE          TX      79602**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   1   2   7

**When was the debt incurred?**   07/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.801

**$100.00**

**NICOLE ANTONIADIS**
Nonpriority Creditor's Name
**12569 TAMMYWOOD ST**
Number        Street

_____

**BROOMFIELD        CO      80020**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   9   2   9**
**When was the debt incurred?**   **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

### 4.802

**$100.00**

**NICOLE LAMB**
Nonpriority Creditor's Name
**19207 BRISTLESTAR DR.**
Number        Street

_____

**KATY            TX      77449**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   7   6   2**
**When was the debt incurred?**   **09/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.803**

**$100.00**

**NICOLE NEJES**
Nonpriority Creditor's Name
**571 HARRISON ST**
Number        Street
_____

**PITTSBURGH            PA      15220**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   1   9   6
**When was the debt incurred?**   09/10/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.804**

**$100.00**

**NINA CARR**
Nonpriority Creditor's Name
**7026 POCO BUENO CIRCLE**
Number        Street
_____

**SPARKS               NV      89436**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   5   0   1
**When was the debt incurred?**   08/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.805 | | $100.00 |

**NOA HAWKINS**
Nonpriority Creditor's Name
**3300 TOWERS BLVD APT424**
Number        Street
_____

**SEABROOK            TX        77586**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1  7  3  2
**When was the debt incurred?**    05/28/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.806 | | $100.00 |

**NORMAN ALLEN**
Nonpriority Creditor's Name
**PO BOX 19206**
Number        Street
_____

**RENO            NV        89511**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3  1  9  4
**When was the debt incurred?**    07/01/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.807**

$100.00

**NORMAN WILLIAMS**
Nonpriority Creditor's Name
**850 ARROWCREEK PKWY UNIT 31612**
Number          Street
_____

**RENO**      **NV**    **89511**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   0   4   8
**When was the debt incurred?**   **04/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.808**

$114.00

**NY'E ABRAM**
Nonpriority Creditor's Name
**9331 TAFTSBERRY DRIVE**
Number          Street
_____

**HOUSTON**    **TX**    **77095**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   2   5   5
**When was the debt incurred?**   **08/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.809 | | $100.00 |

**OLIVERIO GUZMAN**
Nonpriority Creditor's Name
**913 PATNEFF AVE**
Number          Street

_____

**HARLINGEN          TX     78550**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   2   0   1
**When was the debt incurred?**   08/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.810 | | $100.00 |

**ORI GALVAN**
Nonpriority Creditor's Name
**1803  MARSHAL CROSS #914**
Number          Street

_____

**SAN ANTONIO          TX     78214**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   9   8   8
**When was the debt incurred?**   08/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.811**

**$100.00**

**ORLANDO GONZALES**
Nonpriority Creditor's Name
**311 E VILLARET**
Number        Street

**SAN ANTONIO        TX      78221**
City                  State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  4  3  9  5
**When was the debt incurred?**  07/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.812**

**$100.00**

**ORLANDO HERNANDEZ**
Nonpriority Creditor's Name
**8206 SETTING MOON**
Number        Street

**SAN ANTONIO        TX      78255**
City                  State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  3  5  7  7
**When was the debt incurred?**  07/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.813**

$100.00

**PABLO GOMEZ**
Nonpriority Creditor's Name
**1210 RYLAND STREET**
Number          Street

_____

**RENO**                    **NV**        **89502**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   2   5   4**
**When was the debt incurred?**   **09/15/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**4.814**

$100.00

**PAIGE FROST**
Nonpriority Creditor's Name
**8017 FLINT LOCK**
Number          Street

_____

**LEANDER**                 **TX**        **78645**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **6   3   3   1**
**When was the debt incurred?**   **05/24/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.815

**$100.00**

**PAIGE MOTT**
Nonpriority Creditor's Name
**541 W 123RD AVE #09302**
Number        Street

_____

**WESTMINSTER        CO        80234**
City                              State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   9   2   7**
**When was the debt incurred?**   **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.816

**$100.00**

**PAM GUIDARA**
Nonpriority Creditor's Name
**1055 MONTE VISTA DR.**
Number        Street

_____

**RENO        NV        89511**
City                              State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   9   8   5**
**When was the debt incurred?**   **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.817 | | $100.00 |
|---|---|---|

**PATRICIA FRANKE**
Nonpriority Creditor's Name
**904 W LONG ST**
Number        Street

_____

**CARSON CITY        NV        89703**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4   7   7   8
**When was the debt incurred?**    08/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.818 | | $100.00 |
|---|---|---|

**PATRICIA PINKNEY**
Nonpriority Creditor's Name
**6501 ANGELS ORCHARD DR**
Number        Street

_____

**SPARKS        NV        89436**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    5   7   2   0
**When was the debt incurred?**    09/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.819** $100.00

**PATRICIA ROSS**
Nonpriority Creditor's Name

**2327 BASTROP STREET**
Number        Street

_____

**HOUSTON          TX      77004**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   0   0   1
**When was the debt incurred?**   04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.820** $100.00

**PATRICK FRANKOSKI**
Nonpriority Creditor's Name

**333 OMNI DR**
Number        Street

_____

**SPARKS          NV      89441**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   2   3   6
**When was the debt incurred?**   07/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.821**                                                                        **$100.00**

**PATRICK SCHROEDER**
Nonpriority Creditor's Name
**1650 CATHERINE WAY**
Number      Street
_____

**RENO**                        **NV**      **89523**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **6   3   1   6**
When was the debt incurred?    **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**4.822**                                                                        **$100.00**

**PATRICK SILVAROLI**
Nonpriority Creditor's Name
**601 W. MOANA  LANE,  SUITE 1**
Number      Street
_____

**RENO**                        **NV**      **89509**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **0   7   8   2**
When was the debt incurred?    **05/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                          Case number (if known) _____

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                    **Total claim**

| 4.823 | | $100.00 |

**PATRICK WINCHELL**
Nonpriority Creditor's Name
**398 QUESTA CT**
Number        Street

_____

**RENO**              **NV**    **89511**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **7    0    2    0**
**When was the debt incurred?**    **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.824 | | $100.00 |

**PAUL APPLE**
Nonpriority Creditor's Name
**1072 ASPEN GROVE CR**
Number        Street

_____

**MINDEN**            **NV**    **89423**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **3    8    0    1**
**When was the debt incurred?**    **07/19/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.825 | | $100.00 |
|---|---|---|

**PAUL DUNHAM III**
Nonpriority Creditor's Name
**3648 HEMLOCK WAY**
Number        Street

_____

_____

**RENO**              **NV**    **89509**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1   3   0   6
**When was the debt incurred?**    06/02/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.826 | | $100.00 |
|---|---|---|

**PAUL JOHNSON**
Nonpriority Creditor's Name
**16230 PELICAN BEACH DR.**
Number        Street

_____

_____

**HOUSTON**          **TX**    **77044**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1   6   8   1
**When was the debt incurred?**    05/26/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.827                                                                                                          **$100.00**

**PAUL KETTERMAN**
Nonpriority Creditor's Name
**12900 THOMAS CREEK RD**
Number        Street
_____

**RENO**                         **NV**      **89511**
City                             State    ZIP Code

**Last 4 digits of account number**   **4   5   7   0**
**When was the debt incurred?**   **08/03/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

4.828                                                                                                          **$100.00**

**PAUL LANG**
Nonpriority Creditor's Name
**1273 EARLFORD DR**
Number        Street
_____

**PITTSBURGH**                   **PA**      **15227**
City                             State    ZIP Code

**Last 4 digits of account number**   **1   5   6   5**
**When was the debt incurred?**   **05/25/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.829

$100.00

**PAUL MORESI**
Nonpriority Creditor's Name
**120 VILLAGE BLVD # 118**
Number     Street
_____

**INCLINE VILLAGE          NV     89451**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   3   3   6
**When was the debt incurred?**   06/24/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

### 4.830

$100.00

**PAUL PROVINCE**
Nonpriority Creditor's Name
**12629 GRUENE PASS**
Number     Street
_____

**SAN ANTONIO          TX     78253**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   7   4   3
**When was the debt incurred?**   07/16/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| **4.831** | **$100.00** |

**PAUL STEVENSON**
Nonpriority Creditor's Name
**5460 MALAPI WAY**
Number        Street
_____

**SPARKS                    NV       89431**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0   7   8   0**
When was the debt incurred?   **08/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| **4.832** | **$100.00** |

**PAUL TIBMA**
Nonpriority Creditor's Name
**3150 VISTA LUCCI**
Number        Street
_____

**RENO                      NV       89519**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **0   3   6   5**
When was the debt incurred?   **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.833**

$100.00

**PAUL ZAHLER**
Nonpriority Creditor's Name

**1075 COUNTRY ESTATES CIR**
Number    Street

_____

**RENO**      **NV**    **89511**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **8**   **9**   **5**   **9**

**When was the debt incurred?**   **08/05/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

---

**4.834**

$100.00

**PEDRO MADRIGAL**
Nonpriority Creditor's Name

**475 STRADELLA CT**
Number    Street

_____

**RENO**      **NV**    **89521**
City           State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **8**   **8**   **0**   **8**

**When was the debt incurred?**   **06/18/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.835 | | **$100.00** |
|---|---|---|

**PENELOPE LORRAINE BORN**
Nonpriority Creditor's Name

**4401 BROOKRIDGE DR**
Number        Street

_____

**RICHARDSON        TX        75082**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7   2   8   7

**When was the debt incurred?**   07/27/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.836 | | **$100.00** |
|---|---|---|

**PETE ATTASHIAN**
Nonpriority Creditor's Name

**2800 PEAVINE CREEK RD**
Number        Street

_____

**RENO        NV        89523**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   1   3   0

**When was the debt incurred?**   07/14/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

---

4.837

**$100.00**

**PETER BESSETTE**
Nonpriority Creditor's Name

**586 PINTO COURT**
Number     Street

_____

**INCLINE VILLAGE**   **NV**   **89451**
City          State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3**  **2**  **3**  **3**

**When was the debt incurred?**   **07/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Prescription Recall**

---

4.838

**$100.00**

**PETER HITESMAN**
Nonpriority Creditor's Name

**5443 SALMON RIVER CT**
Number     Street

_____

**RENO**   **NV**   **89511**
City          State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **6**  **4**  **0**  **9**

**When was the debt incurred?**   **09/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.839 | |
|---|---|

**PETER ROSSER**                                        $100.00
Nonpriority Creditor's Name
**1175 DEL MONTE LN**
Number       Street
_____

**RENO**                **NV**      **89511**
City                    State    ZIP Code

**Last 4 digits of account number**    **2**  **2**  **3**  **9**
**When was the debt incurred?**    **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

| 4.840 | |
|---|---|

**PETER TIJERINA**                                      $100.00
Nonpriority Creditor's Name
**4930 NUTHATCH**
Number       Street
_____

**SAN ANTONIO**         **TX**      **78217**
City                    State    ZIP Code

**Last 4 digits of account number**    **9**  **8**  **6**  **2**
**When was the debt incurred?**    **08/31/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Prescription Recall**

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

**4.841**                                                                                                        **$100.00**

**PHIL SLOAN**
Nonpriority Creditor's Name
**3645 FM 2732**
Number          Street
_____

**SAN SABA**           **TX**      **76877**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **8**  **6**  **1**  **1**
**When was the debt incurred?**   **07/09/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.842**                                                                                                        **$100.00**

**PHILIP BOLLMAN**
Nonpriority Creditor's Name
**4507 CERCAL ROYAL**
Number          Street
_____

**SAN ANTONIO**        **TX**      **78251**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4**  **1**  **3**  **3**
**When was the debt incurred?**   **07/26/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.843 | | $100.00 |

**PHILIP TESTA**
Nonpriority Creditor's Name
**3348 BREWER RD**
Number        Street
_____

**DARIEN**            **IL**    **60561**
City                  State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5   6   1   5**
**When was the debt incurred?**    **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.844 | | $100.00 |

**PHILLIP MARTIN**
Nonpriority Creditor's Name
**3811 MTN VIEW RD**
Number        Street
_____

**KINGSLAND**         **TX**    **78639**
City                  State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6   9   6   9**
**When was the debt incurred?**    **09/27/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.845

**$100.00**

**PRESTON ADAMSON**
Nonpriority Creditor's Name

**6480 WHISKEY SPRINGS RD**
Number        Street

_____

**RENO**               **NV**     **89510**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **9  5  5  1**

**When was the debt incurred?**  **04/13/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

### 4.846

**$100.00**

**PRESTON LAMB**
Nonpriority Creditor's Name

**5151 GUADALUPE RD #1010**
Number        Street

_____

**PHOENIX**            **AZ**     **85044**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **0  3  8  4**

**When was the debt incurred?**  **04/27/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify

**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.847 | | **$100.00** |
|---|---|---|

**QUEST COUCH**
Nonpriority Creditor's Name

**28540 DURANGO DR**
Number       Street

_____

**NEW BRAUNFELS      TX      78123**
City                              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   2   0   4

**When was the debt incurred?**   07/06/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.848 | | **$100.00** |
|---|---|---|

**QUIVAH ROBISON**
Nonpriority Creditor's Name

**2120 BRIAR CIRCLE**
Number       Street

**PEARLAND, TX 775813506**

_____

City                              State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   7   9   9

**When was the debt incurred?**   07/21/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.849 | | **Unknown** |
|---|---|---|

**Rachel Pittman**
Nonpriority Creditor's Name
**2859 Burning Rock St.**
Number         Street

_____

**San Antonio        TX      78247**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **ACCOUNT BALANCE**

---

| 4.850 | | **$100.00** |
|---|---|---|

**RACHEL RINGHAM**
Nonpriority Creditor's Name
**702 HARRISON DR**
Number         Street

_____

**LAFAYETTE        CO      80026**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **4  7  8  4**

**When was the debt incurred?** **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.851**

**$100.00**

**RACHELLE SHAW**
Nonpriority Creditor's Name

**2385 EAGLE BEND TRAIL**
Number        Street

_____

**RENO**              **NV**      **89523**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2    3    6    5**

**When was the debt incurred?**   **09/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.852**

**$100.00**

**RAE BUTAUD**
Nonpriority Creditor's Name

**16707 SUMMER DAWN LN**
Number        Street

_____

**HOUSTON**            **TX**      **77095**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3    6    5    7**

**When was the debt incurred?**   **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.853**

$100.00

**RAFAEL HERNANDEZ**
Nonpriority Creditor's Name
**311 N 4TH ST**
Number          Street

_____

_____

**LOVINGTON          NM     88260**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3    8    7    2**
**When was the debt incurred?**   **08/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

**4.854**

$100.00

**RALPH JONES**
Nonpriority Creditor's Name
**5510 CASTLE POND**
Number          Street

_____

_____

**SAN ANTONIO        TX     78215**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0    6    3    3**
**When was the debt incurred?**   **05/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.855

**$100.00**

**RALPH SCHNEIDER**
Nonpriority Creditor's Name
**508 THELMA DR.**
Number          Street
_____

**SAN ANTONIO          TX     78212**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   0   4   4**
**When was the debt incurred?**   **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

### 4.856

**$100.00**

**RAMIRO JUAREZ**
Nonpriority Creditor's Name
**13330 MAGNOLIA BROOKS**
Number          Street
_____

**SAN ANTONIO          TX     78247**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   8   5   2**
**When was the debt incurred?**   **05/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.857 | | $100.00 |
|---|---|---|

**RAMON CHAVANA**
Nonpriority Creditor's Name
**307 COUNTRY WOOD**
Number        Street

_____

**SAN ANTONIO        TX        78216**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   7   4   7   2
**When was the debt incurred?**   08/03/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.858 | | $100.00 |
|---|---|---|

**RANDALL GIBBON**
Nonpriority Creditor's Name
**1411 N. MAIN ST.**
Number        Street

_____

**PLEASANTON        TX        78064**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   1   2   0
**When was the debt incurred?**   04/15/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |

Case number (if known) _____

---

**Part 2:**     Your NONPRIORITY Unsecured Claims -- Continuation Page

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.859 | | **$100.00** |
|---|---|---|

**RANDALL WALL**
Nonpriority Creditor's Name
**10026 S OPAL CIR**
Number     Street

_____

| **SANDY** | **UT** | **84094** |
|---|---|---|
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **9**   **6**   **8**   **1**
When was the debt incurred?   **04/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.860 | | **$0.00** |
|---|---|---|

**RANDOLPH BROOKS FEDERAL CREDIT UNI**
Nonpriority Creditor's Name
**P.O. Box 2097**
Number     Street

_____

| **Universal City** | **TX** | **78148** |
|---|---|---|
City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.861

**$100.00**

**RANDY AUSTIN**
Nonpriority Creditor's Name

**19 WESTRIDGE SQUARE**
Number          Street

_____

| **PLAINVIEW** | **TX** | **79072** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   8  8  6  5

**When was the debt incurred?**   07/22/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

4.862

**$100.00**

**RANDY FELTER**
Nonpriority Creditor's Name

**610 EQUINE COURT**
Number          Street

_____

| **RENO** | **NV** | **89521** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7  5  4  9

**When was the debt incurred?**   05/13/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.863**                                                                                                    **$100.00**

**RANDY MESSER**
Nonpriority Creditor's Name

**629 SADDLE HORN WAY**
Number        Street

_____

**FERNLEY            NV      89408**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4   7   6   5**

**When was the debt incurred?**    **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.864**                                                                                                    **$100.00**

**RANDY SANCHEZ**
Nonpriority Creditor's Name

**5713 N WHITE SANDS RD**
Number        Street

_____

**RENO              NV      89511**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0   9   5   8**

**When was the debt incurred?**    **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.865 | | $100.00 |

**RASHPAL 'RAE' MANGAT**
Nonpriority Creditor's Name
**1700 ELI DR**
Number        Street
_____

**RENO**                    **NV**    **89511**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **6**  **4**  **8**  **3**
When was the debt incurred?   **09/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.866 | | $100.00 |

**RAUL CASTILLO**
Nonpriority Creditor's Name
**12619 PRIMA VISTA**
Number        Street
_____

**LIVE OAK**                 **TX**    **78233**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **9**  **4**  **2**  **3**
When was the debt incurred?   **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

<table>
<tr><td colspan="2">**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.867

$100.00

**RAVEN GLYNN**
Nonpriority Creditor's Name
**6218 WOODROW ST**
Number        Street

_____

**TEXAS CITY          TX      77591**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1    3    9    2
**When was the debt incurred?**    05/21/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.868

$100.00

**RAY CAMMILLERI**
Nonpriority Creditor's Name
**8175 S. VIRGINIA AVE #850**
Number        Street
**PMB 215**

_____

**RENO                NV      89511**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4    1    1    2
**When was the debt incurred?**    08/10/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.869**

$100.00

**RAY WARD**
Nonpriority Creditor's Name
**40 ZIRCON DR. #20**
Number        Street
_____
_____

**RENO**               **NV**    **89521**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **8   3   7   6**
When was the debt incurred?   **05/21/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.870**

$100.00

**RAYMOND HAIGHT**
Nonpriority Creditor's Name
**9917 GROVE WAY UNIT D**
Number        Street
_____
_____

**WESTMINSTER**        **CO**    **80031**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **3   6   5   4**
When was the debt incurred?   **07/19/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.871**

**$100.00**

**RAYMOND PEOPLES**
Nonpriority Creditor's Name
**1430 NORTH FENCHURCH LN**
Number      Street
_____

**SPRINGFIELD          MO     65802**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   4   4   0**
**When was the debt incurred?**   **07/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.872**

**$100.00**

**REBECCA GALY**
Nonpriority Creditor's Name
**2814 BENANZL**
Number      Street
_____

**PHILADELPHIA          PA     19134**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   8   9   4**
**When was the debt incurred?**   **08/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.873

**REECE BOHAN**
Nonpriority Creditor's Name
**440 OAK TRACE**
Number        Street

_____

**NEW BRAUNFELS       TX       78132**
City                        State       ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   6   5   2   5
**When was the debt incurred?**   09/16/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.874

**RENEE HINOJOSA**
Nonpriority Creditor's Name
**4500 MOUNTAINGATE DR.**
Number        Street

_____

**RENO                       NV       89509**
City                        State       ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**   5   4   7   0
**When was the debt incurred?**   08/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.875 | | **$100.00** |
|---|---|---|

**RENEE SANCHEZ**
Nonpriority Creditor's Name
**1504 ACACIA DRIVE**
Number       Street
_____
_____

| **PASADENA** | **TX** | **77502** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   0   3   0
**When was the debt incurred?**   07/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

| 4.876 | | **$100.00** |
|---|---|---|

**REX ALVORD**
Nonpriority Creditor's Name
**9314 WEST RUSSELL RD #111**
Number       Street
_____
_____

| **LAS VEGAS** | **NV** | **89148** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   1   2   8
**When was the debt incurred?**   07/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.877**

$100.00

**REYNA RODRIGUEZ**
Nonpriority Creditor's Name

**10622 SANDPIPER DRIVE**
Number      Street

**HOUSTON, TX 770965415**

_____

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   5   3   2   1

**When was the debt incurred?**   08/20/2021

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

**4.878**

$100.00

**REYNA WYGANT**
Nonpriority Creditor's Name

**8 FLINT ST**
Number      Street

_____

**CONROE          TX     77301**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   2   2   7

**When was the debt incurred?**   05/17/2021

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.879** | | **$100.00**

**RHETT NEIGHBORS**
Nonpriority Creditor's Name
**2795 W. MOANA LN**
Number          Street
_____

**RENO**                    **NV**      **89509**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **1**   **9**   **6**   **0**
When was the debt incurred?    **06/04/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

**4.880** | | **$100.00**

**RICARDO ESPARZA**
Nonpriority Creditor's Name
**1721 ANITA DR**
Number          Street
_____

**LAS CRUCES**              **NM**      **88001**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **3**   **6**   **3**   **1**
When was the debt incurred?    **07/14/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.881 | | $100.00 |

**RICH THURSTON**
Nonpriority Creditor's Name
**20204 MUSTANG ISLAND CIRCLE**
Number       Street
_____

**PFLUGERVILLE        TX      78660**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    9    2    4    9
**When was the debt incurred?**    05/25/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.882 | | $134.20 |

**RICHARD ACOSTA**
Nonpriority Creditor's Name
**4110 SHADY OAK**
Number       Street
_____

**SAN ANTONIO        TX      78229**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    8    5    4    9
**When was the debt incurred?**    08/02/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| **Total claim** |

**4.883**                                                                                                    **$100.00**

**RICHARD BOOKSTAVER**
Nonpriority Creditor's Name

**5800 BRODIE LANE,  APT #218**
Number          Street

_____

**AUSTIN**                    **TX**      **78745**
City                                  State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **5    9    3    0**

When was the debt incurred?    **09/08/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

---

**4.884**                                                                                                    **$100.00**

**RICHARD DAY**
Nonpriority Creditor's Name

**1044 DORTMUNDER DR**
Number          Street

_____

**SPARKS**                    **NV**      **89441**
City                                  State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **1    2    7    0**

When was the debt incurred?    **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.885 | | **$100.00** |

**RICHARD KEELING**
Nonpriority Creditor's Name
**3512 SILVERWOOD CT**
Number        Street

_____

**BEDFORD**          **TX**    **76021**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3**   **3**   **5**   **8**

**When was the debt incurred?**   **08/31/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.886 | | **$100.00** |

**RICHARD KERN**
Nonpriority Creditor's Name
**4235 CHRISTY WAY**
Number        Street

_____

**RENO**          **NV**    **89519**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3**   **6**   **6**   **8**

**When was the debt incurred?**   **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.887

$100.00

**RICHARD MARTINELLI**
Nonpriority Creditor's Name

**4880 COOL SPRINGS DR**
Number        Street

_____

**RENO**                      **NV**        **89509**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **2   5   1   2**

**When was the debt incurred?**    **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Prescription Recall**

### 4.888

$100.00

**RICHARD MARX**
Nonpriority Creditor's Name

**2771 EAST LAKERIDGE SHORES**
Number        Street

_____

**RENO**                      **NV**        **89519**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6   0   5   9**

**When was the debt incurred?**    **05/03/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.889 | |
|---|---|

**RICHARD MILLER**
Nonpriority Creditor's Name
**702 CHAMPION AVE**
Number     Street
_____

| **PORT ISABEL** | **TX** | **78578** |
|---|---|---|
City                   State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   4   1   0   3
**When was the debt incurred?**   07/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.890 | |
|---|---|

**RICHARD NEVIS**
Nonpriority Creditor's Name
**5390 BELLAZZA COURT**
Number     Street
_____

| **RENO** | **NV** | **89519** |
|---|---|---|
City                   State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

$100.00

**Last 4 digits of account number**   5   5   2   8
**When was the debt incurred?**   09/07/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1　**David McLennan**

Debtor 2　**Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.891 | | **$100.00** |
|---|---|---|

**RICHARD RADELL**
Nonpriority Creditor's Name

**528 CHAPPARRAL DR**
Number　　Street

_____

**CHAPARRAL　　NM　88081**
City　　　　　　State　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**　0　8　4　1
**When was the debt incurred?**　**07/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.892 | | **$100.00** |
|---|---|---|

**RICHARD SWIATLOWSKI**
Nonpriority Creditor's Name

**696 LAKEWOOD FARMS**
Number　　Street

_____

**BOLINGBROOK　　IL　60490**
City　　　　　　State　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**　4　8　7　2
**When was the debt incurred?**　**07/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.893**                                                                                    **$100.00**

**RICHARD WALKER**
Nonpriority Creditor's Name
**210 GRANADA DR**
Number        Street

_____

**SAN ANTONIO           TX      78216**
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    5    3    0**
**When was the debt incurred?**    **05/03/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

**4.894**                                                                                    **$100.00**

**RICHARD YOUNG**
Nonpriority Creditor's Name
**6819 WESTCLIFF LANE**
Number        Street

_____

**SAN ANTONIO           TX      78227**
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5    7    5    8**
**When was the debt incurred?**    **09/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.895

$100.00

**RICK CROCITTO**
Nonpriority Creditor's Name

**9775 HAFFLINGER LANE**
Number        Street

_____

**RENO**                    **NV**        **89521**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   4   2   5**

**When was the debt incurred?**   **09/14/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

4.896

$100.00

**RICK DOE**
Nonpriority Creditor's Name

**5737 94TH ST**
Number        Street

_____

**LUBBOCK**                  **TX**        **79424**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   5   0   8**

**When was the debt incurred?**   **06/16/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.897**

$100.00

**RICK LAZCANO**
Nonpriority Creditor's Name
**5009 CHERRY TREE DR**
Number       Street

_____

**CIBOLO**          **TX**    **78108**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**  **9**  **3**  **5**
**When was the debt incurred?**   **08/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.898**

$100.00

**RICK OLIVAS**
Nonpriority Creditor's Name
**592 CALIFORNIA AVE STE E**
Number       Street

_____

**RENO**          **NV**    **89509**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1**  **6**  **9**  **5**
**When was the debt incurred?**   **05/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

---

<table><tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr></table>

After listing any entries on this page, number them sequentially from the previous page.

| | |
|---|---|
| | **Total claim** |

| 4.899 | | **$100.00** |
|---|---|---|

**RICK RENTERIA**
Nonpriority Creditor's Name
**3874 HAZELWOOD DR**
Number        Street

_____

**WEST RICHLAND        WA      99353**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    8   1   4   7
**When was the debt incurred?**    08/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.900 | | **$100.00** |
|---|---|---|

**RICKY WOOTEN**
Nonpriority Creditor's Name
**14614 VANCE JACKSON RD APT 6308**
Number        Street

_____

**SAN ANTONIO        TX      78249**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   8   0   7
**When was the debt incurred?**    07/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.901**

**RILEY WARNER**
Nonpriority Creditor's Name
**4390 S LAYFAYETTE ST**
Number        Street

_____

**ENGLEWOOD**          **CO**      **80113**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**    **5   5   0   1**
**When was the debt incurred?**    **08/26/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

**4.902**

**ROB BONY**
Nonpriority Creditor's Name
**220 BLUEWATER CT**
Number        Street

_____

**RENO**                  **NV**      **89519**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**$100.00**

**Last 4 digits of account number**    **4   4   0   8**
**When was the debt incurred?**    **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| | |
|---|---|
| 4.903 | **$100.00** |

**ROB LAMONICA**
Nonpriority Creditor's Name

**14164 DONNER AVE**
Number        Street

_____

**TRUCKEE            CA      96161**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6    4    7    7

**When was the debt incurred?**   09/17/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| | |
|---|---|
| 4.904 | **$100.00** |

**ROBERT BARNHARDT**
Nonpriority Creditor's Name

**13710 CORNITH**
Number        Street

_____

**UNIVERSAL CITY     TX     78148**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    8    1

**When was the debt incurred?**   07/09/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.905 | | **$100.00** |

**ROBERT BOWMAN**
Nonpriority Creditor's Name
**517 SUMMER**
Number       Street
_____

**FERNLEY**          **NV**    **89408**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **4**  **4**  **1**  **0**
**When was the debt incurred?**    07/30/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.906 | | **$100.00** |

**ROBERT BRATTON**
Nonpriority Creditor's Name
**14 BRIARWOOD RD**
Number       Street
_____

**LOUDONVILLE**          **NY**    **12211**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5**  **6**  **9**  **7**
**When was the debt incurred?**    08/31/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.907**

| | **$100.00** |
|---|---|

**ROBERT BULSON**
Nonpriority Creditor's Name
**20153 NY 122**
Number      Street

_____

**PETERSBURG          NY      12138**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   5   0   3   5
**When was the debt incurred?**   09/07/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.908**

| | **$100.00** |
|---|---|

**ROBERT BURGESON**
Nonpriority Creditor's Name
**610 WEDGE LN**
Number      Street

_____

**FERNLEY          NV      89408**
City                      State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   5   2   7
**When was the debt incurred?**   08/02/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.909**

|  | | $100.00 |

**ROBERT CAIRNS**
Nonpriority Creditor's Name

**7400 CRESTWAY APT#1223**
Number     Street

_____

**SAN ANTONIO         TX      78239**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   4   1   1**
**When was the debt incurred?**   **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

**4.910**

|  | | $100.00 |

**ROBERT CROCITTO**
Nonpriority Creditor's Name

**5233 N. ELK RIVER RD.**
Number     Street

_____

**RENO                       NV      89511**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6   4   7   0**
**When was the debt incurred?**   **05/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.911**

$100.00

**ROBERT GURNEA**
Nonpriority Creditor's Name
**4134 LATIGO DR**
Number        Street

_____

**RENO**                    **NV**        **89519**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **1    2    5    6**
**When was the debt incurred?**    **05/18/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

---

**4.912**

$100.00

**ROBERT HAGANS**
Nonpriority Creditor's Name
**PO BOX 15**
Number        Street

_____

**KAHLOTUS**            **WA**        **99335**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **6    7    4    4**
**When was the debt incurred?**    **09/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.913

$100.00

**ROBERT MCGUIRE**
Nonpriority Creditor's Name

**807 DANNA ST**
Number     Street

_____

**LEAGUE CITY         TX     77573**
City                              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3   6   2   7**

**When was the debt incurred?**    **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

### 4.914

$100.00

**ROBERT PRESHONG II**
Nonpriority Creditor's Name

**13835 NORTHERN OAK**
Number     Street

_____

**SAN ANTONIO         TX     78217**
City                              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3   5   4   3**

**When was the debt incurred?**    **07/12/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.915**

$100.00

**ROBERT RAMSEY**
Nonpriority Creditor's Name

**11435 VERAZAE DR**
Number        Street

_____

**RENO**          **NV**    **89521**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   0   3   1**

**When was the debt incurred?**   **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.916**

$100.00

**ROBERT STANGE**
Nonpriority Creditor's Name

**28259 WILLIS RANCH**
Number        Street

_____

**SAN ANTONIO**    **TX**    **78260**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   8   2**

**When was the debt incurred?**   **06/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.917**

$100.00

**ROBERT WAHL**
Nonpriority Creditor's Name
**7410 LACEY OAK PATH**
Number        Street
_____

**SAN ANTONIO          TX      78223**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   2   4   9
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

**4.918**

$100.00

**ROBERT WATERS**
Nonpriority Creditor's Name
**170 SANDZEN DR.**
Number        Street
_____

**CLOVIS          NM      88101**
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   7   5   1
**When was the debt incurred?**   07/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                    | **Total claim** |

| 4.919 |                                                                          $100.00

**ROBERTO CHADIS**
Nonpriority Creditor's Name
**2211 95TH STREET**
Number        Street

_____

**LUBBOCK**          **TX**    **79423**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   3   9   2
**When was the debt incurred?**   07/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.920 |                                                                          $100.00

**ROBERTO PARTIDA**
Nonpriority Creditor's Name
**603 SUNSET COLONY DR**
Number        Street

_____

**ROSHARON**         **TX**    **77583**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   6   5   2
**When was the debt incurred?**   06/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.921 | | $100.00 |

**ROBIN MARTINEZ**
Nonpriority Creditor's Name
**4214 BAYLISS ST**
Number    Street

_____

**SAN ANTONIO**    **TX**    **78233**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **5**  **3**  **4**  **8**
**When was the debt incurred?**  **05/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

| 4.922 | | $100.00 |

**ROBIN STEWART**
Nonpriority Creditor's Name
**12011 TONNE DR EAST**
Number    Street

_____

**NEW BRAUNFELS**    **TX**    **78132**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **4**  **0**  **1**  **1**
**When was the debt incurred?**  **07/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

| 4.923 | | **$100.00** |
|---|---|---|

**ROBIN STREET**
Nonpriority Creditor's Name
**3940 SAN DONATO LOOP**
Number      Street
_____

| **RENO** | **NV** | **89519** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   0   9   5
**When was the debt incurred?**   05/18/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.924 | | **$100.00** |
|---|---|---|

**ROBYN FINCHER**
Nonpriority Creditor's Name
**3223 FLOWER REEF CIRCLE**
Number      Street
_____

| **LEAGUE CITY** | **TX** | **77573** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   5   3   8
**When was the debt incurred?**   07/15/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.925**                                                                    **$100.00**

**ROCKY JOY**
Nonpriority Creditor's Name
**11 WOODRIDGE CIRCLE**
Number      Street
_____

**CARSON CITY          NV      89703**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5  7  1  0**
**When was the debt incurred?**   **09/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

**4.926**                                                                    **$100.00**

**RODNEY AVERY**
Nonpriority Creditor's Name
**577 FALLEN LEAF WAY**
Number      Street
_____

**INCLINE VILLAGE      NV      89451**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0  3  6  7**
**When was the debt incurred?**   **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.927 | | $100.00 |
|---|---|---|

**RODNEY WALDREP**
Nonpriority Creditor's Name
**1525 PITTMAN RD.**
Number        Street
_____

**SAINT HEDWIG        TX        78152**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    8    3    0    1

**When was the debt incurred?**    08/17/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.928 | | $100.00 |
|---|---|---|

**RODOLFO VALENCIA**
Nonpriority Creditor's Name
**412 EUCLID ST**
Number        Street
_____

**CHANNELVIEW        TX        77530**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    8    0    9

**When was the debt incurred?**    08/09/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.929 | | $100.00 |

**ROGER DALEY**
Nonpriority Creditor's Name
**1001 MILE CIRCLE DR**
Number          Street

_____

**RENO**          **NV**     **89511**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **2   9   4   8**

**When was the debt incurred?**  **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.930 | | $100.00 |

**ROLAND HENRY**
Nonpriority Creditor's Name
**210 MILL CREEK RD**
Number          Street

_____

**SEGUIN**          **TX**     **78155**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  **2   2   2   9**

**When was the debt incurred?**  **06/10/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.931 | | $100.00 |

**ROLLAND MCINTIRE**
Nonpriority Creditor's Name
**PO BOX 7226**
Number        Street
_____

**STATELINE          NV      89449**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   4   8   9
**When was the debt incurred?**   04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.932 | | $100.00 |

**ROMAN BORISOV**
Nonpriority Creditor's Name
**1325 S MEADOW PKWY UNIT 224**
Number        Street
_____

**RENO          NV      89521**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   0   3   9
**When was the debt incurred?**   06/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.933 | | **$100.00** |

**ROMAN KEA**
Nonpriority Creditor's Name
**545 TEEL ST**
Number      Street
_____

**SPARKS              NV      89431**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **8   2   1   9**
When was the debt incurred?   **06/18/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.934 | | **$100.00** |

**RON DOHRN**
Nonpriority Creditor's Name
**1384 RANCHO RD**
Number      Street
_____

**GARDNERVILLE        NV      89503**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **8   9   5   0**
When was the debt incurred?   **07/08/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.935 | | **$100.00** |
|---|---|---|

**RON HALLMARK**
Nonpriority Creditor's Name
**19304 INVERNESS DR**
Number        Street

_____

**SPICEWOOD        TX      78669**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    2    4    4
**When was the debt incurred?**    06/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.936 | | **$100.00** |
|---|---|---|

**RONALD BUTTS**
Nonpriority Creditor's Name
**120 LANDERA VISTA**
Number        Street

_____

**CANYON LAKE        TX      78133**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    7    8    2    2
**When was the debt incurred?**    08/04/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.937

$100.00

**RONALD ESTES JR.**
Nonpriority Creditor's Name
**25960 WHITE EAGLE DR.**
Number        Street

_____

**SAN ANTONIO        TX      78260**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6   7   5   7
**When was the debt incurred?**    09/21/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

4.938

$100.00

**RONALD MCRAE**
Nonpriority Creditor's Name
**7448 CELESTE DR**
Number        Street

_____

**RENO        NV      89511**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   3   8   9
**When was the debt incurred?**    06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.939

**$100.00**

**RONALD PULLIN**
Nonpriority Creditor's Name
**422 HARMON**
Number        Street

_____

**SAN ANTONIO        TX        78209**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0    3    4    7
**When was the debt incurred?**    04/29/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Prescription Recall**

---

4.940

**$100.00**

**RONALD RENCKLY**
Nonpriority Creditor's Name
**9808 IRONWOOD DRIVE**
Number        Street

_____

**DENTON        TX        76207**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    4    7    6    9
**When was the debt incurred?**    08/06/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.941

**Unknown**

**Ronda Wenzel**
Nonpriority Creditor's Name
**1218 Wood Fern**
Number        Street

_____

**San Antonio        TX     78232**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **ACCOUNT BALANCE**

4.942

**$100.00**

**RONNIE ABBOTT**
Nonpriority Creditor's Name
**1450 COUNTRY RD. #36330**
Number        Street

_____

**SUMNER        TX     75486**
City                    State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  0  3  7  9

**When was the debt incurred?**  08/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| | |
|---|---|
| 4.943 | **$100.00** |

**RONNY BOLDT**
Nonpriority Creditor's Name

**5835 SPRING COUNTRY**
Number       Street

_____

**SAN ANTONIO**      **TX**      **78247**
City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   7   6   7**

**When was the debt incurred?**   **08/13/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| | |
|---|---|
| 4.944 | **$100.00** |

**ROSS GOLDING**
Nonpriority Creditor's Name

**3368 NANBE DR**
Number       Street

_____

**RENO**      **NV**      **89511**
City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9   3   3   3**

**When was the debt incurred?**   **09/03/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**
                                             Case number (if known)

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.945 | | **$100.00** |
| --- | --- | --- |

**ROSS MOODY**
Nonpriority Creditor's Name
**1710 CROMWELL HILL**
Number     Street

**AUSTIN**     **TX**     **78703**
City     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5**   **3**   **1**   **6**
**When was the debt incurred?**   **08/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

| 4.946 | | **$100.00** |
| --- | --- | --- |

**ROY CAMPBELL**
Nonpriority Creditor's Name
**22 BAY GINGER PLACE**
Number     Street

**THE WOODLANDS**     **TX**     **77381**
City     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1**   **4**   **5**   **9**
**When was the debt incurred?**   **05/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.947 | | $100.00 |
|---|---|---|

**ROY COZART**
Nonpriority Creditor's Name
**808 ROSS CIR.**
Number          Street

_____

**LOCKHART          TX     78644**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **0   9   8   8**
When was the debt incurred?   **05/11/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.948 | | $100.00 |
|---|---|---|

**ROY MULLINS**
Nonpriority Creditor's Name
**# 3 CAMWOOD TRAIL**
Number          Street

_____

**AUSTIN          TX     78738**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **6   4   4   7**
When was the debt incurred?   **09/15/2021**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.949**                                                                                    **$100.00**

**ROY STRASBURGER**
Nonpriority Creditor's Name
**9209 SCENIC BLUFF DR**
Number        Street

_____

**AUSTIN**              **TX**     **78733**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0   5   3   5**
**When was the debt incurred?**   **04/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

**4.950**                                                                                    **$100.00**

**ROY TOPKA**
Nonpriority Creditor's Name
**380 FARM TO MARKET RD**
Number        Street

_____

**HALFMOON**            **NY**     **12065**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **0   3   5   6**
**When was the debt incurred?**   **08/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.951 | | **$100.00** |

**RUTH ANDERSON**
Nonpriority Creditor's Name

**10716 136TH ST NW**
Number          Street

_____

**GIG HARBOR          WA      98325**
City                            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **5  8  1  1**

**When was the debt incurred?**    **09/02/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

| 4.952 | | **$100.00** |

**RYAN HORNING**
Nonpriority Creditor's Name

**2355 GARNETTE STAR WAY**
Number          Street

_____

**SPARKS          NV      89441**
City                            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **9  7  5  7**

**When was the debt incurred?**    **04/14/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.953 | | **$100.00** |
|---|---|---|

**RYAN JAY**
Nonpriority Creditor's Name

**6914 WATER WAY BEND**
Number      Street

_____

| **MISSOURI CITY** | **TX** | **77459** |
|---|---|---|
City              State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2   6   0   4

**When was the debt incurred?**    06/18/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

| 4.954 | | **$100.00** |
|---|---|---|

**RYAN KUBASIAK**
Nonpriority Creditor's Name

**2711 GRAND OAKS LOOP**
Number      Street

_____

| **AUSTIN** | **TX** | **78613** |
|---|---|---|
City              State       ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    4   9   3   8

**When was the debt incurred?**    08/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.955

**$100.00**

**RYAN PATTERSON**
Nonpriority Creditor's Name
**130 VERONICA AVE**
Number        Street

_____

**SPARKS                    NV        89436**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  3  0  6  6
**When was the debt incurred?**  06/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

### 4.956

**$100.00**

**RYAN RIGGAN**
Nonpriority Creditor's Name
**815 SINGINGWOOD DR**
Number        Street

_____

**RENO                      NV        89509**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  0  4  9  7
**When was the debt incurred?**  04/29/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

**4.957**

$100.00

**RYAN SCHIELD**
Nonpriority Creditor's Name

**33 STONEMARK DR**
Number          Street

_____

**HENDERSON          NV      89052**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    6    8    6    2

**When was the debt incurred?**    09/23/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

---

**4.958**

$100.00

**RYAN SMITH**
Nonpriority Creditor's Name

**1851 STEAMBOAT PKWY UNIT 4001**
Number          Street

_____

**RENO          NV      89521**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    6    4

**When was the debt incurred?**    07/08/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**
_____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.959 | | $100.00 |

**RYAN SORGE**
Nonpriority Creditor's Name
**7250 W. GREENS RD., APT 1517**
Number        Street
_____

**HOUSTON           TX      77064**
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __1__  __3__  __3__  __7__
When was the debt incurred?   **05/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| 4.960 | | $100.00 |

**SABRINA HOUSEMAN**
Nonpriority Creditor's Name
**5322 RIVERDALE LANE**
Number        Street
_____

**THORTON           CO      80229**
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   __3__  __9__  __2__  __8__
When was the debt incurred?   **07/21/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.961**
                                                                                                    **$100.00**

SABRINA LANGENHOVEN
Nonpriority Creditor's Name
70 W. SUMMER STORM CIRCLE
Number        Street

_____

SPRING            TX      77381
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   0   8   9**
**When was the debt incurred?**   **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

**4.962**
                                                                                                    **$100.00**

SAGAN BUI
Nonpriority Creditor's Name
1521 SHERWOOD FORREST #2105
Number        Street

_____

HOUSTON           TX      77043
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   5   9   0**
**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|--------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.963 | | **$100.00** |
|-------|--|-------------|

**SAM SHIELDS**
Nonpriority Creditor's Name
**9905 AMIENDA WAY**
Number          Street

**RENO**                    **NV**      **89521**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0  2  1  3
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.964 | | **$100.00** |
|-------|--|-------------|

**SAMUEL PARONG**
Nonpriority Creditor's Name
**2574 GLENBRIAR LANE**
Number          Street

**RICHLAND**                **WA**      **99352**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1  7  5  0
**When was the debt incurred?**   07/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.965 | | **$100.00** |

**SANDY BREDLAEU**
Nonpriority Creditor's Name
**378 TAWNY OAK CIRCLE**
Number        Street
_____

**BANDERA**          **TX**      **78003**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   3   2   1**
**When was the debt incurred?**   **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.966 | | **$100.00** |

**SARA HATCH**
Nonpriority Creditor's Name
**11961 W. 70TH WAY**
Number        Street
_____

**ARVADA**          **CO**      **80004**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   7   9   0**
**When was the debt incurred?**   **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.967**

$100.00

**SARA PARTIDA**

Nonpriority Creditor's Name

**603 SUNSET COLONY DR**

Number        Street

_____

**ROSHARON            TX      77583**

City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6    9    8    4**

**When was the debt incurred?**    **09/27/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

---

**4.968**

$100.00

**SARA SHAW**

Nonpriority Creditor's Name

**8106 BRUNS DR**

Number        Street

_____

**FORT COLLINS          CO      80525**

City                          State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3    4    6    9**

**When was the debt incurred?**    **07/09/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.969

**$100.00**

**SARAH LIM**
Nonpriority Creditor's Name

**2301 S. MILLBEND DR, #1906**
Number        Street

_____

**THE WOODLANDS        TX        77380**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   4   0   3**

**When was the debt incurred?**   **07/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

4.970

**$100.00**

**SARAH PETERSON**
Nonpriority Creditor's Name

**11278 NORTH 66TH STREET**
Number        Street

_____

**LONGMONT        CO        80503**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   2   4   1**

**When was the debt incurred?**   **07/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.971 | | **$100.00** |
| --- | --- | --- |

**SAVANNAH NUNEZ**
Nonpriority Creditor's Name
**1105 S CHERRY ST**
Number        Street
_____
_____

**DENVER            CO     80246**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __3__ __9__ __3__ __9__
**When was the debt incurred?**   __07/21/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

| 4.972 | | **$100.00** |
| --- | --- | --- |

**SCOTT BAKER**
Nonpriority Creditor's Name
**1660 GULCH WAY**
Number        Street
_____
_____

**RENO            NV     89521**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   __2__ __0__ __2__ __4__
**When was the debt incurred?**   __06/28/2021__

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| **4.973** | | **$100.00** |

**SCOTT BURNETT**
Nonpriority Creditor's Name
**600 STEEPLE CHASE**
Number        Street

_____

| **RENO** | **NV** | **89521** |

City        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   5   6   8**
**When was the debt incurred?**  **06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| **4.974** | | **$100.00** |

**SCOTT EASTMAN**
Nonpriority Creditor's Name
**45 MARANATHA RD**
Number        Street

_____

| **WASHOE VALLEY** | **NV** | **89704** |

City        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   3   0   4**
**When was the debt incurred?**  **08/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.975
**$100.00**

**SCOTT FERREE**
Nonpriority Creditor's Name
**1657 OSAGE RIDGE**
Number        Street

_____

**AUGUSTA**          **MO**    **63332**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3**   **0**   **3**   **3**

**When was the debt incurred?**   **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

### 4.976
**$100.00**

**SCOTT GOODIN**
Nonpriority Creditor's Name
**5215 PAINTBRUSH FALLS COURT**
Number        Street

_____

**FULSHEAR**          **TX**    **77441**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2**   **1**   **3**   **1**

**When was the debt incurred?**   **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.977 | | $100.00 |

**SCOTT LAING**
Nonpriority Creditor's Name
**1072 HASKELL ST**
Number     Street
**#2**

**RENO**                    **NV**   **89509**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **1   9   9   1**
**When was the debt incurred?**   **06/03/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.978 | | $100.00 |

**SCOTT RANEY**
Nonpriority Creditor's Name
**1179 CHERRYVALE RD.**
Number     Street

**BOULDER**                  **CO**   **80303**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   1   2   9**
**When was the debt incurred?**   **09/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.979

**$100.00**

**SCOTT SCHLUETER**
Nonpriority Creditor's Name
**3807 BRIARHILL**
Number        Street

_____

**SAN ANTONIO         TX      78218**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   4   4   6

**When was the debt incurred?**   07/09/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

---

4.980

**$100.00**

**SCOTT WARNER**
Nonpriority Creditor's Name
**4876 MIRA VISTA  DR**
Number        Street

_____

**FRISCO              TX      75034**
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   5   2   1

**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**                                                            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.981**                                                                                                          **$100.00**

**SCOTT WINGFIELD**
Nonpriority Creditor's Name
**9623 HILLSIDE TRAIL**
Number          Street

_____

**SAN ANTONIO          TX        78250**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   2   1   0**
**When was the debt incurred?**   **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

**4.982**                                                                                                          **$100.00**

**SCOTT WOODCOCK**
Nonpriority Creditor's Name
**30618 N 64TH ST**
Number          Street

_____

**CAVE CREEK          AZ        85331**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   3   6   3**
**When was the debt incurred?**   **05/28/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.983**

$100.00

**SEAN BROBY**
Nonpriority Creditor's Name

**1411 INDIANA ST APT#2**
Number          Street

_____

**HOUSTON                TX        77006**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  2  4  1  3
**When was the debt incurred?**  06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.984**

$100.00

**SEAN BRORBY**
Nonpriority Creditor's Name

**1411 INDIANA ST**
Number          Street

**APT 2**
_____

**HOUSTON                TX        77006**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**  5  7  2  8
**When was the debt incurred?**  09/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.985 | | **$100.00** |

**SEAN STEWART**
Nonpriority Creditor's Name

**6734 RUNNYMEDE DR**
Number          Street

_____

**SPARKS               NV      89436**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   6   3   5**

**When was the debt incurred?**   **08/04/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.986 | | **$100.00** |

**SEAN WILKIN**
Nonpriority Creditor's Name

**5805 BIRD LANE**
Number          Street

_____

**WINNEMUCCA          NV      89445**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   4   3   6**

**When was the debt incurred?**   **07/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.987 | | $100.00 |

**SETH BEHREND**
Nonpriority Creditor's Name

**10422 SANDY CYPRESS CT**
Number        Street

_____

**CYPRESS**          **TX**    **77433**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   0   0   9**

**When was the debt incurred?**   **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

| 4.988 | | $100.00 |

**SETH ISOM**
Nonpriority Creditor's Name

**107 SOUTH OREGON**
Number        Street

_____

**YERINGTON**          **NV**    **89447**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   2   3   4**

**When was the debt incurred?**   **07/02/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.989

$100.00

**SHANE BILLAU**
Nonpriority Creditor's Name

**5385 TANNERWOOD DR**
Number        Street

_____

**RENO**              **NV**    **89511**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **9** **8** **5** **7**

When was the debt incurred?   **07/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

---

4.990

$100.00

**SHANE GRAHN**
Nonpriority Creditor's Name

**6118 TRIPLE CROWN DR**
Number        Street

_____

**RENO**              **NV**    **89511**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number   **5** **8** **5** **1**

When was the debt incurred?   **09/10/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.991 | | **$100.00** |

**SHARON SANCHEZ**
Nonpriority Creditor's Name
**5713 N. WHITE SANDS RD**
Number        Street
_____

| **RENO** | **NV** | **89511** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   6   7   4
**When was the debt incurred?**   05/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.992 | | **$100.00** |

**SHEENA VILLONE**
Nonpriority Creditor's Name
**6717 ROLLING MEADOWS DR #1122**
Number        Street
_____

| **SPARKS** | **NV** | **89436** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   3   6   3
**When was the debt incurred?**   08/12/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.993 | | $100.00 |
|---|---|---|

**SHELBY MANLEY**
Nonpriority Creditor's Name

**5024 LAKERIDGE TERRANCE EAST**
Number    Street

_____

**RENO**        **NV**    **89509**
City          State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

Last 4 digits of account number   **3**   **8**   **1**   **7**

When was the debt incurred?   **09/08/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

---

| 4.994 | | $100.00 |
|---|---|---|

**SHERYL KITE**
Nonpriority Creditor's Name

**6269 GOLDEN MEADOW RD**
Number    Street

_____

**RENO**        **NV**    **89519**
City          State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Prescriptions**

Last 4 digits of account number   **3**   **3**   **9**   **4**

When was the debt incurred?   **08/02/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.995**

**$100.00**

**SHEYLA SAENZ**
Nonpriority Creditor's Name
**424 ZENON MOYA ST**
Number        Street

**EDINBURG          TX       78542**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **8   7   3   3**

**When was the debt incurred?**   **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

**4.996**

**$100.00**

**SHONE ROWLEY**
Nonpriority Creditor's Name
**2386 WEST WALTANN LN**
Number        Street

**PHOENIX          AZ       85023**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **4   3   9   0**

**When was the debt incurred?**   **07/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.997 | | $100.00 |
|---|---|---|

**SIDNEY SIMPSON**
Nonpriority Creditor's Name
**17003 VISTA VILLAGE**
Number        Street
_____

_____

**SAN ANTONIO          TX      78247**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   8   4   1
**When was the debt incurred?**   06/01/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.998 | | $100.00 |
|---|---|---|

**SIMON ARCOS IV**
Nonpriority Creditor's Name
**2307 WEST MISTLETOE AVE**
Number        Street
_____

_____

**SAN ANTONIO          TX      78201**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   3   0   3
**When was the debt incurred?**   07/06/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.999**

| | | $100.00 |
|---|---|---|

**SKY CUMMINGS**
Nonpriority Creditor's Name

**1705 PEBBLE DR**
Number        Street
_____

**MISSION          TX      78574**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5  8  4  1**

**When was the debt incurred?**   **06/09/2021**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Prescription Recall**

---

**4.1000**

| | | $25,782.14 |
|---|---|---|

**SoFi Lending Corp.**
Nonpriority Creditor's Name

**375 Healdsburg Avenue**
Number        Street
**Suite 280**

**Healdsburg          CA      95448**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   **6/05/2018**

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **ACCOUNT BALANCE**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1001

$100.00

**SOFIA VARGALEZ**
Nonpriority Creditor's Name
**340 EAST 90TH STREET**
Number      Street
**APT 4-H**

**NEW YORK**            **NY    10128**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   5   8   2
**When was the debt incurred?**   07/28/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

4.1002

$100.00

**SOLOMON HANNA**
Nonpriority Creditor's Name
**125 22 INDEPEN AVE**
Number      Street

**SAN ANTONIO**          **TX    78233**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   2   7   0
**When was the debt incurred?**   08/26/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.1003**                                                                                       **$100.00**

**STAN KLINE**
Nonpriority Creditor's Name
**116 CLIFFSIDE DRIVE**
Number          Street

_____

**SHAVANO PARK          TX       78231**
City                                    State        ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**      **6    1    4    4**
**When was the debt incurred?**      **09/10/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

---

**4.1004**                                                                                       **$100.00**

**STARR SAMKUS**
Nonpriority Creditor's Name
**3455 TABLE MESA DR APT K229**
Number          Street

_____

**BOULDER          CO       80305**
City                                    State        ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**      **4    7    8    9**
**When was the debt incurred?**      **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1005 | | **$100.00** |

**STEPHANIE CRUZ**
Nonpriority Creditor's Name
**2919 6TH STREET**
Number      Street

_____

**BAY CITY**          **TX**   **77414**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   8   3   8   3
**When was the debt incurred?**   06/01/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

| 4.1006 | | **$100.00** |

**STEPHANIE MORRISS**
Nonpriority Creditor's Name
**6789 COUNTY RD 344**
Number      Street

_____

**NAVASOTA**          **TX**   **77868**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   9   8   9
**When was the debt incurred?**   04/19/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1007

**$100.00**

**STEPHEN CRAIG**
Nonpriority Creditor's Name

**816 ARROWHEAD TRAIL**
Number        Street

_____

**CEDAR PARK          TX      78613**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   9   2   6

**When was the debt incurred?**    06/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

4.1008

**$100.00**

**STEPHEN MANDEVILLE**
Nonpriority Creditor's Name

**30 CHIPMAN RD**
Number        Street

**SANDWICH, MA 2563**

_____

City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3   3   1   7

**When was the debt incurred?**    07/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1009

$100.00

**STEPHEN TALBOT**
Nonpriority Creditor's Name

**1298 KINGSBURY GRADE**
Number        Street

_____

**GARDNERVILLE        NV      89460**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   7   3   1   3

**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Prescription Recall**

4.1010

$100.00

**STEVE COZART**
Nonpriority Creditor's Name

**407 PRINZ DR.**
Number        Street

_____

**SAN ANTONIO        TX      78213**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   7   3

**When was the debt incurred?**   06/04/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|---------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1011**

**$100.00**

**STEVE KIRCHNER**
Nonpriority Creditor's Name
**705 N RHOMBERG ST**
Number        Street

_____

**BURNET**              **TX**     **78611**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **6**  **5**  **9**  **8**
**When was the debt incurred?**   **09/17/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

**4.1012**

**$100.00**

**STEVE MCCUTCHEON**
Nonpriority Creditor's Name
**PO BOX 1061**
Number        Street

_____

**CARLSBAD**           **NM**     **88221**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3**  **5**  **1**  **1**
**When was the debt incurred?**   **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1013 | | **$100.00** |

**STEVEN BOWNDS**
Nonpriority Creditor's Name

**1510 W. LUBBOCK ST**
Number        Street

_____

**SLATON            TX        79364**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   6   4   3

**When was the debt incurred?**   08/04/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.1014 | | **$100.00** |

**STEVEN CHRISTY**
Nonpriority Creditor's Name

**2114 REST MAVEN**
Number        Street

_____

**SAN ANTONIO        TX        78232**
City                     State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   6   1   1

**When was the debt incurred?**   08/30/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1015**                                                                                              **$100.00**

**STEVEN COUSSOULIS**
Nonpriority Creditor's Name
**11811 CASA ALTO**
Number        Street
_____
_____

**SAN ANTONIO**            **TX**      **78233**
City                                  State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **1    6    6    0**
When was the debt incurred?    **06/01/2021**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

**4.1016**                                                                                              **$100.00**

**STEVEN FRIEDLANDER**
Nonpriority Creditor's Name
**2465 KINNEY LN**
Number        Street
_____
_____

**RENO**                  **NV**      **89511**
City                                  State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **9    2    3    4**
When was the debt incurred?    **07/06/2021**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1017 | | **$100.00** |

**STEVEN ROSE**
Nonpriority Creditor's Name
**10599 DOUBLE R BLVD**
Number        Street

_____

**RENO**                    **NV**      **89521**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **6   0   0   8**
**When was the debt incurred?**    **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.1018 | | **$100.00** |

**STEVEN SAINDON**
Nonpriority Creditor's Name
**718 LARI DAWN**
Number        Street

_____

**SAN ANTONIO**            **TX**      **78258**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **9   8   6   8**
**When was the debt incurred?**    **04/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.1019 | | | **$100.00** |

**SUE ARMS**
Nonpriority Creditor's Name

**13350 DAMONTE VIEW LANE**
Number      Street

_____

**RENO**              **NV**     **89511**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **1   8   9   9**

**When was the debt incurred?**   **09/10/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

  **Prescription Recall**

---

| 4.1020 | | | **$100.00** |

**TABATHA  FLATTEN**
Nonpriority Creditor's Name

**161 ASHWOOD AVE**
Number      Street

_____

**DAYTON**            **OH**     **45405**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   7   9   5**

**When was the debt incurred?**   **06/22/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

  **Prescription Recall**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1021

**$100.00**

**TAEGAN BRANNON**
Nonpriority Creditor's Name

**10262 ELLA FALLS BLVD**
Number        Street

_____

**HOUSTON          TX     77038**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **3   7   1   3**
**When was the debt incurred?**    **07/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

---

4.1022

**$100.00**

**TALIAH WLLIAMS**
Nonpriority Creditor's Name

**2323 E MOSSY OAKS RD**
Number        Street

**APT 129**

**SPRING           TX     77389**
City                     State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0   7   6   8**
**When was the debt incurred?**    **05/07/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1023

$100.00

**TARA ZUPAN**
Nonpriority Creditor's Name

**8233 W 108TH PLACE**
Number        Street

_____

_____

**WESTMINSTER        CO        80021**
City                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **8    9    2    5**

**When was the debt incurred?**    **03/30/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

  **Prescription Recall**

---

4.1024

$100.00

**TAYLOR BROWNING**
Nonpriority Creditor's Name

**4120 WARREN WAY**
Number        Street

_____

_____

**RENO        NV        89509**
City                State        ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **1    7    7    5**

**When was the debt incurred?**    **05/28/2021**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

  **Prescription Recall**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1025**

$100.00

**TAYLOR GRISCOM**
Nonpriority Creditor's Name
**3459 AMPHORA CIRCLE**
Number        Street
_____

**SUGAR LAND          TX      77479**
City                                  State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0   7   2   7
**When was the debt incurred?**    04/28/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

**4.1026**

$100.00

**TAYLOR SANDS**
Nonpriority Creditor's Name
**2015 DUMBLE ST**
Number        Street
_____

**HOUSTON          TX      77023**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    1   9   3   7
**When was the debt incurred?**    07/23/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1027 | | $100.00 |

**TED BROWN**
Nonpriority Creditor's Name

**605 DIXON COURT**
Number          Street

_____

_____

**RENO                    NV      89511**
City                                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   4   4   7

**When was the debt incurred?**   04/15/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

| 4.1028 | | $100.00 |

**TERESA MITCHELL**
Nonpriority Creditor's Name

**661 MARSH AVE.**
Number          Street

_____

_____

**RENO                    NV      89509**
City                                State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   9   7   6   2

**When was the debt incurred?**   08/30/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.1029** | | **$100.00**

**TERESA TUTT**
Nonpriority Creditor's Name
**910 RUTHVEN ST**
Number        Street
_____

**HOUSTON**          **TX**    **77019**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   8   0   5**
**When was the debt incurred?**   **05/04/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**4.1030** | | **$100.00**

**TERI BARTL**
Nonpriority Creditor's Name
**1325 E STREET**
Number        Street
_____

**SPARKS**          **NV**    **89431**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **6   4   7   6**
**When was the debt incurred?**   **09/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.1031** | **$100.00**

**TERRENCE MOORE**
Nonpriority Creditor's Name
**170 VILLAGE BLVD #29**
Number        Street
_____

**INCLINE VILLAGE        NV        89451**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   1   4   1   7
**When was the debt incurred?**   09/23/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Prescription Recall**

**4.1032** | **$100.00**

**TERRY ECKERT**
Nonpriority Creditor's Name
**2496 BRUNSWICK CIRCLE #A-2**
Number        Street
_____

**WOODRIDGE        IL        60517**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   3   0   4   6
**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.1033**                                                                              **$100.00**

**THERESA CASTANEDA**
Nonpriority Creditor's Name
**950 S CIMARRON WAY**
Number        Street
_____

**AURORA**          **CO**    **80012**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9   1   8   0**
**When was the debt incurred?**   **04/02/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

**4.1034**                                                                              **$100.00**

**THERESA NANNINI**
Nonpriority Creditor's Name
**3435 ROLLING RIDGE RD**
Number        Street
_____

**RENO**             **NV**    **89506**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **4   9   6   7**
**When was the debt incurred?**   **08/12/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.1035

$100.00

**THOMAS ""DAVID"" DEASON**
Nonpriority Creditor's Name
**4414 82ND ST STE212-1052**
Number        Street
_____
_____

**LUBBOCK          TX      79424**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **2    0    2    5**
**When was the debt incurred?**   **07/13/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

---

4.1036

$100.00

**THOMAS CELONE**
Nonpriority Creditor's Name
**580 KIRMAN AVE**
Number        Street
_____
_____

**RENO             NV      89502**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    **0    1    9    6**
**When was the debt incurred?**   **07/22/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.1037**

**$100.00**

**THOMAS DIXON**
Nonpriority Creditor's Name
**11299 MESSINA WAY**
Number      Street

_____

**RENO**              **NV**    **89521**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4    7    6    2**
**When was the debt incurred?**   **08/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

**4.1038**

**$100.00**

**THOMAS FARRELL**
Nonpriority Creditor's Name
**9701 E HAPPY VALLEY RD**
Number      Street

_____

**SCOTTSDALE**       **AZ**    **85255**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **0    4    4    7**
**When was the debt incurred?**   **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.1039 | | **$100.00** |

**THOMAS HARDEMAN**
Nonpriority Creditor's Name
**31957 SCARTEEN FAIR OAKS**
Number        Street
_____

**SAN ANTONIO          TX      78015**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   7   6   0**
**When was the debt incurred?**   **09/02/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

| 4.1040 | | **$100.00** |

**THOMAS JOHNSON**
Nonpriority Creditor's Name
**11372 W US HWY 90 LOT 50**
Number        Street
_____

**DEL RIO              TX      78840**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   9   2   6**
**When was the debt incurred?**   **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1041**

$100.00

**THOMAS LOPEY**
Nonpriority Creditor's Name
**9545 CORDOBA**
Number       Street

_____

**SPARKS**                   **NV**      **89441**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   4   5   1**
**When was the debt incurred?**   **07/09/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

---

**4.1042**

$100.00

**THOMAS POWELL**
Nonpriority Creditor's Name
**4790 CAUGHLIN PKWY #416**
Number       Street

_____

**RENO**                     **NV**      **89519**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   4   6   6**
**When was the debt incurred?**   **09/21/2021**

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Prescription Recall**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1043 | | $100.00 |
|---|---|---|

**THOMAS TENORIO**
Nonpriority Creditor's Name
**10465 CHADWELL DR**
Number        Street
_____

**RENO**                    **NV**      **89521**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4**   **8**   **0**   **6**
**When was the debt incurred?**   **06/08/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| 4.1044 | | $100.00 |
|---|---|---|

**THOMAS YELLE**
Nonpriority Creditor's Name
**347 RESERVE CIRCLE**
Number        Street
_____

**CLARENDON HILLS**      **IL**      **60514**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7**   **5**   **6**   **5**
**When was the debt incurred?**   **07/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1045

**$100.00**

**THOMAS YOUNG**
Nonpriority Creditor's Name

**4025 W. HOPEWELL RD**
Number        Street

_____

**CENTER VALLEY        PA      18034**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **4   9   1   2**

**When was the debt incurred?**   **08/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

---

4.1046

**$100.00**

**TIM WILLIS**
Nonpriority Creditor's Name

**9875 HAFFLINGER LANE**
Number        Street

_____

**RENO                      NV      89521**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **2   8   3   5**

**When was the debt incurred?**   **06/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

Debtor 1     **David McLennan**

Debtor 2     **Jessica McLennan**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1047 | | $100.00 |

**TIMOTHY BURKETT**
Nonpriority Creditor's Name
**20700 PARC FORET DR.**
Number        Street

_____

**RENO**              **NV**      **89511**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **2   3   8   5**
**When was the debt incurred?**   **06/14/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.1048 | | $100.00 |

**TIMOTHY CONNALLY**
Nonpriority Creditor's Name
**2425 ELM CREEK RD**
Number        Street

_____

**SEGUIN**            **TX**      **78155**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **3   1   4   0**
**When was the debt incurred?**   **06/30/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.1049**

$100.00

**TIMOTHY DUNCAN**
Nonpriority Creditor's Name
**10906 AULDINE**
Number        Street
_____

**SAN ANTONIO        TX        78230**
City                          State        ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   9   3   2   2
**When was the debt incurred?**   08/05/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

**4.1050**

$100.00

**TIMOTHY TAYLOR**
Nonpriority Creditor's Name
**74 VALLEY DRIVE WEST**
Number        Street
_____

**SAND LAKE        NY        12196**
City                          State        ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   7   9   7   8
**When was the debt incurred?**   07/27/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1051**

$100.00

**TODD FOSTER**
Nonpriority Creditor's Name
**6126 JOHN CURRY**
Number      Street

**CHRISTOVAL          TX      76935**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   9   9   1

**When was the debt incurred?**   05/11/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.1052**

$100.00

**TODD SHAW**
Nonpriority Creditor's Name
**2385 EAGLE BEND TRAIL**
Number      Street

**RENO                    NV      89523**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   5   7   9   2

**When was the debt incurred?**   09/02/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1053 | | $100.00 |
|---|---|---|

**TODD YANKOV**
Nonpriority Creditor's Name

**200 W 2ND ST #704**
Number        Street

**RENO**                    **NV**    **89501**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    0   1   9   4
**When was the debt incurred?**    04/22/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

| 4.1054 | | $100.00 |
|---|---|---|

**TOM MAGEE**
Nonpriority Creditor's Name

**9728 SILVERSPAR ST**
Number        Street

**RENO**                    **NV**    **89521**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3   8   1   3
**When was the debt incurred?**    07/19/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.1055 | | **$100.00** |

**TOM NEVILLE**
Nonpriority Creditor's Name
**619 TUMBLEWEED CR**
Number          Street
_____

_____

**INCLINE VILLAGE          NV          89451**
City                                        State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **2    9    8    1**
**When was the debt incurred?**    **07/14/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

| 4.1056 | | **$100.00** |

**TOMAS HINOJOSA**
Nonpriority Creditor's Name
**4500 MOUNTAINGATE DRIVE**
Number          Street
_____

_____

**RENO          NV          89519**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5    4    6    9**
**When was the debt incurred?**    **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1057

**$100.00**

**TOMMY WILLIAMS**
Nonpriority Creditor's Name

**5931 LAKE BANK DR.**
Number        Street

_____

**SAN ANTONIO        TX        78222**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number    5    8    6    5**

**When was the debt incurred?    09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Prescription Recall**

4.1058

**$100.00**

**TONJA CASTANEDA**
Nonpriority Creditor's Name

**12028 HUDSON CT.**
Number        Street

_____

**THORTON        CO        80241**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number    5    8    3    3**

**When was the debt incurred?    09/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|--------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.1059**

**$100.00**

**TONY NANNINI**
Nonpriority Creditor's Name

**7579 ORANGE PLAINS DR**
Number          Street

_____

**SPARKS            NV       89436**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   6   4   8   9
**When was the debt incurred?**   09/15/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

**4.1060**

**$100.00**

**TOREN BOSTON**
Nonpriority Creditor's Name

**21801 NORTHCREST DR #223**
Number          Street

_____

**SPRING            TX       77388**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   3   4   1
**When was the debt incurred?**   09/08/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Prescription Recall**

| | |
|---|---|
| Debtor 1 | **David McLennan** |
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.1061**

**$100.00**

**TORI BOCK**
Nonpriority Creditor's Name
**5173 S VANDALIA AVE**
Number          Street
**APT 8C**

**TULSA**                    **OK**    **74135**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0** **5** **5** **5**
**When was the debt incurred?**    **04/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

---

**4.1062**

**$100.00**

**TORI MANN**
Nonpriority Creditor's Name
**3022 FRONTIER DR**
Number          Street

**SUGAR LAND**              **TX**    **77479**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **0** **7** **7** **1**
**When was the debt incurred?**    **05/06/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.1063 |                                                                 | **$100.00** |

**TORI MYRMEL**
Nonpriority Creditor's Name
**6341 WALNUT CREEK RD**
Number        Street
_____

**RENO**                    **NV**      **89523**
City                            State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **5   6   5   0**
**When was the debt incurred?**    **08/30/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

| 4.1064 |                                                                 | **$100.00** |

**TRACY GURNEA**
Nonpriority Creditor's Name
**4134 LATIGO DR**
Number        Street
_____

**RENO**                    **NV**      **89519**
City                            State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    **7   6   4   0**
**When was the debt incurred?**    **08/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1065

$100.00

**TRAVIS WHITING**
Nonpriority Creditor's Name
**2410 SANTIGO WAY**
Number          Street

_____

**SAN ANTONIO          TX          78259**
City                         State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    5    9    4
**When was the debt incurred?**    07/13/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

4.1066

$100.00

**TRENT KIRCHNER**
Nonpriority Creditor's Name
**705 RHOMBERG ST**
Number          Street

_____

**BURNET          TX          78611**
City                     State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    6    5    9    9
**When was the debt incurred?**    09/17/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.1067 | | $100.00 |

**TREVOR ALT**
Nonpriority Creditor's Name

**815 JEFFREY CT**
Number        Street

_____

**INCLINE VILLAGE          NV      89451**
City                               State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   7   1   2

**When was the debt incurred?**   06/21/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| 4.1068 | | $100.00 |

**TREY WATTS**
Nonpriority Creditor's Name

**4710 YUKON CT**
Number        Street

_____

**CARSON CITY          NV      89706**
City                               State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   7   7   5   6

**When was the debt incurred?**   08/12/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
|---|

4.1069

$100.00

**TRISH DIETZE**
Nonpriority Creditor's Name
**7701 LAKESIDE DR**
Number          Street

_____

| **RENO** | **NV** | **89511** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **5   2   4   9**
When was the debt incurred?    **08/19/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

---

4.1070

$100.00

**TROY PERKINS**
Nonpriority Creditor's Name
**1128 RANCHO MIRAGE**
Number          Street

_____

| **SPARKS** | **NV** | **89436** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    **4   6   0   1**
When was the debt incurred?    **08/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.1071 | | | $100.00 |
|---|---|---|---|

**TROY SCZECH**
Nonpriority Creditor's Name
**2308 WHISPERING WATER**
Number          Street

_____

_____

**SPRING BRANCH     TX     78070**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number  2  5  5  6**
**When was the debt incurred?  06/17/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

| 4.1072 | | | $31,800.00 |
|---|---|---|---|

**TSLP, LLC/Stillwell RX**
Nonpriority Creditor's Name
**3426 Benham Ave.**
Number          Street

_____

**Nashville          TN     37215**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  __  __  __  __**
**When was the debt incurred?  10/21/2020**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**ACCOUNT BALANCE**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1073**

**$100.00**

**TYLER BROCKINTON**
Nonpriority Creditor's Name
**6061 WHISPERING LAKES DR.**
Number        Street
_____

| **KATY** | **TX** | **77493** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   1   0   5
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

---

**4.1074**

**$100.00**

**TYLER MOON**
Nonpriority Creditor's Name
**1294 DALLAS ST**
Number        Street
_____

| **AURORA** | **CO** | **80010** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   8   9   2   8
**When was the debt incurred?**   03/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1075 | | $100.00 |

**TYLER YOHEY**
Nonpriority Creditor's Name
**7475 BALDWIN WAY**
Number        Street
_____

**SPARKS                    NV        89436**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    3    6    2
**When was the debt incurred?**    06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| 4.1076 | | $100.00 |

**TYNEISHA LEANN JOHNSON**
Nonpriority Creditor's Name
**16230 NORTH FREEWAY,  APT #115**
Number        Street
_____

**HOUSTON              TX        77090**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0    5    9    8
**When was the debt incurred?**    04/30/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |
| | | Case number (if known) _____ |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1077 | | **$0.00** |

**USAA Savings Bank**
Nonpriority Creditor's Name
**P.O. Box 33009**
Number        Street
_____

**San Antonio          TX      78265**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    x   x   x   x

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Credit Card**

| 4.1078 | | **$100.00** |

**VALERIE BRIARWULF**
Nonpriority Creditor's Name
**7119 CR 3**
Number        Street
_____

**SWEENY              TX      77480**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    0   6   3   9

**When was the debt incurred?**    05/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

_____        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1079 | | $100.00 |
|---|---|---|

**VALERIE ZUNIGA**
Nonpriority Creditor's Name

**2885 E. MIDWAY BLVD #235**
Number        Street

_____

_____

**DENVER            CO      80234**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   4   7   8   3

**When was the debt incurred?**   08/06/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.1080 | | $100.00 |
|---|---|---|

**VALOREE HARKEY**
Nonpriority Creditor's Name

**4814 CASSIDY PLACE**
Number        Street

_____

_____

**BELLAIRE          TX      77401**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   2   3   2   4

**When was the debt incurred?**   06/14/2021

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|----------|-------------------|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1081 | | $100.00 |
|--------|---|---------|

**VANCE DEMARS**
Nonpriority Creditor's Name
**145 VERONICA AVE**
Number        Street

_____

**SPARKS            NV      89436**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3    0    6    1
**When was the debt incurred?**    09/03/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

| 4.1082 | | $100.00 |
|--------|---|---------|

**VANESSA EUCEDA**
Nonpriority Creditor's Name
**17744 EAST HWY 105**
Number        Street

_____

**CONROE            TX      77306**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    7    9    3
**When was the debt incurred?**    06/22/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**
_____          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.1083**                                                                                                    **$100.00**

**VANESSA NIETO**
_____
Nonpriority Creditor's Name
**1401 PATRICIA DR. #203**
_____
Number        Street
_____

**SAN ANTONIO**          **TX**      **78213**
City                        State        ZIP Code

**Last 4 digits of account number**   __1__  __7__  __3__  __9__
**When was the debt incurred?**   **05/27/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Prescription Recall**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

---

**4.1084**                                                                                                    **$100.00**

**VERNON BOWMAN**
_____
Nonpriority Creditor's Name
**101 LONG REACH LOOT**
_____
Number        Street
_____

**ROCKPORT**          **TX**      **78382**
City                        State        ZIP Code

**Last 4 digits of account number**   __2__  __5__  __4__  __5__
**When was the debt incurred?**   **08/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Prescription Recall**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.1085

$100.00

**VERONIKA SIMMS**
Nonpriority Creditor's Name
**1519 SCHARPE ST**
Number        Street
_____

**HOUSTON**          **TX**    **77023**
City                 State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7   2   5   0**
**When was the debt incurred?**   **05/24/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

### 4.1086

$100.00

**VICTOR BIECK**
Nonpriority Creditor's Name
**54700 26TH ST**
Number        Street
_____

**SOUTH BEND**          **IN**    **46635**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **5   6   4   5**
**When was the debt incurred?**   **09/07/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1087 | | **$100.00** |

**VIJAY SEKHON**
Nonpriority Creditor's Name

**3365 QUILICI RD**
Number          Street

_____

**RENO**               **NV**   **89511**
City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **9   7   5   6**

**When was the debt incurred?**   **04/14/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| 4.1088 | | **$100.00** |

**VINCENT THOMPSON**
Nonpriority Creditor's Name

**1521 FM472**
Number          Street

_____

**BIGFOOT**               **TX**   **78005**
City                          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   **7   9   5   8**

**When was the debt incurred?**   **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| **Total claim** |
|---|

| 4.1089 | | **$100.00** |
|---|---|---|

**VIOLET ERIS**
Nonpriority Creditor's Name
**122 HORN COURT**
Number        Street
_____

**BAYTOWN              TX      77523**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number    9   3   4   4**

**When was the debt incurred?    05/20/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

| 4.1090 | | **$100.00** |
|---|---|---|

**VIVIAN CHENG**
Nonpriority Creditor's Name
**3805 WEST ALABAMA ST APT# 9201**
Number        Street
_____

**HOUSTON              TX      77027**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number    0   6   3   4**

**When was the debt incurred?    05/03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1　**David McLennan**

Debtor 2　**Jessica McLennan**

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1091 | | **$100.00** |
|---|---|---|

**WALLACE JOHNSON**
Nonpriority Creditor's Name

**1204 YOUNGS RD.**
Number　　Street

_____

**DELANSON**　　　　**NY**　　**12053**
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**　**8**　**9**　**5**　**2**

**When was the debt incurred?**　**05/19/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

| 4.1092 | | **$100.00** |
|---|---|---|

**WALTER HOPKINS**
Nonpriority Creditor's Name

**475 CLERMONT AVE APT#805**
Number　　Street

_____

**BROOKLYN**　　　　**NY**　　**11238**
City　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**　**9**　**2**　**9**　**0**

**When was the debt incurred?**　**07/29/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | |

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1093**

$100.00

**WALTER SANTONI-ACEVEDO**
Nonpriority Creditor's Name
**CARR #2 KM 118.3 RPT. RIO LLANO**
Number     Street
**AGUADILLA, PR 603**

_____

City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   3   5   3
**When was the debt incurred?**   04/27/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.1094**

$100.00

**WAYNE PRIBBLE**
Nonpriority Creditor's Name
**106 HAPPY TRAIL S**
Number     Street

_____

**LAS CRUCES          NM     88005**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   0   1   3   5
**When was the debt incurred?**   09/13/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1095

**$100.00**

**WAYNE ZAMZOW (SAN ANTONIO)**
Nonpriority Creditor's Name
**1041 CLYDEVILLE**
Number          Street

_____

**SAN ANTONIO          TX     78216**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    0    5    2    0
When was the debt incurred?    **04/29/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.1096

**$100.00**

**WELDON WULSTEIN**
Nonpriority Creditor's Name
**729 INDIAN TRAIL RD**
Number          Street

_____

**GARDNERVILLE          NV     89460**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

Last 4 digits of account number    0    9    6    6
When was the debt incurred?    **05/11/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

4.1097                                                                                                    **$100.00**

**WESLEY CURRAN**
Nonpriority Creditor's Name
**1343 MARLETTE CIRCLE**
Number        Street
_____

**GARDNERVILLE        NV      89460**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2    3    6    6
**When was the debt incurred?**    06/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.1098                                                                                                    **$100.00**

**WESLEY LOUQUE**
Nonpriority Creditor's Name
**7421 BOAT WIND**
Number        Street
_____

**FORT WORTH        TX      76179**
City                             State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    5    5    1    1
**When was the debt incurred?**    08/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

---

| 4.1099 | | **$100.00** |

**WESLEY RUSSELL**
Nonpriority Creditor's Name

**5271 FM 36 NORTH**
Number        Street

_____

**CELESTE**        **TX**    **75423**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5  4  0  4**

**When was the debt incurred?**   **08/24/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

---

| 4.1100 | | **$100.00** |

**WESLEY SWAIM**
Nonpriority Creditor's Name

**P.O. BOX 513**
Number        Street

_____

**TILDEN**        **TX**    **78072**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3  7  3  0**

**When was the debt incurred?**   **07/15/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.1101

**$100.00**

**WESLY WEST**
Nonpriority Creditor's Name

**11 SHADY CV**
Number          Street

_____

**SAN ANTONIO          TX      78213**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    3    4    7    8

**When was the debt incurred?**    07/09/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

4.1102

**$100.00**

**WILL BRIGHAM**
Nonpriority Creditor's Name

**1091 FLUME ROAD**
Number          Street

_____

**INCLINE VILLAGE          NV      89451**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Prescriptions**

**Last 4 digits of account number**    9    2    8    4

**When was the debt incurred?**    04/19/2021

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1103 | | $100.00 |
|---|---|---|

**WILLIAM ANDERSON**
Nonpriority Creditor's Name

**4810 78TH ST**
Number        Street

_____

| **LUBBOCK** | **TX** | **79423** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __6__  __9__  __4__  __2__

**When was the debt incurred?**   __07/23/2021__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

| 4.1104 | | $100.00 |
|---|---|---|

**WILLIAM COX**
Nonpriority Creditor's Name

**9304 CONVERSE BUISNESS LANE**
Number        Street

| **CONVERSE** | **TX** | **78109** |
|---|---|---|
City | State | ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**   __2__  __6__  __8__  __9__

**When was the debt incurred?**   __08/19/2021__

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1105 | | $100.00 |

**WILLIAM FURST**
Nonpriority Creditor's Name
**643 BRIGHTWOOD PL**
Number       Street
**OFFICE**

**SAN ANTONIO       TX     78209**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   1   3   6   4
**When was the debt incurred?**   05/24/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

| 4.1106 | | $100.00 |

**WILLIAM GROSCH**
Nonpriority Creditor's Name
**6127 NOTT RD**
Number       Street

**GUILDERLAND       NY     12084**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   2   3   2   0
**When was the debt incurred?**   06/11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1107

$100.00

**WILLIAM HINKLE**
Nonpriority Creditor's Name

**5231 CERRO VISTA**
Number        Street

**SAN ANTONIO        TX        78233**
City        State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**        1        3        5        2

**When was the debt incurred?**        05/19/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

4.1108

$100.00

**WILLIAM HUTTON**
Nonpriority Creditor's Name

**9100 VICKSBURG AVE UNIT #1**
Number        Street

**LUBBOCK        TX        79424**
City        State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**        3        3        8        8

**When was the debt incurred?**        08/17/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.1109**

$100.00

**WILLIAM KLEIN**
Nonpriority Creditor's Name
**9015 ANTIETAM**
Number        Street

_____

**SAN ANTONIO        TX        78239**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   4   2   2   0
**When was the debt incurred?**   07/26/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

**4.1110**

$100.00

**WILLIAM KNIGHT**
Nonpriority Creditor's Name
**2583 ARKANSAS ST**
Number        Street

_____

**INGLESIDE        TX        78362**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   3   6   1   6
**When was the debt incurred?**   07/14/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Prescription Recall**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.1111**

$100.00

**WILLIAM LARSSON**
Nonpriority Creditor's Name
**4790 CAUGHLIN PARK WAY PMB277**
Number       Street
_____

**RENO**                    **NV**      **89519**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **8   9   1   0**
**When was the debt incurred?**   **05/25/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

**4.1112**

$100.00

**WILLIAM NANCE**
Nonpriority Creditor's Name
**2738 MORNING STAR**
Number       Street
_____

**NEW BRAUNFELS**          **TX**      **78132**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **3   7   9   5**
**When was the debt incurred?**   **07/16/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Prescription Recall**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.1113**                                                                                              **$100.00**

**WILLIAM RANKIN**
Nonpriority Creditor's Name
**2385 SOUTH LOMPA**
Number          Street

_____

**CARSON CITY          NV     89701**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **5   3   5   9**

**When was the debt incurred?**    **08/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

**4.1114**                                                                                              **$100.00**

**WILLIAM SANDERSON**
Nonpriority Creditor's Name
**5647 BIEWVILLE DR.**
Number          Street

_____

**SAN ANTONIO          TX     78233**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**   **7   5   6   3**

**When was the debt incurred?**    **04/23/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1115

$100.00

**WILLIAM WHITEHEAD**
Nonpriority Creditor's Name

**220 S MARSHALL AVE**
Number        Street

_____

**GRADY                    NM      88120**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    3  4  6  1

**When was the debt incurred?**    07/13/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

4.1116

$100.00

**WILLIAMS CUPPLES**
Nonpriority Creditor's Name

**3824 CEDAR SPRING RD.**
Number        Street

_____

**DALLAS                   TX      75219**
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Prescriptions**

**Last 4 digits of account number**    2  5  4  3

**When was the debt incurred?**    06/16/2021

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Prescription Recall**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                            Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.1117 | | **$100.00** |

**XEVLYN FEY**
Nonpriority Creditor's Name
**1070 GRANDYS LANE APT#615**
Number         Street

_____

**LEWISVILLE          TX      75077**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    1    8    2    0
**When was the debt incurred?**    05/28/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

| 4.1118 | | **$100.00** |

**YASMIN RODRIGUEZ**
Nonpriority Creditor's Name
**3418 GARDEN SHADOW LANE**
Number         Street
**HOUSTON, TX 770186346**

_____

City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

**Last 4 digits of account number**    9    2    9    8
**When was the debt incurred?**    04/16/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Prescription Recall**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                             Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                          **Total claim**

4.1119                                                                          **$100.00**

**YOSHI YOSHIDA**                          Last 4 digits of account number    5  1  3  3
Nonpriority Creditor's Name
**19207 BRISTLESTAR DR.**                  When was the debt incurred?    08/30/2021
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
_____          ☑ Contingent
                                           ☑ Unliquidated
**KATY**          **TX**    **77449**      ☑ Disputed
City              State     ZIP Code
Who incurred the debt?   Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?              **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

4.1120                                                                          **$100.00**

**YUKI BRUMBACK**                          Last 4 digits of account number    0  2  2  2
Nonpriority Creditor's Name
**2618 OLD RIVER LANE**                    When was the debt incurred?    04/23/2021
Number       Street
                                           As of the date you file, the claim is: Check all that apply.
_____          ☑ Contingent
                                           ☑ Unliquidated
**RICHMOND**      **TX**    **77406**      ☑ Disputed
City              State     ZIP Code
Who incurred the debt?   Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?              **Prescription Recall**
☑ No
☐ Yes
**Prescriptions**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.1121**

| | **$100.00** |
|---|---|

**YUKI WONG**
Nonpriority Creditor's Name
**1630 E 6TH ST**
Number          Street
**APT 1311**

**AUSTIN**          **TX**    **78702**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **9   2   6   9**
When was the debt incurred?   **04/26/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

**4.1122**

| | **$100.00** |
|---|---|

**YVAN OLIVA**
Nonpriority Creditor's Name
**6420-4 ELLA LEE LANE**
Number          Street

**HOUSTON**          **TX**    **77057**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number   **9   2   8   6**
When was the debt incurred?   **06/25/2021**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Prescription Recall**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.1123

$100.00

**ZACHARY JONAS**
Nonpriority Creditor's Name

**10008 IGNACIO CIRCLE**
Number          Street

_____

_____

**RENO**                    **NV**      **89521**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Prescriptions**

Last 4 digits of account number    **5    5    8    8**

**When was the debt incurred?**    **04/28/2021**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Prescription Recall**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Elena P. Serna**
Name
**Rosenblatt Law Firm**
Number      Street
**16731 Huebner Road**

**San Antonio**          **TX**     **78248**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - Jeremiah**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Jason Huff**

Last 4 digits of account number    ___ ___ ___ ___

**Glenn J. Deadman**
Name
**Glenn J. Deadman, P.C.**
Number      Street
**1515 N. St. Mary's St.**

**San Antonio**          **TX**     **78215**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for - S&S&S,**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Inc.**

Last 4 digits of account number    ___ ___ ___ ___

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $338,568.34 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $338,568.34 |

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 565

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **46 Crossing LLC**<br>Name<br>**Pat Bollinger**<br>Number    Street<br>**725 Breeze Way**<br><br>**Boerne**          **TX**    **78006**<br>City                State    ZIP Code | **Business Lease for Vita Pharmacy, LLC - Boerne location**<br>**Contract to be REJECTED** |
| 2.2 | **Byco, Inc.**<br>Name<br>**2025 Newport Boulevard**<br>Number    Street<br>**Suite 200**<br><br>City                State    ZIP Code | **Business Lease for Vita Pharmacy, LLC - San Antonio Location**<br>**Contract to be REJECTED** |
| 2.3 | **De Lage Landon Financial Services, Inc.**<br>Name<br>**P.O. Box 41602**<br>Number    Street<br><br>**Philadelphia**       **PA**    **19101-1602**<br>City                State    ZIP Code | **Printer Leases for Vita Pharmacy, LLC - San Antonio and Boerne locations** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

      **Jessica McLennan**
      Name of your spouse, former spouse, or legal equivalent
      **8031 Copper Mill**
      Number          Street

      **San Antonio**                **TX**        **78255**
      City                          State      ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Shane Morris** | |
   |---|---|---|
   | | Name | |
   | | **2835 Redland Trail** | |
   | | Number      Street | |

   ☑ Schedule D, line   **2.1**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **Jeremiah Jason Huff**

   **San Antonio**                **TX**        **78259**
   City                          State      ZIP Code

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Shane Morris** | |
|-----|------------------|--|
| | Name | |
| | **2835 Redland Trail** | |
| | Number        Street | |
| | | |
| | **San Antonio**      **TX**      **78259** | |
| | City        State        ZIP Code | |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.665**

☐ Schedule G, line _____

**Live Oak Bank**

| 3.3 | **Shane Morris** |
|-----|------------------|
| | Name |
| | **2835 Redland Trail** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78259** |
| | City        State        ZIP Code |

☑ Schedule D, line    **2.2**

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**Louis Wenzel**

| 3.4 | **Shane Morris** |
|-----|------------------|
| | Name |
| | **2835 Redland Trail** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78259** |
| | City        State        ZIP Code |

☑ Schedule D, line    **2.5**

☐ Schedule E/F, line _____

☐ Schedule G, line _____

**S&S&S, Inc.**

| 3.5 | **Shane Morris** |
|-----|------------------|
| | Name |
| | **2835 Redland Trail** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78259** |
| | City        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.1072**

☐ Schedule G, line _____

**TSLP, LLC/Stillwell RX**

| 3.6 | **Shane Morris** |
|-----|------------------|
| | Name |
| | **2835 Redland Trail** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78259** |
| | City        State        ZIP Code |

☐ Schedule D, line _____

☐ Schedule E/F, line _____

☑ Schedule G, line    **2.1**

**46 Crossing LLC**

| 3.7 | **Shane Morris** |
|-----|------------------|
| | Name |
| | **2835 Redland Trail** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78259** |
| | City        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.1**

☐ Schedule G, line _____

**46 Crossing LLC**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.8**

**Shane Morris**
Name
**2835 Redland Trail**
Number        Street

_____

**San Antonio**            **TX**        **78259**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.849**
☐ Schedule G, line _____
**Rachel Pittman**

**3.9**

**Shane Morris**
Name
**2835 Redland Trail**
Number        Street

_____

**San Antonio**            **TX**        **78259**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.941**
☐ Schedule G, line _____
**Ronda Wenzel**

**3.10**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____
**AARON JENSEN**

**3.11**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.3**
☐ Schedule G, line _____
**ABIGAIL BENGE**

**3.12**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**ADAM CAVAZOS**

**3.13**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**ADAM HAYS**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.14 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.6**
☐ Schedule G, line _____
**ADRIANA GARNICA**

| | |
|---|---|
| 3.15 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.7**
☐ Schedule G, line _____
**ADRIANNA PONCE**

| | |
|---|---|
| 3.16 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.8**
☐ Schedule G, line _____
**AILA POWER**

| | |
|---|---|
| 3.17 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.9**
☐ Schedule G, line _____
**AISLING SPIES**

| | |
|---|---|
| 3.18 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.10**
☐ Schedule G, line _____
**AKASH SUD**

| | |
|---|---|
| 3.19 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**       **TX**       **78247** |
| | City       State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.11**
☐ Schedule G, line _____
**AL EMBY**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

██████      **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.12**
☐ Schedule G, line _____
**ALAN ARROYO**

| 3.21 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.13**
☐ Schedule G, line _____
**ALAN GREEN**

| 3.22 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.14**
☐ Schedule G, line _____
**ALAN LEMLEY**

| 3.23 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.15**
☐ Schedule G, line _____
**ALAN MASTERS**

| 3.24 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.16**
☐ Schedule G, line _____
**ALBERT MARTINEZ**

| 3.25 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.17**
☐ Schedule G, line _____
**ALBERT PERALES**

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.18**
- ☐ Schedule G, line _____

**ALBERT RUIZ**

| 3.27 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.19**
- ☐ Schedule G, line _____

**ALEJANDRO GAMBOA**

| 3.28 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.20**
- ☐ Schedule G, line _____

**ALESSANDREA BOATRIGHT**

| 3.29 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.21**
- ☐ Schedule G, line _____

**ALEX DONOVAN**

| 3.30 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.22**
- ☐ Schedule G, line _____

**ALEX SMITH**

| 3.31 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.23**
- ☐ Schedule G, line _____

**ALEX STRICKLAND**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.24**
- ☐ Schedule G, line _____

**ALEXANDER DEGRENIA**

| 3.33 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.25**
- ☐ Schedule G, line _____

**ALEXANDER GARZA**

| 3.34 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.26**
- ☐ Schedule G, line _____

**ALEXANDRIA RAMIREZ**

| 3.35 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.27**
- ☐ Schedule G, line _____

**ALEXANDRIA ZAMBRANO**

| 3.36 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.28**
- ☐ Schedule G, line _____

**ALFRED ORTIZ**

| 3.37 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.29**
- ☐ Schedule G, line _____

**ALICE MIDDENTS**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.38 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.30**

☐ Schedule G, line _____
**ALISSA SMIDT**

| 3.39 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.31**

☐ Schedule G, line _____
**ALLEN FORD**

| 3.40 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.32**

☐ Schedule G, line _____
**ALONZO BERMEA**

| 3.41 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.33**

☐ Schedule G, line _____
**ALTON ""KAY"" BERNSTON**

| 3.42 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.34**

☐ Schedule G, line _____
**ALYSSA KHAN**

| 3.43 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.35**

☐ Schedule G, line _____
**ALYSSA RIOS**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____
**AMBER FOYIL**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

| 3.45 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.37**
☐ Schedule G, line _____
**AMBER MCGUIRE**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

| 3.46 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.38**
☐ Schedule G, line _____
**AMELIA MILLER**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

| 3.47 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.39**
☐ Schedule G, line _____
**AMY SCHLICHER**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

| 3.48 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.40**
☐ Schedule G, line _____
**ANASTASIA MARSH**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

| 3.49 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.41**
☐ Schedule G, line _____
**ANDREA HAGA**

**San Antonio**          **TX**      **78247**
City                        State        ZIP Code

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                           *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.50 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.42**
☐ Schedule G, line _____
**ANDREW LUDEL**

| 3.51 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.43**
☐ Schedule G, line _____
**ANDREW MCKENNIE**

| 3.52 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.44**
☐ Schedule G, line _____
**ANDREW PLUMMER**

| 3.53 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.45**
☐ Schedule G, line _____
**ANDREW PRATT**

| 3.54 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.46**
☐ Schedule G, line _____
**ANDREW SMART**

| 3.55 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.47**
☐ Schedule G, line _____
**ANDREW WIRTH**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                              *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.48**
☐ Schedule G, line _____
**ANDY BURNETT**

| 3.57 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.49**
☐ Schedule G, line _____
**ANITA HUNT**

| 3.58 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.50**
☐ Schedule G, line _____
**ANNA DUDLEY**

| 3.59 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.51**
☐ Schedule G, line _____
**ANNA EVANS**

| 3.60 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.52**
☐ Schedule G, line _____
**ANNA GRIGSBY**

| 3.61 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.53**
☐ Schedule G, line _____
**ANTHONY BADARACCO**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.62 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.54**
☐ Schedule G, line _____
**ANTHONY DICESARO**

---

3.63 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.55**
☐ Schedule G, line _____
**ANTHONY GUMMERT**

---

3.64 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.56**
☐ Schedule G, line _____
**ANTHONY KNIGHT**

---

3.65 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.57**
☐ Schedule G, line _____
**ANTHONY NANNINI**

---

3.66 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.58**
☐ Schedule G, line _____
**ANTONIO GOMEZ**

---

3.67 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.59**
☐ Schedule G, line _____
**ANTONIO PEDRAZA**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

███    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.68 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.60**
☐ Schedule G, line _____
**APRIL HOUSTON**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

| 3.69 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.61**
☐ Schedule G, line _____
**ARIEL MULLIS**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

| 3.70 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.62**
☐ Schedule G, line _____
**ARIEL WATSON**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

| 3.71 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.63**
☐ Schedule G, line _____
**ARTHUR BENNERT**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

| 3.72 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.64**
☐ Schedule G, line _____
**ASHLEY JACKSON**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

| 3.73 | **Vita Pharmacy** |
|------|-------------------|
|      | Name |
|      | **2950 Thousand Oaks Dr. #25** |
|      | Number       Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.65**
☐ Schedule G, line _____
**ASHLEY NELSON**

**San Antonio**        **TX**    **78247**
City                         State    ZIP Code

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.74 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number | Street | |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.66**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**AUBREE GURULE-RYAN**

---

| 3.75 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.67**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**AUDREY WELLER**

---

| 3.76 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.68**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**AUSTIN COLLER**

---

| 3.77 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.69**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**AUTUMN SKYE LAUENER**

---

| 3.78 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.70**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**AVIANNA REIGN**

---

| 3.79 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.71**
☐ Schedule G, line _____

**San Antonio**          **TX**     **78247**
City                State    ZIP Code

**BAILEY BARNER**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | |
|---|---|---|
| 3.80 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.72** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BARNEY SEGURA** |
| 3.81 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.73** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BARRY GRESHAM** |
| 3.82 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.74** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BART HUSCHER** |
| 3.83 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.75** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BART KOONTZ** |
| 3.84 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.76** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BEALQUIN GOMEZ** |
| 3.85 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number       Street | ☑ Schedule E/F, line   **4.77** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**        **TX**     **78247** <br> City              State      ZIP Code | **BEATRYCE BRITT** |

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.86 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.78** <br> ☐ Schedule G, line _____ <br> **BEAU TITTENSOR** |
| 3.87 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.79** <br> ☐ Schedule G, line _____ <br> **BECKY MARTINELLI** |
| 3.88 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.80** <br> ☐ Schedule G, line _____ <br> **BELVIS PINKNEY** |
| 3.89 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.81** <br> ☐ Schedule G, line _____ <br> **BEN MCLELLAN** |
| 3.90 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.82** <br> ☐ Schedule G, line _____ <br> **BENJAMIN WRIGHT** |
| 3.91 | **Vita Pharmacy** <br> Name <br> **2950 Thousand Oaks Dr. #25** <br> Number     Street <br><br> **San Antonio**　　　　**TX**　　**78247** <br> City　　　　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  **4.83** <br> ☐ Schedule G, line _____ <br> **BERNARD PIENIAZEK** |

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.92 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.84**
☐ Schedule G, line _____
**BERNARD STEFEK**

| 3.93 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.85**
☐ Schedule G, line _____
**BILLY COLLARD**

| 3.94 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.86**
☐ Schedule G, line _____
**BLAINE SMITH**

| 3.95 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.87**
☐ Schedule G, line _____
**BOB HECK**

| 3.96 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.88**
☐ Schedule G, line _____
**BOBBY ARMS**

| 3.97 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                             State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.89**
☐ Schedule G, line _____
**BOBBY JONES**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.98 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.90**

☐ Schedule G, line _____

**BOBBY MCQUEEN**

| 3.99 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.91**

☐ Schedule G, line _____

**BONNIE SUPINE**

| 3.100 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.92**

☐ Schedule G, line _____

**BOYD WEAVER**

| 3.101 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.93**

☐ Schedule G, line _____

**BRAD JEROME**

| 3.102 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.94**

☐ Schedule G, line _____

**BRANDI KENNEDY**

| 3.103 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.95**

☐ Schedule G, line _____

**BRANDON CARLSON**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.104

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.96**

☐ Schedule G, line _____

**BRANDON LALMANSINGH**

---

3.105

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.97**

☐ Schedule G, line _____

**BRANDON SPRY**

---

3.106

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.98**

☐ Schedule G, line _____

**BRANDON TAYLOR**

---

3.107

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.99**

☐ Schedule G, line _____

**BRANDON VACCA**

---

3.108

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.100**

☐ Schedule G, line _____

**BRANDT KENNEDY**

---

3.109

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number         Street

_____

**San Antonio**         **TX**    **78247**
City                    State     ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.101**

☐ Schedule G, line _____

**BRENT ASHTON**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.110**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.102**
☐ Schedule G, line _____
**BRENT CORBRIDGE**

**3.111**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.103**
☐ Schedule G, line _____
**BRETT BAKER**

**3.112**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.104**
☐ Schedule G, line _____
**BRETT BENARDINO**

**3.113**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.107**
☐ Schedule G, line _____
**BRIAN SWIERC**

**3.114**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.108**
☐ Schedule G, line _____
**BRIANNA DOLAN**

**3.115**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                      State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.109**
☐ Schedule G, line _____
**BRIDENA DICKINSON**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.116
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.110**
- ☐ Schedule G, line _____

**BRIDGET BROWN**

---

3.117
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.111**
- ☐ Schedule G, line _____

**BRIGHAM CASH**

---

3.118
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.112**
- ☐ Schedule G, line _____

**BRITTANY BOWIES**

---

3.119
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.115**
- ☐ Schedule G, line _____

**BRUCE BAKER**

---

3.120
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.116**
- ☐ Schedule G, line _____

**BRUCE BRESLOW**

---

3.121
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**                     **TX**        **78247**
City                                State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.117**
- ☐ Schedule G, line _____

**BRUCE HICKS**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.122 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.118**
☐ Schedule G, line _____
**BRUCE SALOMON**

| 3.123 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.119**
☐ Schedule G, line _____
**BRUCE ST. JOHN**

| 3.124 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.120**
☐ Schedule G, line _____
**BRUCE THAMES**

| 3.125 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.122**
☐ Schedule G, line _____
**BRYAN MEJIA TURCIOS**

| 3.126 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.123**
☐ Schedule G, line _____
**BRYAN RALEY**

| 3.127 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.124**
☐ Schedule G, line _____
**BRYAN TIDWELL**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.128 | **Vita Pharmacy** |

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.125**
☐ Schedule G, line _____
**BRYAN YEE**

---

3.129    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.126**
☐ Schedule G, line _____
**BURNS WAGGENER**

---

3.130    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.128**
☐ Schedule G, line _____
**BYRON CRAGG**

---

3.131    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.129**
☐ Schedule G, line _____
**CAELAN TEAGUE**

---

3.132    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.130**
☐ Schedule G, line _____
**CAMERON BARTL**

---

3.133    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**            **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.131**
☐ Schedule G, line _____
**CAMERON PEEK**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.134
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.132**
- ☐ Schedule G, line _____
**CAMERON ZINK**

---

3.135
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.133**
- ☐ Schedule G, line _____
**CAMMIE WATKINS**

---

3.136
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.134**
- ☐ Schedule G, line _____
**CARL JORGENSEN**

---

3.137
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.135**
- ☐ Schedule G, line _____
**CARLOS ROBLES**

---

3.138
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.136**
- ☐ Schedule G, line _____
**CARLOS SALAZAR**

---

3.139
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.137**
- ☐ Schedule G, line _____
**CARLOS SOLIS**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.140**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.138**

☐ Schedule G, line _____

**CARLY PETERSON**

---

**3.141**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.139**

☐ Schedule G, line _____

**CAROL  JACKSON**

---

**3.142**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.140**

☐ Schedule G, line _____

**CAROLE HASHIMOTO**

---

**3.143**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.141**

☐ Schedule G, line _____

**CARSYN WILLIAMS**

---

**3.144**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.142**

☐ Schedule G, line _____

**CASEY FITCH**

---

**3.145**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.143**

☐ Schedule G, line _____

**CASEY OTTO**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.146

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.144**
☐ Schedule G, line _____
**CASEY QUINLAN**

---

3.147

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.145**
☐ Schedule G, line _____
**CATHERINE WINTERS**

---

3.148

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.146**
☐ Schedule G, line _____
**CATIE WEAVER**

---

3.149

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.147**
☐ Schedule G, line _____
**CECILIA HERNANDEZ**

---

3.150

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.148**
☐ Schedule G, line _____
**CESAR ROMERO**

---

3.151

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**             **TX**      **78247**
City                        State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.149**
☐ Schedule G, line _____
**CHARLES BECK**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.152**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.150**
☐ Schedule G, line _____
**CHARLES BERTRAND**

**3.153**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.151**
☐ Schedule G, line _____
**CHARLES DIAZ**

**3.154**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.152**
☐ Schedule G, line _____
**CHARLES HIGGINS**

**3.155**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.153**
☐ Schedule G, line _____
**CHARLES MARTIN**

**3.156**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.154**
☐ Schedule G, line _____
**CHARLES OWSLEY**

**3.157**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.155**
☐ Schedule G, line _____
**CHARLES RATTRAY**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.158
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.156**
☐ Schedule G, line _____
**CHARLES WILLIAMS**

3.159
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.157**
☐ Schedule G, line _____
**CHARLIE RODRIGUEZ**

3.160
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.158**
☐ Schedule G, line _____
**CHARLIE WALSH**

3.161
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.159**
☐ Schedule G, line _____
**CHLOE WENDT**

3.162
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.160**
☐ Schedule G, line _____
**CHRIS BROCE**

3.163
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.161**
☐ Schedule G, line _____
**CHRIS CLARK**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.164   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.162**
- [ ] Schedule G, line _____

**CHRIS HEINRICH**

3.165   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.163**
- [ ] Schedule G, line _____

**CHRIS MACDONALD**

3.166   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.164**
- [ ] Schedule G, line _____

**CHRIS MICHAEL**

3.167   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.165**
- [ ] Schedule G, line _____

**CHRIS MOSER**

3.168   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.166**
- [ ] Schedule G, line _____

**CHRIS O'BRIEN**

3.169   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.167**
- [ ] Schedule G, line _____

**CHRIS SHANKS**

Official Form 106H        **Schedule H: Your Codebtors**        page 29

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.170**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.168**
☐ Schedule G, line _____
**CHRISTIAN SALINAS**

---

**3.171**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.169**
☐ Schedule G, line _____
**CHRISTIAN STEPHENSON**

---

**3.172**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.170**
☐ Schedule G, line _____
**CHRISTINE HASSLER**

---

**3.173**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.171**
☐ Schedule G, line _____
**CHRISTOPHER ARCE**

---

**3.174**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.172**
☐ Schedule G, line _____
**CHRISTOPHER BRANNICK**

---

**3.175**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.173**
☐ Schedule G, line _____
**CHRISTOPHER DEGRAFF**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.176

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.174**
☐ Schedule G, line _____
**CHRISTOPHER MORRIS**

---

3.177

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.175**
☐ Schedule G, line _____
**CHRISTOPHER STUDDERT**

---

3.178

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.176**
☐ Schedule G, line _____
**CLAIRE JOHNSON**

---

3.179

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.177**
☐ Schedule G, line _____
**CLAYTON HANSEN**

---

3.180

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.178**
☐ Schedule G, line _____
**CLAYTON TODD HAMBY**

---

3.181

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**          **78247**
City                            State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.179**
☐ Schedule G, line _____
**CLEMENTE CASTILLO**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.182  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.180**
☐ Schedule G, line _____
**CLINTON WELCH**

---

3.183  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.181**
☐ Schedule G, line _____
**COBEY CROW**

---

3.184  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.182**
☐ Schedule G, line _____
**CODY BROWN**

---

3.185  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.183**
☐ Schedule G, line _____
**CODY BURKE**

---

3.186  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.184**
☐ Schedule G, line _____
**CODY SKILES**

---

3.187  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**    **78247**
City                   State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.185**
☐ Schedule G, line _____
**COLE TRIPP**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.188**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.186**
☐ Schedule G, line _____
**COLE WOOLSEY**

---

**3.189**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.187**
☐ Schedule G, line _____
**CONRAD STITSER**

---

**3.190**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____
**COREY MATHEWS**

---

**3.191**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.189**
☐ Schedule G, line _____
**CORNELIUS WIEBE**

---

**3.192**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.190**
☐ Schedule G, line _____
**CORY AUTREY**

---

**3.193**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.191**
☐ Schedule G, line _____
**CORY HENDERSON**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.194  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.192**
- [ ] Schedule G, line _____
**CORY PETTY**

---

3.195  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.193**
- [ ] Schedule G, line _____
**COURTNEY ISOM**

---

3.196  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.194**
- [ ] Schedule G, line _____
**COURTNEY LANI**

---

3.197  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.195**
- [ ] Schedule G, line _____
**CRAIG COLFER**

---

3.198  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.196**
- [ ] Schedule G, line _____
**CRAIG LEE**

---

3.199  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**         **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.197**
- [ ] Schedule G, line _____
**CRAIG MILLER**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.200
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.198**
☐ Schedule G, line _____
**CRAIG MITCHELL**

3.201
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.199**
☐ Schedule G, line _____
**CRAIG TODLOCK**

3.202
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.200**
☐ Schedule G, line _____
**CRISARA SERPA**

3.203
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.201**
☐ Schedule G, line _____
**CRYSTAL LOVATO**

3.204
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.202**
☐ Schedule G, line _____
**CURTIS BAKER**

3.205
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line    **4.203**
☐ Schedule G, line _____
**CURTIS BROADDUS**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.206**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.204**
☐ Schedule G, line _____
**CYNDI LEWIS**

**3.207**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.205**
☐ Schedule G, line _____
**CYNTHIA LEWIS**

**3.208**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.206**
☐ Schedule G, line _____
**D.J. STACEY**

**3.209**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.207**
☐ Schedule G, line _____
**DALE CLEM**

**3.210**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.208**
☐ Schedule G, line _____
**DAN BOWEN**

**3.211**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**     **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.209**
☐ Schedule G, line _____
**DAN DAVIS**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.212  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.210**
☐ Schedule G, line _____
**DAN TAPIA**

---

3.213  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.211**
☐ Schedule G, line _____
**DANELLE HAAS**

---

3.214  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.212**
☐ Schedule G, line _____
**DANI TUMBUSCH**

---

3.215  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.213**
☐ Schedule G, line _____
**DANIEL BERG**

---

3.216  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.214**
☐ Schedule G, line _____
**DANIEL KNAPP**

---

3.217  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.215**
☐ Schedule G, line _____
**DANIEL MAY**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.218**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.216**

☐ Schedule G, line _____

**DANIEL STEINMETZ**

---

**3.219**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.217**

☐ Schedule G, line _____

**DANIEL TOVAR**

---

**3.220**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.218**

☐ Schedule G, line _____

**DANIEL TRIPOLI**

---

**3.221**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.219**

☐ Schedule G, line _____

**DANIEL TRUEBA**

---

**3.222**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.220**

☐ Schedule G, line _____

**DANIELA MEDRANO**

---

**3.223**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.221**

☐ Schedule G, line _____

**DANIELLE WATSON**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.224**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.222**
☐ Schedule G, line _____
**DAREL JARAMILLO**

---

**3.225**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.223**
☐ Schedule G, line _____
**DARIEL JOHNSON**

---

**3.226**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.224**
☐ Schedule G, line _____
**DARRELL ABBOTT**

---

**3.227**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.225**
☐ Schedule G, line _____
**DARRELL KELLER**

---

**3.228**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.226**
☐ Schedule G, line _____
**DARRELL KING**

---

**3.229**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.227**
☐ Schedule G, line _____
**DARRELL SCRONCE**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.230**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.228**
☐ Schedule G, line _____
**DARYL HOLLENBACK**

---

**3.231**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.229**
☐ Schedule G, line _____
**DAVID ROBERTS**

---

**3.232**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.230**
☐ Schedule G, line _____
**DAVID ADKINS**

---

**3.233**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.231**
☐ Schedule G, line _____
**DAVID ANDREWS**

---

**3.234**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.232**
☐ Schedule G, line _____
**DAVID DANIEL**

---

**3.235**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.233**
☐ Schedule G, line _____
**DAVID DICKIE**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                           Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.236**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.234**
☐ Schedule G, line _____
**DAVID ESPOSITO**

**3.237**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.235**
☐ Schedule G, line _____
**DAVID GLORIA**

**3.238**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.236**
☐ Schedule G, line _____
**DAVID GONZALEZ**

**3.239**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.237**
☐ Schedule G, line _____
**DAVID MICHAEL GENEY**

**3.240**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.238**
☐ Schedule G, line _____
**DAVID REEVES**

**3.241**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.239**
☐ Schedule G, line _____
**DAVID ROGAN**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.242 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.240**
☐ Schedule G, line _____
**DAVID SCHNABEL**

---

3.243 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.241**
☐ Schedule G, line _____
**DAWN MESHRAM**

---

3.244 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.243**
☐ Schedule G, line _____
**DEAN ALLMAN**

---

3.245 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.244**
☐ Schedule G, line _____
**DEAN MCCLAIN**

---

3.246 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.245**
☐ Schedule G, line _____
**DEANDRA ROMERO**

---

3.247 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.246**
☐ Schedule G, line _____
**DEBORAH ABBOTT**

---

Debtor 1　**David McLennan**
Debtor 2　**Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**　　　　　　　　*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.248

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.247**
☐ Schedule G, line _____
**DEBORAH WILSON**

---

3.249

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.248**
☐ Schedule G, line _____
**DEE HORACE**

---

3.250

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.249**
☐ Schedule G, line _____
**DENA KNOLL**

---

3.251

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.250**
☐ Schedule G, line _____
**DENISE TITTLE**

---

3.252

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.251**
☐ Schedule G, line _____
**DENNIS DAVIS**

---

3.253

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　　　**TX**　　**78247**
City　　　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.252**
☐ Schedule G, line _____
**DENNIS LEE**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.254**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.253**
☐ Schedule G, line _____
**DENNIS PORTER**

---

**3.255**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.254**
☐ Schedule G, line _____
**DEOJARAE JACKSON**

---

**3.256**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.255**
☐ Schedule G, line _____
**DEREK BEENFELDT**

---

**3.257**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.256**
☐ Schedule G, line _____
**DEREK BOYDEN**

---

**3.258**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.257**
☐ Schedule G, line _____
**DEREK SEGLE**

---

**3.259**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.258**
☐ Schedule G, line _____
**DERRELL DUDLEY**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.260**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.259**
- ☐ Schedule G, line _____

**DIANA SIMS**

**3.261**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.260**
- ☐ Schedule G, line _____

**DICK (RICHARD) NAGAO**

**3.262**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.261**
- ☐ Schedule G, line _____

**DIEGO ARAMBURU**

**3.263**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.262**
- ☐ Schedule G, line _____

**DOMINIC DEPEW-LEON**

**3.264**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.263**
- ☐ Schedule G, line _____

**DON COLLINS**

**3.265**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**     **78247**
City                State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.264**
- ☐ Schedule G, line _____

**DON MCCARTY**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.266  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.265**
- [ ] Schedule G, line _____
**DON PLAYER**

3.267  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.266**
- [ ] Schedule G, line _____
**DON TAYLOR**

3.268  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.267**
- [ ] Schedule G, line _____
**DONALD KRUMWIEDE**

3.269  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.268**
- [ ] Schedule G, line _____
**DONALD PARMELLY**

3.270  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.269**
- [ ] Schedule G, line _____
**DONNIE PACHECO**

3.271  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line    **4.270**
- [ ] Schedule G, line _____
**DOUG HONEYFORD**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.272
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.271**
☐ Schedule G, line _____
**DOUG KORNBRUST**

---

3.273
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.272**
☐ Schedule G, line _____
**DOUGLAS CHRISTENSEN**

---

3.274
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.273**
☐ Schedule G, line _____
**DOUGLAS HAMMOND**

---

3.275
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.274**
☐ Schedule G, line _____
**DOUGLAS WARD**

---

3.276
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.275**
☐ Schedule G, line _____
**DOYCE LEMLEY**

---

3.277
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**    **78247**
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.276**
☐ Schedule G, line _____
**DOYLE MARRS**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.278**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.277**
☐ Schedule G, line _____
**Dr. Amanda Nylund**

**3.279**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.278**
☐ Schedule G, line _____
**Dr. Amir Nasseri**

**3.280**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.279**
☐ Schedule G, line _____
**Dr. Amir Nasseri**

**3.281**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.280**
☐ Schedule G, line _____
**Dr. Andrew Kibert**

**3.282**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.281**
☐ Schedule G, line _____
**Dr. Brian Griffin**

**3.283**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.282**
☐ Schedule G, line _____
**Dr. Christopher Keroack**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.284**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.283**
☐ Schedule G, line _____
**Dr. Dayna Monterrey**

---

**3.285**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.284**
☐ Schedule G, line _____
**Dr. Edwin Sasin**

---

**3.286**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.285**
☐ Schedule G, line _____
**Dr. Eleanor Hethcox**

---

**3.287**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.286**
☐ Schedule G, line _____
**Dr. George Ibrahim**

---

**3.288**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.287**
☐ Schedule G, line _____
**Dr. James Andry**

---

**3.289**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**       **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.288**
☐ Schedule G, line _____
**Dr. Jennifer Linhorst**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | |
|---|---|---|
| 3.290 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.289** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. Joe Feste** |
| 3.291 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.290** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. Joel Pena** |
| 3.292 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.291** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. John Dybis** |
| 3.293 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.292** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. Jose Rodriguez** |
| 3.294 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.293** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. Jose Rodriguez** |
| 3.295 | **Vita Pharmacy** <br> Name | ☐ Schedule D, line _____ |
| | **2950 Thousand Oaks Dr. #25** <br> Number      Street | ☑ Schedule E/F, line **4.294** |
| | | ☐ Schedule G, line _____ |
| | **San Antonio**          **TX**      **78247** <br> City                State      ZIP Code | **Dr. Kenneth McWilliams** |

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.296

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.295**
- ☐ Schedule G, line _____

**Dr. Kevin Hoffarth**

---

3.297

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.296**
- ☐ Schedule G, line _____

**Dr. Kevin Hoffarth**

---

3.298

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.297**
- ☐ Schedule G, line _____

**Dr. Marco Uribe**

---

3.299

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.298**
- ☐ Schedule G, line _____

**Dr. Marco Uribe**

---

3.300

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.299**
- ☐ Schedule G, line _____

**Dr. Melissa Miskell**

---

3.301

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.300**
- ☐ Schedule G, line _____

**Dr. Melissa Miskell**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.302**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.301**
☐ Schedule G, line _____
**Dr. Melissa Miskell**

---

**3.303**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.302**
☐ Schedule G, line _____
**Dr. Okey Okoli**

---

**3.304**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.303**
☐ Schedule G, line _____
**Dr. Owen Miller**

---

**3.305**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.304**
☐ Schedule G, line _____
**Dr. Pedro Quiles**

---

**3.306**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.305**
☐ Schedule G, line _____
**Dr. Russell Skinner**

---

**3.307**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.306**
☐ Schedule G, line _____
**Dr. Sherri Micone**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.308
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.307**
☐ Schedule G, line _____
**Dr. Sherri Micone**

3.309
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.308**
☐ Schedule G, line _____
**Dr. Stanley Heckrodt**

3.310
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.309**
☐ Schedule G, line _____
**Dr. Victor Fuselier**

3.311
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.310**
☐ Schedule G, line _____
**DREW JENKINS**

3.312
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.311**
☐ Schedule G, line _____
**DUSK BLANKENSHIP**

3.313
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.312**
☐ Schedule G, line _____
**DWAYNE SHIRLEY**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.314**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.313**
☐ Schedule G, line _____
**DYLAN CLUNIE**

**3.315**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.314**
☐ Schedule G, line _____
**EARL OSTRANDER**

**3.316**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.315**
☐ Schedule G, line _____
**EDDIE NAJERA SR**

**3.317**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.316**
☐ Schedule G, line _____
**EDWARD ALLAN**

**3.318**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.317**
☐ Schedule G, line _____
**EDWARD HESTER**

**3.319**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.318**
☐ Schedule G, line _____
**EDWARD KURTH**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.320**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.319**
☐ Schedule G, line _____
**EDWARD LEE**

---

**3.321**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.320**
☐ Schedule G, line _____
**EDWARD LEIGHTON**

---

**3.322**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.321**
☐ Schedule G, line _____
**EDWARD NAVA**

---

**3.323**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.322**
☐ Schedule G, line _____
**ELAINE BIANCO**

---

**3.324**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.323**
☐ Schedule G, line _____
**ELENA RAINN**

---

**3.325**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.324**
☐ Schedule G, line _____
**ELISE HATCHETT**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.326

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.325**
☐ Schedule G, line _____
**ELISE LUNA**

---

3.327

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.326**
☐ Schedule G, line _____
**ELIZA PETERSEN**

---

3.328

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.327**
☐ Schedule G, line _____
**ELIZABETH ENGELHARDT**

---

3.329

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.328**
☐ Schedule G, line _____
**ELIZABETH PORTILLO**

---

3.330

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.329**
☐ Schedule G, line _____
**ELLEN ROEHL**

---

3.331

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**        **TX**      **78247**
City                State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.330**
☐ Schedule G, line _____
**ELLIE RAMON**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.332**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.331**
- [ ] Schedule G, line _____
**ELLIE TRAVITZ**

**3.333**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.332**
- [ ] Schedule G, line _____
**ELVIN ALLEN**

**3.334**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.333**
- [ ] Schedule G, line _____
**EMERSON NELSON**

**3.335**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.334**
- [ ] Schedule G, line _____
**EMIL YANKOV**

**3.336**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.335**
- [ ] Schedule G, line _____
**EMMA CORNBOWER**

**3.337**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                    State        ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line **4.336**
- [ ] Schedule G, line _____
**EMMA ERNST**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.338**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.337**
☐ Schedule G, line _____
**EMMITT HOLLINGSHEAD**

**3.339**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.338**
☐ Schedule G, line _____
**Empire Pharmacy Consultants**

**3.340**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.339**
☐ Schedule G, line _____
**ERIA MILLER**

**3.341**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.340**
☐ Schedule G, line _____
**ERIC BEELAR**

**3.342**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.341**
☐ Schedule G, line _____
**ERIC DEAN**

**3.343**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.342**
☐ Schedule G, line _____
**ERIKA UBIAS**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.344 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.343**
☐ Schedule G, line _____
**ERIKA VELA**

| 3.345 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.344**
☐ Schedule G, line _____
**ERLINDA MARTINEZ**

| 3.346 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.345**
☐ Schedule G, line _____
**ERNESTO GONZALES**

| 3.347 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.346**
☐ Schedule G, line _____
**ERNESTO GONZALEZ**

| 3.348 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.347**
☐ Schedule G, line _____
**ERNESTO LARA**

| 3.349 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**                  **TX**        **78247**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.348**
☐ Schedule G, line _____
**EVAN BRUCE**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.350**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.349**
☐ Schedule G, line _____
**EVAN KIRKWOOD**

---

**3.351**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.350**
☐ Schedule G, line _____
**EVERLY HEARD**

---

**3.352**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.351**
☐ Schedule G, line _____
**FELI OLAVERRIA**

---

**3.353**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.352**
☐ Schedule G, line _____
**FENIX BUDD**

---

**3.354**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.353**
☐ Schedule G, line _____
**FERGYL ESTIOCO**

---

**3.355**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.354**
☐ Schedule G, line _____
**FERNANDO  CRUZ JR**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.356 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.355**
☐ Schedule G, line _____
**FERNANDO MATIAS**

| 3.357 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.356**
☐ Schedule G, line _____
**FERNANDO ORTEGA**

| 3.358 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.357**
☐ Schedule G, line _____
**FIDEL FELIX**

| 3.359 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.358**
☐ Schedule G, line _____
**FRANCIS PAWLOWS**

| 3.360 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.359**
☐ Schedule G, line _____
**FRANK COX**

| 3.361 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                     State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.360**
☐ Schedule G, line _____
**FRANK GRANIER**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.362 | **Vita Pharmacy** | | | |
|---|---|---|---|---|
| | Name | | | |
| | **2950 Thousand Oaks Dr. #25** | | | |
| | Number    Street | | | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.361**
☐ Schedule G, line _____
**FRANK HAYES**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

| 3.363 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.362**
☐ Schedule G, line _____
**FRANK LANNI**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

| 3.364 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.363**
☐ Schedule G, line _____
**FRANK LAWRENCE**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

| 3.365 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.364**
☐ Schedule G, line _____
**FRANK PICKUS**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

| 3.366 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.365**
☐ Schedule G, line _____
**FRANK ROLLO**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

| 3.367 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.366**
☐ Schedule G, line _____
**FRANK VINCENT BEAULLIEU**

**San Antonio**     **TX**     **78247**
City                State    ZIP Code

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

<table>
<tr><td>█</td><td>**Additional Page to List More Codebtors**</td></tr>
</table>

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.368

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.367**
☐ Schedule G, line _____
**FRANKIE ROBERTS**

---

3.369

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.368**
☐ Schedule G, line _____
**FRED ALEJO**

---

3.370

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.369**
☐ Schedule G, line _____
**FRED BATES**

---

3.371

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.370**
☐ Schedule G, line _____
**FRED GIRODAT**

---

3.372

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.371**
☐ Schedule G, line _____
**GABRIEL HERNANDEZ**

---

3.373

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**        **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.372**
☐ Schedule G, line _____
**GABRIEL RODRIGUEZ**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.374 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.373**
☐ Schedule G, line _____
**GABRIELA VALENZUELA**

| 3.375 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.374**
☐ Schedule G, line _____
**GABRIELLA GOVEA**

| 3.376 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.375**
☐ Schedule G, line _____
**GALDY MORA**

| 3.377 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.376**
☐ Schedule G, line _____
**GARRETT GLASS**

| 3.378 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.377**
☐ Schedule G, line _____
**GARRETT JACKSON**

| 3.379 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**           **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.378**
☐ Schedule G, line _____
**GARRETT STARK**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.380  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.379**
☐ Schedule G, line _____
**GARY ANDERSON**

---

3.381  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.380**
☐ Schedule G, line _____
**GARY BAKER**

---

3.382  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.381**
☐ Schedule G, line _____
**GARY BELL**

---

3.383  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.382**
☐ Schedule G, line _____
**GARY BETHEL**

---

3.384  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.383**
☐ Schedule G, line _____
**GARY BOUTON**

---

3.385  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.384**
☐ Schedule G, line _____
**GARY GANSERT**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.386

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.385**
☐ Schedule G, line _____
**GARY MEYER**

---

3.387

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.386**
☐ Schedule G, line _____
**GARY MILLER**

---

3.388

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.387**
☐ Schedule G, line _____
**GARY ORSAK**

---

3.389

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.388**
☐ Schedule G, line _____
**GARY VAUGHN**

---

3.390

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.389**
☐ Schedule G, line _____
**GAVIN RUBIN**

---

3.391

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.390**
☐ Schedule G, line _____
**GENE SMITH**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.392 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.391**
☐ Schedule G, line _____
**GENI LEWIS**

| 3.393 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.392**
☐ Schedule G, line _____
**GEOFFREY ROSS**

| 3.394 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.393**
☐ Schedule G, line _____
**GEORGE BARON**

| 3.395 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.394**
☐ Schedule G, line _____
**GEORGE BEST**

| 3.396 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.395**
☐ Schedule G, line _____
**GEORGE GREENE**

| 3.397 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.396**
☐ Schedule G, line _____
**GEORGE GUYNN**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.398 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.397**
☐ Schedule G, line _____
**GEORGE HENDREN**

3.399 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.398**
☐ Schedule G, line _____
**GEORGE JOSSELL**

3.400 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.399**
☐ Schedule G, line _____
**GEORGE LAMBROS**

3.401 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.400**
☐ Schedule G, line _____
**GEORGE RODARTE**

3.402 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.401**
☐ Schedule G, line _____
**GEORGE SCHOELZEL**

3.403 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                              State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.402**
☐ Schedule G, line _____
**GEORGE SHELDON**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.404 | **Vita Pharmacy** |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.403**
☐ Schedule G, line _____
**GERALD DORN**

---

| 3.405 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.404**
☐ Schedule G, line _____
**GERALD HEUMAN**

---

| 3.406 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.405**
☐ Schedule G, line _____
**GERALD LARSON**

---

| 3.407 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.406**
☐ Schedule G, line _____
**GERALD MITCHELL**

---

| 3.408 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.407**
☐ Schedule G, line _____
**GERARD MALDONADO**

---

| 3.409 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.408**
☐ Schedule G, line _____
**GIA OROSCO**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.410**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.409**
☐ Schedule G, line _____
**GIANNA RAMIREZ**

**3.411**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.410**
☐ Schedule G, line _____
**GILBERT MARTINEZ**

**3.412**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.411**
☐ Schedule G, line _____
**GINA BEAUDETTE**

**3.413**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.412**
☐ Schedule G, line _____
**GLENN CUNNINGHAM**

**3.414**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.413**
☐ Schedule G, line _____
**GLENN DEEMER**

**3.415**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.414**
☐ Schedule G, line _____
**GLENN HOWELL**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.416 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.415**
- ☐ Schedule G, line _____
**GORDON MCCLEARY**

3.417 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.416**
- ☐ Schedule G, line _____
**GREG SAWYER**

3.418 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.417**
- ☐ Schedule G, line _____
**GREG SCOTT**

3.419 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.418**
- ☐ Schedule G, line _____
**GREGORY HUGHES**

3.420 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.419**
- ☐ Schedule G, line _____
**GREGORY LEDER**

3.421 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.420**
- ☐ Schedule G, line _____
**GREGORY TRIMBLE**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.422**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.421**
☐ Schedule G, line _____
**GUILLERMO TORRES**

---

**3.423**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.422**
☐ Schedule G, line _____
**GUILLERMO ZAVALA**

---

**3.424**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.423**
☐ Schedule G, line _____
**GUY GANSERT**

---

**3.425**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.424**
☐ Schedule G, line _____
**HALEY MOSES**

---

**3.426**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.425**
☐ Schedule G, line _____
**HAROLD MOORE**

---

**3.427**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.426**
☐ Schedule G, line _____
**HAROLD WATKINS**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.428

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.427**
☐ Schedule G, line _____
**HARRELL BANKS**

---

3.429

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.428**
☐ Schedule G, line _____
**HENRY BEVIL**

---

3.430

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.429**
☐ Schedule G, line _____
**HENRY KOSTER**

---

3.431

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.430**
☐ Schedule G, line _____
**HILARIO GURROLA**

---

3.432

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.431**
☐ Schedule G, line _____
**HOLLIE ENDSLEIGH**

---

3.433

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.432**
☐ Schedule G, line _____
**HOWARD GOINGS**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.434 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.433**
☐ Schedule G, line _____
**HUMBERTO NAPOLES**

---

3.435 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.434**
☐ Schedule G, line _____
**HUMBERTO SANCHEZ**

---

3.436 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.435**
☐ Schedule G, line _____
**IAN HUDSPETH**

---

3.437 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.436**
☐ Schedule G, line _____
**IAN SATTERFIELD**

---

3.438 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.437**
☐ Schedule G, line _____
**ISAAC GOMEZ**

---

3.439 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**         **TX**     **78247**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.438**
☐ Schedule G, line _____
**IZZY CERVANTES**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.440
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.439**
☐ Schedule G, line _____
**JACK FIELDER**

---

3.441
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.440**
☐ Schedule G, line _____
**JACK FREEMAN**

---

3.442
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.441**
☐ Schedule G, line _____
**JACK PETERSON**

---

3.443
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.442**
☐ Schedule G, line _____
**JACQUELINE SOSA**

---

3.444
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.443**
☐ Schedule G, line _____
**JADE KHAN**

---

3.445
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.444**
☐ Schedule G, line _____
**JAIME SALAZAR**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.446 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.445**
☐ Schedule G, line _____
**JAMES ALBRECHT**

| 3.447 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.446**
☐ Schedule G, line _____
**JAMES COLATORTI**

| 3.448 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.447**
☐ Schedule G, line _____
**JAMES DIRKS**

| 3.449 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.448**
☐ Schedule G, line _____
**JAMES FIELDS**

| 3.450 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.449**
☐ Schedule G, line _____
**JAMES LUFFMAN JR.**

| 3.451 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.450**
☐ Schedule G, line _____
**JAMES MARTIN**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.452   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.451**
☐ Schedule G, line _____
**JAMES MCCONOGHY**

---

3.453   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.452**
☐ Schedule G, line _____
**JAMES NISBETT**

---

3.454   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.453**
☐ Schedule G, line _____
**JAMES NOLAND**

---

3.455   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.454**
☐ Schedule G, line _____
**JAMES OBENSHAIN**

---

3.456   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.455**
☐ Schedule G, line _____
**JAMES SALLEY**

---

3.457   **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                            State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.456**
☐ Schedule G, line _____
**JAMES STILWELL**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.458**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.457**

☐ Schedule G, line _____

**JAMES VAN LANDINGHAM**

---

**3.459**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.458**

☐ Schedule G, line _____

**JAMES VANDERVERT**

---

**3.460**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.459**

☐ Schedule G, line _____

**JAMES WOESNER**

---

**3.461**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.460**

☐ Schedule G, line _____

**JAMEY NALEZINEK**

---

**3.462**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.461**

☐ Schedule G, line _____

**JAMI COX**

---

**3.463**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                      State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.462**

☐ Schedule G, line _____

**JAMIE LAUGHTON**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.464    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.463**
☐ Schedule G, line _____
**JANICE LIVINGSTON**

---

3.465    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.464**
☐ Schedule G, line _____
**JARED HARMON**

---

3.466    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.465**
☐ Schedule G, line _____
**JARIEL CASTILLO**

---

3.467    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.466**
☐ Schedule G, line _____
**JARRED TREVINO**

---

3.468    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.467**
☐ Schedule G, line _____
**JASON GURR**

---

3.469    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.468**
☐ Schedule G, line _____
**JASON JOHNSTON**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.470
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.469**
☐ Schedule G, line _____
**JASON MILLER**

---

3.471
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.470**
☐ Schedule G, line _____
**JASON SAMBRANO**

---

3.472
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.471**
☐ Schedule G, line _____
**JASON WINTERTON**

---

3.473
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.472**
☐ Schedule G, line _____
**JAY FORSYTHE**

---

3.474
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.473**
☐ Schedule G, line _____
**JAY LEVINE**

---

3.475
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.474**
☐ Schedule G, line _____
**JD DRAKULICH**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.476**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.475**
☐ Schedule G, line _____
**JEANETTE LEWIS-MAXEY**

---

**3.477**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.476**
☐ Schedule G, line _____
**JEANNINE PASSAS**

---

**3.478**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.477**
☐ Schedule G, line _____
**JEFF BAIR**

---

**3.479**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.478**
☐ Schedule G, line _____
**JEFF CARR**

---

**3.480**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.479**
☐ Schedule G, line _____
**JEFF DINTELMAN**

---

**3.481**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.480**
☐ Schedule G, line _____
**JEFF HERRICK**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.482

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.481**
☐ Schedule G, line _____
**JEFF ORNBURG**

---

3.483

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.482**
☐ Schedule G, line _____
**JEFF TUPA**

---

3.484

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.483**
☐ Schedule G, line _____
**JEFF WARD**

---

3.485

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.484**
☐ Schedule G, line _____
**JEFF WILLIAMS**

---

3.486

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.485**
☐ Schedule G, line _____
**JEFFERY BICKLEY**

---

3.487

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.486**
☐ Schedule G, line _____
**JEFFERY GORDON**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.488
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.487**
☐ Schedule G, line _____
**JEFFREY BORDOK**

---

3.489
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.488**
☐ Schedule G, line _____
**JEFFREY DAVENPORT**

---

3.490
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.489**
☐ Schedule G, line _____
**JEFFREY GARNER**

---

3.491
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.490**
☐ Schedule G, line _____
**JEFFREY HAGEDORN**

---

3.492
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.491**
☐ Schedule G, line _____
**JENILEE LUJAN**

---

3.493
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**           **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.492**
☐ Schedule G, line _____
**JENNIFER GONZALES**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.494
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.493**
☐ Schedule G, line _____
**JENNIFER NAGELE**

---

3.495
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☑ Schedule D, line   **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Jeremiah Jason Huff**

---

3.496
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.494**
☐ Schedule G, line _____
**JEREMY BROWN**

---

3.497
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.495**
☐ Schedule G, line _____
**JEREMY BURRITT**

---

3.498
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.496**
☐ Schedule G, line _____
**JEREMY RHODES**

---

3.499
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.497**
☐ Schedule G, line _____
**JERRY DIMAGGIO**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.50C
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.498**
☐ Schedule G, line _____
**JERRY ESTRADA**

3.501
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.499**
☐ Schedule G, line _____
**JERRY JONES**

3.502
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.500**
☐ Schedule G, line _____
**JERRY WILLIAMS**

3.503
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.501**
☐ Schedule G, line _____
**JESS JOHNSON**

3.504
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.502**
☐ Schedule G, line _____
**JESSALYN JANSEN**

3.505
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.503**
☐ Schedule G, line _____
**JESSE AVALOS JR**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**
*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.506

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.504**
☐ Schedule G, line _____
**JESSE MARTIN**

---

3.507

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.505**
☐ Schedule G, line _____
**JESSE VANCROMPHAUT**

---

3.508

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.506**
☐ Schedule G, line _____
**JESSICA COLPITT**

---

3.509

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.507**
☐ Schedule G, line _____
**JESSICA COOPER**

---

3.510

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.508**
☐ Schedule G, line _____
**JESSICA HAWKINS-KIMMEL**

---

3.511

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.509**
☐ Schedule G, line _____
**JESSICA HERNANDEZ**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.512**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.510**
☐ Schedule G, line _____
**JESSICA NOWLIN**

---

**3.513**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.511**
☐ Schedule G, line _____
**JESSICA SMART**

---

**3.514**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.512**
☐ Schedule G, line _____
**JESSICA ZHIVOTOVSKY**

---

**3.515**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.513**
☐ Schedule G, line _____
**JESSIE WALKER**

---

**3.516**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.514**
☐ Schedule G, line _____
**JESUS JURADO**

---

**3.517**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.515**
☐ Schedule G, line _____
**JESUS TARANGO**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.518**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.516**
☐ Schedule G, line _____
**JEWELS GOMEZ**

---

**3.519**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.517**
☐ Schedule G, line _____
**JIM GRAY**

---

**3.520**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.518**
☐ Schedule G, line _____
**JIM LAUGHTON**

---

**3.521**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.519**
☐ Schedule G, line _____
**JIM ROWE**

---

**3.522**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.520**
☐ Schedule G, line _____
**JIMMY GORDON**

---

**3.523**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.521**
☐ Schedule G, line _____
**JIMMY KELLY**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.524**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.522**
☐ Schedule G, line _____
**JOAN TAYLOR**

---

**3.525**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.523**
☐ Schedule G, line _____
**JOE ANZIANO**

---

**3.526**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.524**
☐ Schedule G, line _____
**JOE CARDINALE**

---

**3.527**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.525**
☐ Schedule G, line _____
**JOE CHOTE**

---

**3.528**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.526**
☐ Schedule G, line _____
**JOE DEGEROLAMI**

---

**3.529**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**              **TX**       **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.527**
☐ Schedule G, line _____
**JOE HESTER**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.530**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.528**
☐ Schedule G, line _____
**JOE MARTIN**

---

**3.531**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.529**
☐ Schedule G, line _____
**JOE SARRATT**

---

**3.532**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.530**
☐ Schedule G, line _____
**JOEL MARTINEZ**

---

**3.533**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.531**
☐ Schedule G, line _____
**JOELLE  SALATERSKI**

---

**3.534**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.532**
☐ Schedule G, line _____
**JOHN ""WALT"" OWENS**

---

**3.535**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**          **TX**      **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.533**
☐ Schedule G, line _____
**JOHN ANTORINO**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.536

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.534**
☐ Schedule G, line _____
**JOHN DONOGHUE**

---

3.537

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.535**
☐ Schedule G, line _____
**JOHN EUBANKS**

---

3.538

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.536**
☐ Schedule G, line _____
**JOHN GRAVES**

---

3.539

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.537**
☐ Schedule G, line _____
**JOHN GRUCHACZ**

---

3.540

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.538**
☐ Schedule G, line _____
**JOHN HOLLINSHEAD**

---

3.541

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**     **78247**
City                        State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.539**
☐ Schedule G, line _____
**JOHN LUELLEN**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.542**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.540**
☐ Schedule G, line _____
**JOHN MASON**

---

**3.543**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.541**
☐ Schedule G, line _____
**JOHN NICHOLS**

---

**3.544**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.542**
☐ Schedule G, line _____
**JOHN NORTON**

---

**3.545**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.543**
☐ Schedule G, line _____
**JOHN POUTRA**

---

**3.546**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.544**
☐ Schedule G, line _____
**JOHN RENKER**

---

**3.547**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.545**
☐ Schedule G, line _____
**JOHN SACIA**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**  

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.548**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.546**
☐ Schedule G, line _____
**JOHN SANTOR**

---

**3.549**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.547**
☐ Schedule G, line _____
**JOHN SILVAROLI**

---

**3.550**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.548**
☐ Schedule G, line _____
**JOHN SMITH**

---

**3.551**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.549**
☐ Schedule G, line _____
**JOHN SOLARI**

---

**3.552**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.550**
☐ Schedule G, line _____
**JOHN STANKO**

---

**3.553**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**         **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.551**
☐ Schedule G, line _____
**JOHN STIEBER**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.554

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.552**
☐ Schedule G, line _____
**JOHN WILLIAMS**

---

3.555

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.553**
☐ Schedule G, line _____
**JOHN WOESSNER**

---

3.556

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.554**
☐ Schedule G, line _____
**JOHNNY POWERS**

---

3.557

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.555**
☐ Schedule G, line _____
**JOHNNY TURNER**

---

3.558

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.556**
☐ Schedule G, line _____
**JON YAPLE**

---

3.559

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.557**
☐ Schedule G, line _____
**JONATHAN HURST**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.560**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.558**
☐ Schedule G, line _____
**JONATHAN JOSEPH**

---

**3.561**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.559**
☐ Schedule G, line _____
**JONATHAN KENNEDY**

---

**3.562**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.560**
☐ Schedule G, line _____
**JORDAN VERA**

---

**3.563**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.561**
☐ Schedule G, line _____
**JORGE ROJAS**

---

**3.564**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.562**
☐ Schedule G, line _____
**JOSE ALVAREZ**

---

**3.565**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**        **78247**
City                      State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.563**
☐ Schedule G, line _____
**JOSE SALAZAR**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.566 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.564**
☐ Schedule G, line _____
**JOSEPH  EDWARDS**

3.567 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.565**
☐ Schedule G, line _____
**JOSEPH ANDING**

3.568 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.566**
☐ Schedule G, line _____
**JOSEPH BECK**

3.569 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.567**
☐ Schedule G, line _____
**JOSEPH BOYLE**

3.570 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.568**
☐ Schedule G, line _____
**JOSEPH PERRY**

3.571 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.569**
☐ Schedule G, line _____
**JOSEPH POLLARD**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.572
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.570**
☐ Schedule G, line _____
**JOSEPH TORTORELLO**

---

3.573
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.571**
☐ Schedule G, line _____
**JOSH LUBLINER**

---

3.574
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.572**
☐ Schedule G, line _____
**JOSHUA GINDELE**

---

3.575
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.573**
☐ Schedule G, line _____
**JOSHUA NIXON**

---

3.576
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.574**
☐ Schedule G, line _____
**JOSHUA THOMSON**

---

3.577
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.575**
☐ Schedule G, line _____
**JOURNEY DAVIS**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.578**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.576**
☐ Schedule G, line _____
**JUAN GONZALEZ**

**3.579**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.577**
☐ Schedule G, line _____
**JULEE HUFF**

**3.580**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.578**
☐ Schedule G, line _____
**JULIAN LARRY**

**3.581**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.579**
☐ Schedule G, line _____
**JULIE MUNCY**

**3.582**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.580**
☐ Schedule G, line _____
**JULIE TALBERT**

**3.583**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                         State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.581**
☐ Schedule G, line _____
**JUNE STENZEL**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.584

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.582**
☐ Schedule G, line _____
**JUSTIN BRADLEY**

---

3.585

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.583**
☐ Schedule G, line _____
**JUSTIN ROPER**

---

3.586

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.584**
☐ Schedule G, line _____
**JUVENTINO GUERRA**

---

3.587

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.585**
☐ Schedule G, line _____
**KAIA PALESE WESTERLIND**

---

3.588

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.586**
☐ Schedule G, line _____
**KARA ZOR EL FIELDS**

---

3.589

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.587**
☐ Schedule G, line _____
**KAREN HUNSTABLE**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.590**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.588**
☐ Schedule G, line _____
**KARLA TELLEZ**

**3.591**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.589**
☐ Schedule G, line _____
**KARLIE BOBIAN**

**3.592**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.590**
☐ Schedule G, line _____
**KASEY JOHNSON**

**3.593**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.591**
☐ Schedule G, line _____
**KATHERINE REGIS**

**3.594**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.592**
☐ Schedule G, line _____
**KATHY CLARK**

**3.595**
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.593**
☐ Schedule G, line _____
**KATIE DEHOYOS**

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.596

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.594**
☐ Schedule G, line _____
**KATIE LOCKHART**

---

3.597

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.595**
☐ Schedule G, line _____
**KAY FERGUSON**

---

3.598

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.596**
☐ Schedule G, line _____
**KAYLEE SENN**

---

3.599

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.597**
☐ Schedule G, line _____
**KELLI LINES**

---

3.600

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.598**
☐ Schedule G, line _____
**KELLY GUPTON**

---

3.601

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.599**
☐ Schedule G, line _____
**KELLY NELSON**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.602 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.600**
- ☐ Schedule G, line _____
**KELLY WISNER**

| 3.603 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.601**
- ☐ Schedule G, line _____
**KEN BRAGG**

| 3.604 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.602**
- ☐ Schedule G, line _____
**KENDRA DAVIS**

| 3.605 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.603**
- ☐ Schedule G, line _____
**KENNETH BRUCE**

| 3.606 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.604**
- ☐ Schedule G, line _____
**KENNETH CARTWRIGHT**

| 3.607 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                       State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.605**
- ☐ Schedule G, line _____
**KENNETH CHILDRESS**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.608**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.606**
☐ Schedule G, line _____
**KENNETH GARRISON**

---

**3.609**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.607**
☐ Schedule G, line _____
**KENNETH KLANICA**

---

**3.610**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.608**
☐ Schedule G, line _____
**KENNETH STARK**

---

**3.611**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.609**
☐ Schedule G, line _____
**KENT ASHERFELTER**

---

**3.612**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.610**
☐ Schedule G, line _____
**KENT SADLER**

---

**3.613**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.611**
☐ Schedule G, line _____
**KERRY KUKLEWSKI**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number *(if known)* _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.614    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.612**
- ☐ Schedule G, line _____
**KEVIN BERTONNEAU**

3.615    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.613**
- ☐ Schedule G, line _____
**KEVIN CLOONAN**

3.616    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.614**
- ☐ Schedule G, line _____
**KEVIN DARBY**

3.617    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.615**
- ☐ Schedule G, line _____
**KEVIN GUSTAFSON**

3.618    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.616**
- ☐ Schedule G, line _____
**KEVIN HENDRIX**

3.619    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**          **TX**    **78247**
City                     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.617**
- ☐ Schedule G, line _____
**KEVIN HENSCHEID**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.620 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.618**
☐ Schedule G, line _____
**KEVIN JOHNSON**

| | |
|---|---|
| 3.621 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.619**
☐ Schedule G, line _____
**KEVIN MILES**

| | |
|---|---|
| 3.622 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.620**
☐ Schedule G, line _____
**KEVIN MORRISON**

| | |
|---|---|
| 3.623 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.621**
☐ Schedule G, line _____
**KEVIN PINKNEY**

| | |
|---|---|
| 3.624 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.622**
☐ Schedule G, line _____
**KIAN HAGHGOO**

| | |
|---|---|
| 3.625 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number      Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City                    State       ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.623**
☐ Schedule G, line _____
**KIM BELLAH**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.626

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.624**
☐ Schedule G, line _____
**KIMBERLY HERNANDEZ**

---

3.627

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.625**
☐ Schedule G, line _____
**KIMBERLY MAUCH**

---

3.628

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.626**
☐ Schedule G, line _____
**KIMBERLY OSHEA**

---

3.629

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.627**
☐ Schedule G, line _____
**KIRK FRANKE**

---

3.630

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.628**
☐ Schedule G, line _____
**KOKO BEAUDION**

---

3.631

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.629**
☐ Schedule G, line _____
**KRAIG KNOLL**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.632
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.630**
☐ Schedule G, line _____
**KRISTIN HESTDALEN**

---

3.633
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.631**
☐ Schedule G, line _____
**KRYSTIN GARZA**

---

3.634
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.632**
☐ Schedule G, line _____
**KRYTHE ELAINE BRYAN ARENSMAN**

---

3.635
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.633**
☐ Schedule G, line _____
**KURT JENSEN**

---

3.636
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.634**
☐ Schedule G, line _____
**KURTIS OAKLEY**

---

3.637
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.635**
☐ Schedule G, line _____
**KYLE BRIGGS**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.638**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.636**

☐ Schedule G, line _____

**KYLE DIXON**

---

**3.639**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.637**

☐ Schedule G, line _____

**KYLE GARDELLA**

---

**3.640**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.638**

☐ Schedule G, line _____

**KYLE JONES**

---

**3.641**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.639**

☐ Schedule G, line _____

**KYM KOCH-THOMPSON**

---

**3.642**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.640**

☐ Schedule G, line _____

**LANA FOLTZ**

---

**3.643**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**                **TX**        **78247**
City                           State       ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.641**

☐ Schedule G, line _____

**LARRY CHASTAIN**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.644 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.642**
☐ Schedule G, line _____
**LARRY GILBERT**

---

3.645 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.643**
☐ Schedule G, line _____
**LARRY MCCLISH**

---

3.646 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.644**
☐ Schedule G, line _____
**LARRY WOLTER**

---

3.647 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.645**
☐ Schedule G, line _____
**LAUREN GORE**

---

3.648 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.646**
☐ Schedule G, line _____
**LAUREN JOSEPH**

---

3.649 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**        **TX**       **78247**
City                   State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.647**
☐ Schedule G, line _____
**LAUREN THOMAS-BREWATER**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.650 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.648**

☐ Schedule G, line _____

**LAWRENCE HARVAZINSKI**

| 3.651 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.649**

☐ Schedule G, line _____

**LAWRENCE JORDAN**

| 3.652 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.650**

☐ Schedule G, line _____

**LEANN SCHMIDT**

| 3.653 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.651**

☐ Schedule G, line _____

**LEANNE MASTERS**

| 3.654 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.652**

☐ Schedule G, line _____

**LEE NIICHEL**

| 3.655 | **Vita Pharmacy** | | |
|---|---|---|---|
| | Name | | |
| | **2950 Thousand Oaks Dr. #25** | | |
| | Number        Street | | |
| | **San Antonio** | **TX** | **78247** |
| | City | State | ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.653**

☐ Schedule G, line _____

**LEONARD DEAL**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | |
|---|---|
| ▐ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.656

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.654**

☐ Schedule G, line _____

**LEONARDO CORTEZ**

---

3.657

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.655**

☐ Schedule G, line _____

**LEWIS HEYE**

---

3.658

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.656**

☐ Schedule G, line _____

**LIBERTY EAVES**

---

3.659

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.657**

☐ Schedule G, line _____

**LILITH COSTO**

---

3.660

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.658**

☐ Schedule G, line _____

**LILITH LILITH**

---

3.661

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.659**

☐ Schedule G, line _____

**LILITH SAVELL**

---

Official Form 106H          **Schedule H: Your Codebtors**          page 111

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.662**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.660**
☐ Schedule G, line _____
**LILY NIETO**

**3.663**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.661**
☐ Schedule G, line _____
**LINDA HANSEN**

**3.664**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.662**
☐ Schedule G, line _____
**LINDSEY HARMON**

**3.665**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.663**
☐ Schedule G, line _____
**LISA MUELLER**

**3.666**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.664**
☐ Schedule G, line _____
**LISSA VILLONE**

**3.667**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.665**
☐ Schedule G, line _____
**Live Oak Bank**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.668

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.666**
☐ Schedule G, line _____
**LLOYD LITTLE**

---

3.669

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.667**
☐ Schedule G, line _____
**LOGAN JARAMILLO**

---

3.670

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.668**
☐ Schedule G, line _____
**LONI MAYO**

---

3.671

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.669**
☐ Schedule G, line _____
**LONNIE MASON**

---

3.672

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.670**
☐ Schedule G, line _____
**LORENZO MARTINEZ**

---

3.673

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                     State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.671**
☐ Schedule G, line _____
**LORIE GREEN**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.674**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.672**
☐ Schedule G, line _____
**LORRAINE HOWARD**

**3.675**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.673**
☐ Schedule G, line _____
**LOUIS GREUBEL**

**3.676**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☑ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Louis Wenzel**

**3.677**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.674**
☐ Schedule G, line _____
**LUCAS ARCINIEGA**

**3.678**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.675**
☐ Schedule G, line _____
**LUCY DIAZ**

**3.679**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.676**
☐ Schedule G, line _____
**LUCY ORGERON**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.680**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.677**
☐ Schedule G, line _____

**LUKAS KRAFT**

---

**3.681**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.678**
☐ Schedule G, line _____

**LUKE RILEY**

---

**3.682**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.679**
☐ Schedule G, line _____

**LUNA  WHITELAW**

---

**3.683**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.680**
☐ Schedule G, line _____

**LYNNE PUNDT**

---

**3.684**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.681**
☐ Schedule G, line _____

**MADISON CAMPOS**

---

**3.685**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**      **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.682**
☐ Schedule G, line _____

**MAHMOUD ABO ELENEN**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.686**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.683**
☐ Schedule G, line _____
**MALORIE FENNELL**

**3.687**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.684**
☐ Schedule G, line _____
**MARCOS RIVERA**

**3.688**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.685**
☐ Schedule G, line _____
**MARCOS SANTIAGO**

**3.689**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.686**
☐ Schedule G, line _____
**MAREN SPEAKMAN**

**3.690**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.687**
☐ Schedule G, line _____
**MARIA GLANZMANN**

**3.691**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.688**
☐ Schedule G, line _____
**MARIA PADILLA**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.692
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.689**
- ☐ Schedule G, line _____

**MARIA RAMOS**

3.693
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.690**
- ☐ Schedule G, line _____

**MARIA STOUPAS**

3.694
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.691**
- ☐ Schedule G, line _____

**MARIAH MARTINEZ**

3.695
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.692**
- ☐ Schedule G, line _____

**MARIALICE GALT**

3.696
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.693**
- ☐ Schedule G, line _____

**MARICELA TREVINO**

3.697
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.694**
- ☐ Schedule G, line _____

**MARIO QUINTANA**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.698 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.695**
☐ Schedule G, line _____
**MARISOL LIBKE**

---

3.699 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.696**
☐ Schedule G, line _____
**MARK BRENNER**

---

3.700 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.697**
☐ Schedule G, line _____
**MARK BROWN**

---

3.701 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.698**
☐ Schedule G, line _____
**MARK DEGUTIS**

---

3.702 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.699**
☐ Schedule G, line _____
**MARK EIDSON**

---

3.703 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.700**
☐ Schedule G, line _____
**MARK EVANSON**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.704 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.701**

☐ Schedule G, line _____

**MARK MOLLENKOPF**

| 3.705 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.702**

☐ Schedule G, line _____

**MARK SCHUMACHER**

| 3.706 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.703**

☐ Schedule G, line _____

**MARK STOKES**

| 3.707 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.704**

☐ Schedule G, line _____

**MARK STRAUTZ**

| 3.708 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.705**

☐ Schedule G, line _____

**MARK SUSEN**

| 3.709 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**          **TX**      **78247**
City                    State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.706**

☐ Schedule G, line _____

**MARK TERRY**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                        Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**                          Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.710 | **Vita Pharmacy** | | |
|---|---|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.707**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MARK THIERMAN**

| 3.711 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.708**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MARTHA ZAMUDIO**

| 3.712 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.709**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MARY ANN PRATHER**

| 3.713 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.710**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MARY DUFFY**

| 3.714 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.711**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MARY NELSON**

| 3.715 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number          Street

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.712**
☐ Schedule G, line _____

**San Antonio**            **TX**        **78247**
City                            State        ZIP Code

**MATHEW MARTIN**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.716
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.713**
☐ Schedule G, line _____
**MATT ADDISON**

---

3.717
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.714**
☐ Schedule G, line _____
**MATT HAMILTON**

---

3.718
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.715**
☐ Schedule G, line _____
**MATT TURVILLE**

---

3.719
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.716**
☐ Schedule G, line _____
**MATTHEW KRUSE**

---

3.720
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.717**
☐ Schedule G, line _____
**MATTHEW LINDELL**

---

3.721
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.718**
☐ Schedule G, line _____
**MATTHEW MCAULIFFE**

---

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                 *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.722   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.719**
☐ Schedule G, line _____
**MATTHEW SMITH**

---

3.723   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.720**
☐ Schedule G, line _____
**MATTHEW TETREAULT**

---

3.724   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.721**
☐ Schedule G, line _____
**MATTHEW THOMAS**

---

3.725   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.722**
☐ Schedule G, line _____
**MAX PETERS**

---

3.726   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.723**
☐ Schedule G, line _____
**MCCORMICK BRUBAKER**

---

3.727   **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.724**
☐ Schedule G, line _____
**MEDERDO PEREZ**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.728**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.725**
☐ Schedule G, line _____
**MEGHAN FAIRBANKS**

---

**3.729**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.726**
☐ Schedule G, line _____
**MELISSA BRUCE**

---

**3.730**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.727**
☐ Schedule G, line _____
**MERCEDES AGUILAR**

---

**3.731**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.728**
☐ Schedule G, line _____
**MEREDITH BANASIAK**

---

**3.732**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.729**
☐ Schedule G, line _____
**MIA WYTH**

---

**3.733**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.730**
☐ Schedule G, line _____
**MICAH HORTON**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.734 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.731**
☐ Schedule G, line _____
**MICAH LEWIS**

| 3.735 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.732**
☐ Schedule G, line _____
**MICAH YEATES**

| 3.736 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.733**
☐ Schedule G, line _____
**MICHAEL BEGGS**

| 3.737 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.734**
☐ Schedule G, line _____
**MICHAEL BELISLE**

| 3.738 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.735**
☐ Schedule G, line _____
**MICHAEL BEUTEL JR**

| 3.739 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number    Street |
| | **San Antonio**    **TX**    **78247** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.736**
☐ Schedule G, line _____
**MICHAEL CANNON**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number *(if known)* _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.740**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.737**
☐ Schedule G, line _____
**MICHAEL FOLIN**

**3.741**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.738**
☐ Schedule G, line _____
**MICHAEL GRETSCHEL**

**3.742**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.739**
☐ Schedule G, line _____
**MICHAEL GUIDARA**

**3.743**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.740**
☐ Schedule G, line _____
**MICHAEL HAYES**

**3.744**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.741**
☐ Schedule G, line _____
**MICHAEL HOY**

**3.745**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.742**
☐ Schedule G, line _____
**MICHAEL JAURON**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.746**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.743**
☐ Schedule G, line _____
**MICHAEL KEIFE**

---

**3.747**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.744**
☐ Schedule G, line _____
**MICHAEL KUCHAREK**

---

**3.748**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.745**
☐ Schedule G, line _____
**MICHAEL MENDENHALL**

---

**3.749**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.746**
☐ Schedule G, line _____
**MICHAEL NEVIS**

---

**3.750**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.747**
☐ Schedule G, line _____
**MICHAEL OLIVAS**

---

**3.751**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.748**
☐ Schedule G, line _____
**MICHAEL PARKER**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.752**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.749**
☐ Schedule G, line _____
**MICHAEL PENA**

---

**3.753**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.750**
☐ Schedule G, line _____
**MICHAEL RAYBURN**

---

**3.754**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.751**
☐ Schedule G, line _____
**MICHAEL RORICK**

---

**3.755**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.752**
☐ Schedule G, line _____
**MICHAEL SAWTELL**

---

**3.756**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.753**
☐ Schedule G, line _____
**MICHAEL SCHUMACHER**

---

**3.757**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number       Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.754**
☐ Schedule G, line _____
**MICHAEL SMITH**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.758 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.755**
☐ Schedule G, line _____
**MICHAEL STRAIT**

| 3.759 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.756**
☐ Schedule G, line _____
**MICHAEL WHITNEY**

| 3.760 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.757**
☐ Schedule G, line _____
**MICHAEL WIBLE**

| 3.761 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.758**
☐ Schedule G, line _____
**MICHEAL SENA**

| 3.762 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.759**
☐ Schedule G, line _____
**MICHELLE JACOBS**

| 3.763 | **Vita Pharmacy** | |
|---|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.760**
☐ Schedule G, line _____
**MICHELLE MILLER**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.764  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.761**
☐ Schedule G, line _____
**MIGUEL RAMIREZ**

---

3.765  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.762**
☐ Schedule G, line _____
**MIKE BLARICOM**

---

3.766  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.763**
☐ Schedule G, line _____
**MIKE COOK**

---

3.767  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.764**
☐ Schedule G, line _____
**MIKE HARRIS**

---

3.768  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.765**
☐ Schedule G, line _____
**MIKE MANIT**

---

3.769  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**          **TX**       **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.766**
☐ Schedule G, line _____
**MIKE MCCLOUD**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.770 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.767**
☐ Schedule G, line _____
**MIKE POPEJOY**

3.771 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.768**
☐ Schedule G, line _____
**MIKE SHARPE**

3.772 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.769**
☐ Schedule G, line _____
**MIKE THOMPSON**

3.773 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.770**
☐ Schedule G, line _____
**MIKE VAN BLARICOM**

3.774 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.771**
☐ Schedule G, line _____
**MILLARD (NEIL) DUXBURY**

3.775 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.772**
☐ Schedule G, line _____
**MILO MURRAY**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.776**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.773**
☐ Schedule G, line _____
**MIRANDA MILLER**

---

**3.777**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.774**
☐ Schedule G, line _____
**MITCHELL EDMONDS**

---

**3.778**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.775**
☐ Schedule G, line _____
**MOISES HERNANDEZ**

---

**3.779**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.776**
☐ Schedule G, line _____
**MONIKA COULSON**

---

**3.780**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.777**
☐ Schedule G, line _____
**MONROE ""JON"" BIBB**

---

**3.781**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.778**
☐ Schedule G, line _____
**MONTEGOMERY BREWER**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.782 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.779**
- ☐ Schedule G, line _____

**MORGAN GROVES**

| 3.783 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.780**
- ☐ Schedule G, line _____

**MORGEN MARTIN**

| 3.784 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.781**
- ☐ Schedule G, line _____

**MUZIBAR KHAN**

| 3.785 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.782**
- ☐ Schedule G, line _____

**MYLES FOUTZ**

| 3.786 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.783**
- ☐ Schedule G, line _____

**MYRA MURILLO**

| 3.787 | **Vita Pharmacy** |
|---|---|
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number        Street |
| | |
| | **San Antonio**      **TX**      **78247** |
| | City                State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.784**
- ☐ Schedule G, line _____

**NADINE CLARK**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.788 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.785**
☐ Schedule G, line _____
**NAIF KANAN**

---

3.789 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.786**
☐ Schedule G, line _____
**NANCY STOLTZ**

---

3.790 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.787**
☐ Schedule G, line _____
**NATALIE DREW**

---

3.791 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.788**
☐ Schedule G, line _____
**NATHAN LEWIS**

---

3.792 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.789**
☐ Schedule G, line _____
**NATHAN MACHA**

---

3.793 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.790**
☐ Schedule G, line _____
**NEEMAN ELCHURAFA**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.794

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.791**
☐ Schedule G, line _____
**NEIL PARMER**

---

3.795

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.792**
☐ Schedule G, line _____
**NICHOLAS KEA**

---

3.796

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.793**
☐ Schedule G, line _____
**NICHOLAS VILLARREAL**

---

3.797

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.794**
☐ Schedule G, line _____
**NICHOLE SMITH**

---

3.798

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.795**
☐ Schedule G, line _____
**NICHOLE WALLACE**

---

3.799

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street
_____

**San Antonio**            **TX**      **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.796**
☐ Schedule G, line _____
**NICK ARTAM**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.800**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.797**
☐ Schedule G, line _____
**NICK DOWNEY**

---

**3.801**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.798**
☐ Schedule G, line _____
**NICK SOWDERS**

---

**3.802**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.799**
☐ Schedule G, line _____
**NICKIE GARCIA**

---

**3.803**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.800**
☐ Schedule G, line _____
**NICKY PHIPPS**

---

**3.804**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.801**
☐ Schedule G, line _____
**NICOLE ANTONIADIS**

---

**3.805**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.802**
☐ Schedule G, line _____
**NICOLE LAMB**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.806**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.803**
- [ ] Schedule G, line _____

**NICOLE NEJES**

---

**3.807**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.804**
- [ ] Schedule G, line _____

**NINA CARR**

---

**3.808**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.805**
- [ ] Schedule G, line _____

**NOA HAWKINS**

---

**3.809**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.806**
- [ ] Schedule G, line _____

**NORMAN ALLEN**

---

**3.810**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.807**
- [ ] Schedule G, line _____

**NORMAN WILLIAMS**

---

**3.811**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**              **TX**      **78247**
City                        State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line  **4.808**
- [ ] Schedule G, line _____

**NY'E ABRAM**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

███   **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.812 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.809**
☐ Schedule G, line _____
**OLIVERIO GUZMAN**

| 3.813 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.810**
☐ Schedule G, line _____
**ORI GALVAN**

| 3.814 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.811**
☐ Schedule G, line _____
**ORLANDO GONZALES**

| 3.815 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.812**
☐ Schedule G, line _____
**ORLANDO HERNANDEZ**

| 3.816 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.813**
☐ Schedule G, line _____
**PABLO GOMEZ**

| 3.817 | **Vita Pharmacy** |
|---|---|
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**        **TX**      **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.814**
☐ Schedule G, line _____
**PAIGE FROST**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**                                    Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.818  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.815**
☐ Schedule G, line _____
**PAIGE MOTT**

3.819  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.816**
☐ Schedule G, line _____
**PAM GUIDARA**

3.820  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.817**
☐ Schedule G, line _____
**PATRICIA FRANKE**

3.821  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.818**
☐ Schedule G, line _____
**PATRICIA PINKNEY**

3.822  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.819**
☐ Schedule G, line _____
**PATRICIA ROSS**

3.823  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.820**
☐ Schedule G, line _____
**PATRICK FRANKOSKI**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.824**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.821**

☐ Schedule G, line _____

**PATRICK SCHROEDER**

---

**3.825**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.822**

☐ Schedule G, line _____

**PATRICK SILVAROLI**

---

**3.826**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.823**

☐ Schedule G, line _____

**PATRICK WINCHELL**

---

**3.827**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.824**

☐ Schedule G, line _____

**PAUL APPLE**

---

**3.828**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.825**

☐ Schedule G, line _____

**PAUL DUNHAM III**

---

**3.829**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.826**

☐ Schedule G, line _____

**PAUL JOHNSON**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.830 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.827**
- ☐ Schedule G, line _____

**PAUL KETTERMAN**

| 3.831 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.828**
- ☐ Schedule G, line _____

**PAUL LANG**

| 3.832 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.829**
- ☐ Schedule G, line _____

**PAUL MORESI**

| 3.833 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.830**
- ☐ Schedule G, line _____

**PAUL PROVINCE**

| 3.834 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.831**
- ☐ Schedule G, line _____

**PAUL STEVENSON**

| 3.835 | | |
|---|---|---|

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.832**
- ☐ Schedule G, line _____

**PAUL TIBMA**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.836**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.833**
☐ Schedule G, line _____
**PAUL ZAHLER**

---

**3.837**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.834**
☐ Schedule G, line _____
**PEDRO MADRIGAL**

---

**3.838**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.835**
☐ Schedule G, line _____
**PENELOPE LORRAINE BORN**

---

**3.839**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.836**
☐ Schedule G, line _____
**PETE ATTASHIAN**

---

**3.840**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.837**
☐ Schedule G, line _____
**PETER BESSETTE**

---

**3.841**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio**          **TX**     **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.838**
☐ Schedule G, line _____
**PETER HITESMAN**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                  Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.842 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.839**
☐ Schedule G, line _____
**PETER ROSSER**

| 3.843 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.840**
☐ Schedule G, line _____
**PETER TIJERINA**

| 3.844 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.841**
☐ Schedule G, line _____
**PHIL SLOAN**

| 3.845 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.842**
☐ Schedule G, line _____
**PHILIP BOLLMAN**

| 3.846 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.843**
☐ Schedule G, line _____
**PHILIP TESTA**

| 3.847 | **Vita Pharmacy** |
|---|---|
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.844**
☐ Schedule G, line _____
**PHILLIP MARTIN**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.848**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.845**
☐ Schedule G, line _____
**PRESTON ADAMSON**

---

**3.849**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.846**
☐ Schedule G, line _____
**PRESTON LAMB**

---

**3.850**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.847**
☐ Schedule G, line _____
**QUEST COUCH**

---

**3.851**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.848**
☐ Schedule G, line _____
**QUIVAH ROBISON**

---

**3.852**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.850**
☐ Schedule G, line _____
**RACHEL RINGHAM**

---

**3.853**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.851**
☐ Schedule G, line _____
**RACHELLE SHAW**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.854

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.852**
☐ Schedule G, line _____
**RAE BUTAUD**

---

3.855

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.853**
☐ Schedule G, line _____
**RAFAEL HERNANDEZ**

---

3.856

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.854**
☐ Schedule G, line _____
**RALPH JONES**

---

3.857

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.855**
☐ Schedule G, line _____
**RALPH SCHNEIDER**

---

3.858

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.856**
☐ Schedule G, line _____
**RAMIRO JUAREZ**

---

3.859

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.857**
☐ Schedule G, line _____
**RAMON CHAVANA**

---

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.860 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.858**
☐ Schedule G, line _____
**RANDALL GIBBON**

| | |
|---|---|
| 3.861 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.859**
☐ Schedule G, line _____
**RANDALL WALL**

| | |
|---|---|
| 3.862 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.861**
☐ Schedule G, line _____
**RANDY AUSTIN**

| | |
|---|---|
| 3.863 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.862**
☐ Schedule G, line _____
**RANDY FELTER**

| | |
|---|---|
| 3.864 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.863**
☐ Schedule G, line _____
**RANDY MESSER**

| | |
|---|---|
| 3.865 | **Vita Pharmacy** |
| | Name |
| | **2950 Thousand Oaks Dr. #25** |
| | Number       Street |
| | |
| | **San Antonio**          **TX**      **78247** |
| | City          State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.864**
☐ Schedule G, line _____
**RANDY SANCHEZ**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.866**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.865**
☐ Schedule G, line _____
**RASHPAL 'RAE' MANGAT**

---

**3.867**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.866**
☐ Schedule G, line _____
**RAUL CASTILLO**

---

**3.868**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.867**
☐ Schedule G, line _____
**RAVEN GLYNN**

---

**3.869**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.868**
☐ Schedule G, line _____
**RAY CAMMILLERI**

---

**3.870**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.869**
☐ Schedule G, line _____
**RAY WARD**

---

**3.871**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.870**
☐ Schedule G, line _____
**RAYMOND HAIGHT**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.872**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.871**
☐ Schedule G, line _____
**RAYMOND PEOPLES**

**3.873**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.872**
☐ Schedule G, line _____
**REBECCA GALY**

**3.874**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.873**
☐ Schedule G, line _____
**REECE BOHAN**

**3.875**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.874**
☐ Schedule G, line _____
**RENEE HINOJOSA**

**3.876**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.875**
☐ Schedule G, line _____
**RENEE SANCHEZ**

**3.877**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**            **TX**       **78247**
City                            State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.876**
☐ Schedule G, line _____
**REX ALVORD**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

| | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |

Check all schedules that apply:

---

**3.878**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.877**
☐ Schedule G, line _____
**REYNA RODRIGUEZ**

---

**3.879**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.878**
☐ Schedule G, line _____
**REYNA WYGANT**

---

**3.880**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.879**
☐ Schedule G, line _____
**RHETT NEIGHBORS**

---

**3.881**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.880**
☐ Schedule G, line _____
**RICARDO ESPARZA**

---

**3.882**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.881**
☐ Schedule G, line _____
**RICH THURSTON**

---

**3.883**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.882**
☐ Schedule G, line _____
**RICHARD ACOSTA**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.884
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.883**
☐ Schedule G, line _____
**RICHARD BOOKSTAVER**

---

3.885
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.884**
☐ Schedule G, line _____
**RICHARD DAY**

---

3.886
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.885**
☐ Schedule G, line _____
**RICHARD KEELING**

---

3.887
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.886**
☐ Schedule G, line _____
**RICHARD KERN**

---

3.888
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.887**
☐ Schedule G, line _____
**RICHARD MARTINELLI**

---

3.889
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**                **TX**        **78247**
City                                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.888**
☐ Schedule G, line _____
**RICHARD MARX**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.890**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.889**
☐ Schedule G, line _____
**RICHARD MILLER**

---

**3.891**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.890**
☐ Schedule G, line _____
**RICHARD NEVIS**

---

**3.892**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.891**
☐ Schedule G, line _____
**RICHARD RADELL**

---

**3.893**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.892**
☐ Schedule G, line _____
**RICHARD SWIATLOWSKI**

---

**3.894**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.893**
☐ Schedule G, line _____
**RICHARD WALKER**

---

**3.895**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                           State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.894**
☐ Schedule G, line _____
**RICHARD YOUNG**

---

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.896

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.895**

☐ Schedule G, line _____

**RICK CROCITTO**

---

3.897

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.896**

☐ Schedule G, line _____

**RICK DOE**

---

3.898

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.897**

☐ Schedule G, line _____

**RICK LAZCANO**

---

3.899

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.898**

☐ Schedule G, line _____

**RICK OLIVAS**

---

3.900

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.899**

☐ Schedule G, line _____

**RICK RENTERIA**

---

3.901

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City          State          ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.900**

☐ Schedule G, line _____

**RICKY WOOTEN**

---

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.902

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.901**
☐ Schedule G, line _____
**RILEY WARNER**

---

3.903

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.902**
☐ Schedule G, line _____
**ROB BONY**

---

3.904

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.903**
☐ Schedule G, line _____
**ROB LAMONICA**

---

3.905

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.904**
☐ Schedule G, line _____
**ROBERT BARNHARDT**

---

3.906

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.905**
☐ Schedule G, line _____
**ROBERT BOWMAN**

---

3.907

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**       **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.906**
☐ Schedule G, line _____
**ROBERT BRATTON**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.908**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.907**
☐ Schedule G, line _____
**ROBERT BULSON**

---

**3.909**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.908**
☐ Schedule G, line _____
**ROBERT BURGESON**

---

**3.910**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.909**
☐ Schedule G, line _____
**ROBERT CAIRNS**

---

**3.911**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.910**
☐ Schedule G, line _____
**ROBERT CROCITTO**

---

**3.912**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.911**
☐ Schedule G, line _____
**ROBERT GURNEA**

---

**3.913**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**     **78247**
City                     State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.912**
☐ Schedule G, line _____
**ROBERT HAGANS**

---

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.914**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.913**
☐ Schedule G, line _____
**ROBERT MCGUIRE**

---

**3.915**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.914**
☐ Schedule G, line _____
**ROBERT PRESHONG II**

---

**3.916**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.915**
☐ Schedule G, line _____
**ROBERT RAMSEY**

---

**3.917**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.916**
☐ Schedule G, line _____
**ROBERT STANGE**

---

**3.918**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.917**
☐ Schedule G, line _____
**ROBERT WAHL**

---

**3.919**

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.918**
☐ Schedule G, line _____
**ROBERT WATERS**

---

Debtor 1     **David McLennan**

Debtor 2     **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.920
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.919**
☐ Schedule G, line _____
**ROBERTO CHADIS**

3.921
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.920**
☐ Schedule G, line _____
**ROBERTO PARTIDA**

3.922
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.921**
☐ Schedule G, line _____
**ROBIN MARTINEZ**

3.923
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.922**
☐ Schedule G, line _____
**ROBIN STEWART**

3.924
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.923**
☐ Schedule G, line _____
**ROBIN STREET**

3.925
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.924**
☐ Schedule G, line _____
**ROBYN FINCHER**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.926
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.925**
☐ Schedule G, line _____
**ROCKY JOY**

3.927
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.926**
☐ Schedule G, line _____
**RODNEY AVERY**

3.928
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.927**
☐ Schedule G, line _____
**RODNEY WALDREP**

3.929
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.928**
☐ Schedule G, line _____
**RODOLFO VALENCIA**

3.930
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.929**
☐ Schedule G, line _____
**ROGER DALEY**

3.931
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.930**
☐ Schedule G, line _____
**ROLAND HENRY**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.932**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.931**
☐ Schedule G, line _____
**ROLLAND MCINTIRE**

**3.933**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.932**
☐ Schedule G, line _____
**ROMAN BORISOV**

**3.934**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.933**
☐ Schedule G, line _____
**ROMAN KEA**

**3.935**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.934**
☐ Schedule G, line _____
**RON DOHRN**

**3.936**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.935**
☐ Schedule G, line _____
**RON HALLMARK**

**3.937**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**        **78247**
City                         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.936**
☐ Schedule G, line _____
**RONALD BUTTS**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                      *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.938**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.937**
☐ Schedule G, line _____
**RONALD ESTES JR.**

---

**3.939**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.938**
☐ Schedule G, line _____
**RONALD MCRAE**

---

**3.940**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.939**
☐ Schedule G, line _____
**RONALD PULLIN**

---

**3.941**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.940**
☐ Schedule G, line _____
**RONALD RENCKLY**

---

**3.942**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.942**
☐ Schedule G, line _____
**RONNIE ABBOTT**

---

**3.943**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**            **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.943**
☐ Schedule G, line _____
**RONNY BOLDT**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.944 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.944**
☐ Schedule G, line _____
**ROSS GOLDING**

| 3.945 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.945**
☐ Schedule G, line _____
**ROSS MOODY**

| 3.946 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.946**
☐ Schedule G, line _____
**ROY CAMPBELL**

| 3.947 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.947**
☐ Schedule G, line _____
**ROY COZART**

| 3.948 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.948**
☐ Schedule G, line _____
**ROY MULLINS**

| 3.949 | **Vita Pharmacy** |
|---|---|

Name
**2950 Thousand Oaks Dr. #25**
Number      Street

_____

**San Antonio**              **TX**      **78247**
City                              State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.949**
☐ Schedule G, line _____
**ROY STRASBURGER**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.950 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.950**
☐ Schedule G, line _____
**ROY TOPKA**

| 3.951 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.951**
☐ Schedule G, line _____
**RUTH ANDERSON**

| 3.952 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.952**
☐ Schedule G, line _____
**RYAN HORNING**

| 3.953 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.953**
☐ Schedule G, line _____
**RYAN JAY**

| 3.954 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.954**
☐ Schedule G, line _____
**RYAN KUBASIAK**

| 3.955 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**              **TX**      **78247**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.955**
☐ Schedule G, line _____
**RYAN PATTERSON**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.956

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.956**
☐ Schedule G, line _____
**RYAN RIGGAN**

---

3.957

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.957**
☐ Schedule G, line _____
**RYAN SCHIELD**

---

3.958

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.958**
☐ Schedule G, line _____
**RYAN SMITH**

---

3.959

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.959**
☐ Schedule G, line _____
**RYAN SORGE**

---

3.960

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☑ Schedule D, line    **2.5**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**S&S&S, Inc.**

---

3.961

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**            **TX**        **78247**
City                               State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.960**
☐ Schedule G, line _____
**SABRINA HOUSEMAN**

---

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.962**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.961**
☐ Schedule G, line _____
**SABRINA LANGENHOVEN**

**3.963**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.962**
☐ Schedule G, line _____
**SAGAN BUI**

**3.964**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.963**
☐ Schedule G, line _____
**SAM SHIELDS**

**3.965**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.964**
☐ Schedule G, line _____
**SAMUEL PARONG**

**3.966**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.965**
☐ Schedule G, line _____
**SANDY BREDLAEU**

**3.967**

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.966**
☐ Schedule G, line _____
**SARA HATCH**

Debtor 1     **David McLennan**

Debtor 2     **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.968
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.967**
☐ Schedule G, line _____
**SARA PARTIDA**

3.969
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.968**
☐ Schedule G, line _____
**SARA SHAW**

3.970
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.969**
☐ Schedule G, line _____
**SARAH LIM**

3.971
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.970**
☐ Schedule G, line _____
**SARAH PETERSON**

3.972
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.971**
☐ Schedule G, line _____
**SAVANNAH NUNEZ**

3.973
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.972**
☐ Schedule G, line _____
**SCOTT BAKER**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.974 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.973**
☐ Schedule G, line _____
**SCOTT BURNETT**

| 3.975 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.974**
☐ Schedule G, line _____
**SCOTT EASTMAN**

| 3.976 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.975**
☐ Schedule G, line _____
**SCOTT FERREE**

| 3.977 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.976**
☐ Schedule G, line _____
**SCOTT GOODIN**

| 3.978 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.977**
☐ Schedule G, line _____
**SCOTT LAING**

| 3.979 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line        **4.978**
☐ Schedule G, line _____
**SCOTT RANEY**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.980  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.979**
☐ Schedule G, line _____
**SCOTT SCHLUETER**

---

3.981  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.980**
☐ Schedule G, line _____
**SCOTT WARNER**

---

3.982  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.981**
☐ Schedule G, line _____
**SCOTT WINGFIELD**

---

3.983  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.982**
☐ Schedule G, line _____
**SCOTT WOODCOCK**

---

3.984  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.983**
☐ Schedule G, line _____
**SEAN BROBY**

---

3.985  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street

**San Antonio**          **TX**      **78247**
City                     State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.984**
☐ Schedule G, line _____
**SEAN BRORBY**

---

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.986 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.985**
☐ Schedule G, line _____
**SEAN STEWART**

| 3.987 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.986**
☐ Schedule G, line _____
**SEAN WILKIN**

| 3.988 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.987**
☐ Schedule G, line _____
**SETH BEHREND**

| 3.989 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.988**
☐ Schedule G, line _____
**SETH ISOM**

| 3.990 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.989**
☐ Schedule G, line _____
**SHANE BILLAU**

| 3.991 | |
|---|---|

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**        **TX**    **78247**
City            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.990**
☐ Schedule G, line _____
**SHANE GRAHN**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.992 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.991**
☐ Schedule G, line _____
**SHARON SANCHEZ**

| 3.993 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.992**
☐ Schedule G, line _____
**SHEENA VILLONE**

| 3.994 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.993**
☐ Schedule G, line _____
**SHELBY MANLEY**

| 3.995 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.994**
☐ Schedule G, line _____
**SHERYL KITE**

| 3.996 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.995**
☐ Schedule G, line _____
**SHEYLA SAENZ**

| 3.997 | **Vita Pharmacy** |
|---|---|
| | Name |

**2950 Thousand Oaks Dr. #25**
Number         Street

**San Antonio**          **TX**      **78247**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.996**
☐ Schedule G, line _____
**SHONE ROWLEY**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.998 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.997**
- ☐ Schedule G, line _____

**SIDNEY SIMPSON**

| 3.999 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.998**
- ☐ Schedule G, line _____

**SIMON ARCOS IV**

| .1000 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.999**
- ☐ Schedule G, line _____

**SKY CUMMINGS**

| .100 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1000**
- ☐ Schedule G, line _____

**SoFi Lending Corp.**

| .1001 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1001**
- ☐ Schedule G, line _____

**SOFIA VARGALEZ**

| .1002 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1002**
- ☐ Schedule G, line _____

**SOLOMON HANNA**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.100₄ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1003**
☐ Schedule G, line _____
**STAN KLINE**

.100₅ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1004**
☐ Schedule G, line _____
**STARR SAMKUS**

.100₆ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1005**
☐ Schedule G, line _____
**STEPHANIE CRUZ**

.100₇ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1006**
☐ Schedule G, line _____
**STEPHANIE MORRISS**

.100₈ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1007**
☐ Schedule G, line _____
**STEPHEN CRAIG**

.100₉ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number     Street

**San Antonio**          **TX**     **78247**
City                     State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1008**
☐ Schedule G, line _____
**STEPHEN MANDEVILLE**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

.101( **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1009**
☐ Schedule G, line _____
**STEPHEN TALBOT**

---

.101' **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1010**
☐ Schedule G, line _____
**STEVE COZART**

---

.101: **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1011**
☐ Schedule G, line _____
**STEVE KIRCHNER**

---

.101: **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1012**
☐ Schedule G, line _____
**STEVE MCCUTCHEON**

---

.101· **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1013**
☐ Schedule G, line _____
**STEVEN BOWNDS**

---

.101: **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**          **TX**      **78247**
City                  State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1014**
☐ Schedule G, line _____
**STEVEN CHRISTY**

---

Debtor 1     **David McLennan**
Debtor 2     **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

### .1016

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1015**
☐ Schedule G, line _____
**STEVEN COUSSOULIS**

### .1017

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1016**
☐ Schedule G, line _____
**STEVEN FRIEDLANDER**

### .1018

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1017**
☐ Schedule G, line _____
**STEVEN ROSE**

### .1019

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1018**
☐ Schedule G, line _____
**STEVEN SAINDON**

### .1020

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1019**
☐ Schedule G, line _____
**SUE ARMS**

### .102

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**     **TX**     **78247**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1020**
☐ Schedule G, line _____
**TABATHA  FLATTEN**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1021**
☐ Schedule G, line _____
**TAEGAN BRANNON**

---

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1022**
☐ Schedule G, line _____
**TALIAH WLLIAMS**

---

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1023**
☐ Schedule G, line _____
**TARA ZUPAN**

---

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1024**
☐ Schedule G, line _____
**TAYLOR BROWNING**

---

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1025**
☐ Schedule G, line _____
**TAYLOR GRISCOM**

---

.102_  **Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**     **78247**
City                State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1026**
☐ Schedule G, line _____
**TAYLOR SANDS**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.102 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1027**
☐ Schedule G, line _____
**TED BROWN**

.102 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1028**
☐ Schedule G, line _____
**TERESA MITCHELL**

.103 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1029**
☐ Schedule G, line _____
**TERESA TUTT**

.103 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1030**
☐ Schedule G, line _____
**TERI BARTL**

.103 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1031**
☐ Schedule G, line _____
**TERRENCE  MOORE**

.103 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____
**San Antonio**          **TX**      **78247**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1032**
☐ Schedule G, line _____
**TERRY ECKERT**

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

.103₄  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1033**
☐ Schedule G, line _____
**THERESA CASTANEDA**

.103₅  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1034**
☐ Schedule G, line _____
**THERESA NANNINI**

.103₆  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1035**
☐ Schedule G, line _____
**THOMAS ""DAVID"" DEASON**

.103₇  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1036**
☐ Schedule G, line _____
**THOMAS CELONE**

.103₈  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1037**
☐ Schedule G, line _____
**THOMAS DIXON**

.103₉  **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street
_____
**San Antonio**        **TX**        **78247**
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1038**
☐ Schedule G, line _____
**THOMAS FARRELL**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.104( | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1039**
☐ Schedule G, line _____
**THOMAS HARDEMAN**

.104' | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1040**
☐ Schedule G, line _____
**THOMAS JOHNSON**

.104: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1041**
☐ Schedule G, line _____
**THOMAS LOPEY**

.104: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1042**
☐ Schedule G, line _____
**THOMAS POWELL**

.104 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1043**
☐ Schedule G, line _____
**THOMAS TENORIO**

.104! | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**        **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1044**
☐ Schedule G, line _____
**THOMAS YELLE**

Official Form 106H                    **Schedule H: Your Codebtors**                    page 175

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.104(    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1045**
☐ Schedule G, line _____
**THOMAS YOUNG**

.104'    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1046**
☐ Schedule G, line _____
**TIM WILLIS**

.104(    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1047**
☐ Schedule G, line _____
**TIMOTHY BURKETT**

.104(    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1048**
☐ Schedule G, line _____
**TIMOTHY CONNALLY**

.105(    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1049**
☐ Schedule G, line _____
**TIMOTHY DUNCAN**

.105'    **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**    **TX**    **78247**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1050**
☐ Schedule G, line _____
**TIMOTHY TAYLOR**

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.105: **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1051**
- ☐ Schedule G, line _____

**TODD FOSTER**

.105: **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1052**
- ☐ Schedule G, line _____

**TODD SHAW**

.105 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1053**
- ☐ Schedule G, line _____

**TODD YANKOV**

.105 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1054**
- ☐ Schedule G, line _____

**TOM MAGEE**

.105 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1055**
- ☐ Schedule G, line _____

**TOM NEVILLE**

.105 **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number          Street

_____

**San Antonio**          **TX**          **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1056**
- ☐ Schedule G, line _____

**TOMAS HINOJOSA**

Debtor 1　**David McLennan**
Debtor 2　**Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:　**Your codebtor**

Column 2:　**The creditor to whom you owe the debt**

Check all schedules that apply:

---

.105̲8̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1057**
☐ Schedule G, line _____
**TOMMY WILLIAMS**

---

.105̲9̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1058**
☐ Schedule G, line _____
**TONJA CASTANEDA**

---

.106̲0̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1059**
☐ Schedule G, line _____
**TONY NANNINI**

---

.106̲1̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1060**
☐ Schedule G, line _____
**TOREN BOSTON**

---

.106̲2̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1061**
☐ Schedule G, line _____
**TORI BOCK**

---

.106̲3̲

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number　　　Street

**San Antonio**　　　**TX**　　**78247**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1062**
☐ Schedule G, line _____
**TORI MANN**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1063**
☐ Schedule G, line _____
**TORI MYRMEL**

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1064**
☐ Schedule G, line _____
**TRACY GURNEA**

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1065**
☐ Schedule G, line _____
**TRAVIS WHITING**

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1066**
☐ Schedule G, line _____
**TRENT KIRCHNER**

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1067**
☐ Schedule G, line _____
**TREVOR ALT**

.106· | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street

**San Antonio**              **TX**        **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1068**
☐ Schedule G, line _____
**TREY WATTS**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

.107( | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1069**
☐ Schedule G, line _____
**TRISH DIETZE**

.107 | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1070**
☐ Schedule G, line _____
**TROY PERKINS**

.107: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1071**
☐ Schedule G, line _____
**TROY SCZECH**

.107: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1072**
☐ Schedule G, line _____
**TSLP, LLC/Stillwell RX**

.107ₐ | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1073**
☐ Schedule G, line _____
**TYLER BROCKINTON**

.107: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**       **78247**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1074**
☐ Schedule G, line _____
**TYLER MOON**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**       *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**.107** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1075__
- ☐ Schedule G, line _____
**TYLER YOHEY**

**.107** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1076__
- ☐ Schedule G, line _____
**TYNEISHA LEANN JOHNSON**

**.107** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1078__
- ☐ Schedule G, line _____
**VALERIE BRIARWULF**

**.107** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1079__
- ☐ Schedule G, line _____
**VALERIE ZUNIGA**

**.108** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1080__
- ☐ Schedule G, line _____
**VALOREE HARKEY**

**.108** | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**       **TX**      **78247**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.1081__
- ☐ Schedule G, line _____
**VANCE DEMARS**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1082**
☐ Schedule G, line _____
**VANESSA EUCEDA**

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1083**
☐ Schedule G, line _____
**VANESSA NIETO**

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1084**
☐ Schedule G, line _____
**VERNON BOWMAN**

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1085**
☐ Schedule G, line _____
**VERONIKA SIMMS**

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1086**
☐ Schedule G, line _____
**VICTOR BIECK**

.108_
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**          **TX**      **78247**
City                           State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1087**
☐ Schedule G, line _____
**VIJAY SEKHON**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.108☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1088**
☐ Schedule G, line _____
**VINCENT THOMPSON**

.108☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1089**
☐ Schedule G, line _____
**VIOLET ERIS**

.109☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1090**
☐ Schedule G, line _____
**VIVIAN CHENG**

.109☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1091**
☐ Schedule G, line _____
**WALLACE JOHNSON**

.109☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1092**
☐ Schedule G, line _____
**WALTER HOPKINS**

.109☐ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number      Street
_____

**San Antonio**          **TX**      **78247**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1093**
☐ Schedule G, line _____
**WALTER SANTONI-ACEVEDO**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1094**
☐ Schedule G, line _____
**WAYNE PRIBBLE**

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1095**
☐ Schedule G, line _____
**WAYNE ZAMZOW (SAN ANTONIO)**

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1096**
☐ Schedule G, line _____
**WELDON WULSTEIN**

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1097**
☐ Schedule G, line _____
**WESLEY CURRAN**

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1098**
☐ Schedule G, line _____
**WESLEY LOUQUE**

.109_ **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number    Street

**San Antonio**            **TX**    **78247**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1099**
☐ Schedule G, line _____
**WESLEY RUSSELL**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

.110(
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1100**
☐ Schedule G, line _____
**WESLEY SWAIM**

.110
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1101**
☐ Schedule G, line _____
**WESLY WEST**

.110:
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1102**
☐ Schedule G, line _____
**WILL BRIGHAM**

.110:
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1103**
☐ Schedule G, line _____
**WILLIAM ANDERSON**

.110-
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1104**
☐ Schedule G, line _____
**WILLIAM COX**

.110!
**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

**San Antonio**           **TX**      **78247**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1105**
☐ Schedule G, line _____
**WILLIAM FURST**

Debtor 1 **David McLennan**
Debtor 2 **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

.1106

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1106**
- ☐ Schedule G, line _____
**WILLIAM GROSCH**

---

.1107

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1107**
- ☐ Schedule G, line _____
**WILLIAM HINKLE**

---

.1108

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1108**
- ☐ Schedule G, line _____
**WILLIAM HUTTON**

---

.1109

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1109**
- ☐ Schedule G, line _____
**WILLIAM KLEIN**

---

.1110

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1110**
- ☐ Schedule G, line _____
**WILLIAM KNIGHT**

---

.1111

**Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**          **TX**        **78247**
City                          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.1111**
- ☐ Schedule G, line _____
**WILLIAM LARSSON**

---

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

.111: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1112**
- ☐ Schedule G, line _____
**WILLIAM NANCE**

.111: | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1113**
- ☐ Schedule G, line _____
**WILLIAM RANKIN**

.111. | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1114**
- ☐ Schedule G, line _____
**WILLIAM SANDERSON**

.111! | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1115**
- ☐ Schedule G, line _____
**WILLIAM WHITEHEAD**

.111( | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1116**
- ☐ Schedule G, line _____
**WILLIAMS CUPPLES**

.111' | **Vita Pharmacy**
Name
**2950 Thousand Oaks Dr. #25**
Number       Street
_____

**San Antonio**        **TX**        **78247**
City                        State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.1117**
- ☐ Schedule G, line _____
**XEVLYN FEY**

Debtor 1   **David McLennan**
Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| .1118 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1118**
- ☐ Schedule G, line _____

**YASMIN RODRIGUEZ**

| .1119 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1119**
- ☐ Schedule G, line _____

**YOSHI YOSHIDA**

| .1120 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1120**
- ☐ Schedule G, line _____

**YUKI BRUMBACK**

| .1121 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1121**
- ☐ Schedule G, line _____

**YUKI WONG**

| .1122 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1122**
- ☐ Schedule G, line _____

**YVAN OLIVA**

| .1123 | **Vita Pharmacy** |
|---|---|

Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**         **TX**     **78247**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.1123**
- ☐ Schedule G, line _____

**ZACHARY JONAS**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

.112₄

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____

☐ Schedule E/F, line _____

☑ Schedule G, line      **2.1**

**46 Crossing LLC**

.112₅

**Vita Pharmacy**
Name

**2950 Thousand Oaks Dr. #25**
Number        Street

_____

**San Antonio**              **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____

☐ Schedule E/F, line _____

☑ Schedule G, line      **2.2**

**Byco, Inc.**

.112₆

**Vita Pharmacy LLC**
Name

**2950 Thousand Oaks Dr.**
Number        Street

**Ste. 25**

**San Antonio**              **TX**        **78247**
City                            State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line      **4.665**

☐ Schedule G, line _____

**Live Oak Bank**

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name        Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Jessica** | **McLennan** |
| | First Name        Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Computer Tech** | |
| **Employer's name** | **Municipal Golf Association - SA** | |
| **Employer's address** | **2315 Avenue B**<br>Number  Street | Number  Street |
| | **San Antonio** **TX** **78215**<br>City       State   Zip Code | City       State   Zip Code |
| **How long employed there?** | **12 Years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form.  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be.  2. | **$6,483.36** | **$0.00** |
| 3. | Estimate and list monthly overtime pay.  3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income.  Add line 2 + line 3.  4. | **$6,483.36** | **$0.00** |

| Debtor 1 | **David McLennan** |
|---|---|
| Debtor 2 | **Jessica McLennan** |

Case number (if known) _____

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ...................................................... → | 4. | **$6,483.36** | **$0.00** |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$1,049.14** | **$0.00** |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans | 5d. | **$389.00** | **$0.00** |
| | 5e. Insurance | 5e. | **$1,016.82** | **$0.00** |
| | 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions.<br>Specify: _____ | 5h.+ | **$0.00** | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$2,454.96** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$4,028.40** | **$0.00** |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. Other monthly income.<br>Specify: **See continuation sheet** | 8h.+ | **$1,351.66** | **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,351.66** | **$0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,380.06** + **$0.00** = | **$5,380.06** |

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. **$5,380.06**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **I may lose SUURV income**

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan** _____    Case number (if known) _____

1. **Additional Employers**    <u>Debtor 1</u>                                    <u>Debtor 2 or non-filing spouse</u>

| | | |
|---|---|---|
| **Occupation** | **HR Director** | |
| **Employer's name** | **SUURV Technologies** | |
| **Employer's address** | **10300 Heritage Street, Suite 200** | |

**San Antonio**            **TX**   **78216**
City                       State  Zip Code                    City                      State   Zip Code

**How long employed there?**    **3 Years**

| 8h. Other Monthly Income (details) | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| --- | **$1,256.66** | |
| **Interest/Dividends** | **$95.00** | |
| Totals: | **$1,351.66** | **$0.00** |

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name / Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Jessica** | **McLennan** |
| | First Name / Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | |

</td><td>

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

</td></tr>
</table>

Official Form 106J

# Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.  Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

    ☐ No

    ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **SON** | **8** | ☐ No ☑ Yes |
| **DAUGHTER** | **6** | ☐ No ☑ Yes |
| **SON** | **3** | ☐ No ☑ Yes |
| **DAUGHTER** | **1** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

|  |  |  | Your expenses |
|---|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,740.03** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | **$20.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$55.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$50.00** |

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan** _____

Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | **$215.36** |
| 6b.  Water, sewer, garbage collection | 6b. | **$81.65** |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$181.25** |
| 6d.  Other. Specify: ___mobile phone_____ | 6d. | **$83.14** |
| 7. **Food and housekeeping supplies** | 7. | **$830.00** |
| 8. **Childcare and children's education costs** | 8. | _____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | **$55.00** |
| 10. **Personal care products and services** | 10. | _____ |
| 11. **Medical and dental expenses** | 11. | **$90.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$375.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. **Charitable contributions and religious donations** | 14. | **$400.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | **$88.73** |
| 15b.  Health insurance | 15b. | _____ |
| 15c.  Vehicle insurance | 15c. | **$130.00** |
| 15d.  Other insurance. Specify: _____ | 15d. | _____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. | **$267.46** |
| 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| 17c.  Other. Specify: **prescriptions** | 17c. | **$220.00** |
| 17d.  Other. Specify: _____ | 17d. | _____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                                        20a.   _____

20b.   Real estate taxes                                                   20b.   _____

20c.   Property, homeowner's, or renter's insurance                       20c.   _____

20d.   Maintenance, repair, and upkeep expenses                           20d.   _____

20e.   Homeowner's association or condominium dues                        20e.   _____

**21.   Other.**   Specify: _____          21.   + _____

**22.   Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                                             22a.   $4,932.62

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.   _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.        22c.   $4,932.62

**23.   Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.       23a.   $5,380.06

23b.   Copy your monthly expenses from line 22c above.                    23b.   − $4,932.62

23c.   Subtract your monthly expenses from your monthly income.
       The result is your monthly net income.                             23c.   $447.44

**24.   Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐   No.

☑   Yes.   Explain here:
**I may lose SUURV income**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>David</strong></td><td><strong>McLennan</strong></td></tr>
<tr><td></td><td>First Name　　　　Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td><strong>Jessica</strong></td><td><strong>McLennan</strong></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name　　　　Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="3">United States Bankruptcy Court for the: <strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td colspan="3">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................. **$211,950.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................... **$102,977.07**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................. **$314,927.07**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$832,451.50**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$338,568.34**

**Your total liabilities** **$1,171,019.84**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I........................................................ **$5,380.06**

5.  *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J............................................................. **$4,932.62**

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.)    _____

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    _____

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    _____

9d. Student loans. (Copy line 6f.)    _____

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    _____

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + _____

9g. **Total.** Add lines 9a through 9f.    _____

---

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 2

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **David** | | **McLennan** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ David McLennan** _____          X **/s/ Jessica McLennan** _____
  David McLennan, Debtor 1                              Jessica McLennan, Debtor 2

  Date **10/29/2021**_____                              Date **10/29/2021**_____
    MM / DD / YYYY                                        MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy           04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **David McLennan**
Debtor 2  **Jessica McLennan**                                   Case number *(if known)* _____

---

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$80,341.95** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2020__)<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$99,458.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__)<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$79,609.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

---

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Regions Bank**<br>Creditor's name | | **$5,220.09** | | ☑ Mortgage |
| **P.O. Box 110**<br>Number  Street | 07/19/2021<br>08/18/2021<br>09/17/2021 | | | ☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors |
| **Hattiesburg  MS  39403**<br>City  State  ZIP Code | | | | ☐ Other _____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Jeremiah Jason Huff v. David McLennan and Shane Morris** | | **73rd Judicial District**<br>Court Name<br>**Bexar County, Texas**<br>Number     Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| Case number **2021CI10575** | | _____<br>City          State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

Debtor 1  **David McLennan**

Debtor 2  **Jessica McLennan**

Case number (if known) _____

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Believers Fellowship** <br> Charity's Name | **Tithe to Church** | | **$600.00** |
| **13714 LaRuit Rd.** <br> Number     Street | | | |
| **San Antonio**      **TX**      **78233** <br> City                     State      ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Martin & Drought, P.C.** <br> Person Who Was Paid | | | |
| **Weston Centre** <br> Number     Street | | **08/25/2021** | **$7,500.00** |
| **112 East Pecan Street** | | | |
| **San Antonio**      **TX**      **78205** <br> City                     State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 5

Debtor 1 **David McLennan**

Debtor 2 **Jessica McLennan** _____ Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

---

**Part 8:** **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **RBFCU**<br>Name of Financial Institution<br><br>**P.O. Box 2097**<br>Number Street<br><br>_____<br>**Universal City** **TX** **78148-2097**<br>City State ZIP Code | XXXX- **3** **9** **1** **5** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **09/08/2021** | **$0.00** |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Vita Pharmacy, LLC** | **U.S. Food and Drug Administration** | **Recall of Sterile Products based on Code of Federal Regulations (CFR) Section 21** | _____ |
| Name of site | Governmental unit | | |
| **2950 Thousand Oaks Dr.** | **Office of Pharmaceutical Quality Ope** | | |
| Number     Street | Number     Street | | |
| _____ | **(504) 846-6103/(214) 253-5216** | | |
| **San Antonio          TX     78247** | | | |
| City                 State  ZIP Code | City                        State  ZIP Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **David McLennan** | |
|---|---|---|
| Debtor 2 | **Jessica McLennan** | Case number (if known) _____ |

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Vita Pharmacy, LLC**
Business Name

**2950 Thousand Oaks Dr. #25**
Number     Street

_____

**San Antonio     TX     78247**
City                State  ZIP Code

Describe the nature of the business
**Pharmacy**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8   2 – 5   0   7   2   0   1   3**

Dates business existed

From **11/29/2018**   To   **Present**

**SUURV Technologies**
Business Name

**10300 Heritage St., Ste. 200**
Number     Street

_____

**San Antonio     TX     78216**
City                State  ZIP Code

Describe the nature of the business
**IT Consulting**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **8   2 – 3   9   1   7   2   4   5**

Dates business existed

From **12/24/2017**   To   **Present**

**Vidstaff, LLC**
Business Name

**10300 Heritage St., Ste. 200**
Number     Street

_____

**San Antonio     TX     78216**
City                State  ZIP Code

Describe the nature of the business
**IT Recruting**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4   5 – 3   8   3   1   1   8   1**

Dates business existed

From **09/05/2018**   To   **Present**

**Node, LLC**
Business Name

**10300 Heritage St., Ste. 200**
Number     Street

_____

**San Antonio     TX     78216**
City                State  ZIP Code

Describe the nature of the business
**IT Consulting**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **2   7 – 1   8   1   6   8   7   8**

Dates business existed

From **11/01/2018**   To   **Present**

Debtor 1   **David McLennan**

Debtor 2   **Jessica McLennan** _____   Case number (if known) _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

|   | Date issued |
|---|---|
| **ADKF, P.C.** | _____ |
| Name | |
| **8610 North New Braunfels, Suite 101** | |
| Number    Street | |
| _____ | |
| **San Antonio**              **TX**      **78217** | |
| City                          State     ZIP Code | |

---

**Part 12:**   **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ David McLennan** _____     **X /s/ Jessica McLennan** _____
David McLennan, Debtor 1                              Jessica McLennan, Debtor 2

Date   **10/29/2021**                                      Date   **10/29/2021**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **RANDOLPH BROOKS FEDERAL CREDIT UNION**<br><br>Description of property securing debt: **2014 Honda Odyssey Minnivan (approx. 183,588 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **REGIONS BANK**<br><br>Description of property securing debt: **8031 Cooper Mill, San Antonio, TX 78255** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1    **David McLennan**
Debtor 2    **Jessica McLennan**

Case number (if known) _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                                   **Will this lease be assumed?**

Lessor's name:         **46 Crossing LLC**
Description of leased   **Business Lease for Vita Pharmacy, LLC - Boerne location**
property:
☑ No
☐ Yes

Lessor's name:         **Byco, Inc.**
Description of leased   **Business Lease for Vita Pharmacy, LLC - San Antonio Location**
property:
☑ No
☐ Yes

Lessor's name:         **De Lage Landon Financial Services, Inc.**
Description of leased   **Printer Leases for Vita Pharmacy, LLC - San Antonio and Boerne**
property:              **locations**
☑ No
☐ Yes

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ David McLennan**                          X **/s/ Jessica McLennan**
David McLennan, Debtor 1                          Jessica McLennan, Debtor 2

Date   **10/29/2021**                             Date   **10/29/2021**
MM / DD / YYYY                                    MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| **+** | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

---

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

---

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **David McLennan**
      **Jessica McLennan**

Case No. _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$7,500.00**

Prior to the filing of this statement I have received........................................................ **$7,500.00**

Balance Due............................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

    **$7,500.00 - Retainer Fee to be applied to future bilings - client responsible for bills in excess of the retainer fee at $400 hourly rate**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/29/2021** | **/s/ MICHAEL G. COLVARD** |
| --- | --- |
| *Date* | *MICHAEL G. COLVARD*                    Bar No.  04629200 |
| | Martin & Drought, P.C. |
| | Weston Centre |
| | 112 East Pecan Street |
| | Suite 1616 |
| | San Antonio, TX 78205 |
| | Phone: (210) 227-7591 / Fax: (210) 227-7924 |

---

**/s/ David McLennan**

*David McLennan*

**/s/ Jessica McLennan**

*Jessica McLennan*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **David McLennan**                                    CASE NO
        **Jessica McLennan**

                                                    CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/29/2021                              Signature  **/s/ David McLennan**
                                                         *David McLennan*

Date  10/29/2021                              Signature  **/s/ Jessica McLennan**
                                                         *Jessica McLennan*

46 Crossing LLC
Pat Bollinger
725 Breeze Way
Boerne, TX 78006

AARON JENSEN
7230 SIERRA VISTA WAY
RENO, NV 89511

ABIGAIL BENGE
7215 ADDICKS CLODINE RD
HOUSTON, TX 77083

ADAM CAVAZOS
230 E. BEATZ BLVD
SAN ANTONIO, TX 78221

ADAM HAYS
218 LABURNUM DR
SAN ANTONIO, TX 78209

ADRIANA GARNICA
10910 GULF FREEWAY APT 572
HOUSTON, TX 77034

ADRIANNA PONCE
5873 CEYLON ST
DENVER, CO 80249

AILA POWER
6322 GRAND DRIFT CT
KATY, TX 77494

AISLING SPIES
4010 GLENN OAKS DR
BRYAN, TX 77802

AKASH SUD
9521 E CALEY CIRCLE
ENGLEWOOD, CO 80111


AL EMBY
24018 GRAN PALACIO
SAN ANTONIO, TX 78261


ALAN ARROYO
2205 RIDGEVIEW DR
RENO, NV 89519


ALAN GREEN
1357 DEWFROST PLACE
CASTLE ROCK, CO 80104


ALAN LEMLEY
1624 MITCHELL ST APT 2A
MELBOURNE, FL 32901


ALAN MASTERS
272 CHIMNEY ROCK ROAD
STATELINE, NV 89449


ALBERT MARTINEZ
2220 CARTER DR
RENO, NV 89509


ALBERT PERALES
4926 VILLAGE WAY
SAN ANTONIO, TX 78217


ALBERT RUIZ
13780 SEABISCUIT DR
RENO, NV 89521

ALEJANDRO GAMBOA
4418 LOVING PARK
CONVERSE, TX 78109


ALESSANDREA BOATRIGHT
5402 FARM TO MARKET RD 1488 APT.336
MAGNOLIA, TX 77354


ALEX DONOVAN
1701 NICHOLS AVE
BAY CITY, TX 77414


ALEX SMITH
24300 # 98TH STREET
BROKEN ARROW, OK 74014


ALEX STRICKLAND
4811 ORCHID STAR
SAN ANTONIO, TX 78218


ALEXANDER DEGRENIA
9323 MANCHACA RD APT 124
AUSTIN, TX 78748


ALEXANDER GARZA
2719 WALLINGFORD PINES
HOUSTON, TX 77042


ALEXANDRIA RAMIREZ
1212 SINGLETON BOULEVARD
APT 2015
DALLAS, TX 752125367


ALEXANDRIA ZAMBRANO
1211 NORTH AVE B
BEEVILLE, TX 78102

ALFRED ORTIZ
1615 E HIGHLAND BLVD
SAN ANTONIO, TX 78210


ALICE MIDDENTS
603 SOUTH J ST #305
TACOMA, WA 98405


ALISSA SMIDT
578 CORDOVA CT
LAFAYETTE, CO 80026


ALLEN FORD
2236 CR 408
BEEVILLE, TX 78102


ALONZO BERMEA
10919 LAZY OAKS AVE
SAN ANTONIO, TX 78217


ALTON ""KAY"" BERNSTON
255 JAMES AVE
DAYTON, NV 89403


ALYSSA KHAN
16604 DYER WAY
BROOMFIELD, CO 80020


ALYSSA RIOS
772 FALLING LEAVES DR.
ADKINS, TX 78101


AMBER FOYIL
25455 BOROUGH PARK DR
THE WOODLANDS, TX 77380

AMBER MCGUIRE
2501 DELANO ST APT#2
HOUSTON, TX 77004

AMELIA MILLER
11402 KATY FREEWAY
APT.211
HOUSTON, TX 77043

AMY SCHLICHER
15887 PECAN DR
MONTGOMERY, TX 77356

ANASTASIA MARSH
39 EVERGREEN ST
BROOMFIELD, CO 80020

ANDREA HAGA
8300 SHERIDAN BLVD #31E
ARVADA, CO 80003

ANDREW LUDEL
1202 LAWTON CT
SPARKS, NV 89434

ANDREW MCKENNIE
2250 EAGLE BEND CT
RENO, NV 89523

ANDREW PLUMMER
20 ROCKEFELLER BLVD
RENSSELAER, NY 12144

ANDREW PRATT
421 WEST 3RD ST #513
AUSTIN, TX 78701

ANDREW SMART
3965 LONDAN LANE
SANTA CLARA, UT 84765

ANDREW WIRTH
1000 VILLAGE RD
GRANBY, CO 80446

ANDY BURNETT
5305 WEDEKIND RD
SPARKS, NV 89431

ANITA HUNT
3527 S. MARION ST
ENGLEWOOD, CO 80113

ANNA DUDLEY
700 HICKORY DR #H1
HUNTSVILLE, TX 77320

ANNA EVANS
15455 POINT NORTHWEST #W1609
HOUSTON, TX 77095

ANNA GRIGSBY
11000 GATESDEN DRIVE APT 1702
TOMBALL, TX 77377

ANTHONY BADARACCO
715 BURWOOD
SAN ANTONIO, TX 78213

ANTHONY DICESARO
210 PEACH DR
PITTSBURGH, PA 15236

ANTHONY GUMMERT
1917 JITNEY DR
SPARKS, NV 89434


ANTHONY KNIGHT
9514 HANOVER COVE
CONVERSE, TX 78109


ANTHONY NANNINI
3435 ROLLING RIDGE RD
RENO, NV 89506


ANTONIO GOMEZ
PO BOX 576 703
SALEM, NM 87941


ANTONIO PEDRAZA
6769 MELISSA ANN
SAN ANTONIO, TX 78249


APRIL HOUSTON
930 GREEN MTN DR
ERIE, CO 80516


ARIEL MULLIS
8220 TUMPIKE DR
WESTMINSTER, CO 80031


ARIEL WATSON
8414 SE CR 3260
KERENS, TX 75144


ARTHUR BENNERT
8 CHELSEA
SAN ANTONIO, TX 78209

ASHLEY JACKSON
12082 CHERRY PL
THORTON, CO 80233


ASHLEY NELSON
311 SIERRA DR
ROYSE CITY, TX 75189


AUBREE GURULE-RYAN
734 LOCUST AVE
BRIGHTON, CO 80603


AUDREY WELLER
1205 ANNE AVE
HUMBLE, TX 77338


AUSTIN COLLER
58 CALIENTE ST
RENO, NV 89509


AUTUMN SKYE LAUENER
17231 BLACKHAWK BLVD APT 509
FRIENDSWOOD, TX 77546


AVIANNA REIGN
2420 YORKTOWN ST APT# 479
HOUSTON, TX 77056


BAILEY BARNER
1608 SUNSET DRIVE
LOUISVILLE, CO 80027


BARNEY SEGURA
125 LEBANON ST
SAN ANTONIO, TX 78223

BARRY GRESHAM
451 CR 441
STOCKDALE, TX 78160


BART HUSCHER
3417 S LONE PINE AVE
SPRINGFIELD, MO 65804


BART KOONTZ
903 BASSE ROAD
SAN ANTONIO, TX 78212


BEALQUIN GOMEZ
400 DAWSON RD
LA MESA, NM 88044


BEATRYCE BRITT
12800 WOODFOREST BOULEVARD APT#211
HOUSTON, TX 77015


BEAU TITTENSOR
531 COULEE MEADOW
SPARKS, NV 89441


BECKY MARTINELLI
405 CORTONO DRIVE
RENO, NV 89521


BELVIS PINKNEY
6501 ANGELS ORCHARD DR
SPARKS, NV 89436


BEN MCLELLAN
340 SPEARS RANCH RD.
JARRELL, TX 76537

BENJAMIN WRIGHT
1720 BILLOW DR
SPARKS, NV 89441


BERNARD PIENIAZEK
5530 FM 1628
PO BOX 15
ADKINS, TX 78101

BERNARD STEFEK
16534 WILLOW RUN
SAN ANTONIO, TX 78247


BILLY COLLARD
170 SAN TOMAS RD
SAN LORENZO, NM 88041


BLAINE SMITH
3805 LOMITA ST
SAN ANTONIO, TX 78230


BOB HECK
104 COMINO ROBLES
GUN BARREL, TX 75156


BOBBY ARMS
13350 DAMONTE VIEW LANE
RENO, NV 89511


BOBBY JONES
12406 GUY GUISBORNE
SCHERTZ, TX 78154


BOBBY MCQUEEN
9809 SAVANNAH AVENUE
LUBBOCK, TX 79424

BONNIE SUPINE
378 TAWNY OAK CIRCLE
BANDERA, TX 78003


BOYD WEAVER
1405 WEST ILLIONOIS
HOBBS, NM 88242


BRAD JEROME
156 MAXWELL CIRCLE
ERIE, CO 80516


BRANDI KENNEDY
40 MORNING MIST CT
SPARKS, NV 89441


BRANDON CARLSON
1740 PEAVINE RD
RENO, NV 89503


BRANDON LALMANSINGH
3206 SE 45TH AVE
OCALA, FL 34480


BRANDON SPRY
20 BAKER LANE
YERINGTON, NV 89447


BRANDON TAYLOR
1663 SHANGRI LA DR
RENO, NV 89509


BRANDON VACCA
8147 DORNOCH DR
VERDI, NV 89439

BRANDT KENNEDY
860 MAESTRO DR STE A
RENO, NV 89511


BRENT ASHTON
2941 COMMODORE DR
CARROLLTON, TX 75007


BRENT CORBRIDGE
6363 REY DEL SIERRA DR
SPARKS, NV 89436


BRETT BAKER
27313 TIMBERLINE DRIVE
SAN ANTONIO, TX 78260


BRETT BENARDINO
12 ESCENA CT
BOERNE, TX 78006


BRIAN BURSON
5404 GRISSOM DR
ARLINGTON, TX 76016


BRIAN LESSINGER
2201 QUAILWOOD DR
RENO, NV 89521


BRIAN SWIERC
217 DAWSON
SAN ANTONIO, TX 78202


BRIANNA DOLAN
68 GARDEN CENTER
UNIT 211
BROOMFIELD, CO 80020

BRIDENA DICKINSON
2182 S TRENTON WAY #16-105
DENVER, CO 80221


BRIDGET BROWN
636 GARFIELD AVE
LOUISVILLE, CO 80027


BRIGHAM CASH
9918 PINE LAKE DR
HOUSTON, TX 77055


BRITTANY BOWIES
3712 E 114TH DR
THORTON, CO 80233


BRITTANY MAHAN
401 S OLD ROBINSON RD
WACO, TX 76707


BROOKLYN WILES
3010 N SADDLEBROOK LANE
KATY, TX 77494


BRUCE BAKER
860 LANDA #1422
NEW BRAUNFELS, TX 78130


BRUCE BRESLOW
2055 BLUE BOY LANE
RENO, NV 89521


BRUCE HICKS
7455 BALDWIN WAY
SPARKS, NV 89436

BRUCE SALOMON
4911 ELIZABETH JANE CT.
AUSTIN, TX 78730

BRUCE ST. JOHN
5503 LAKEMOOR DR
AUSTIN, TX 78731

BRUCE THAMES
6450 SPANISH OAKS CLUB BLVD
AUSTIN, TX 78738

BRUCE ZARNOCH
50 HARTWOOD RD
LEE, MA 1238

BRYAN MEJIA TURCIOS
9200 WEST BELLFORT AVENUE
APT 20
HOUSTON, TX 77031

BRYAN RALEY
243 WESTGUARD PASS
SAN ANTONIO, TX 78234

BRYAN TIDWELL
167 ELIZABETH
SAN ANTONIO, TX 78209

BRYAN YEE
255 SUNSET SPRINGS LN
SPARKS, NV 89441

BURNS WAGGENER
10941 DEDEKE
NEW BRAUNFELS, TX 78132

Byco, Inc.
2025 Newport Boulevard
Suite 200
Costa Mesa, CA


BYRON CRAGG
6090 TORRINGTON DR
RENO, NV 89511


CAELAN TEAGUE
78 OAK STREET
MAXWELL, TX 78656


CAMERON BARTL
609 STANFORD LANE
SPARKS, NV 89431


CAMERON PEEK
520 LONGRIDER DR
SPARKS, NV 89441


CAMERON ZINK
4589 LYNNFIELD CT
RENO, NV 89519


CAMMIE WATKINS
12420 MILLRIDGE PINES CT
HOUSTON, TX 77070


CARL JORGENSEN
1722 UNION ST
SPARKS, NV 89434


CARLOS ROBLES
335 S. MEADOW DR.
LYTLE, TX 78052

CARLOS SALAZAR
302 PAISANO
NEW BRAUNFELS, TX 78130

CARLOS SOLIS
3926 TOREY MESQUITE
SAN ANTONIO, TX 78261

CARLY PETERSON
406 APPLEWOOD DR
PFLUGERVILLE, TX 78660

CAROL  JACKSON
2043 ADOBE TRAIL
SAN ANTONIO, TX 78232

CAROLE HASHIMOTO
PO BOX 17110
RENO, NV 89511

CARSYN WILLIAMS
248 MASTERS TRL
CLEVELAND, TX 77327

CASEY FITCH
6790 VIA EMMA
LAS CRUCES, NM 88007

CASEY OTTO
700 LANDER DR
CARSON CITY, NV 89701

CASEY QUINLAN
1735 SOMERSET PLACE
RENO, NV 89509

CATHERINE WINTERS
7160 NIMBUS ROAD
LONGMONT, CO 80503

CATIE WEAVER
9827 SAGEDOWNE LN
HOUSTON, TX 77089

CECILIA HERNANDEZ
7463 E 157TH AVE
THORNTON, CO 80602

CESAR ROMERO
555 FM 646 WEST 621
DICKINSON, TX 77539

CHARLES BECK
438 E HATHAWAY DR
SAN ANTONIO, TX 78209

CHARLES BERTRAND
601 GREY HAWK CT
DAYTON, NV 89403

CHARLES DIAZ
1555 MARSH AVE
RENO, NV 89509

CHARLES HIGGINS
13600 SHADY WALK DRIVE
SAN ANTONIO, TX 78231

CHARLES MARTIN
417 LOCH LOMOND DR
CIBOLO, TX 78108

CHARLES OWSLEY
7814 PINEBROOK
SAN ANTONIO, TX 78247

CHARLES RATTRAY
13246 TRENTWOOD
SAN ANTONIO, TX 78231

CHARLES WILLIAMS
6007 VICKERY BLVD
DALLAS, TX 75206

CHARLIE RODRIGUEZ
16703 SIDONIE DR
HOUSTON, TX 77053

CHARLIE WALSH
25722 COREY COVE LANE
KATY, TX 77494

CHLOE WENDT
20711 BLUE FLAGSTONE LN
RICHMOND, TX 77407

CHRIS BROCE
10854 OAKHAVEN DR
RENO, NV 89521

CHRIS CLARK
1445 BRONZE CANYON DR
RENO, NV 89521

CHRIS HEINRICH
6670 BROADRIDGE CT
RENO, NV 89523

CHRIS MACDONALD
8 SUMMERTON PLACE
COHOES, NY 12047


CHRIS MICHAEL
17235 SNOWBERRY DR
RENO, NV 89511


CHRIS MOSER
3711 85TH ST
LUBBOCK, TX 79423


CHRIS O'BRIEN
18543 SPICER LAKE CT.
RENO, NV 89508


CHRIS SHANKS
2282 RAINWOOD COURT
RENO, NV 89509


CHRISTIAN SALINAS
307 PLEASANTON SPRING
SAN ANTONIO, TX 78221


CHRISTIAN STEPHENSON
8929 HARVARD DR
LUMBERTON, TX 77657


CHRISTINE HASSLER
4306 FLAMELEAF SUMAC DR
AUSTIN, TX 78738


CHRISTOPHER ARCE
1657 REDWOOD ST.
SEGUIN, TX 78155

CHRISTOPHER BRANNICK
1613 CAT MTN TRAIL
KELLER, TX 76248


CHRISTOPHER DEGRAFF
5610 LAUREL RD
CARSON CITY, NV 89701


CHRISTOPHER MORRIS
4319 FIRST VIEW DR.
SAN ANTONIO, TX 78217


CHRISTOPHER STUDDERT
1930 S. ELK VIEW CIR
MAPLETON, UT 84664


CLAIRE JOHNSON
3 RIP VAN WINKLE LANE
HOUSTON, TX 770245008


CLAYTON HANSEN
24039 LA TAPICERA
SAN ANTONIO, TX 78261


CLAYTON TODD HAMBY
1132 E. 6 1/2 STREET
HOUSTON, TX 77009


CLEMENTE CASTILLO
2523 NORTHERN DRIVE
LEAGUE CITY, TX 77573


CLINTON WELCH
816 TRADEWINDS CT
SUN VALLEY, NV 89433

COBEY CROW
2930 STILL MEADOW RD
SEGUIN, TX 78155


CODY BROWN
9719 MEADOW BRANCH
CONVERSE, TX 78109


CODY BURKE
PO BOX 2247
HAWTHORNE, NV 89415


CODY SKILES
1931 SHADOW FOREST DR
KATY, TX 77494


COLE TRIPP
5585 E HIDDENVALLEY DR
RENO, NV 89502


COLE WOOLSEY
11120 E BAJADA DR
SCOTTSDALE, AZ 85262


CONRAD STITSER
9009 TIMOTHY COURT
RENO, NV 89511


COREY MATHEWS
57 PIN OAK CT
LAKE JACKSON, TX 77566


CORNELIUS WIEBE
301 SW AVE J
SEMINOLE, TX 79360

CORY AUTREY
2306 ELEKTRA CT
SPARKS, NV 89441


CORY HENDERSON
5355 KIETZ LANE SUITE 200
RENO, NV 89511


CORY PETTY
7610 BADELONA CT
SPARKS, NV 89436


COURTNEY ISOM
165 BODIE STREET
HAWTHORNE, NV 89415


COURTNEY LANI
118 E POST OFFICE ST
WEIMAR, TX 78962


CRAIG COLFER
6155 PLUMAS ST UNIT 121
RENO, NV 89519


CRAIG LEE
913 CORDELL RD
SADLER, TX 76264


CRAIG MILLER
1700 SEASPRAY CT
2142
HOUSTON, TX 77008


CRAIG MITCHELL
224 VIA D'ESTE UNIT 1210
DELRAY BEACH, FL 33445

CRAIG TODLOCK
8358 RUNION RD
SAN ANGELO, TX 76905

CRISARA SERPA
1682 CROWNE WAY
MINDEN, NV 89423

CRYSTAL LOVATO
3039 W 38TH AVE
DENVER, CO 80211

CURTIS BAKER
1045 TAPADERO TRAIL
RENO, NV 89521

CURTIS BROADDUS
2600 SEMINOLE DRIVE
PAMPA, TX 79065

CYNDI LEWIS
455 UTICA AVE
BOULDER, CO 80304

CYNTHIA LEWIS
614 C SOUTH BUS HWY 35
NEW BRAUNFELS, TX 78130

D.J. STACEY
144 S. RING DOVE DR
LAS VEGAS, NV 89144

DALE CLEM
105 SMITH AVENUE
NEW HOME, TX 79383

DAN BOWEN
2327 DIAMOND J PLACE
RENO, NV 89511


DAN DAVIS
26103 AMBER SKY
SAN ANTONIO, TX 78260


DAN TAPIA
595 LUCIANA DR
RENO, NV 89521


DANELLE HAAS
389 SUNWOOD DR
CARSON CITY, NV 89701


DANI TUMBUSCH
7512 DOWNRIDGE DR
AUSTIN, TX 78731


DANIEL BERG
3489 EAGLE RIDGE CT
RENO, NV 89509


DANIEL KNAPP
825 CALIFORNIA AVE
RENO, NV 89509


DANIEL MAY
3738 TWISTED OAKS DR.
SAN ANTONIO, TX 78217


DANIEL STEINMETZ
318 THOMA ST
RENO, NV 89502

DANIEL TOVAR
12714 CLEARWATER COVE
SAN ANTONIO, TX 78254

DANIEL TRIPOLI
39 SWEET BRIER DR
BALLSTON LAKE, NY 12019

DANIEL TRUEBA
9722 HORSESHOE PASS
SAN ANTONIO, TX 78254

DANIELA MEDRANO
101 N BROOKSIDE DR
DALLAS, TX 75223

DANIELLE WATSON
2800 HIRSCHFIELD RD APT#6
SPRING, TX 77373

DAREL JARAMILLO
6119 DESERT SUN ST.
SAN ANTONIO, TX 78238

DARIEL JOHNSON
7019 DAYBREAK
CONVERSE, TX 78109

DARRELL ABBOTT
1157 OAK LANE
MONTGOMERY, TX 77316

DARRELL KELLER
1206 BROOK BLUFF
SAN ANTONIO, TX 78248

DARRELL KING
2045 BAXTER VILLAGE DR
RENO, NV 89521


DARRELL SCRONCE
2282 PENGUIN DR
SPARKS, NV 89441


DARYL HOLLENBACK
4141 BOOTES CT
SPARKS, NV 89436


DAVID  ROBERTS
49 FAULKNER CANYON ROAD
RADIUM SPRINGS, NM 88054


DAVID ADKINS
6449 BROOKVIEW CIRCLE
RENO, NV 89519


DAVID ANDREWS
400 FAIRVIEW BLVD #75
INCLINE VILLAGE, NV 89451


DAVID DANIEL
5501 TENTH ST
LUBBOCK, TX 79416


DAVID DICKIE
129 E AGARITA AVE
SAN ANTONIO, TX 78212


DAVID ESPOSITO
109 SHERMAN AVE
TROY, NY 12180

DAVID GLORIA
9975 NORTH VALLEY
LAS CRUCES, NM 88007

DAVID GONZALEZ
8354 SIERRA HERMOSA
SAN ANTONIO, TX 78255

DAVID MICHAEL GENEY
5521 WEST  4TH STREET
RENO, NV 89523

DAVID REEVES
5420 KIETZKIE SUITE 100
RENO, NV 89511

DAVID ROGAN
3202 NW 87TH LANE
ANKENY, IA 50023

DAVID SCHNABEL
400 WESTERN RD.
RENO, NV 89506

DAWN MESHRAM
2525 ST CHRISTOPHER AVE #1122
LEAGUE CITY, TX 77573

De Lage Landon Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

DEAN ALLMAN
6180 SIERRA MESA ST
RENO, NV 89511

DEAN MCCLAIN
7336 HIGHLAND RANCH RD
CALDWELL, TX 77836

DEANDRA ROMERO
9100 TEJON ST #81
DENVER, CO 80260

DEBORAH ABBOTT
1450 CR 36330
SUMNER, TX 75486

DEBORAH WILSON
4834 6TH ST
BOULDER, CO 80304

DEE HORACE
201 BOWIE ST  APT 7
NACOGDOCHES, TX 75965

DENA KNOLL
1679 VALLEY VIEW DR
CARSON CITY, NV 89701

DENISE TITTLE
2341 CYPRESS CREEK PKWY APT 3505
HOUSTON, TX 77068

DENNIS DAVIS
1800 WENDY WAY
RENO, NV 89509

DENNIS LEE
2705 TESTOLIN RD
FALLON, NV 89406

DENNIS PORTER
701 NE 1500
ANDREWS, TX 79714


DEOJARAE JACKSON
10025 E GIRARD AVE
DENVER, CO 80231


DEREK BEENFELDT
4595 MOUNTAIN GATE DR
RENO, NV 89519


DEREK BOYDEN
15701 42ND AVE CT EAST
TACOMA, WA 98446


DEREK SEGLE
1223 N. WALTERS ST. #301
SAN ANTONIO, TX 78202


DERRELL DUDLEY
978 ENCINO DR
NEW BRAUNFELS, TX 78130


DIANA SIMS
3355 MAMBE DR
RENO, 89511 89521


DICK (RICHARD) NAGAO
9807 SELBOURNE LN
SAN ANTONIO, TX 78251


DIEGO ARAMBURU
11050 BONDSHIRE DR.
RENO, NV 89511

DOMINIC DEPEW-LEON
1030 FERDINAND DR
SAN ANTONIO, TX 78245


DON COLLINS
3531 W STATE RD 1585
LEVELLAND, TX 79336


DON MCCARTY
1501 FM 54
LITTLEFIELD, TX 79339


DON PLAYER
1741 EMERALD BAY DR
RENO, NV 89521


DON TAYLOR
1301 E 76TH ST
LUBBOCK, TX 79404


DONALD KRUMWIEDE
9903 UTICA AVE
LUBBOCK, TX 79424


DONALD PARMELLY
15441 YERBY RD
IOLA, TX 77861


DONNIE PACHECO
1017 CANTRELL AVE
JOURDANTON, TX 78026


DOUG HONEYFORD
2920 OLD RANCH ROAD
GARDNERVILLE, NV 89410

DOUG KORNBRUST
7245 LINGFIELD DRIVE
RENO, NV 89502

DOUGLAS CHRISTENSEN
2265 COLD CREEK TRAIL
RENO, NV 89523

DOUGLAS HAMMOND
6400 VIA AVENTURA DR
EL PASO, TX 79912

DOUGLAS WARD
6626 PINNACLE VIEW RD
CASHMERE, WA 98815

DOYCE LEMLEY
7358 CR 1050
CELESTE, TX 75423

DOYLE MARRS
4502 ASHLEY STONE  CT
COLLEGE STATION, TX 77845

Dr. Amanda Nylund
9391 GROGANS MILLS RD. STE A4
THE WOODLANDS, TX 77380

Dr. Amir Nasseri
1155 W CENTRAL AVE #214
SANTA ANA, CA 82707

Dr. Amir Nasseri
129 TESORO DR.
LAS VEGAS, NV 89144

Dr. Andrew Kibert
406 SIXTH AVE #2
NEW YORK, NY 10011


Dr. Brian Griffin
5508 PARKCREST DR. #101
SUITE 304
AUSTIN, TX 78731


Dr. Christopher Keroack
2 MEDICAL CENTER DRIVE SUITE 202
SPRINGFIELD, MA 1107


Dr. Dayna Monterrey
4701 S. LAKESHORE DR
STE 3
TEMPE, AZ 85282


Dr. Edwin Sasin
1524 KINGWOOD DR
KINGWOOD, TX 77345


Dr. Eleanor Hethcox
121 W. PARKWOOD AVENUE
FRIENDSWOOD, TX 77546


Dr. George Ibrahim
1 VANDERBILT PARK DR.
STE. 230
ASHEVILLE, NC 28803


Dr. James Andry
451 SOUTH PARK RIDGE RD STE 101
BLOOMINGTON, IN 47401


Dr. Jennifer Linhorst
425 S CHERRY STREET STE 300
DENVER, CO 80246

Dr. Joe Feste
211 RR 620 S STE 120
AUSTIN, TX 78734

Dr. Joel Pena
1207 BROOKLYN AVE
SAN ANTONIO, TX 78212

Dr. John Dybis
1347 N. WELLS STREET
CHICAGO, IL 60610

Dr. Jose Rodriguez
4500 N. 10TH ST. #220
MCALLEN, TX 78504

Dr. Jose Rodriguez
801 EAST NOLANA STE#4
MCALLEN, TX 78504

Dr. Kenneth McWilliams
4917 S. ALMA SCHOOL RD. #STE1
CHANDLER, AZ 85248

Dr. Kevin Hoffarth
3813 JUNIPER TRACE STE 102
AUSTIN, TX 78738

Dr. Kevin Hoffarth
2009 MAIN STREET #200
LAKEWAY, TX 78734

Dr. Marco Uribe
200 E 24TH ST
BRYAN, TX 77803

Dr. Marco Uribe
952 ECHO LN
SUITE 331
HOUSTON, TX 77024


Dr. Melissa Miskell
1202 E. SONTERRA BLVD
STE 101
SAN ANTONIO, TX 78258


Dr. Melissa Miskell
31007 IH 10
BOERNE, TX 78006


Dr. Melissa Miskell
598 N UNION #300
NEW BRAUNFELS, TX 78130


Dr. Okey Okoli
133035 NACODOCHES RD STE.2
SAN ANTONIO, TX 78217


Dr. Owen Miller
1530 S. UNION AVE
STE 4
TACOMA, WA 98405


Dr. Pedro Quiles
AVE. JUAN HERNANDEZ #3106
ISABELA, PR 662


Dr. Russell Skinner
1922 SUNRISE TRAIL
LEWISVILLE, TX 75067


Dr. Sherri Micone
142 BELL STREET
RENO, NV 89503

Dr. Sherri Micone
6170 RIDGEVIEW CRT #C
RENO, NV 89519

Dr. Stanley Heckrodt
4646 CORONA DR. SUITE 280
CORPUS CHRISTI, TX 78414

Dr. Victor Fuselier
1725 SOUTH I35 SUITE 102
DENTON, TX 76205

DREW JENKINS
3127 GREAT BASIN AVE
WINNEMUCCA, NV 89445

DUSK BLANKENSHIP
5010 WOODWAY DR
APT 246
HOUSTON, TX 77056

DWAYNE SHIRLEY
13118 VISTA DEL MUNDO
SAN ANTONIO, TX 78216

DYLAN CLUNIE
2160 MANZANITA DR
RENO, NV 89509

EARL OSTRANDER
208 CANYON VISTA
CIBOLO, TX 78108

EDDIE NAJERA SR
1022 NW 27TH ST
SAN ANTONIO, TX 78228

EDWARD ALLAN
7632 AVERY RD.
SAN ANTONIO, TX 78233


EDWARD HESTER
9550 NORTHRIDGE DRVE
CONROE, TX 77303


EDWARD KURTH
607 BLUFF CLIFF
SAN ANTONIO, TX 70946


EDWARD LEE
PO BOX 986
POTEET, TX 78065


EDWARD LEIGHTON
37 ALVA RD
NISKAYUNA, NY 12309


EDWARD NAVA
510 SAN DIEGO
SAN ANTONIO, TX 78232


ELAINE BIANCO
12440 OVERBROOK COURT
RENO, NV 89511


Elena P. Serna
Rosenblatt Law Firm
16731 Huebner Road
San Antonio, TX 78248


ELENA RAINN
19707 AUBURN PARK LANE
SPRING, TX 77379

ELISE HATCHETT
2215 CROSSCOACH LANE
KATY, TX 77449


ELISE LUNA
6300 W LOOP S STE 333
BELLAIRE, TX 77401


ELIZA PETERSEN
10914 VILLAGE TRAIL DRIVE
HOUSTON, TX 770653512


ELIZABETH ENGELHARDT
3013 OAK LANE
BROOKSHIRE, TX 77423


ELIZABETH PORTILLO
8115 LOOP 540
BEASLEY, TX 77417


ELLEN ROEHL
28207 KAILEES CT
SPRING, TX 77386


ELLIE RAMON
3214 HUTCHINS ST., APT 1
HOUSTON, TX 77004


ELLIE TRAVITZ
7315 MUIRFIELD VALLEY LANE
HOUSTON, TX 770953526


ELVIN ALLEN
4802 PRAIRE BLVD
SAN ANTONIO, TX 78244

EMERSON NELSON
31650 BECK RD.
BULVERDE, TX 78163


EMIL YANKOV
200 W 2ND ST
APT 1009
RENO, NV 89501


EMMA CORNBOWER
19607 LAKE BOSQUE DR.
CYPRESS, TX 77433


EMMA ERNST
5143 AVONDALE DR
SUGAR LAND, TX 77479


EMMITT HOLLINGSHEAD
8406 COPPERSTONE
CONVERSE, TX 78109


Empire Pharmacy Consultants
936 SW 1st Ave.
Miami, FL 33130


ERIA MILLER
2411 S. COORS ST.
DENVER, CO 80228


ERIC BEELAR
PO BOX 507
GLENBROOK, NV 89413


ERIC DEAN
8300 CINNAMON RIDGE LANE
RENO, NV 89523

ERIKA UBIAS
16515 MANDATE DR
HOUSTON, TX 77049


ERIKA VELA
1023 WOOD DR,.
CANYON LAKE, TX 78130


ERLINDA MARTINEZ
1610 BOSTON ST
AURORA, CO 80010


ERNESTO GONZALES
243 WEST VILLARET DR
SAN ANTONIO, TX 78221


ERNESTO GONZALEZ
243 W. VILLARET
SAN ANTONIO, TX 78221


ERNESTO LARA
9210 TYLER OAKS
HELOTES, TX 78023


EVAN BRUCE
1245 CENTERVILLE LANE UNIT E
GARDNERVILLE, NV 89460


EVAN KIRKWOOD
15 ALYSSUM CT
RENO, NV 89511


EVERLY HEARD
1619 OPAL FIELD LN
RICHMOND, TX 77469

FELI OLAVERRIA
1118 TIMBERGROVE LN
HOUSTON, TX 77008


FENIX BUDD
102 BECKHAM AVE
ALICE, TX 78332


FERGYL ESTIOCO
7030 THISELWOOD PARK CT
KATY, TX 77494


FERNANDO  CRUZ JR
419 GLAMIS AVE
SAN ANTONIO, TX 78223


FERNANDO MATIAS
8427 FAVERO
CONVERSE, TX 78109


FERNANDO ORTEGA
230 WALTON AVE
SAN ANTONIO, TX 78225


FIDEL FELIX
2507 HERITAGE COLONY DRIVE
WEBSTER, TX 77598-3205


FRANCIS PAWLOWS
27 KARA LANE
CLIFTON PARK, NY 12065


FRANK COX
2001 PEBBLE BEACH
SAN ANGELO, TX 76904

FRANK GRANIER
6245 VISTA MONTAGNA
RENO, NV 89519


FRANK HAYES
658 NORTH 3RD ST
SPOFFORD, TX 78877


FRANK LANNI
20 STARBUCK DR, APT #201
GREEN ISLAND, NY 12183


FRANK LAWRENCE
129 W RESACA RD
BAYVIEW, TX 78566


FRANK PICKUS
139 OAK BROOK COMMONS
CLIFTON PARK, NY 12065


FRANK ROLLO
14102 BUTLER BEND
SAN ANTONIO, TX 78232


FRANK VINCENT BEAULLIEU
318 W. MAGNOLIA
SAN ANTONIO, TX 78212


FRANKIE ROBERTS
28237 DOS CERROS LOOP E
BOERNE, TX 78006


FRED ALEJO
485 TERAMO COURT
RENO, NV 89521

FRED BATES
9460 DOUBLE R BLVD STE#103
RENO, NV 89521

FRED GIRODAT
23007 S. BREEZE
SAN ANTONIO, TX 78258

GABRIEL HERNANDEZ
11201 VETERANS MEMORIAL DR APT#1110
HOUSTON, TX 77067

GABRIEL RODRIGUEZ
5647 BUENA VISTA DR
FRISCO, TX 75034

GABRIELA VALENZUELA
4773 DURHAM CT
DENVER, CO 80239

GABRIELLA GOVEA
6427 BURGOYNE RD.
HOUSTON, TX 77057

GALDY MORA
13313 CUTTEN RD APT #3107
HOUSTON, TX 77069

GARRETT GLASS
134 BRITTANY
SAN ANTONIO, TX 78212

GARRETT JACKSON
2595 PEAVINE VALLEY RD
RENO, NV 89523

GARRETT STARK
1762 E. RIDGEVIEW TERRACE
MUSTANG, OK 73064


GARY ANDERSON
16917 BROOKWOOD
SAN ANTONIO, TX 78248


GARY BAKER
314 ROCKHILL DR
SAN ANTONIO, TX 78209


GARY BELL
12015 STONEY CROWN
SAN ANTONIO, TX 78217


GARY BETHEL
1024 E. COLLEGE
SEGUIN, TX 78155


GARY BOUTON
PO BOX 466
ANSON, TX 79501


GARY GANSERT
5175 CYPRESS POINT
RENO, NV 89502


GARY MEYER
18302 MONTECITO BLVD
DRIPPING SPRINGS, TX 78620


GARY MILLER
21111 TREE TOP COVE
GARDEN RIDGE, TX 78266

GARY ORSAK
411 E. VISTA RIDGE
SAN ANTONIO, TX 78260


GARY VAUGHN
902 WOFFORD DR
BURNET, TX 78611


GAVIN RUBIN
6025 ROYAL LN #217
DALLAS, TX 75230


GENE SMITH
23 SUNRISE LN
RANSOM CANYON, TX 79366


GENI LEWIS
5319 BELL STREET
HOUSTON, TX 77023


GEOFFREY ROSS
1970 DAYLIN CT
RENO, NV 89523


GEORGE BARON
74 EAST MAIN ST
MOHAWK, NY 13407


GEORGE BEST
3526 HUNTER SOUND
SAN ANTONIO, TX 78230


GEORGE GREENE
12010 THOREAU DR
MONTGOMERY, TX 77356

GEORGE GUYNN
4531 PASEO AZUL
LAS CRUCES, NM 88001


GEORGE HENDREN
5918 WINDY COVE
SAN ANTONIO, TX 78239


GEORGE JOSSELL
4119 KERRVILE AVENUE
SNYDER, TX 79549


GEORGE LAMBROS
8 OAK GROVE LANE
BREWSTER, MA 2631


GEORGE RODARTE
4315 EAGLE NEST DR
SAN ANTONIO, TX 78233


GEORGE SCHOELZEL
1044 CURTISS AVE
SCHERTZ, TX 78154


GEORGE SHELDON
22 EASTSIDE DR
BALLSTON LAKE, NY 120192112


GERALD DORN
1502 BIG VALLEY WAY
STE 860
RENO, NV 89521


GERALD HEUMAN
4423 45TH AVENUE SW
SEATTLE, WA 98116

GERALD LARSON
15319 SPRING MIST
SAN ANTONIO, TX 78247


GERALD MITCHELL
661 MARSH AVE.
RENO, NV 89509


GERARD MALDONADO
6818 BROOKVALE
SAN ANTONIO, TX 78238


GIA OROSCO
7337 MOLINE ST
HOUSTON, TX 77087


GIANNA RAMIREZ
12802 BONNYWOOD LANE
CYPRESS, TX 77429


GILBERT MARTINEZ
145 GAZELLE CT.
SAN ANTONIO, TX 78259


GINA BEAUDETTE
3918 167TH STREET
STANWOOD, WA 98292


GLENN CUNNINGHAM
1575 MEDADOW GLEN
ADKINS, TX 78101


GLENN DEEMER
7532 E. WOLF CANYON CIRCLE
MESA, AZ 85207

GLENN HOWELL
1825 MANZNITA CIR
RENO, NV 89509


Glenn J. Deadman
Glenn J. Deadman, P.C.
1515 N. St. Mary's St.
San Antonio, TX 78215


GORDON MCCLEARY
705 W 45TH AVE
KENNEWICK, WA 99337


GREG SAWYER
5105 RINCON CT
SPARKS, NV 89436


GREG SCOTT
7115 BANBURY CT
RENO, NV 89523


GREGORY HUGHES
7965 MEADOW VISTA DR.
RENO, NV 89511


GREGORY LEDER
525 OLD PIKE RD
HEAVENER, OK 74937


GREGORY TRIMBLE
6080 DERBY WAY
BULVERDE, TX 78163


GUILLERMO TORRES
8900 RESEARCH PARK DR
724
SPRING, TX 77381

GUILLERMO ZAVALA
10707 W I10 APT#325
SAN ANTONIO, TX 78230


GUY GANSERT
1775 HUNTER CREEK RD
RENO, NV 89519


HALEY MOSES
27427 SEDGELAND TRAIL LANE
KATY, TX 77494


HAROLD MOORE
1470 AMMANN RD EAST
BULVERDE, TX 78163


HAROLD WATKINS
64 STRADA PRINCIPALE UNIT #205
HENDERSON, NV 89011


HARRELL BANKS
28022 ELM GROVE
SAN ANTONIO, TX 78261


HENRY BEVIL
8423 NOELLA WAY
SAN ANTONIO, TX 78240


HENRY KOSTER
20735 NE 112TH ST
REDMOND, WA 98053


HILARIO GURROLA
1414 BARNEY AVE
SAN ANTONIO, TX 78237

HOLLIE ENDSLEIGH
3501 LIN LANE
SPICEWOOD, TX 78669


HOWARD GOINGS
5706 COUNTRY SUN
SAN ANTONIO, TX 78244


HUMBERTO NAPOLES
103 DACUS ST
SAN ANTONIO, TX 78211


HUMBERTO SANCHEZ
501 BELLA MONTEGRA CIRCLE
AUSTIN, TX 78734


IAN HUDSPETH
6575 MAHOGANY RIDGE DR
RENO, NV 89523


IAN SATTERFIELD
747 STERLING HILLS CT
RENO, NV 89521


ISAAC GOMEZ
22102 SIXPENCE LANE
HOUSTON, TX 77073


IZZY CERVANTES
6739 GLEN ROCK
HOUSTON, TX 77087


JACK FIELDER
900 ADOBE RD
FALLON, NV 89406

JACK FREEMAN
12 TRAIL RIDGE RD
KERRVILLE, TX 78028

JACK PETERSON
305 ARMY BLVD
SAN ANTONIO, TX 78215

JACQUELINE SOSA
7780 S WELLINGTON ST
LITTLETON, CO 80122

JADE KHAN
2 HANCOCK ST
CONROE, TX 77301

JAIME SALAZAR
9425 COMET ST.
LAS CRUCES, NM 88012

JAMES ALBRECHT
11418 WATERSTONE LOOP DR
WINDERMERE, FL 34786

JAMES COLATORTI
1267 U.S. HWY 395 N
STE L UNIT#3023
GARDNERVILLE, NV 89410

JAMES DIRKS
5727 71ST STREET
LUBBOCK, TX 79424

JAMES FIELDS
106 COLETTE LANE
MARION, TX 78124

JAMES LUFFMAN JR.
141 OAKFIELDS DR.
FLORESVILLE, TX 78114


JAMES MARTIN
4616 87TH ST
LUBBOCK, TX 79424


JAMES MCCONOGHY
113 BENT TREE DR
BOERNE, TX 78006


JAMES NISBETT
4919 BLUETOP
SAN ANTONIO, TX 78217


JAMES NOLAND
3595 AIRWAY DR
STE 410
RENO, NV 89511


JAMES OBENSHAIN
4147 TROPICAL DR
SAN ANTONIO, TX 78218


JAMES SALLEY
1531 DELUCCHI LN,  UNIT-D
RENO, NV 89502


JAMES STILWELL
533 CLUB DR
PALM BEACH GARDENS, FL 33418


JAMES VAN LANDINGHAM
9603 BANDERA RD APT 717
SAN ANTONIO, TX 78250

JAMES VANDERVERT
403 E EASTVIEW DR
SPOKANE, WA 99208


JAMES WOESNER
16 SHADOW RIDGE CT.
FRISCO, TX 75034


JAMEY NALEZINEK
PO BOX 33562
NORTHGLENN, CO 80233


JAMI COX
13874 OAK MANOR DR
WILLIS, TX 77318


JAMIE LAUGHTON
2265 HEDGEWOOD DR
RENO, NV 89509


JANICE LIVINGSTON
1 WOLFETON WAY
SAN ANTONIO, TX 78218


JARED HARMON
9625 SOUTHMEADOW DR
BEAUMONT, TX 77706


JARIEL CASTILLO
21311 LIGURIA DR
SAN ANTONIO, TX 78266


JARRED TREVINO
6403 STONEY CREEK DR
PASADENA, TX 77503

JASON GURR
114 N. 850 W.
PAROWAN, UT 84761

JASON JOHNSTON
999 MARIANNE WAY
GARDNERVILLE, NV 89460

JASON MILLER
45 RIDGECLIFF DR
RICHLAND, WA 99352

JASON SAMBRANO
5442 ENERGYSTONE DR
SPARKS, NV 89436

JASON WINTERTON
550 N MCCARRAN BLVD
SPARKS, NV 89431

JAY FORSYTHE
4820 ROCK WREN
RENO, NV 89509

JAY LEVINE
2255 EAGLE BEND CT
RENO, NV 89523

JD DRAKULICH
230 BRET HARTE AVE
RENO, NV 89509

JEANETTE LEWIS-MAXEY
110 RIVER VIEW
BOERNE, TX 78006

JEANNINE PASSAS
1311 SANDEN LN
MINDEN, NV 89423


JEFF BAIR
25839 WHITE EAGLE DR
SAN ANTONIO, TX 78260


JEFF CARR
1440 34TH CIRCLE
RIO RANCHO, NM 87124


JEFF DINTELMAN
9327 S STANLEY PLACE
TEMPE, AZ 85284


JEFF HERRICK
2863 NYE DR.
MINDEN, NV 89423


JEFF ORNBURG
933 NORTHWOOD BLVD UNIT 17
INCLINE VILLAGE, NV 89451


JEFF TUPA
1214 HAISTAR CT
SPARKS, NV 89441


JEFF WARD
996 RINGNECK WAY
SPARKS, NV 89441


JEFF WILLIAMS
3917 ARROYO DORADO
SCHERTZ, TX 78154

JEFFERY BICKLEY
3016 FEATHERTOP DR
RENO, NV 89521


JEFFERY GORDON
7774 CR 8980
WEST PLAINS, MO 65775


JEFFREY BORDOK
1033 RANCH DR
GARDNERVILLE, NV 89460


JEFFREY DAVENPORT
8719 SHADY MTN
SAN ANTONIO, TX 78254


JEFFREY GARNER
147 KENTUCKY ST
LAREDO, TX 78041


JEFFREY HAGEDORN
9702 CHEAT MOUNTAIN COURT
ROSENBERG, TX 77469


JENILEE LUJAN
12310 BANNOCK ST
APT #16202
WESTMINSTER, CO 80234


JENNIFER GONZALES
10655 KALISPELL ST
HENDERSON, CO 80640


JENNIFER NAGELE
346 BAKER ST
LONGMONT, CO 80501

Jeremiah Jason Huff
2859 Burning Rock St.
San Antonio, TX 78247


JEREMY BROWN
6611 INWOOD WEST DR
HOUSTON, TX 77088


JEREMY BURRITT
1150 SARAH BELLE LANE
FALLON, NV 89406


JEREMY RHODES
539 WILLOW CREEK CT
CLARENDON HILLS, IL 60514


JERRY DIMAGGIO
9009 IRON SKY TRAIL
RENO, NV 89523


JERRY ESTRADA
152 PEBBLE DR
DAYTON, NV 89403


JERRY JONES
5052 HALLGARTEN DR
SPARKS, NV 89436


JERRY WILLIAMS
2771 SKYHORSE TRAIL
RENO, NV 89511


JESS JOHNSON
26527 FOREST LINK
NEW BRAUNFELS, TX 78132

JESSALYN JANSEN
315 VALLEY WOOD DR. #816
APARTMENT #816
SPRING, TX 77380


JESSE AVALOS JR
14200 VANCE JACKSON
SAN ANTONIO, TX 78249


JESSE MARTIN
2705 TESTOLIN RD
FALLON, NV 89406


JESSE VANCROMPHAUT
2443 FM RD 1488 #3106
CONROE, TX 77384


JESSICA COLPITT
821 INCA ST
DENVER, CO 80204


JESSICA COOPER
333 DOMINION DR. 111A
KATY, TX 77450


JESSICA HAWKINS-KIMMEL
5791 PELICAN SHORES CT
LONGMONT, CO 80504


JESSICA HERNANDEZ
5252 E.108 TH PLACE
DENVER, CO 80233


JESSICA NOWLIN
4212 MEDICAL DR #1009
SAN ANTONIO, TX 78229

JESSICA SMART
3965 LONDAN LANE
SANTA CLARA, UT 84765


JESSICA ZHIVOTOVSKY
4507 CASTLE LN
BROOMFIELD, CO 80023


JESSIE WALKER
510 PELHAM ST
FORT WALTON BEACH, FL 32547


JESUS JURADO
633 JOHN FREEMONT DRIVE
RENO, NV 89509


JESUS TARANGO
8519 FOXBORO ST
SAN ANTONIO, TX 78254


JEWELS GOMEZ
3122 HARTWICK RD
HOUSTON, TX 77093


JIM GRAY
PO BOX 616
PLAINS, TX 79355


JIM LAUGHTON
2265 HEDGEWOOD DR
RENO, NV 89509


JIM ROWE
508 PALM VALLEY DR
STE 49
HARLINGEN, TX 78552

JIMMY GORDON
106 BUENA SUERTA
HOBBS, NM 88242


JIMMY KELLY
2205 W 12TH ST
PLAINVIEW, TX 79072


JOAN TAYLOR
209 E. ESPARADA DR
GEORGETOWN, TX 78628


JOE ANZIANO
3095 RIVIERA DR
SARASOTA, FL 34232


JOE CARDINALE
6950 WEST SAHARA AVE
LAS VEGAS, NV 89117


JOE CHOTE
1004 DOGWOOD
IDALOU, TX 75329


JOE DEGEROLAMI
13503 ADOBE CROSSING
SAN ANTONIO, TX 78232


JOE HESTER
7202 BELLA ROSE
SAN ANTONIO, TX 78254


JOE MARTIN
4901 HWY 183 N
EARLY, TX 76802

JOE SARRATT
6504 QUAKER AVE APT 404-A
LUBBOCK, TX 79413

JOEL MARTINEZ
1167 WATER IRIS WAY
ORLANDO, FL 32828

JOELLE  SALATERSKI
4509 MOUNT VERNON ST APT#30
HOUSTON, TX 77006

JOHN ""WALT"" OWENS
2650 ANZAC CIRCLE
CARSON CITY, NV 89701

JOHN ANTORINO
367 SWANAGE DR
BROOMALL, PA 19008

JOHN DONOGHUE
34 RIESLING RD
NISKAYUNA, NY 123093242

JOHN EUBANKS
513 JEANETTE DR.
CONVERSE, TX 78109

JOHN GRAVES
22155 WILDWOOD PARK RD
APT. #232
RICHMOND, TX 77469

JOHN GRUCHACZ
4229 FOXTAIL COURT
BRYAN, TX 77808

JOHN HOLLINSHEAD
396 ESTANCIE LANE
BOERNE, TX 78006


JOHN LUELLEN
7929 MOUNT BALDY DRIVE
RYE, CO 81069


JOHN MASON
9885 GAINSBOURGH LN
RENO, NV 89521


JOHN NICHOLS
10400 SILVER SPUR DR
RENO, NV 89508


JOHN NORTON
22203 NE 128 CIRCLE
BRUSH PRAIRIE, WA 98606


JOHN POUTRA
102 RIO SECO
SAN ANTONIO, TX 78232


JOHN RENKER
3330 QUAKERTOWN DR
SAN ANTONIO, TX 78230


JOHN SACIA
10040 E HAPPY VALLEY RD #2030
SCOTTSDALE, AZ 85255


JOHN SANTOR
3514 ELK CLIFF PASS
SAN ANTONIO, TX 78247

JOHN SILVAROLI
835 W SHERIDAN AVE APT#516
OKLAHOMA CITY, OK 73106


JOHN SMITH
5 MORGAN WAY
LATHAM, NY 12110


JOHN SOLARI
5310 KIETZKE LANE
RENO, NV 89511


JOHN STANKO
1265 SPRINGER COURT
RENO, NV 89511


JOHN STIEBER
14349 172ND AVE NE
REDMOND, WA 98052


JOHN WILLIAMS
243 BROOKHOLLOW
NEW BRAUNFELS, TX 78132


JOHN WOESSNER
1200 THATAWAY
HORSEHOE BAY, TX 78657


JOHNNY POWERS
500 SW 22ND ST
SEMINOLE, TX 79360


JOHNNY TURNER
18607 CR 1640
WOLFFORTH, TX 79382

JON YAPLE
2038 DESERT PEACH DR
CARSON CITY, NV 89703


JONATHAN HURST
1425 ELI DR.
RENO, NV 89511


JONATHAN JOSEPH
14916 COPPER RIDGE LANE
AUSTIN, TX 78734


JONATHAN KENNEDY
71 LAKEWAY DR
COLDSPRING, TX 77331


JORDAN VERA
13955 GLENCOE ST
THORNTON, CO 80602


JORGE ROJAS
525 MOGUL MOUNTAIN DR
RENO, NV 89523


JOSE ALVAREZ
101 N BROOKSIDE DR
DALLAS, TX 75223


JOSE SALAZAR
511 LEGACY RIDGE
SAN ANTONIO, TX 78260


JOSEPH  EDWARDS
1240 RYLAND ST
RENO, NV 89502

JOSEPH ANDING
186 YOUNGBLOOD RD
HUNTINGTON, TX 75949


JOSEPH BECK
18237 W MINNEZONA AVE
GOODYEAR, AZ 85395


JOSEPH BOYLE
635 CEDARDALE LOOP
LAS CRUCES, NM 88005


JOSEPH PERRY
1518 HASKIN DR
SAN ANTONIO, TX 78209


JOSEPH POLLARD
4706 GRAY FOX DR
AUSTIN, TX 78759


JOSEPH TORTORELLO
7811 CHAMBER RD
SAN ANTONIO, TX 78229


JOSH LUBLINER
2989 FOX TRAIL DR
RENO, NV 89523


JOSHUA GINDELE
8709 COBBLESTONE
AUSTIN, TX 78735


JOSHUA NIXON
6223 CRYSTAL FOREST TRAIL
KATY, TX 77493

JOSHUA THOMSON
9565 COMANCHE MOON DR
RENO, NV 89521


JOURNEY DAVIS
23010 BURCAN CT
SPRING, TX 77373


JUAN GONZALEZ
6105 N KARLOV AVE
CHICAGO, IL 60646


JULEE HUFF
11506 ELM WAY
THORTON, CO 80233


JULIAN LARRY
3210 LOUISIANA STREET
HOUSTON, TX 77006


JULIE MUNCY
8801 NORTH FM 620 #1018
AUSTIN, TX 78726


JULIE TALBERT
12800 BRIAR FOREST DR #65
#65
HOUSTON, TX 77077


JUNE STENZEL
12606 EGRET HILL COURT
HOUSTON, TX 77089


JUSTIN BRADLEY
7620 ORANGE PLAINS DR
SPARKS, NV 89436

JUSTIN ROPER
85 WEBFOOT CT
SPARKS, NV 89441


JUVENTINO GUERRA
14811 TURKEY TRAIL
SAN ANTONIO, TX 78232


KAIA PALESE WESTERLIND
20525 CYPRESSWOOD DR
CYPRESS, TX 77433


KARA ZOR EL FIELDS
12700 STAFFORD ROAD APT 837
STAFFORD, TX 77477


KAREN HUNSTABLE
22155 WILDWOOD PARK RD.
APT 232
RICHMOND, TX 77469


KARLA TELLEZ
2246 ASHBERRY AVE
NEW BRAUNFELS, TX 78130


KARLIE BOBIAN
7901 CRESTVIEW LN
DENVER, CO 80221


KASEY JOHNSON
2010 LENTICULAR DR
SPARKS, NV 89441


KATHERINE REGIS
426 OLEANDER ST
LAKE JACKSON, TX 77566

KATHY CLARK
690 FM 253
BUNA, TX 77612

KATIE DEHOYOS
7810 MAVERICK TRACE LN
CYPRESS, TX 77433

KATIE LOCKHART
24151 BELLA DOLCE LN
APT 804
KATY, TX 77494

KAY FERGUSON
1039 BRISTOL LN
MISSOURI CITY, TX 77459

KAYLEE SENN
15650 FERN BASIN DRIVE
HOUSTON, TX 77084

KELLI LINES
114 HEIGHTS BOULEVARD UNIT H
HOUSTON, TX 77007

KELLY GUPTON
646 OXFORD ST
HOUSTON, TX 77007

KELLY NELSON
13042 HUNTLEIGH WAY
SUGAR LAND, TX 77478

KELLY WISNER
55 ED ANZA DR
RENO, NV 89511

KEN BRAGG
12911 VIDORRA CIRCLE DR
SAN ANTONIO, TX 78216

KENDRA DAVIS
151 STONE CANYON DR
LYONS, CO 80540

KENNETH BRUCE
8727 BLOSSOM LN
DALLAS, TX 75227

KENNETH CARTWRIGHT
302 E HWY 62 #1074
PO BOX 1074
WOLFFORTH, TX 79382

KENNETH CHILDRESS
3010 CR. L
ODONNELL, TX 79351

KENNETH GARRISON
1985 HELDERBERG AVE
SCHENECTADY, NY 12306

KENNETH KLANICA
2106 STONEHAVEN
NEW BRAUNFELS, TX 78130

KENNETH STARK
4281 MUIRWOOD CT
RENO, NV 89509

KENT ASHERFELTER
12802 LAQUINTA
LIVE OAK, TX 78233

KENT SADLER
139 B ELIZABETH
SAN ANTONIO, TX 78229


KERRY KUKLEWSKI
115 HASKIN DR.
SAN ANTONIO, TX 78209


KEVIN BERTONNEAU
1875 FLEDGE CREEK DRIVE
UNIT B
RENO, NV 89521


KEVIN CLOONAN
4007 MCCULLOGH STE 219
SAN ANTONIO, TX 78212


KEVIN DARBY
3410 SAN JUAN DRIVE
RENO, NV 89509


KEVIN GUSTAFSON
3550 BARRON WAY STE 5A
RENO, NV 89511


KEVIN HENDRIX
568 N DOWNS LN
FALLON, NV 89406


KEVIN HENSCHEID
3020 N. MANSFIELD CT
LITCHFIELD PARK, AZ 85340


KEVIN JOHNSON
5925 LAKE GENEVA CT
RENO, NV 89511

KEVIN MILES
4030 TWIN FALLS DRIVE
RENO, NV 89511


KEVIN MORRISON
83 ST. CROIX DR.
EAGLE BRIDGE, NY 12057


KEVIN PINKNEY
1607 H ST
SPARKS, NV 89431


KIAN HAGHGOO
2829 TIMMONS LANE
UNIT 153
HOUSTON, TX 77027


KIM BELLAH
1517 SAN FRANCISCO AVE
MIDLAND, TX 79705


KIMBERLY HERNANDEZ
1560 ROBERTS ST
BEAUMONT, TX 77701


KIMBERLY MAUCH
10617 BEDFORD ST
FIRESTONE, CO 80504


KIMBERLY OSHEA
24799 EAST APPLEWOOD DR
AURORA, CO 80016


KIRK FRANKE
904 W LONG ST
CARSON CITY, NV 89703

KOKO BEAUDION
21339 CYPRESS LIVE OAK DR
CYPRESS, TX 77433


KRAIG KNOLL
1580 ROBB DR
CARSON CITY, NV 89703


KRISTIN HESTDALEN
1880 TOLTEC TRAIL
RENO, NV 89521


KRYSTIN GARZA
2562 LONESOME CREEK TRAIL
NEW BRAUNFELS, TX 78130


KRYTHE ELAINE BRYAN ARENSMAN
10556 HAMMERLY BLVD #0328
HOUSTON, TX 77043


KURT JENSEN
623 BERGIN WAY
SPARKS, NV 89431


KURTIS OAKLEY
1702 HARDING BLVD
NORRISTOWN, PA 19401


KYLE BRIGGS
2388 SILVER RIDGE DR
RENO, NV 89509


KYLE DIXON
40 CHAPPARAL COURT
MISSOURI CITY, TX 77459

KYLE GARDELLA
15040 CHATEAU AVE
RENO, NV 89511


KYLE JONES
4375 DEL PASO DR
RENO, NV 89521


KYM KOCH-THOMPSON
14508 LONGFORD WAY
EDMOND, OK 73013


LANA FOLTZ
12020 N GESSNER RD
APT #13308
HOUSTON, TX 77064


LARRY CHASTAIN
2605 WASHINGTON
COMMERCE, TX 75428


LARRY GILBERT
PO BOX 607
MILES, TX 76861


LARRY MCCLISH
2560 LAKE RIDGE SHORES WEST
RENO, NV 89519


LARRY WOLTER
132 VILLAGE PATH
CASTROVILLE, TX 78009


LAUREN GORE
12020 NORTH GESSNER DR APT#13203
HOUSTON, TX 77064

LAUREN JOSEPH
2215 S NILE CT
AURORA, CO 80014


LAUREN THOMAS-BREWATER
16019 HAMILTON WAY #3219
BROOMFIELD, CO 80023


LAWRENCE HARVAZINSKI
420 PINKSTER LANE
SLINGERLANDS, NY 12159


LAWRENCE JORDAN
2814 RIO BRAZOS
SAN ANTONIO, TX 78259


LEANN SCHMIDT
11435 VERAZAE DR
RENO, NV 89521


LEANNE MASTERS
272 CHIMNEY ROCK RD
STATELINE, NV 89449


LEE NIICHEL
6791 QUANTUM DR
SPARKS, NV 89436


LEONARD DEAL
7 FOUNTAIN DR
SAN ANTONIO, TX 78248


LEONARDO CORTEZ
7912 BELLAIRE BLVD  APT # 801
HOUSTON, TX 77036

LEWIS HEYE
755 CR 304
JOURDANTON, TX 78026

LIBERTY EAVES
2501 LAKE RD,  APT 269
HUNTSVILLE, TX 77340

LILITH COSTO
2686 MURWORTH DRIVE APT 409
HOUSTON, TX 77054

LILITH LILITH
14555 PHILIPPINE STREET #113
HOUSTON, TX 77040

LILITH SAVELL
13518 SPLINTERED OAK DR.
HOUSTON, TX 77065

LILY NIETO
2904 OLD GALVESTON APT#1
HUNTSVILLE, TX 77340

LINDA HANSEN
10538 EAGLE FALLS WAY
RENO, NV 89521

LINDSEY HARMON
241 W ARROYO ST
RENO, NV 89509

LISA MUELLER
6125 N. DEER MEADOW CT
RENO, NV 89519

LISSA VILLONE
1180 SKINNER DRIVE
WASHOE VALLEY, NV 89704

Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403

LLOYD LITTLE
4931 BAYLISS
SAN ANTONIO, TX 78233

LOGAN JARAMILLO
555 BARRINGER LANE APT B
WEBSTER, TX 77598

LONI MAYO
800 SOUTH MEADOWS PKWY
STE 400 STUDIO #2
RENO, NV 89521

LONNIE MASON
2442 GENOA MEADOWS CIRCLE
GENOA, NV 89411

LORENZO MARTINEZ
815 CEDARDALE DR
LAS CRUCES, NM 88005

LORIE GREEN
1357 DEWFROST PL
CASTLE ROCK, CO 80104

LORRAINE HOWARD
4971 FOX CREEK TRAIL
RENO, NV 89519

LOUIS GREUBEL
325 SILVERADO TRAIL
VICTORIA, TX 779012713

Louis Wenzel
1218 Wood Fern
San Antonio, TX 78232

LUCAS ARCINIEGA
1279 COACHMAN DR
SPARKS, NV 89434

LUCY DIAZ
3318 MARYLAND ST
FRESNO, TX 77545

LUCY ORGERON
5907 KLAMATH FALLS CT
HOUSTON, TX 77041

LUKAS KRAFT
438 ALVIE LANE
LUFKIN, TX 75904

LUKE RILEY
200 BALCORTA DR
VERDI, NV 89439

LUNA  WHITELAW
19655 EAST COUNTRY CLUB BLD 6 #108
AVENTURA, FL 33180

LYNNE PUNDT
3210  TREE GROVE
SAN ANTONIO, TX 78247

MADISON CAMPOS
3614 MARQUITA LANE
HOUSTON, TX 77039


MAHMOUD ABO ELENEN
37 LAKESHORE DR APT 2D
WATERVLIET, NY 12189


MALORIE FENNELL
1211 EVERSHAM WAY
KINGWOOD, TX 77339


MARCOS RIVERA
1010 W AVE
LOVINGTON, NM 88260


MARCOS SANTIAGO
2410 CINCO WOODS
SAN ANTONIO, TX 78259


MAREN SPEAKMAN
76 OVERLOOK LN
BOULDER, CO 80302


MARIA GLANZMANN
4421 DESERT HILLS CT
SPARKS, NV 89436


MARIA PADILLA
1725 OSWEGO ST
AURORA, CO 80010


MARIA RAMOS
7658 UMATILLA ST
WESTMINSTER, CO 80021

MARIA STOUPAS
3338 S ONEDIA WAY
DENVER, CO 80224


MARIAH MARTINEZ
2215 AVENIDA LA QUINTA ST
APT 1016
HOUSTON, TX 77077


MARIALICE GALT
1555 MARSH AVE
RENO, NV 89509


MARICELA TREVINO
21303 ENCINO COMMONS
SAN ANTONIO, TX 78259


MARIO QUINTANA
7410 CASTLE WOOD
SAN ANTONIO, TX 78218


MARISOL LIBKE
1035 RICCO DR.
SPARKS, NV 89434


MARK BRENNER
303 BERYL
SAN ANTONIO, TX 78213


MARK BROWN
4111 CALL FIELD
WICHITA FALLS, TX 76308


MARK DEGUTIS
6864 GREEEN VALLEY RD
CIBOLO, TX 78108

MARK EIDSON
6520 MONTICELLO CT
RENO, NV 89519


MARK EVANSON
10331 RED IRON CREEK
CONVERSE, TX 78109


MARK MOLLENKOPF
5321 TIMBER COURT
FLOWER MOUND, TX 75028


MARK SCHUMACHER
4405 SHARPS RD
RENO, NV 89509


MARK STOKES
2160 THOMAS JEFFERSON DR
RENO, NV 89509


MARK STRAUTZ
5606 SPURFLOWER DR
AUSTIN, TX 78759


MARK SUSEN
16422 CALICO CREEK DR
SAN ANTONIO, TX 78247


MARK TERRY
3 CROSS CANYON
SAN ANTONIO, TX 78247


MARK THIERMAN
7287 LAKESIDE DR
RENO, NV 89511

MARTHA ZAMUDIO
15586 E 118TH AVE
DENVER, CO 80022


MARY ANN PRATHER
2435 220TH PLACE NE
SAMMAMISH, WA 98074


MARY DUFFY
758B FOREST ST. STE B
RENO, NV 89509


MARY NELSON
2290 RENZO WAY
RENO, NV 89521


MATHEW MARTIN
5555 BRIDGER PEAK
SPARKS, NV 89436


MATT ADDISON
201 CR 288
BALLINGER, TX 76821


MATT HAMILTON
2923 OLD RANCH RD
SAN ANTONIO, TX 78217


MATT TURVILLE
8310 FAIRWAY RIDGE CT
RENO, NV 89523


MATTHEW KRUSE
15180 BAILEY CANYON DR
RENO, NV 89521

MATTHEW LINDELL
5636 WEST EAGLES VALLEY DR.
HOUSE SPRINGS, MO 63051


MATTHEW MCAULIFFE
6509 EAST GREY THRON DR
SCOTTSDALE, AZ 85266


MATTHEW SMITH
10587 DOUBLE R BLVD #101
RENO, NV 89512


MATTHEW TETREAULT
225 TRUDY LN
UNIVERSAL CITY, TX 78148


MATTHEW THOMAS
17470 EGRET LN
RENO, NV 89508


MAX PETERS
1406 AZELEA LN
NEW BRAUNFEL, TX 78130


MCCORMICK BRUBAKER
5 NORWOOD DR
ALBANY, NY 12204


MEDERDO PEREZ
8315 BALLANTRAE
SAN ANTONIO, TX 78239


MEGHAN FAIRBANKS
5719 WINDSONG TRAIL
HOUSTON, TX 77084

MELISSA BRUCE
2662 FM 336
ROCKPORT, TX


MERCEDES AGUILAR
10175 VINE CT
THORTON, CO 80229


MEREDITH BANASIAK
14604 MARIPOSA CT
BROOMFIELD, CO 80023


MIA WYTH
7750 S GLENCOE WAY
LITTLETON, CO 80122


MICAH HORTON
350 TERAMO DR
RENO, NV 89521


MICAH LEWIS
3125 CRESTDALE DR APT 1506
HOUSTON, TX 77080


MICAH YEATES
10118 N WHIMBREL CIR
CONROE, TX 77385


MICHAEL BEGGS
20111 HOYA LANE
SAN ANTONIO, TX 78266


MICHAEL BELISLE
119 ROBINHOOD
SAN ANTONIO, TX 78209

MICHAEL BEUTEL JR
76 COTTAGE ST
BUFFALO, NY 14201


MICHAEL CANNON
100 ROUNDUP DR
SAN ANTONIO, TX 78213


MICHAEL FOLIN
3870 EAST FLAMINGO ROAD STE A2-104
LAS VEGAS, NV 89121


MICHAEL GRETSCHEL
1638 STAGECAOCH
CANYON LAKE, TX 78133


MICHAEL GUIDARA
1055 MONTE VISTA
RENO, NV 89511


MICHAEL HAYES
5451 DAYBREAK DR
RENO, NV 89523


MICHAEL HOY
2340 SKYLINE BLVD
RENO, NV 89509


MICHAEL JAURON
7045 ASPEN GLEN RD
RENO, NV 89519


MICHAEL KEIFE
4900 GALLUP RD
RENO, NV 89511

MICHAEL KUCHAREK
10560 BLOCKADE DR
RENO, NV 89521


MICHAEL MENDENHALL
3323 33RD LOOP SE
LACEY, WA 98503


MICHAEL NEVIS
7651 AUTUMN RIDGE CIRCLE
RENO, NV 89523


MICHAEL OLIVAS
2572 RAMPART TERRACE
RENO, NV 89519


MICHAEL PARKER
125 E PINE ST,   APT 1419
ORLANDO, FL 32801


MICHAEL PENA
812 EAST BRAZOS ST
PORTALES, NM 88130


MICHAEL RAYBURN
2800 SNOW PARTRIDGE DR
RENO, NV 89523


MICHAEL RORICK
18303 LONGMOOR DR.
HOUSTON, TX 77084


MICHAEL SAWTELL
106 TYROL PLACE
SAN ANTONIO, TX 78209

MICHAEL SCHUMACHER
1139 WEST HUFFAKER LANE
RENO, NV 89511


MICHAEL SMITH
2234 STORY AVE
NISKAYUNA, NY 12309


MICHAEL STRAIT
13927 BELLA DONNA
SAN ANTONIO, TX 78253


MICHAEL WHITNEY
816 FOXBROOK WAY
CIBOLO, TX 78108


MICHAEL WIBLE
9 S. 204 CUMNOR RD
DOWNERS GROVE, IL 60516


MICHEAL SENA
1610 ANGOLO
NEW BRAUNFELS, TX 78132


MICHELLE JACOBS
1801 NW 42ND ST
RIVERSIDE, MO 64150


MICHELLE MILLER
702 NORTH SAM HOUSTON PKWY EAST #41
HOUSTON, TX 77060


MIGUEL RAMIREZ
1196 RIVER OAKS DR
POTEET, TX 78065

MIKE BLARICOM
1800 BRAEMORE DR
RENO, NV 89521


MIKE COOK
1425 ANTELOPE VALLEY RD
RENO, NV 89506


MIKE HARRIS
625 LAKEVIEW DR
ZEPHYR COVE, NV 89448


MIKE MANIT
1700 DAKOTA RIDGE COURT
RENO, NV 89523


MIKE MCCLOUD
9611 FRENCH STONE
HELOTES, TX 78023


MIKE POPEJOY
310 RIVERBEND DR
RENO, NV 89523


MIKE SHARPE
1635 MELARKEY ST
WINNEMUCCA, NV 89445


MIKE THOMPSON
1180 CAROL WAY
FERNLEY, NV 89408


MIKE VAN BLARICOM
1800 BRAEMORE DR
RENO, NV 89521

MILLARD (NEIL) DUXBURY
3780 FROST LANE
RENO, NV 89511


MILO MURRAY
16919 COUNTRY BRIDGE RD
HOUSTON, TX 77095


MIRANDA MILLER
8222 KINGSBROOK RD APT#507
HOUSTON, TX 77024


MITCHELL EDMONDS
27726 TIMBERLINE DR
SAN ANTONIO, TX 78260


MOISES HERNANDEZ
3401 TREASURE HILLS
HARLINGEN, TX 78550


MONIKA COULSON
601 LUTHER ST WEST APT#1923-C
COLLEGE STATION, TX 77840


MONROE ""JON"" BIBB
17170 JORDAN STE 403
SELMA, TX 78154


MONTEGOMERY BREWER
1321 ROUGE RIVER RD
FERNLEY, NV 89408


MORGAN GROVES
602 WASHINGTON AVE
MC GREGOR, TX 76657

MORGEN MARTIN
4111 DANIEL MCCALL DR.
LUFKIN, TX 75904

MUZIBAR KHAN
2185 HORSE PRAIRIE RD
RENO, NV 89521

MYLES FOUTZ
2573 CARTWRIGHT RD.
RENO, NV 89521

MYRA MURILLO
4210 E 100TH AVE #584
THORTON, CO 80229

NADINE CLARK
1537 CHAPPARAL RD.
MONTGOMERY, TX 77316

NAIF KANAN
5355 W. NEWBORT
CHICAGO, IL 60640

NANCY STOLTZ
36 HEATH CIRCLE
RENO, NV 89509

NATALIE DREW
925 CRYSTAL DOVE AVE
COLLEGE STATION, TX 77845

NATHAN LEWIS
7445 PEBBLE BEACH DR
RENO, NV 89502

NATHAN MACHA
813 8TH ST.
LEVELLAND, TX 79336

NEEMAN ELCHURAFA
20407 LINDEN TREE DRIVE
KATY, TX 774495642

NEIL PARMER
10114 VIA PNTE
RENO, NV 89511

NICHOLAS KEA
1600 SANTAVY ST APT 2308
BAYTOWN, TX 77521

NICHOLAS VILLARREAL
15407 PRESTON PASS DR
SAN ANTONIO, TX 78247

NICHOLE SMITH
26819 SPARROW RIDGE
SAN ANTONIO, TX 78261

NICHOLE WALLACE
5705 RICHMOND AVENUE
HOUSTON, TX 77057

NICK ARTAM
1899 SORREL LANE
GARDNERVILLE, NV 89410

NICK DOWNEY
7630 STERRETTANIA RD
GIRARD, PA 16417

NICK SOWDERS
1355 RANCH PARKWAY APT #435
NEW BRAUNFELS, TX 78130


NICKIE GARCIA
2024 W 76TH AVE
DENVER, CO 80221


NICKY PHIPPS
4709 YELLOWSTONE TRAIL
ABILENE, TX 79602


NICOLE ANTONIADIS
12569 TAMMYWOOD ST
BROOMFIELD, CO 80020


NICOLE LAMB
19207 BRISTLESTAR DR.
KATY, TX 77449


NICOLE NEJES
571 HARRISON ST
PITTSBURGH, PA 15220


NINA CARR
7026 POCO BUENO CIRCLE
SPARKS, NV 89436


NOA HAWKINS
3300 TOWERS BLVD APT424
SEABROOK, TX 77586


NORMAN ALLEN
PO BOX 19206
RENO, NV 89511

NORMAN WILLIAMS
850 ARROWCREEK PKWY UNIT 31612
RENO, NV 89511


NY'E ABRAM
9331 TAFTSBERRY DRIVE
HOUSTON, TX 77095


OLIVERIO GUZMAN
913 PATNEFF AVE
HARLINGEN, TX 78550


ORI GALVAN
1803  MARSHAL CROSS #914
SAN ANTONIO, TX 78214


ORLANDO GONZALES
311 E VILLARET
SAN ANTONIO, TX 78221


ORLANDO HERNANDEZ
8206 SETTING MOON
SAN ANTONIO, TX 78255


PABLO GOMEZ
1210 RYLAND STREET
RENO, NV 89502


PAIGE FROST
8017 FLINT LOCK
LEANDER, TX 78645


PAIGE MOTT
541 W 123RD AVE #09302
WESTMINSTER, CO 80234

PAM GUIDARA
1055 MONTE VISTA DR.
RENO, NV 89511

PATRICIA FRANKE
904 W LONG ST
CARSON CITY, NV 89703

PATRICIA PINKNEY
6501 ANGELS ORCHARD DR
SPARKS, NV 89436

PATRICIA ROSS
2327 BASTROP STREET
HOUSTON, TX 77004

PATRICK FRANKOSKI
333 OMNI DR
SPARKS, NV 89441

PATRICK SCHROEDER
1650 CATHERINE WAY
RENO, NV 89523

PATRICK SILVAROLI
601 W. MOANA  LANE,  SUITE 1
RENO, NV 89509

PATRICK WINCHELL
398 QUESTA CT
RENO, NV 89511

PAUL APPLE
1072 ASPEN GROVE CR
MINDEN, NV 89423

PAUL DUNHAM III
3648 HEMLOCK WAY
RENO, NV 89509


PAUL JOHNSON
16230 PELICAN BEACH DR.
HOUSTON, TX 77044


PAUL KETTERMAN
12900 THOMAS CREEK RD
RENO, NV 89511


PAUL LANG
1273 EARLFORD DR
PITTSBURGH, PA 15227


PAUL MORESI
120 VILLAGE BLVD # 118
INCLINE VILLAGE, NV 89451


PAUL PROVINCE
12629 GRUENE PASS
SAN ANTONIO, TX 78253


PAUL STEVENSON
5460 MALAPI WAY
SPARKS, NV 89431


PAUL TIBMA
3150 VISTA LUCCI
RENO, NV 89519


PAUL ZAHLER
1075 COUNTRY ESTATES CIR
RENO, NV 89511

PEDRO MADRIGAL
475 STRADELLA CT
RENO, NV 89521


PENELOPE LORRAINE BORN
4401 BROOKRIDGE DR
RICHARDSON, TX 75082


PETE ATTASHIAN
2800 PEAVINE CREEK RD
RENO, NV 89523


PETER BESSETTE
586 PINTO COURT
INCLINE VILLAGE, NV 89451


PETER HITESMAN
5443 SALMON RIVER CT
RENO, NV 89511


PETER ROSSER
1175 DEL MONTE LN
RENO, NV 89511


PETER TIJERINA
4930 NUTHATCH
SAN ANTONIO, TX 78217


PHIL SLOAN
3645 FM 2732
SAN SABA, TX 76877


PHILIP BOLLMAN
4507 CERCAL ROYAL
SAN ANTONIO, TX 78251

PHILIP TESTA
3348 BREWER RD
DARIEN, IL 60561


PHILLIP MARTIN
3811 MTN VIEW RD
KINGSLAND, TX 78639


PRESTON ADAMSON
6480 WHISKEY SPRINGS RD
RENO, NV 89510


PRESTON LAMB
5151 GUADALUPE RD #1010
PHOENIX, AZ 85044


QUEST COUCH
28540 DURANGO DR
NEW BRAUNFELS, TX 78123


QUIVAH ROBISON
2120 BRIAR CIRCLE
PEARLAND, TX 775813506


Rachel Pittman
2859 Burning Rock St.
San Antonio, TX 78247


RACHEL RINGHAM
702 HARRISON DR
LAFAYETTE, CO 80026


RACHELLE SHAW
2385 EAGLE BEND TRAIL
RENO, NV 89523

RAE BUTAUD
16707 SUMMER DAWN LN
HOUSTON, TX 77095


RAFAEL HERNANDEZ
311 N 4TH ST
LOVINGTON, NM 88260


RALPH JONES
5510 CASTLE POND
SAN ANTONIO, TX 78215


RALPH SCHNEIDER
508 THELMA DR.
SAN ANTONIO, TX 78212


RAMIRO JUAREZ
13330 MAGNOLIA BROOKS
SAN ANTONIO, TX 78247


RAMON CHAVANA
307 COUNTRY WOOD
SAN ANTONIO, TX 78216


RANDALL GIBBON
1411 N. MAIN ST.
PLEASANTON, TX 78064


RANDALL WALL
10026 S OPAL CIR
SANDY, UT 84094


RANDOLPH BROOKS FEDERAL CREDIT UNION
P.O. Box 2247
Universal City, TX 78148

RANDOLPH BROOKS FEDERAL CREDIT UNION
P.O. Box 2097
Universal City, TX 78148


RANDY AUSTIN
19 WESTRIDGE SQUARE
PLAINVIEW, TX 79072


RANDY FELTER
610 EQUINE COURT
RENO, NV 89521


RANDY MESSER
629 SADDLE HORN WAY
FERNLEY, NV 89408


RANDY SANCHEZ
5713 N WHITE SANDS RD
RENO, NV 89511


RASHPAL 'RAE' MANGAT
1700 ELI DR
RENO, NV 89511


RAUL CASTILLO
12619 PRIMA VISTA
LIVE OAK, TX 78233


RAVEN GLYNN
6218 WOODROW ST
TEXAS CITY, TX 77591


RAY CAMMILLERI
8175 S. VIRGINIA AVE #850
PMB 215
RENO, NV 89511

RAY WARD
40 ZIRCON DR. #20
RENO, NV 89521


RAYMOND HAIGHT
9917 GROVE WAY UNIT D
WESTMINSTER, CO 80031


RAYMOND PEOPLES
1430 NORTH FENCHURCH LN
SPRINGFIELD, MO 65802


REBECCA GALY
2814 BENANZL
PHILADELPHIA, PA 19134


REECE BOHAN
440 OAK TRACE
NEW BRAUNFELS, TX 78132


REGIONS BANK
P.O. Box 110
Hattiesburg, MS 39403


RENEE HINOJOSA
4500 MOUNTAINGATE DR.
RENO, NV 89509


RENEE SANCHEZ
1504 ACACIA DRIVE
PASADENA, TX 77502


REX ALVORD
9314 WEST RUSSELL RD #111
LAS VEGAS, NV 89148

REYNA RODRIGUEZ
10622 SANDPIPER DRIVE
HOUSTON, TX 770965415


REYNA WYGANT
8 FLINT ST
CONROE, TX 77301


RHETT NEIGHBORS
2795 W. MOANA LN
RENO, NV 89509


RICARDO ESPARZA
1721 ANITA DR
LAS CRUCES, NM 88001


RICH THURSTON
20204 MUSTANG ISLAND CIRCLE
PFLUGERVILLE, TX 78660


RICHARD ACOSTA
4110 SHADY OAK
SAN ANTONIO, TX 78229


RICHARD BOOKSTAVER
5800 BRODIE LANE, APT #218
AUSTIN, TX 78745


RICHARD DAY
1044 DORTMUNDER DR
SPARKS, NV 89441


RICHARD KEELING
3512 SILVERWOOD CT
BEDFORD, TX 76021

RICHARD KERN
4235 CHRISTY WAY
RENO, NV 89519

RICHARD MARTINELLI
4880 COOL SPRINGS DR
RENO, NV 89509

RICHARD MARX
2771 EAST LAKERIDGE SHORES
RENO, NV 89519

RICHARD MILLER
702 CHAMPION AVE
PORT ISABEL, TX 78578

RICHARD NEVIS
5390 BELLAZZA COURT
RENO, NV 89519

RICHARD RADELL
528 CHAPPARRAL DR
CHAPARRAL, NM 88081

RICHARD SWIATLOWSKI
696 LAKEWOOD FARMS
BOLINGBROOK, IL 60490

RICHARD WALKER
210 GRANADA DR
SAN ANTONIO, TX 78216

RICHARD YOUNG
6819 WESTCLIFF LANE
SAN ANTONIO, TX 78227

RICK CROCITTO
9775 HAFFLINGER LANE
RENO, NV 89521


RICK DOE
5737 94TH ST
LUBBOCK, TX 79424


RICK LAZCANO
5009 CHERRY TREE DR
CIBOLO, TX 78108


RICK OLIVAS
592 CALIFORNIA AVE STE E
RENO, NV 89509


RICK RENTERIA
3874 HAZELWOOD DR
WEST RICHLAND, WA 99353


RICKY WOOTEN
14614 VANCE JACKSON RD APT 6308
SAN ANTONIO, TX 78249


RILEY WARNER
4390 S LAYFAYETTE ST
ENGLEWOOD, CO 80113


ROB BONY
220 BLUEWATER CT
RENO, NV 89519


ROB LAMONICA
14164 DONNER AVE
TRUCKEE, CA 96161

ROBERT BARNHARDT
13710 CORNITH
UNIVERSAL CITY, TX 78148


ROBERT BOWMAN
517 SUMMER
FERNLEY, NV 89408


ROBERT BRATTON
14 BRIARWOOD RD
LOUDONVILLE, NY 12211


ROBERT BULSON
20153 NY 122
PETERSBURG, NY 12138


ROBERT BURGESON
610 WEDGE LN
FERNLEY, NV 89408


ROBERT CAIRNS
7400 CRESTWAY APT#1223
SAN ANTONIO, TX 78239


ROBERT CROCITTO
5233 N. ELK RIVER RD.
RENO, NV 89511


ROBERT GURNEA
4134 LATIGO DR
RENO, NV 89519


ROBERT HAGANS
PO BOX 15
KAHLOTUS, WA 99335

ROBERT MCGUIRE
807 DANNA ST
LEAGUE CITY, TX 77573


ROBERT PRESHONG II
13835 NORTHERN OAK
SAN ANTONIO, TX 78217


ROBERT RAMSEY
11435 VERAZAE DR
RENO, NV 89521


ROBERT STANGE
28259 WILLIS RANCH
SAN ANTONIO, TX 78260


ROBERT WAHL
7410 LACEY OAK PATH
SAN ANTONIO, TX 78223


ROBERT WATERS
170 SANDZEN DR.
CLOVIS, NM 88101


ROBERTO CHADIS
2211 95TH STREET
LUBBOCK, TX 79423


ROBERTO PARTIDA
603 SUNSET COLONY DR
ROSHARON, TX 77583


ROBIN MARTINEZ
4214 BAYLISS ST
SAN ANTONIO, TX 78233

ROBIN STEWART
12011 TONNE DR EAST
NEW BRAUNFELS, TX 78132


ROBIN STREET
3940 SAN DONATO LOOP
RENO, NV 89519


ROBYN FINCHER
3223 FLOWER REEF CIRCLE
LEAGUE CITY, TX 77573


ROCKY JOY
11 WOODRIDGE CIRCLE
CARSON CITY, NV 89703


RODNEY AVERY
577 FALLEN LEAF WAY
INCLINE VILLAGE, NV 89451


RODNEY WALDREP
1525 PITTMAN RD.
SAINT HEDWIG, TX 78152


RODOLFO VALENCIA
412 EUCLID ST
CHANNELVIEW, TX 77530


ROGER DALEY
1001 MILE CIRCLE DR
RENO, NV 89511


ROLAND HENRY
210 MILL CREEK RD
SEGUIN, TX 78155

ROLLAND MCINTIRE
PO BOX 7226
STATELINE, NV 89449


ROMAN BORISOV
1325 S MEADOW PKWY UNIT 224
RENO, NV 89521


ROMAN KEA
545 TEEL ST
SPARKS, NV 89431


RON DOHRN
1384 RANCHO RD
GARDNERVILLE, NV 89503


RON HALLMARK
19304 INVERNESS DR
SPICEWOOD, TX 78669


RONALD BUTTS
120 LANDERA VISTA
CANYON LAKE, TX 78133


RONALD ESTES JR.
25960 WHITE EAGLE DR.
SAN ANTONIO, TX 78260


RONALD MCRAE
7448 CELESTE DR
RENO, NV 89511


RONALD PULLIN
422 HARMON
SAN ANTONIO, TX 78209

RONALD RENCKLY
9808 IRONWOOD DRIVE
DENTON, TX 76207

Ronda Wenzel
1218 Wood Fern
San Antonio, TX 78232

RONNIE ABBOTT
1450 COUNTRY RD. #36330
SUMNER, TX 75486

RONNY BOLDT
5835 SPRING COUNTRY
SAN ANTONIO, TX 78247

ROSS GOLDING
3368 NANBE DR
RENO, NV 89511

ROSS MOODY
1710 CROMWELL HILL
AUSTIN, TX 78703

ROY CAMPBELL
22 BAY GINGER PLACE
THE WOODLANDS, TX 77381

ROY COZART
808 ROSS CIR.
LOCKHART, TX 78644

ROY MULLINS
# 3 CAMWOOD TRAIL
AUSTIN, TX 78738

ROY STRASBURGER
9209 SCENIC BLUFF DR
AUSTIN, TX 78733

ROY TOPKA
380 FARM TO MARKET RD
HALFMOON, NY 12065

RUTH ANDERSON
10716 136TH ST NW
GIG HARBOR, WA 98325

RYAN HORNING
2355 GARNETTE STAR WAY
SPARKS, NV 89441

RYAN JAY
6914 WATER WAY BEND
MISSOURI CITY, TX 77459

RYAN KUBASIAK
2711 GRAND OAKS LOOP
AUSTIN, TX 78613

RYAN PATTERSON
130 VERONICA AVE
SPARKS, NV 89436

RYAN RIGGAN
815 SINGINGWOOD DR
RENO, NV 89509

RYAN SCHIELD
33 STONEMARK DR
HENDERSON, NV 89052

```
RYAN SMITH
1851 STEAMBOAT PKWY UNIT 4001
RENO, NV 89521


RYAN SORGE
7250 W. GREENS RD., APT 1517
HOUSTON, TX 77064


S&S&S, Inc.
Wilson Shepard
2950 Thousand Oaks Dr., Ste. 7
San Antonio, TX 78247


SABRINA HOUSEMAN
5322 RIVERDALE LANE
THORTON, CO 80229


SABRINA LANGENHOVEN
70 W. SUMMER STORM CIRCLE
SPRING, TX 77381


SAGAN BUI
1521 SHERWOOD FORREST #2105
HOUSTON, TX 77043


SAM SHIELDS
9905 AMIENDA WAY
RENO, NV 89521


SAMUEL PARONG
2574 GLENBRIAR LANE
RICHLAND, WA 99352


SANDY BREDLAEU
378 TAWNY OAK CIRCLE
BANDERA, TX 78003
```

SARA HATCH
11961 W. 70TH WAY
ARVADA, CO 80004


SARA PARTIDA
603 SUNSET COLONY DR
ROSHARON, TX 77583


SARA SHAW
8106 BRUNS DR
FORT COLLINS, CO 80525


SARAH LIM
2301 S. MILLBEND DR, #1906
THE WOODLANDS, TX 77380


SARAH PETERSON
11278 NORTH 66TH STREET
LONGMONT, CO 80503


SAVANNAH NUNEZ
1105 S CHERRY ST
DENVER, CO 80246


SCOTT BAKER
1660 GULCH WAY
RENO, NV 89521


SCOTT BURNETT
600 STEEPLE CHASE
RENO, NV 89521


SCOTT EASTMAN
45 MARANATHA RD
WASHOE VALLEY, NV 89704

SCOTT FERREE
1657 OSAGE RIDGE
AUGUSTA, MO 63332


SCOTT GOODIN
5215 PAINTBRUSH FALLS COURT
FULSHEAR, TX 77441


SCOTT LAING
1072 HASKELL ST
#2
RENO, NV 89509


SCOTT RANEY
1179 CHERRYVALE RD.
BOULDER, CO 80303


SCOTT SCHLUETER
3807 BRIARHILL
SAN ANTONIO, TX 78218


SCOTT WARNER
4876 MIRA VISTA  DR
FRISCO, TX 75034


SCOTT WINGFIELD
9623 HILLSIDE TRAIL
SAN ANTONIO, TX 78250


SCOTT WOODCOCK
30618 N 64TH ST
CAVE CREEK, AZ 85331


SEAN BROBY
1411 INDIANA ST APT#2
HOUSTON, TX 77006

SEAN BRORBY
1411 INDIANA ST
APT 2
HOUSTON, TX 77006


SEAN STEWART
6734 RUNNYMEDE DR
SPARKS, NV 89436


SEAN WILKIN
5805 BIRD LANE
WINNEMUCCA, NV 89445


SETH BEHREND
10422 SANDY CYPRESS CT
CYPRESS, TX 77433


SETH ISOM
107 SOUTH OREGON
YERINGTON, NV 89447


SHANE BILLAU
5385 TANNERWOOD DR
RENO, NV 89511


SHANE GRAHN
6118 TRIPLE CROWN DR
RENO, NV 89511


SHARON SANCHEZ
5713 N. WHITE SANDS RD
RENO, NV 89511


SHEENA VILLONE
6717 ROLLING MEADOWS DR #1122
SPARKS, NV 89436

SHELBY MANLEY
5024 LAKERIDGE TERRANCE EAST
RENO, NV 89509


SHERYL KITE
6269 GOLDEN MEADOW RD
RENO, NV 89519


SHEYLA SAENZ
424 ZENON MOYA ST
EDINBURG, TX 78542


SHONE ROWLEY
2386 WEST WALTANN LN
PHOENIX, AZ 85023


SIDNEY SIMPSON
17003 VISTA VILLAGE
SAN ANTONIO, TX 78247


SIMON ARCOS IV
2307 WEST MISTLETOE AVE
SAN ANTONIO, TX 78201


SKY CUMMINGS
1705 PEBBLE DR
MISSION, TX 78574


SoFi Lending Corp.
375 Healdsburg Avenue
Suite 280
Healdsburg, CA 95448


SOFIA VARGALEZ
340 EAST 90TH STREET
APT 4-H
NEW YORK, NY 10128

SOLOMON HANNA
125 22 INDEPEN AVE
SAN ANTONIO, TX 78233

STAN KLINE
116 CLIFFSIDE DRIVE
SHAVANO PARK, TX 78231

STARR SAMKUS
3455 TABLE MESA DR APT K229
BOULDER, CO 80305

STEPHANIE CRUZ
2919 6TH STREET
BAY CITY, TX 77414

STEPHANIE MORRISS
6789 COUNTY RD 344
NAVASOTA, TX 77868

STEPHEN CRAIG
816 ARROWHEAD TRAIL
CEDAR PARK, TX 78613

STEPHEN MANDEVILLE
30 CHIPMAN RD
SANDWICH, MA 2563

STEPHEN TALBOT
1298 KINGSBURY GRADE
GARDNERVILLE, NV 89460

STEVE COZART
407 PRINZ DR.
SAN ANTONIO, TX 78213

STEVE KIRCHNER
705 N RHOMBERG ST
BURNET, TX 78611


STEVE MCCUTCHEON
PO BOX 1061
CARLSBAD, NM 88221


STEVEN BOWNDS
1510 W. LUBBOCK ST
SLATON, TX 79364


STEVEN CHRISTY
2114 REST MAVEN
SAN ANTONIO, TX 78232


STEVEN COUSSOULIS
11811 CASA ALTO
SAN ANTONIO, TX 78233


STEVEN FRIEDLANDER
2465 KINNEY LN
RENO, NV 89511


STEVEN ROSE
10599 DOUBLE R BLVD
RENO, NV 89521


STEVEN SAINDON
718 LARI DAWN
SAN ANTONIO, TX 78258


SUE ARMS
13350 DAMONTE VIEW LANE
RENO, NV 89511

TABATHA FLATTEN
161 ASHWOOD AVE
DAYTON, OH 45405


TAEGAN BRANNON
10262 ELLA FALLS BLVD
HOUSTON, TX 77038


TALIAH WLLIAMS
2323 E MOSSY OAKS RD
APT 129
SPRING, TX 77389


TARA ZUPAN
8233 W 108TH PLACE
WESTMINSTER, CO 80021


TAYLOR BROWNING
4120 WARREN WAY
RENO, NV 89509


TAYLOR GRISCOM
3459 AMPHORA CIRCLE
SUGAR LAND, TX 77479


TAYLOR SANDS
2015 DUMBLE ST
HOUSTON, TX 77023


TED BROWN
605 DIXON COURT
RENO, NV 89511


TERESA MITCHELL
661 MARSH AVE.
RENO, NV 89509

TERESA TUTT
910 RUTHVEN ST
HOUSTON, TX 77019


TERI BARTL
1325 E STREET
SPARKS, NV 89431


TERRENCE  MOORE
170 VILLAGE BLVD #29
INCLINE VILLAGE, NV 89451


TERRY ECKERT
2496 BRUNSWICK CIRCLE #A-2
WOODRIDGE, IL 60517


THERESA CASTANEDA
950 S CIMARRON WAY
AURORA, CO 80012


THERESA NANNINI
3435 ROLLING RIDGE RD
RENO, NV 89506


THOMAS ""DAVID"" DEASON
4414 82ND ST STE212-1052
LUBBOCK, TX 79424


THOMAS CELONE
580 KIRMAN AVE
RENO, NV 89502


THOMAS DIXON
11299 MESSINA WAY
RENO, NV 89521

THOMAS FARRELL
9701 E HAPPY VALLEY RD
SCOTTSDALE, AZ 85255


THOMAS HARDEMAN
31957 SCARTEEN FAIR OAKS
SAN ANTONIO, TX 78015


THOMAS JOHNSON
11372 W US HWY 90 LOT 50
DEL RIO, TX 78840


THOMAS LOPEY
9545 CORDOBA
SPARKS, NV 89441


THOMAS POWELL
4790 CAUGHLIN PKWY #416
RENO, NV 89519


THOMAS TENORIO
10465 CHADWELL DR
RENO, NV 89521


THOMAS YELLE
347 RESERVE CIRCLE
CLARENDON HILLS, IL 60514


THOMAS YOUNG
4025 W. HOPEWELL RD
CENTER VALLEY, PA 18034


TIM WILLIS
9875 HAFFLINGER LANE
RENO, NV 89521

TIMOTHY BURKETT
20700 PARC FORET DR.
RENO, NV 89511


TIMOTHY CONNALLY
2425 ELM CREEK RD
SEGUIN, TX 78155


TIMOTHY DUNCAN
10906 AULDINE
SAN ANTONIO, TX 78230


TIMOTHY TAYLOR
74 VALLEY DRIVE WEST
SAND LAKE, NY 12196


TODD FOSTER
6126 JOHN CURRY
CHRISTOVAL, TX 76935


TODD SHAW
2385 EAGLE BEND TRAIL
RENO, NV 89523


TODD YANKOV
200 W 2ND ST #704
RENO, NV 89501


TOM MAGEE
9728 SILVERSPAR ST
RENO, NV 89521


TOM NEVILLE
619 TUMBLEWEED CR
INCLINE VILLAGE, NV 89451

TOMAS HINOJOSA
4500 MOUNTAINGATE DRIVE
RENO, NV 89519

TOMMY WILLIAMS
5931 LAKE BANK DR.
SAN ANTONIO, TX 78222

TONJA CASTANEDA
12028 HUDSON CT.
THORTON, CO 80241

TONY NANNINI
7579 ORANGE PLAINS DR
SPARKS, NV 89436

TOREN BOSTON
21801 NORTHCREST DR #223
SPRING, TX 77388

TORI BOCK
5173 S VANDALIA AVE
APT 8C
TULSA, OK 74135

TORI MANN
3022 FRONTIER DR
SUGAR LAND, TX 77479

TORI MYRMEL
6341 WALNUT CREEK RD
RENO, NV 89523

TRACY GURNEA
4134 LATIGO DR
RENO, NV 89519

TRAVIS WHITING
2410 SANTIGO WAY
SAN ANTONIO, TX 78259

TRENT KIRCHNER
705 RHOMBERG ST
BURNET, TX 78611

TREVOR ALT
815 JEFFREY CT
INCLINE VILLAGE, NV 89451

TREY WATTS
4710 YUKON CT
CARSON CITY, NV 89706

TRISH DIETZE
7701 LAKESIDE DR
RENO, NV 89511

TROY PERKINS
1128 RANCHO MIRAGE
SPARKS, NV 89436

TROY SCZECH
2308 WHISPERING WATER
SPRING BRANCH, TX 78070

TSLP, LLC/Stillwell RX
3426 Benham Ave.
Nashville, TN 37215

TYLER BROCKINTON
6061 WHISPERING LAKES DR.
KATY, TX 77493

TYLER MOON
1294 DALLAS ST
AURORA, CO 80010

TYLER YOHEY
7475 BALDWIN WAY
SPARKS, NV 89436

TYNEISHA LEANN JOHNSON
16230 NORTH FREEWAY, APT #115
HOUSTON, TX 77090

USAA Savings Bank
P.O. Box 33009
San Antonio, TX 78265

VALERIE BRIARWULF
7119 CR 3
SWEENY, TX 77480

VALERIE ZUNIGA
2885 E. MIDWAY BLVD #235
DENVER, CO 80234

VALOREE HARKEY
4814 CASSIDY PLACE
BELLAIRE, TX 77401

VANCE DEMARS
145 VERONICA AVE
SPARKS, NV 89436

VANESSA EUCEDA
17744 EAST HWY 105
CONROE, TX 77306

VANESSA NIETO
1401 PATRICIA DR. #203
SAN ANTONIO, TX 78213


VERNON BOWMAN
101 LONG REACH LOOT
ROCKPORT, TX 78382


VERONIKA SIMMS
1519 SCHARPE ST
HOUSTON, TX 77023


VICTOR BIECK
54700 26TH ST
SOUTH BEND, IN 46635


VIJAY SEKHON
3365 QUILICI RD
RENO, NV 89511


VINCENT THOMPSON
1521 FM472
BIGFOOT, TX 78005


VIOLET ERIS
122 HORN COURT
BAYTOWN, TX 77523


VIVIAN CHENG
3805 WEST ALABAMA ST APT# 9201
HOUSTON, TX 77027


WALLACE JOHNSON
1204 YOUNGS RD.
DELANSON, NY 12053

WALTER HOPKINS
475 CLERMONT AVE APT#805
BROOKLYN, NY 11238


WALTER SANTONI-ACEVEDO
CARR #2 KM 118.3 RPT. RIO LLANO
AGUADILLA, PR 603


WAYNE PRIBBLE
106 HAPPY TRAIL S
LAS CRUCES, NM 88005


WAYNE ZAMZOW (SAN ANTONIO)
1041 CLYDEVILLE
SAN ANTONIO, TX 78216


WELDON WULSTEIN
729 INDIAN TRAIL RD
GARDNERVILLE, NV 89460


WESLEY CURRAN
1343 MARLETTE CIRCLE
GARDNERVILLE, NV 89460


WESLEY LOUQUE
7421 BOAT WIND
FORT WORTH, TX 76179


WESLEY RUSSELL
5271 FM 36 NORTH
CELESTE, TX 75423


WESLEY SWAIM
P.O. BOX 513
TILDEN, TX 78072

WESLY WEST
11 SHADY CV
SAN ANTONIO, TX 78213

WILL BRIGHAM
1091 FLUME ROAD
INCLINE VILLAGE, NV 89451

WILLIAM ANDERSON
4810 78TH ST
LUBBOCK, TX 79423

WILLIAM COX
9304 CONVERSE BUISNESS LANE
CONVERSE, TX 78109

WILLIAM FURST
643 BRIGHTWOOD PL
OFFICE
SAN ANTONIO, TX 78209

WILLIAM GROSCH
6127 NOTT RD
GUILDERLAND, NY 12084

WILLIAM HINKLE
5231 CERRO VISTA
SAN ANTONIO, TX 78233

WILLIAM HUTTON
9100 VICKSBURG AVE UNIT #1
LUBBOCK, TX 79424

WILLIAM KLEIN
9015 ANTIETAM
SAN ANTONIO, TX 78239

WILLIAM KNIGHT
2583 ARKANSAS ST
INGLESIDE, TX 78362


WILLIAM LARSSON
4790 CAUGHLIN PARK WAY PMB277
RENO, NV 89519


WILLIAM NANCE
2738 MORNING STAR
NEW BRAUNFELS, TX 78132


WILLIAM RANKIN
2385 SOUTH LOMPA
CARSON CITY, NV 89701


WILLIAM SANDERSON
5647 BIEWVILLE DR.
SAN ANTONIO, TX 78233


WILLIAM WHITEHEAD
220 S MARSHALL AVE
GRADY, NM 88120


WILLIAMS CUPPLES
3824 CEDAR SPRING RD.
DALLAS, TX 75219


XEVLYN FEY
1070 GRANDYS LANE APT#615
LEWISVILLE, TX 75077


YASMIN RODRIGUEZ
3418 GARDEN SHADOW LANE
HOUSTON, TX 770186346

YOSHI YOSHIDA
19207 BRISTLESTAR DR.
KATY, TX 77449


YUKI BRUMBACK
2618 OLD RIVER LANE
RICHMOND, TX 77406


YUKI WONG
1630 E 6TH ST
APT 1311
AUSTIN, TX 78702


YVAN OLIVA
6420-4 ELLA LEE LANE
HOUSTON, TX 77057


ZACHARY JONAS
10008 IGNACIO CIRCLE
RENO, NV 89521

**Fill in this information to identify your case:**

| Debtor 1 | **David** | | **McLennan** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica** | | **McLennan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                  12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:     Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

    ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:     Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

    ☐ No.  Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.  Go to line 3.

       ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.  Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No.  Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.  Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

       If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

       If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

</td></tr>
</table>

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **McLennan** |
| | First Name     Middle Name | Last Name |
| Debtor 2 | **Jessica** | **McLennan** |
| (Spouse, if filing) | First Name     Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                       04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.**    **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➔  _____    _____

**6.**    **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➔  _____    _____

**7.**    **Interest, dividends, and royalties**    _____    _____

**8.**    **Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you..............................................................  _____

For your spouse.................................................  _____

**9.**    **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    _____    _____

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan** _____

Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

10. **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[_____] + [_____] = [_____]

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.**  Follow these steps:

12a.  Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➜  12a.  [_____]

Multiply by 12 (the number of months in a year).    **X    12**

12b.  The result is your annual income for this part of the form.    12b.  [_____]

13. **Calculate the median family income that applies to you.**  Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household............................................................ 13.  [_____]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, _There is no presumption of abuse._ Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, _The presumption of abuse is determined by Form 122A-2._ Go to Part 3 and fill out Form 122A-2.

Debtor 1    **David McLennan**

Debtor 2    **Jessica McLennan**

Case number (if known) _____

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ David McLennan**
David McLennan, Debtor 1

Date **10/29/2021**
MM / DD / YYYY

**X** **/s/ Jessica McLennan**
Jessica McLennan, Debtor 2

Date **10/29/2021**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.